| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF DELAWARE | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy             4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **SportCo Holdings, Inc.** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 90-0430355 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**267 Columbia Ave**<br>**Chapin, SC 29036**<br>Number, Street, City, State & ZIP Code<br><br>**Lexington**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

| Debtor | SportCo Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | SportCo Holdings, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **SportCo Holdings, Inc.**                                    Case number (*if known*) _____
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING –**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/10/2019
               MM/DD/YYYY

× *Bradley P. Johnson*                              Bradley P. Johnson
  Signature of authorized representative of debtor   Printed name

  Chief Executive Officer
  Title

**18. Signature of attorney**

× *Christopher A. Ward*                    Date    06/10/2019
  Signature of attorney for debtor                 MM/DD/YYYY

  Christopher A. Ward
  Printed Name

  Polsinelli PC
  Firm Name

  222 Delaware Avenue, Suite 1101
  Number           Street

  Wilmington, Delaware 19801
  City / State / ZIP Code

  (302) 252-0920
  Contact phone

  cward@polsinelli.com
  Email address

  3877              Delaware
  Bar Number        State

Official Form 201                   Voluntary Petition for Non-Individuals Filing for Bankruptcy

DM_US 157330736-1.105320.0013

Debtor **SportCo Holdings, Inc.**
Name

Case number *(if known)*

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)*                           Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Bonitz Brothers, Inc.** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **Ellett Brothers, LLC** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **Evans Sports, Inc.** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **Jerry's Sports, Inc.** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **Outdoor Sports Headquarters, Inc.** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **Quality Boxes, Inc.** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **Simmons Gun Specialties, Inc.** | | Relationship to you | **Affiliate** | |
| District | DE | When | Case number, if known | | |
| Debtor | **United Sporting Companies, Inc.** | | Relationship to you | **Subsidiary** | |
| District | DE | When | Case number, if known | | |

**Fill in this information to identify the case:**

Debtor name  **SportCo Holdings, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/2019    x Bradley P. Johnson
                             Signature of individual signing on behalf of debtor

                             **Bradley P. Johnson**
                             Printed name

                             **Chief Executive Officer**
                             Position or relationship to debtor

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## SPORTCO HOLDINGS, INC.

June 6, 2019

The undersigned, being all of the members of the Board of Directors (the "Board") of SPORTCO HOLDINGS, INC., a Delaware corporation (the "Company"), hereby adopt the following resolutions by written consent in lieu of a special meeting and hereby consent to, approve and adopt the following resolutions as of the date written above:

**WHEREAS**, the Board reviewed the materials presented by the management and legal advisers of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and legal advisers of the Company and fully consider each of the strategic alternatives available to the Company.

**I.    VOLUNTARY PETITION UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE**

**NOW, THEREFORE, IT IS RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;

**FURTHER RESOLVED**, that each of the Chief Executive Officer, Chief Financial Officer, and such other officers as may be designated by the Chief Executive Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of McDermott Will & Emery LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of McDermott Will & Emery LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Polsinelli PC as local Delaware counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Dalton Edgecomb of Winter Harbor, LLC as the Chief Restructuring Officer ("CRO") of the Company to, among other things, perform the duties as set forth in the engagement letter between United Sporting Companies, Inc. and Winter Harbor, LLC, dated June 6, 2019; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, to cause to be filed appropriate applications for authority to retain the services of the CRO;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of BMC Group, Inc., as notice and claims agent to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of BMC Group, Inc.; and

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

II. **GENERAL**

**NOW, THEREFORE, IT IS RESOLVED**, that each of the Authorized Officers shall be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Company, to take any and all such actions and to execute and deliver any and all such documents and instruments as the Board, officers of the Company shall deem necessary or advisable in furtherance of, or to carry out the intent and effectuate the purposes of, any of the foregoing resolutions, and the fact that the Board and the officers of the Company have taken any such action or executed or delivered any such document or instrument shall be conclusive evidence of the approval and authorization thereof by the Company;

