**Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BONITZ BROTHERS, INC.,[1] | ) | Case No. 19-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. No. 27-1144441 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ELLETT BROTHERS, LLC, | ) | Case No. 19-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. No. 57-0957069 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVANS SPORTS, INC., | ) | Case No. 19-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. No. 57-1022654 | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification numbers, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

69055617.1

|                                         |     |                          |
|-----------------------------------------|-----|--------------------------|
| JERRY'S SPORTS, INC.,                   | )   | Case No. 19-_____ (___) |
|                                         | )   |                          |
|                                         | )   |                          |
| Debtor.                                 | )   |                          |
|                                         | )   |                          |
| Employer Tax I.D. No. 27-1144289        | )   |                          |
|                                         | )   |                          |
|                                         | )   |                          |

|                                         |     |                          |
|-----------------------------------------|-----|--------------------------|
| In re:                                  | )   | Chapter 11               |
|                                         | )   |                          |
| OUTDOOR SPORTS                          | )   | Case No. 19-_____ (___) |
| HEADQUARTERS, INC.,                     | )   |                          |
|                                         | )   |                          |
| Debtor.                                 | )   |                          |
|                                         | )   |                          |
| Employer Tax I.D. No. 27-1144548        | )   |                          |
|                                         | )   |                          |

|                                         |     |                          |
|-----------------------------------------|-----|--------------------------|
| In re:                                  | )   | Chapter 11               |
|                                         | )   |                          |
| QUALITY BOXES, INC.,                    | )   | Case No. 19-_____ (___) |
|                                         | )   |                          |
|                                         | )   |                          |
| Debtor.                                 | )   |                          |
|                                         | )   |                          |
| Employer Tax I.D. No. 57-1030287        | )   |                          |
|                                         | )   |                          |

|                                         |     |                          |
|-----------------------------------------|-----|--------------------------|
| In re:                                  | )   | Chapter 11               |
|                                         | )   |                          |
| SIMMONS GUN SPECIALTIES, INC.,          | )   | Case No. 19-_____ (___) |
|                                         | )   |                          |
|                                         | )   |                          |
| Debtor.                                 | )   |                          |
|                                         | )   |                          |
| Employer Tax I.D. No. 27-1144364        | )   |                          |
|                                         | )   |                          |

2

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., | ) | Case No. 19-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. No. 90-0430355 | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNITED SPORTING COMPANIES, INC., | ) | Case No. 19-_____ (___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. No. 20-4455758 | ) | |
| | ) | |

**ORDER DIRECTING JOINT
ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only; and upon the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and this Court

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3

having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned Chapter 11 Cases shall be jointly administered by the Court and consolidated for procedural purposes only under the case of SportCo Holdings, Inc., Case No. 19-_____ (____).

3.      The caption of the jointly administered Chapter 11 Cases shall read as follows:

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-_____ (___) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification numbers, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

5.    The Clerk of this Court shall make a docket entry in each Chapter 11 Case

(except that of Sportco Holdings, Inc.) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of SportCo Holdings, Inc. and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of SportCo Holdings, Inc., Case No. 19-_____ (___), should be consulted for all matters affecting this case."

6.    The Debtors are authorized and empowered to take all actions necessary to

effectuate the relief granted in this Order in accordance with the Motion.

7.    Notice of the Motion as provided therein shall be deemed good and

sufficient, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are

satisfied by such notice.

8.    Notwithstanding the applicability of any Bankruptcy Rule, the terms and

conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

10.     Notwithstanding the relief granted in this Order, any creditor filing a proof of claim against any Debtor shall file such proof of claim in the Chapter 11 Case of each Debtor to which such claim relates.

11.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

Dated: June __, 2019
Wilmington, DE

_____
UNITED STATES BANKRUPTCY JUDGE

69055617.1