# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 19-11299 (LSS) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 11, 2019 AT 2:00 P.M. (ET)[3]

**VOLUNTARY PETITIONS**

1. Bonitz Brothers, Inc.
2. Ellett Brothers, LLC
3. Evans Sports, Inc.
4. Jerry's Sports, Inc.
5. Outdoor Sports Headquarters, Inc.
6. Quality Boxes, Inc.
7. Simmons Gun Specialties, Inc.
8. SportCo Holdings, Inc.
9. United Sporting Companies, Inc.

**FIRST DAY DECLARATION**

10. Declaration of Bradley P. Johnson in Support of Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 9; Filed: 6/10/2019]

**MATTERS GOING FORWARD**

11. Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2; Filed: 6/10/2019]

    Status:    This matter will go forward.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave. Chapin, SC, 29036.

[2] **Amended items appear bold.**

[3] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

12. Debtors' Application for Entry of an Order Authorizing Employment and Retention of BMC Group, Inc. as the Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 3; Filed: 6/10/2019]

    Status: This matter will go forward.

13. Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Certain Prepetition Employee Wages, Benefits, and Related Items [Docket No. 4]; Filed: 6/10/2019]

    **Responses Received:**

    a) **Omnibus Limited Objection and Reservation of Rights of Second Priority Agent Concerning the Budget and the Debtors' First Day Motions [Docket No. 17; Filed: 6/10/2019]**

    Status: This matter will go forward on an interim basis.

14. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Broker Fees, (B) Renew, Supplement, or Purchase Insurance Policies, (C) Honor Prepetition Insurance Premium Financing Agreement, and (D) Renew Insurance Premium Financing Agreement in the Ordinary Course of Business; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 5; Filed: 6/10/2019]

    Status: This matter will go forward on an interim basis.

15. Debtors' Motion for Interim and Final Orders Authorizing Debtors to Continue Using Existing Bank Accounts, Business Forms, and Cash Management System [Docket No. 6; Filed: 6/10/2019]

    Status: This matter will go forward on an interim basis.

16. Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs [Docket No. 7; Filed: 6/10/2019]

    Status: This matter will go forward.

17. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 8; Filed: 6/10/2019]

**Responses Received:**

a) **Omnibus Limited Objection and Reservation of Rights of Second Priority Agent Concerning the Budget and the Debtors' First Day Motions [Docket No. 17; Filed: 6/10/2019]**

Status: This matter will go forward on an interim basis.

Dated: June 10, 2019  
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:  cward@polsinelli.com
           bdolphin@polsinelli.com

-and-

**MCDERMOTT WILL & EMERY LLP**

Timothy W. Walsh (*pro hac vice* pending)
Darren Azman (*pro hac vice* pending)
Riley T. Orloff (*pro hac vice* pending)
340 Madison Avenue
New York, New York 10173-1922
Telephone:(212) 547-5400
Facsimile: (212) 547-5444
Email:  twwalsh@mwe.com
           dazman@mwe.com
           rorloff@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*