IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-11299 (LSS) |
| Debtors. | ) ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 1, 2019 AT 2:00 P.M. (ET)[3]**

**MATTERS GOING FORWARD**

1. Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 68; Filed: 6/25/2019]

   Objection Deadline:   June 28, 2019 at 4:00 p.m.

   Related Documents:

   A. Order Granting the Motion of the Official Committee of Unsecured Creditors to Shorten Notice on its Motion for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals Using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 79; Filed June 26, 2019]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave. Chapin, SC, 29036.

[2] **Amended items appear in bold.**

[3] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

B. Notice of Hearing Regarding Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 82; Filed June 26, 2019]

C. Amended Notice of Hearing Regarding Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 85; Filed June 27, 2019]

Responses Received:

**A. Objection of the ABL Lenders and DIP Lenders to Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals Using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 87; Filed June 28, 2019]**

**B. Limited Objection of Second Priority Agent Concerning the Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals Using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 88; Filed June 28, 2019]**

**C. Debtors' Objection to Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals Using, *inter alia*, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 89; Filed June 28, 2019]**

Status: This matter will go forward.

| | |
|---|---|
| Dated: June 2**8**, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:    cward@polsinelli.com<br>            bdolphin@polsinelli.com<br><br>-and-<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Timothy W. Walsh (*pro hac vice* pending)<br>Darren Azman (*pro hac vice* pending)<br>Riley T. Orloff (*pro hac vice* pending)<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone:(212) 547-5400<br>Facsimile: (212) 547-5444<br>Email:    twwalsh@mwe.com<br>            dazman@mwe.com<br>            rorloff@mwe.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |