**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-11299 (LSS) |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 16, 2019 AT 11:00 A.M. (ET)[2]**

**WITHDRAWN MATTER**

1. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program for Certain Employees and (II) Granting Related Relief [Docket No. 70; Filed 6/25/2019]

    Objection Deadline:    July 9, 2019 at 4:00 p.m. (The Official Committee of Unsecured Creditors, Prospect Capital Corporation, and the United States Trustee were granted extensions to respond until July 12, 2019 at 4:00 p.m.)

    Related Document(s):

    a)  Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 102; Filed: 7/2/2019]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

[2] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

  b)  Supplemental Declaration of Dalton Edgecomb in Support of Debtors' (A) Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Program for Certain Non-Insider Employees and (II) Granting Related Relief; (B) Motion for Entry of an Order, Pursuant to Sections 105(a), 363 and 503 of the Bankruptcy Code, Authorizing the Debtors to Make Post-Petition Severance Payments to Non-Insider Employees in Accordance with the Debtors' Pre-Petition Severance Program; and (C) Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program for Certain Employees and (II) Granting Related Relief [Docket No. 108; Filed: 7/3/2019]

  c)  Notice of Withdrawal of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program for Certain Employees and (II) Granting Related Relief [Docket No. 128; Filed 7/11/2019]

Response(s) Received:  Informal Comments from the Official Committee of Unsecured Creditors, Prospect Capital Corporation, and the United States Trustee

Status:  This matter has been withdrawn.

## MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

2. Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Certain Prepetition Employee Wages, Benefits, and Related Items [Docket No. 4; Filed: 6/10/2019]

  Objection Deadline:  July 9, 2019 at 4:00 p.m.

  Related Document(s):

    a)  Interim Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits and Related Items [Docket No. 42; Entered: 6/11/2019]

    b)  Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 53; Filed: 6/13/2019]

    c)  Certification of Counsel Regarding Final Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits and Related Items [Docket No. 119; Filed: 7/11/2019]

  Responses Received:

    a)  Omnibus Limited Objection and Reservation of Rights of Second Priority Agent Concerning the Budget and the Debtors' First Day Motions [Docket No. 17; Filed: 6/10/2019]

      b) Debtors' Response to Omnibus Limited Objection and Reservation of Rights of Second Priority Agent [Docket No. 31; Filed: 6/11/2019]

      c) Notice of Filing of Exhibit A to Debtors' Response to Omnibus Limited Objection and Reservation of Rights of Second Priority Agent [Docket No. 33; Filed: 6/10/2019]

      d) Informal comments from the United States Trustee

Status: A proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Broker Fees, (B) Renew, Supplement, or Purchase Insurance Policies, (C) Honor Prepetition Insurance Premium Financing Agreement, and (D) Renew Insurance Premium Financing Agreement in the Ordinary Course of Business; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 5; Filed: 6/10/2019]

Objection Deadline: July 9, 2019 at 4:00 p.m.

Related Document(s):

      a) Interim Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Broker Fees, (B) Renew, Supplement, or Purchase Insurance Policies, (C) Honor Prepetition Insurance Premium Financing Agreement, and (D) Renew Insurance Premium Financing Agreement in the Ordinary Course of Business; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 43; Entered: 6/11/2019]

      b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 53; Filed: 6/13/2019]

      c) Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Broker Fees, (B) Renew, Supplement, or Purchase Insurance Policies, (C) Honor Prepetition Insurance Premium Financing Agreement, and (D) Renew Insurance Premium Financing Agreement in the Ordinary Course of Business; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 120; Filed: 7/11/2019]

    Response(s) Received:    None.

    Status:    A proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

4. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 74; Filed: 6/25/2019]

       Objection Deadline:    July 9, 2019 at 4:00 p.m. (The United States Trustee was granted an extension to respond until July 12, 2019 at 4:00 p.m.)

       Related Document(s):

       a)    Declaration of Dalton Edgecomb, the Debtors' Chief Restructuring Officer, in Support of the Debtors' Application to Authorize the Retention and Employment of (A) McDermott Will & Emery LLP and (B) Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 93; Filed: 7/1/2019]

       b)    Certification of Counsel Regarding Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Attorneys to the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 122; Filed: 7/11/2019]

       Response(s) Received:    Informal comments from the United States Trustee

       Status:    A revised proposed form of order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

5. Application of Debtors for Authority to Employ and Retain Polsinelli PC as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 75; Filed: 6/25/2019]

       Objection Deadline:    July 9, 2019 at 4:00 p.m.

       Related Document(s):

       a)    Declaration of Dalton Edgecomb, the Debtors' Chief Restructuring Officer, in Support of the Debtors' Application to Authorize the Retention and Employment of (A) McDermott Will & Emery LLP and (B) Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 93; Filed: 7/1/2019]

       b)    Supplemental Declaration of Christopher A. Ward, Esq. in Support of the Application of Debtors to Authorize the Retention and Employment of Polsinelli PC as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket 107; Filed: 7/3/2019]

    c)    Certification of Counsel Regarding Order Authorizing Retention and Employment of Polsinelli PC as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 123; Filed: 7/11/2019]

Response(s) Received:    Informal Comments from the United States Trustee

Status:    A revised proposed form of order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

6. Debtors' Application for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing and Approving Debtors' (I) Retention and Employment of Winter Harbor, LLC and (II) Employment of Dalton Edgecomb as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 76; Filed: 6/25/2019]

Objection Deadline:    July 9, 2019 at 4:00 p.m.

