**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-11299 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 8 & 51** |

**BRIDGE ORDER AMENDING THE COURT'S INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION LENDERS, (V) MODIFYING AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

Upon the Debtors' *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 8] (the "DIP Motion") and the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 51] entered on June 13, 2019 (the "Interim DIP

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

Order")[2]; and upon the agreement of the Debtors' the DIP Agent, the Prepetition Agents, and the Committee; and upon the record established at the Interim Hearing;

**IT IS HEREBY ORDERED THAT:**

1.  The relief requested in the DIP Motion is GRANTED on the terms set forth in this order (the "Bridge Order").

2.  The Final Hearing to consider entry of the Final Order and final approval of the DIP Facility and approval of the Debtors' continued use of Cash Collateral is adjourned to July 29, 2019 at 1:30 PM (ET) (such adjourned date, the "Adjourned Final Hearing") or such other date as determined by the Court.

3.  Notwithstanding Paragraph 11 of the Interim DIP Order, the Debtors are hereby authorized to continue their use of Cash Collateral for the period from the date of this Bridge Order through and including the Adjourned Final Hearing (such period, the "Bridge Period") on the terms and conditions set forth in the Interim DIP Order, as amended by this Bridge Order.

4.  The Approved Budget otherwise attached to the Interim DIP Order shall be replaced with the budget attached hereto as Exhibit 1 (the "Revised Budget"). During the Bridge Period only, the Revised Budget shall be considered the "Approved Budget" as such term is defined in the Interim DIP Order.

5.  Except as otherwise modified by this Bridge Order, the Interim DIP Order shall remain in full force and effect during the Bridge Period in accordance with its terms.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim DIP Order

```
```


6. The Court has and will retain jurisdiction to enforce the terms of, any and all matters arising from or related to the DIP Facility, the Interim DIP Order, and/or this Bridge Order.

*[Signature]*

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: July 16th, 2019**
**Wilmington, Delaware**