**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-11299 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 19, 2019 AT 10:00 A.M. (ET)[2]**

**MATTER GOING FORWARD**

1.    Motion of the Official Committee of Unsecured Creditors for Entry of An Order (I) Enforcing the Stipulated Sale Order and (II) Prohibiting Sales Made Outside the Ordinary Course of the Debtors' Business [Docket No. 163; Filed: 7/16/2019]

      Objection Deadline:      July 18, 2019 at 4:00 p.m.

      Related Document(s):

          a)    Order Resolving the Motion of the Official Committee of Unsecured Creditors for an Order (A) Authorizing the Committee's Financial Advisors to Run a Going Concern Sale Process and Solicit Alternative Proposals Using, Inter Alia, the Debtors' Confidential Information, (B) Directing the Debtors to Cooperate in Such Efforts, and (C) Granting Reconsideration of the Interim DIP Order [Docket No. 109; Entered: 7/3/2019]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

[2] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

69598929.1

b)      Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 130; Filed: 7/12/2019]

c)      Supplemental Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 146; Filed: 7/15/2019]

d)      Debtors' Response to the Supplemental Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 150; Filed: 7/16/2019]

Response(s) Received:        None at this time.

Status:        The Debtors and the Committee are negotiating a resolution of the motion. If the parties cannot agree to a resolution prior to the objection deadline, objections to the relief requested in the motion will be filed in advance of the objection deadline and an amended agenda will be filed prior to the hearing. This matter will go forward at this time.

*[remainder of page intentionally left blank]*

69598929.1

Dated: July 17, 2019
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:    cward@polsinelli.com
             bdolphin@polsinelli.com
-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:(212) 547-5400
Facsimile: (212) 547-5444
Email:    twwalsh@mwe.com
             dazman@mwe.com
             rorloff@mwe.com

*Counsel to the Debtors and*
*Debtors in Possession*

3

69598929.1