**FURTHER RESOLVED**, that any and all actions heretofore, concurrently, or hereafter taken by the Board and the officers of the Company in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such had been presented to the Board for approval prior to such action or actions being taken;

**FURTHER RESOLVED**, that the actions taken by this written consent shall have the same force and effect as if taken by the undersigned at a meeting, duly called and constituted in accordance with the bylaws of the Company;

**FURTHER RESOLVED**, any and all notice of any meeting otherwise required regarding these resolutions or the matters covered hereby is hereby waived in all respects; and

**FURTHER RESOLVED**, that this consent may be sent or delivered by facsimile or other electronic transmission and in any number of counterparts, each of which shall be an original, and such counterparts, when taken together, shall constitute one and same instrument, and shall be legally effective for all purposes.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
Bradley P. Johnson
Director

By: _____
Alexander E. Carles
Director

By: _____
Justin Vorwerk
Director

[SIGNATURE PAGE - SPORTCO HOLDINGS, INC. FILING RESOLUTION]

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
Bradley P. Johnson
Director

By: _____
Alexander E. Carles
Director

By: _____
Justin Vorwerk
Director

[SIGNATURE PAGE - SPORTCO HOLDINGS, INC. FILING RESOLUTION]

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
Bradley P. Johnson
Director

By: _____
Alexander E. Carles
Director

By: _____
Justin Vorwerk
Director

[SIGNATURE PAGE - SPORTCO HOLDINGS, INC. FILING RESOLUTION]

# United States Bankruptcy Court
## District of Delaware

In re   **SportCo Holdings, Inc.**                                    Case No.
                                           Debtor(s)                  Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andy Kupchik** | **Common Stock** | **6,000** | |
| **Berne Ziomek** | **Common Stock** | **500** | |
| **Chuck Walker** | **Common Stock** | **339** | |
| **Hewitt Grant** | **Common Stock** | **3,393** | |
| **Jim McCrudden**<br>**115 Bridgeport Lane**<br>**Lexington, SC 29072** | **Common Stock** | **679** | |
| **Prospect Capital Corporation**<br>**10 East 40th Street, 44th Floor**<br>**Attn: General Counsel and Geoffrey Chang**<br>**New York, NY 10016** | **Common Stock** | **210,749** | |
| **Prospect Capital Funding LLC**<br>**c/o Prospect Capital Corporation**<br>**10 East 40th Street, 44th Floor**<br>**Attn: General Counsel and Geoffrey Chang**<br>**New York, NY 10016** | **Common Stock** | **8,192** | |
| **Summit Investors I (UK), LP**<br>**c/o Summit Partners, L.P.**<br>**222 Berkeley St., 18th Fl.**<br>**Attn: Tod Hearle**<br>**Boston, MA 02116** | **Common Stock** | **25** | |
| **Summit Investors I, LLC**<br>**222 Berkeley St., 18th Fl.**<br>**222 Berkeley St., 18th Fl.**<br>**Attn: Tod Hearle**<br>**Boston, MA 02116** | **Common Stock** | **168** | |
| **Summit Partners Credit Fund A-1, L.P.**<br>**c/o Summit Partners, L.P.**<br>**222 Berkeley St., 18th Fl.**<br>**Attn: Tod Hearle**<br>**Boston, MA 02116** | **Common Stock** | **64,499** | |

In re: **SportCo Holdings, Inc.**  
Debtor(s)

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Summit Partners Credit Fund, L.P.**<br>c/ Summit Partners, L.P.<br>222 Berkeley St., 18th Fl.<br>Attn: Tod Hearle<br>Boston, MA 02116 | Common Stock | 60,855 | |
| **Summit Partners Credit Offshore Intermediate Fund, L.P.**<br>c/o Summit Partners, L.P. - Tod Hearle<br>222 Berkeley St., 18th Fl.<br>Boston, MA 02116 | Common Stock | 4,336 | |
| **Todd Boehly** | Common Stock | 10,000 | |
| **Wellspring Capital Partners I.V. LP**<br>c/o Wellspring Capital Management LLC<br>390 Park Avenue, Lever House<br>New York, NY 10022 | Common Stock | 626,904 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 10, 2019            Signature    Bradley P. Johnson  
                                                **Bradley P. Johnson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   **SportCo Holdings, Inc.**

Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SportCo Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Prospect Capital Corporation**
**10 East 40th Street, 44th Floor**
**Attn: General Counsel and Geoffrey Chang**
**New York, NY 10016**

**Wellspring Capital Partners I.V. LP**
**c/o Wellspring Capital Management LLC**
**390 Park Avenue, Lever House**
**New York, NY 10022**

☐ None [*Check if applicable*]

06/10/2019
Date

Christopher A. Ward
**Christopher A. Ward**
Signature of Attorney or Litigant
Counsel for   **SportCo Holdings, Inc.**
**Polsinelli PC**
**222 Delaware Avenue, Suite 1101**
**Wilmington, DE 19801**
**302.252.0922 Fax:302.252.0921**
**cward@polsinelli.com**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: SportCo Holdings, Inc. | |
| United States Bankruptcy Court for the District of | Delaware (State) |
| Case number (*if known*): | |

☐ Check if this is an amended filing

Modified Form 204
# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of secured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | VISTA OUTDOOR<br>1 ATK WAY<br>ANOKA, MN 55303 | Phone: (800) 694-5263 | Trade Debt | | | | $3,299,326.61 |
| 2 | STURM RUGER RIFLES<br>1 LACEY PL<br>SOUTHPORT, CT 06890 | Phone: (203) 256-3866 | Trade Debt | | | | $3,196,842.10 |
| 3 | MAGPUL INDUSTRIES CORP.<br>7201 COMMERCE CIRCLE<br>CHEYENNE, WY 82007 | Phone: (303) 828-3460 | Trade Debt | | | | $2,078,353.17 |
| 4 | SAVAGE ARMS RIFLES<br>118 MOUNTAIN RD<br>SUFFIELD, CT 06078 | Phone: (866) 233-4776 | Trade Debt | | | | $1,927,392.50 |
| 5 | BUSHNELL CORP.<br>9200 CODY<br>OVERLAND PARK, KS 66214 | Phone: (763) 852-8709 | Trade Debt | | | | $1,879,795.66 |
| 6 | NAVICO COMPANY<br>12000 E SKELLY DR<br>TULSA, OK 74128 | Phone: (800-) 324-0044 | Trade Debt | | | | $1,743,684.04 |
| 7 | HENRY RAC HOLDING CORP.<br>59 E 1ST STREET<br>BAYONNE, NJ 07002 | Phone: (201) 858-4400 | Trade Debt | | | | $1,467,618.00 |
| 8 | SMITH & WESSON CORP.<br>P.O. BOX 2208<br>SPRINGFIELD, MA 01102-2208 | Phone: (413) 781-8300 | Trade Debt | | | | $1,386,714.26 |
| 9 | GARMIN USA, INC.<br>1200 E. 151ST STREET<br>OLATHE, KS 66062-3426 | Phone: (800) 800-1420 | Trade Debt | | | | $1,150,579.41 |
| 10 | FIOCCHI OF AMERICA<br>6930 N. FREEMONT RD<br>OZARK, MO 65721-8752 | Phone: (800) 721-2666 | Trade Debt | | | | $1,096,632.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | FN AMERICA, LLC<br>1420 BEVERLY RD, SUITE 200<br>MCLEAN, VA 22101 | Phone: (703) 288-3500 | Trade Debt | | | | $1,089,614.01 |
| 12 | MAGTECH AMMUNITION CO. INC.<br>9100 WYOMING AVE NORTH<br>SUITE 515<br>BROOKLYN PARK, MN 55445 | Phone: (763) 235-4000 | Trade Debt | | | | $1,056,806.25 |
| 13 | REMINGTON ARMS COMPANY, LLC<br>870 REMINGTON DRIVE<br>MADISON, NC 27025-0700 | Phone: (888) 736-4867 | Trade Debt | | | | $935,013.10 |
| 14 | KEL-TEC CNC INDUS, INC.<br>1505 COX RD.<br>COCOA, FL 32923-6009 | Phone: (321) 631-0068 | Trade Debt | | | | $912,769.50 |
| 15 | HORNADY MANUFACTURING CO.<br>3625 OLD POTASH HWY<br>GRAND ISLAND, NE 68802 | Phone: (308) 382-1390 | Trade Debt | | | | $897,319.66 |
| 16 | LEUPOLD & STEVENS, INC.<br>14400 NW GREENBRIER PKWY<br>BEAVERTON, OR 97006 | Phone: (503) 526-1477 | Trade Debt | | | | $734,782.02 |
| 17 | HECKLER & KOCH, INC.<br>5675 TRANSPORT BLVD., STE. 200<br>COLUMBUS, OH 31907 | Phone: (706) 568-1906 | Trade Debt | | | | $573,039.93 |
| 18 | AMERICAN TECH NETWORK CO.<br>1314 SAN MATEO AVE. SOUTH<br>SO. SAN FRANCISCO, CA 94080 | Phone: (800) 910-2862 | Trade Debt | | | | $560,334.09 |
| 19 | BARRETT FIREARMS MFG.<br>P.O. BOX 1077<br>MURFREESBORO, TN 37133 | Phone: (615) 896-2938 | Trade Debt | | | | $523,939.50 |
| 20 | BROWNING ARMS COMPANY<br>ONE BROWNING PLACE<br>MORGAN, UT 84050-9326 | Phone: (800) 234-2061 | Trade Debt | | | | $504,349.72 |
| 21 | BLASER USA, INC.<br>403 EAST RAMSEY SUITE 301<br>SAN ANTONIO, TX 78216 | Phone: (210) 377-2527 | Trade Debt | | | | $499,830.12 |
| 22 | ARMSCOR PRECISION, INC.<br>150 N. SMART WAY<br>PAHRUMP, NV 89060 | Phone: (775) 537-1444 | Trade Debt | | | | $471,998.63 |
| 23 | CHIAPPA FIREARMS USA, LTD.<br>1415 STANLEY AVENUE<br>DAYTON, OH 45404 | Phone: (937) 835-5000 | Trade Debt | | | | $425,357.85 |
| 24 | TR & Z USA TRADING CORP.<br>2499 MAIN STREET<br>STRATFORD, CT 06615 | Phone: (203) 375-8544 | Trade Debt | | | | $417,882.92 |
| 25 | WALTHER ARMS INC.<br>7700 CHAD COLLEY BLVD<br>FORT SMITH, AR 72917 | Phone: (479) 646-4210 | Trade Debt | | | | $399,000.00 |
| 26 | MAGNUM RESEARCH INC.<br>12602 33RD AVE., SW<br>PILLAGER, MN 56473 | Phone: (508) 635-1450 | Trade Debt | | | | $299,153.30 |
| 27 | FMK FIREARMS, INC.<br>1025 A. ORTEGA WAY<br>PLACENTIA, CA 92870 | Phone: (714) 630-0658 | Trade Debt | | | | $298,996.70 |
| 28 | BOND ARMS INC.<br>1820 S MORGAN<br>P.O. BOX 1296<br>GRANBURY, TX 76048-8296 | Phone: (817) 573-4445 | Trade Debt | | | | $290,280.00 |
| 29 | TRUGLO INC.<br>525 INTERNATIONAL PARKWAY<br>RICHARDSON, TX 75081-4413 | Phone: (972) 774-0300 | Trade Debt | | | | $280,885.24 |
| 30 | SCCY INDUSTRIES, LLC<br>1800 CONCEPT CT.<br>DAYTONA BEACH, FL 32114 | Phone: (386) 322-6336 | Trade Debt | | | | $267,360.00 |