Related Document(s):

    a)    Certification of Counsel Regarding Order Authorizing and Approving Debtors' (I) Retention and Employment of Winter Harbor, LLC and (II) Employment of Dalton Edgecomb as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 124; Filed: 7/11/2019]

Response(s) Received:    Informal Comments from the United States Trustee

Status:    A revised proposed form of order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

7. Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 77; Filed: 6/25/2019]

Objection Deadline:    July 9, 2019 at 4:00 p.m.

Related Document(s):

    a)    Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 125; Filed: 7/11/2019]

    b)    Proposed Order

Response(s) Received:    None.

Status:    A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

**MATTERS GOING FORWARD**

8. Debtors' Motion for Interim and Final Orders Authorizing Debtors to Continue Using Existing Bank Accounts, Business Forms, and Cash Management System [Docket No. 6; Filed: 6/10/2019]

    Objection Deadline:    July 9, 2019 at 4:00 p.m.

    Related Document(s):

    a) Interim Order Authorizing the Debtors to Continue Using Existing Bank Accounts, Business Forms, and Cash Management System [Docket No. 41; Filed: 6/11/2019]

    b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 53; Filed: 6/13/2019]

    Response(s) Received:    Informal Comments from the United States Trustee and Wells Fargo Bank, National Association

    Status:    The parties are negotiating an adjournment of this matter to a date to be determined by the Court, as of now this matter is going forward.

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 8; Filed: 6/10/2019]

    Objection Deadline:    July 9, 2019 at 4:00 p.m. (The Official Committee of Unsecured Creditors was granted an extension to respond until July 12, 2019 at 4:00 p.m.)

    Related Document(s):

    a) Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 51; Entered: 6/13/2019]

    b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 53; Filed: 6/13/2019]

Response(s) Received:

- a) Omnibus Limited Objection and Reservation of Rights of Second Priority Agent Concerning the Budget and the Debtors' First Day Motions [Docket No. 17; Filed: 6/10/2019]

- b) Debtors' Response to Omnibus Limited Objection and Reservation of Rights of Second Priority Agent [Docket No. 33; Filed: 6/11/2019]

- c) Informal comments from the United States Trustee, the Official Committee of Unsecured Creditors, and Prospect Capital Corporation

Status: The parties are negotiating an adjournment of this matter to a date to be determined by the Court, as of now this matter is going forward.

10. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Program for Certain Non-Insider Employees and (II) Granting Related Relief [Docket No. 67; Filed: 6/25/2019]

Objection Deadline: July 9, 2019 at 4:00 p.m. (The Official Committee of Unsecured Creditors, Prospect Capital Corporation, and the United States Trustee were granted extensions to respond until July 12, 2019 at 4:00 p.m.)

Related Document(s):

- a) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 102; Filed: 7/2/2019]

- b) Supplemental Declaration of Dalton Edgecomb in Support of Debtors' (A) Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Program for Certain Non-Insider Employees and (II) Granting Related Relief; (B) Motion for Entry of an Order, Pursuant to Sections 105(a), 363 and 503 of the Bankruptcy Code, Authorizing the Debtors to Make Post-Petition Severance Payments to Non-Insider Employees in Accordance with the Debtors' Pre-Petition Severance Program; and (C) Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program for Certain Employees and (II) Granting Related Relief [Docket No. 108; Filed: 7/3/2019]

- c) Notice of Filing of Revised Exhibit B to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Program for Certain Non-Insider Employees and (II) Granting Related Relief [Docket No. 127; Filed: 7/11/2019]

      Response(s) Received:      Informal Comments from the Official Committee of Unsecured Creditors, Prospect Capital Corporation, and the United States Trustee

      Status:      The parties are negotiating an adjournment of this matter to a date to be determined by the Court, as of now this matter is going forward.

11. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363 and 503 of the Bankruptcy Code, Authorizing the Debtors to Make Post-Petition Severance Payments to Non-Insider Employees in Accordance with the Debtors' Pre-Petition Severance Program [Docket No. 69; Filed: 6/25/2019]

      Objection Deadline:      July 9, 2019 at 4:00 p.m. (The Official Committee of Unsecured Creditors, Prospect Capital Corporation, and the United States Trustee were granted extensions to respond until July 12, 2019 at 4:00 p.m.)

      Related Document(s):

        a) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 102; Filed: 7/2/2019]

        b) Supplemental Declaration of Dalton Edgecomb in Support of Debtors' (A) Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Program for Certain Non-Insider Employees and (II) Granting Related Relief; (B) Motion for Entry of an Order, Pursuant to Sections 105(a), 363 and 503 of the Bankruptcy Code, Authorizing the Debtors to Make Post-Petition Severance Payments to Non-Insider Employees in Accordance with the Debtors' Pre-Petition Severance Program; and (C) Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program for Certain Employees and (II) Granting Related Relief [Docket No. 108; Filed: 7/3/2019]

      Response(s) Received:      Informal Comments from the Official Committee of Unsecured Creditors, Prospect Capital Corporation, and the United States Trustee

      Status:      The parties are negotiating an adjournment of this matter to a date to be determined by the Court, as of now this matter is going forward.

| | |
|---|---|
| Dated: July 12, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:   cward@polsinelli.com<br>            bdolphin@polsinelli.com<br>-and-<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Timothy W. Walsh (*pro hac vice* pending)<br>Darren Azman (*pro hac vice* pending)<br>Riley T. Orloff (*pro hac vice* pending)<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone:(212) 547-5400<br>Facsimile: (212) 547-5444<br>Email:   twwalsh@mwe.com<br>            dazman@mwe.com<br>            rorloff@mwe.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |