UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

## MONTHLY OPERATING REPORT *

| Required Documents | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____         _____
Signature of Debtor                                                    Date

_____         _____
Signature of Joint Debtor                                              Date

_/s/ A T. Edgecomb_____         July 22, 2019
Signature of Authorized Individual                         Date

Dalton Edgecomb                                                Chief Restructuring Officer
Printed Name of Authorized Individual                Title of Authorized Individual

* The information contained herein is provided as required by the Office of the United States Trustee. This Monthly Operating Report has been prepared based on information available to the Debtor as of the ending date in the reporting period shown above, and such information may be incomplete in certain respects. All information contained herein is unaudited and subject to future adjustments, which could be material. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 proceedings. The Debtor reserves all rights to amend, modify or supplement this Monthly Operating Report.

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

**MOR-1**  
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS** [1]

| ACCOUNT NUMBERS ENDING IN | BANK ACCOUNTS | | | | | | CURRENT PERIOD | | FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | OTHER | OHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH - BEGINNING OF MONTH** | | | | | | | - | | - | |
| **RECEIPTS** | | | | | | | | | | |
| CASH SALES | | | | 343,993 | | | 343,993 | | 343,993 | |
| ACCOUNTS RECEIVABLE | | | | 18,932,355 | | | 18,932,355 | | 18,932,355 | |
| LOANS AND ADVANCES | | | | | | | - | | - | |
| OTHER (ATTACH LIST) | | | | | | | - | | - | |
| TRANSFERS (FROM DIP ACCTS) | 2,257,897 | | | | | | 2,257,897 | | 2,257,897 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **TOTAL RECEIPTS** | 2,257,897 | - | - | 19,276,348 | - | - | 21,534,245 | - | 21,534,245 | - |
| **DISBURSEMENTS** | | | | | | | | | | |
| PAYROLL FUNDING | - | 1,815,000 | | | | | 1,815,000 | | 1,815,000 | |
| UTILITIES | 41,724 | | | | | | 41,724 | | 41,724 | |
| SHIPPING | 145,713 | | | | | | 145,713 | | 145,713 | |
| INSURANCE | 325,953 | | | | | | 325,953 | | 325,953 | |
| EMPLOYEE EXPENSESE | 9,376 | | | | | | 9,376 | | 9,376 | |
| OPERATING EXPENSES | 102,634 | | | | | | 102,634 | | 102,634 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | 19,276,348 | | | 19,276,348 | | 19,276,348 | |
| | | | | | | | - | | | |
| PROFESSIONAL FEES | | | | | | | - | | - | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | - | | - | |
| COURT COSTS | | | | | | | - | | - | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 625,400 | 1,815,000 | - | 19,276,348 | - | - | 21,716,749 | - | 21,716,749 | - |
| **NET CASH FLOW** | 1,632,496 | (1,815,000) | - | (0) | - | - | (182,504) | - | (182,504) | - |
| **CASH - END OF MONTH** | $ 1,632,496 | $ (1,815,000) | $ - | $ (0) | $ - | $ - | $ (182,504) | $ - | $ (182,504) | $ - |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |
|---|---|
| TOTAL DISBURSEMENTS (June 11, 2019 through June 30, 2019) | |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ - |

1. The accounting systems are not primarily designed to produce reports that are consistent with the requirements of the Office of the United States Trustee. The numbers presented in the cash flow are subject to change as additional information is made available. The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustments.

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

**MOR-1a**  
**BANK ACCOUNTS** [1]

| Bank name | Account type | Account number | Period-end bank balance | Reconciling Items | GL Balance |
|---|---|---|---|---|---|
| Regions | Payroll | 0240423409 | 1,008,318.37 | 20,775.22 | 1,029,093.59 |
| Bank of America | Operating Account - Ellett | 000080231342 | 174,768.78 | -174,768.78 | 0.00 |
| Bank of America | Collection Account - Ellett | 009429226652 | 376,307.78 | -20,000.00 | 356,307.78 |
| Bank of America | Concentration Account - Ellett | 009429226759 | 56,578.50 | 0.00 | 56,578.50 |
| Wells Fargo | Office Checking Account - Ellett | 2076700001962 | 210,870.40 | 0.00 | 210,870.40 |
| Bank of America | Operating Account - Evans | 000080231350 | 37,202.66 | -37,202.66 | 0.00 |
| Wells Fargo | Office Checking Account - Evans | 2010000028973 | 297.76 | 0.00 | 297.76 |
| Bank of America | Operating Account - JSC | 002210002980 | 11,007.18 | -10,936.83 | 70.35 |
| Bank of America | Concentration Account - JSC | 383007324257 | 9,234.02 | 0.00 | 9,234.02 |
| Bank of America | Restructed Account - JSC | 383006757948 | 39,033.88 | 0.00 | 39,033.88 |
| Wells Fargo | Restricted Account - JSC | 2000037878724 | 4,545.18 | 0.00 | 4,545.18 |
| Wells Fargo | Office Checking Account - JSC | 2000037878708 | 6,254.81 | 0.00 | 6,254.81 |
| Other Reconciling Items | | | 0.00 | 12,355.69 | 12,355.69 |
| **TOTAL BANK BALANCE** | | | **1,934,419.32** | **-209,777.36** | **1,724,641.96** |

1. An attestation regarding the Debtor's bank statements and bank-account reconciliations follows this schedule.

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

## MOR-1a
## ATTESTATION REGARDING BANK ACCOUNTS

The above-captioned Debtor hereby submits this attestation regarding disbursement journals and bank-account reconciliations in lieu of providing copies of bank statements and account reconciliations.

I attest that each of the bank accounts listed in the preceding schedule is reconciled to monthly bank statements. The Debtor's standard practice is to ensure that each bank account is reconciled to monthly bank statements for each calendar month within 20 days after month end.

_____  
Signature of Authorized Individual

July 22, 2019  
Date

Dalton Edgecomb  
Printed Name of Authorized Individual

Chief Restructuring Officer  
Title of Authorized Individual

In re SportCo Holdings, Inc.                                                                                                                 Case No. 19-11299 (LSS)
Debtor                                                                 Reporting Period: June 10 - June 30, 2019

## MOR-1b
### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period covered | Amount approved | Payor | Check #/EFT | Date paid | Period amount paid Fees | Period amount paid Expenses | Case-to-date amount paid Fees | Case-to-date amount paid Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Winter Harbor LLC | | - | SportCo Holdings, Inc. | EFT | | - | - | | |
| Winter Harbor LLC | | - | SportCo Holdings, Inc. | EFT | | - | - | | |
| Winter Harbor LLC | | - | SportCo Holdings, Inc. | EFT | | - | - | | |
| Winter Harbor LLC | | - | SportCo Holdings, Inc. | EFT | | - | - | | |
| Winter Harbor LLC | | - | SportCo Holdings, Inc. | EFT | | - | - | | |
| | | - | | | | - | - | - | - |
| McDermmot Will & Emery LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Polsinelli | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Debtor's Tax Accountants | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| BMC Group | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Emerald Capital Advisors | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Lowenstein Sandler LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Blank Rome LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Olshan Frome Wolosky | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| | | - | | | | - | - | - | - |

| Professional | Role | Notes |
|---|---|---|
| Winter Harbor LLC | Debtor's Chief Restructuring Officer and additional personnel | |
| McDermott Will & Emery LLP | Debtor's counsel, lead | |
| Polsinelli | Debtor's counsel, local | |
| Debtor's Tax Accountants | Debtor's tax accountants | |
| BMC Group | Debtor's noticing, claims and balloting agent | |
| Emerald Capital Advisors | Financial Advisor to the Official Committee of Unsecured Creditors | |
| Lowenstein Sandler LLP | Counsel to the Official Committee of Unsecured Creditors | |
| Blank Rome LLP | DIP Lender's counsel, lead and local | |
| Olshan Frome Wolosky | DIP Lender's counsel, lead and local | |

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

## MOR-2
## STATEMENT OF OPERATIONS (UNAUDITED) [1]

| Line item | Current period | Filing to date |
|---|---:|---:|
| **Sales** | | |
| Gross Merchandise Sales | 25,289,532 | 25,289,532 |
| Sales Return & Allowance | (91,491) | (91,491) |
| Net Discounts | 7,604 | 7,604 |
| **Net Sales** | 25,205,645 | 25,205,645 |
| **Cost of Goods Sold** | | |
| Cost of Product Sold | 29,501,338 | 29,501,338 |
| Purchase Discounts | (434,909) | (434,909) |
| Freight In | 40,000 | 40,000 |
| Rebates | - | - |
| Discounts Anticipation | - | - |
| Reserve changes/Other costs | (1,479,013) | (1,479,013) |
| **Total Cost of Goods Sold** | 27,627,417 | 27,627,417 |
| **Net Gross Margin** | (2,421,772) | (2,421,772) |
| **Operating Expenses** | | |
| Total Variable Expense [2] | 1,308,290 | 1,308,290 |
| Total Fixed Expense [3] | 1,824,359 | 1,824,359 |
| **Total Operating Expenses** | 3,132,649 | 3,132,649 |
| **Operating Income** | (5,554,422) | (5,554,422) |
| **Non-Operating Expenses** | | |
| Other Income/Expense | 10,278 | 10,278 |
| Interest Income | (66,719) | (66,719) |
| Interest Expense | 3,313,639 | 3,313,639 |
| Income Tax Expense | - | - |
| **Total Non-Operating Expenses** | 3,257,198 | 3,257,198 |
| **NET INCOME** | (8,811,620) | (8,811,620) |

1. The accounting systems are not primarily designed to produce reports that are consistent with the requirements of the Office of the United States Trustee. The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustments.
2. Detail on MOR-2 Statement of Ops Cont
3. Detail on MOR-2 Statement of Ops Cont

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

## MOR-2 CONTINUATION SHEET
### STATEMENT OF OPERATIONS (UNAUDITED) [1]

| Line item | Current period | Filing to date |
|---|---:|---:|
| **Total Variable Expense** [2] | | |
| Bad Debt Expense | 25,139 | 25,139 |
| Spiff | - | - |
| Sales Bonus & Commissions | 999,369 | 999,369 |
| Royalty Expense | 105 | 105 |
| Tools & Distribution Supplies | 17,848 | 17,848 |
| Shipping Charges | (99,325) | (99,325) |
| Small Order Charges | - | - |
| Truck Depreciation | - | - |
| Freight Out | 365,154 | 365,154 |
| **Total Variable Expenses** | **1,308,290** | **1,308,290** |
| **Total Fixed Expense** [3] | | |
| Audit Fees | - | - |
| Web Site Exp | 11,161 | 11,161 |
| Associations & Subscriptions | 1,829 | 1,829 |
| Catalog Flyers & Advertising | 75 | 75 |
| Directors Expenses | - | - |
| Stock Related Costs | - | - |
| Consulting Fees | 75,449 | 75,449 |
| Collection Expense | (1,890) | (1,890) |
| Contributions | - | - |
| Depreciation and Amortization | 404,407 | 404,407 |
| 401K-Plan Company Match | 16,073 | 16,073 |
| 401K Plan Expense | - | - |
| Stock-based compensation | - | - |
| Insurance Associates | 108,506 | 108,506 |
| Insurance General | 54,616 | 54,616 |
| Postage | (1,264) | (1,264) |
| Professional Fees | 37,865 | 37,865 |
| Promotion & Entertainment | 271 | 271 |
| Licenses | 14,333 | 14,333 |
| Maintenance - Equip & Vehicles | 34,440 | 34,440 |
| Maintenance Buildings | (1,295) | (1,295) |
| Management Bonus | - | - |
| Personnel Search & Relocation | - | - |
| Rent Building & Equipment | 86,248 | 86,248 |
| Handling Fees 3PL | - | - |
| Wages & Salaries | 802,574 | 802,574 |
| Temporary Contract Labor | 407 | 407 |
| Security Expense | (10,756) | (10,756) |
| Gifts | 279 | 279 |
| Supplies Office & Copier | 10,472 | 10,472 |
| Sample Merchandise | - | - |
| Taxes - Payroll | 114,068 | 114,068 |
| Taxes - Property & Other | 21,102 | 21,102 |
| Telephone Expense | 13,540 | 13,540 |
| Training - Associates | - | - |
| Internal Shows | - | - |
| Trade Show & Meals | 260 | 260 |
| Travel & Meals | 8,976 | 8,976 |
| Utilities | 22,610 | 22,610 |
| Other expenses/Corp allocation | - | - |
| **Total Fixed Expenses** | **1,824,359** | **1,824,359** |

1. The accounting systems are not primarily designed to produce reports that are consistent with the requirements of the Office of the United States Trustee. The numbers presented in this schedule are subject to change as additional information is made available. The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustments.
2. Detail of Total Variance Expenses from MOR-2 Statement of Operations
2. Detail of Total Fixed Expenses from MOR-2 Statement of Operations

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

### MOR-3
### BALANCE SHEET (UNAUDITED) [1]

| Line item | Current period | As of petition date |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | 1,724,642 | 1,821,308 |
| Trade Accounts Receivable | 29,145,843 | 23,194,100 |
| Allowance for Bad Debt | (1,350,233) | (1,335,330) |
| Other Receivables | 1,576,679 | 1,669,570 |
| Inventories | 29,024,641 | 58,176,511 |
| Inventory Reserve | - | (1,479,013) |
| Current Deferred Tax | - | - |
| Prepaid Expenses | 1,145,761 | 1,437,167 |
| **Total Current Assets** | **61,267,333** | **83,484,313** |
| **Fixed Assets** | | |
| Land | 2,448,252 | 2,448,252 |
| Building and Improvements | 9,556,728 | 9,561,728 |
| Vehicles | 6,500 | 6,500 |
| Furniture, Fixtures and Equipment | 12,117,783 | 12,117,783 |
| Accumulated Depreciation | (10,309,224) | (10,198,806) |
| **Total Fixed Assets** | **13,820,039** | **13,935,457** |
| **Other Assets** | | |
| Security Deposits | 4,000 | 4,000 |
| Non Current Deferred Tax | 6,761,509 | 6,761,509 |
| Intangibles | 101,136,865 | 101,336,032 |
| Amortization of Intangibles | (59,684,428) | (59,489,415) |
| **Total Other Assets** | **48,217,947** | **48,612,126** |
| **TOTAL ASSETS** | **123,305,319** | **146,031,897** |
| **LIABILITIES AND SHAREHOLDER EQUITY** | | |
| **Liabilities Not Subject to Compromise** | | |
| Cash EB/JSC - BOA Operating Accounts | (70) | 336,389 |
| Cash EB - CC/ACH/Wire Pmts | - | 461,390 |
| A/P Trade | 563,984 | 395,964 |
| Accrued Expenses | 4,671,809 | 487,054 |
| **Total Liabilities Not Subject to Compromise** | **5,235,723** | **1,680,797** |
| **Current Liabilities Subject to Compromise** | | |
| A/P Trade [2] | 40,573,645 | 40,256,262 |
| A/P American Express | 110,937 | 110,937 |
| A/P Sierra Consignment | - | - |
| A/P Legacy Consignment | - | - |
| A/P Misc Consignments | - | - |
| A/P Other | - | - |
| Purchases Clearing [2] | 116,656 | 306,474 |
| Accrual for Inventory in Transit [2] | - | 127,565 |
| Accrued Expenses | 1,142,323 | 1,142,323 |
| Current Portion of IRB | - | - |
| Lease Obligations for Vacated Facilities | 13,757 | 13,757 |
| Current Portion of Notes Payable | - | - |
| Current Portion Purchase Payout [3] | 291,907 | 535,152 |
| Current Deferred IncomeTax | - | - |
| Revolving Line of Credit | 5,846,093 | 23,071,263 |
| Other | 0 | 0 |
| **Total Current Liabilities Subject to Compromise** | **48,095,318** | **65,563,733** |
| **Long Term Liabilities Subject to Compromise** | | |
| Industrial Revenue Bond | - | - |
| Due To/(From) JSC | - | - |
| Lease Obligations for Vacated Facilities | 28,765 | 28,765 |
| Long Term Notes Payable | 240,216,005 | 240,216,005 |
| Noncurrent Purchase Payout [3] | 322,458 | 323,927 |
| Long Term Purchase Payout | - | - |
| Noncurrent Deferred IncomeTax | 7,170,405 | 7,170,405 |
| **Total Long Term Liabilities Subject to Compromise** | **247,737,632** | **247,739,101** |
| **Shareholder Equity** | | |
| Capital Stock | 68,448,040 | 68,448,040 |
| Intercompany | - | - |
| Treasury Stock | 1,426,603 | 1,426,603 |
| Prior Year Retained Earnings | (206,311,875) | (206,311,875) |
| Current Year Earnings | (41,326,122) | (32,514,503) |
| **Total Shareholder Equity** | **(177,763,354)** | **(168,951,734)** |
| **TOTAL LIABILITIES AND SHAREHOLDER EQUITY** | **123,305,319** | **146,031,897** |

1. The accounting systems are not principally designed to produce reports that are consistent with the requirements of the Office of the United States Trustee. The numbers presented in this schedule are subject to change as additional information is made available. The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustments.

2. Trade A/P, Purchases Clearing & Inventory Transit current period equals the sum of these account at petition date.

3. The decrease in these accounts post-petition are entries taken against the reserve, and are non-cash transactions.

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

## MOR-4
### STATUS OF POST-PETITION TAXES

| Line item | Beginning liability | Amount withheld, accrued, and expensed | Amount paid | Date paid | Check #, EFT, or Other | Ending liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | 106,602 | (106,602) | 6/21/2019,07/03/2019 | EFT | - |
| FICA-Employee | - | 55,832 | (55,832) | 6/21/2019,07/03/2019 | EFT | - |
| FICA-Employer | - | 55,832 | (55,832) | 6/21/2019,07/03/2019 | EFT | - |
| Unemployment | - | 114 | (114) | 6/21/2019,07/03/2019 | EFT | - |
| Income | - | - | - | 6/21/2019,07/03/2019 | EFT | - |
| Other | - | - | - | N/A | N/A | - |
| Subtotal, federal | - | 218,380 | (218,380) | | | - |
| **State and Local** | | | | | | |
| Withholding | - | 34,817 | (34,817) | 6/21/2019,07/03/2019 | EFT | - |
| Sales | - | 4,588 | - | N/A | N/A | 4,588 |
| Excise | - | 3,378 | - | N/A | N/A | 3,378 |
| Unemployment | - | 1,387 | (1,387) | 6/21/2019,07/03/2019 | EFT | - |
| Real Property | - | 17,179 | - | N/A | N/A | 17,179 |
| Personal Property | - | - | - | N/A | N/A | - |
| All other taxes | - | 7,946 | - | N/A | N/A | 7,946 |
| Subtotal, state and local | - | 69,295 | (36,204) | | | 33,091 |
| Taxes included in accounts payable | - | - | - | N/A | N/A | - |
| **TOTAL TAXES** | - | 287,675 | (254,584) | | | 33,091 |

| | |
|---|---|
| In re SportCo Holdings, Inc. | Case No. 19-11299 (LSS) |
| Debtor | Reporting Period: June 10 - June 30, 2019 |

## MOR-4
## ATTESTATION REGARDING STATUS OF POST-PETITION TAXES

The above-captioned Debtor hereby submits this attestation regarding the status of post-petition taxes in lieu of providing tax returns and detailed records of paid or unpaid taxes by type and entity.

I hereby certify, to the best of my knowledge, that: (1) all federal, state and local post-petition taxes and estimates due and owing for the period indicated above for the Debtor have been paid or that any remaining balance dues are *de minimis*; and (2) to the extent that tax returns have not been submitted, an extension has been either obtained or requested from the appropriate state or federal agency, or the Debtor is in the process of obtaining or requesting such extension from the appropriate state or federal agency.

_____
Signature of Authorized Individual

July 22, 2019
Date

Dalton Edgecomb
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

**MOR-4**  
**STATUS OF UNPAID POST-PETITION DEBTS** [1]

| Line item | Days Outstanding | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Current* | *1-30* | *31-60* | *61-90* | *91-120* | *Over 120* | *Totals* |
| Wages Payable | - | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - | - |
| Rent/Leases-Building | 2,901 | - | - | - | - | - | 2,901 |
| Rent/Leases-Equipment | - | - | - | - | - | - | - |
| Supplies | 71,355 | - | - | - | - | - | 71,355 |
| Freight | 167,315 | - | - | - | - | - | 167,315 |
| Services | 34,058 | - | - | - | - | - | 34,058 |
| Professional Fees | 82,893 | - | - | - | - | - | 82,893 |
| Amounts Due to Insiders | - | - | - | - | - | - | - |
| EE Expense | 655 | - | - | - | - | - | 655 |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Totals** | **359,176** | **-** | **-** | **-** | **-** | **-** | **359,176** |

1. All information contained herein is unaudited and subject to future adjustments. Certain debts payable pursuant to orders of the Bankruptcy Court are reflected as current for the purposes of this schedule. All post-petition debts other than aged accounts payable are assumed to be current.

## MOR-5
## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING *

| Line item | Days Outstanding | | | | | |
|---|---|---|---|---|---|---|
| | *Current* | *1-30* | *31-60* | *61-90* | *Over 90* | *Totals* |
| Trade Accounts Receivable | 20,945,209 | 4,167,479 | 1,273,128 | 1,006,964 | 1,543,999 | 28,936,779 |
| Less: Allowance for doubtful accounts | - | - | - | (251,854) | (1,007,418) | (1,259,272) |
| **Totals** | **20,945,209** | **4,167,479** | **1,273,128** | **755,109** | **536,581** | **27,677,507** |
| | 75.7% | 15.1% | 4.6% | 2.7% | 1.9% | 100.0% |

Reconciliation of accounts receivable, trade

| | |
|---|---:|
| Accounts receivable, net at the beginning of the reporting period | 21,949,731 |
| Add: Amounts billed during the period | 25,205,645 |
| Subtract: Amounts collected during the period | (19,276,348) |
| Subtract: Change in allowance for doubtful accounts | (14,902) |
| Adjustment: Deferred revenue applied to accounts receivable | 0 |
| Other adjustments | (68,515) |
| **Accounts receivable at the end of the reporting period - Per Balance Sheet** | **27,795,610** |

* All information contained herein is unaudited and subject to future adjustments.

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: June 10 - June 30, 2019

## MOR-5a
## DEBTOR QUESTIONNAIRE

| # | Line item | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3 | Have all post-petition tax returns been timely filed? If no, provide an explanation below. | | |
| 4 | Are workers' compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

| **Explanations** | |
|---|---|
| 1 | None required |
| 2 | None required |
| 3 | Not Applicable at this time |
| 4 | None required |
| 5 | None required |

**United Sporting Companies**
**All Departments**
**June 2019**
7/18/2019 1:24:45 PM

| Current Actual | % | Current Plan | % | Last Year | % | | YTD Actual | % | YTD Plan | % | YTD Last Year | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $25,289,532 | 100.33% | - | - | $34,636,320 | 101.33% | Gross Merchandise Sales | $163,605,410 | 101.45% | - | - | $327,328,998 | 101.18% |
| ($91,491) | (0.36%) | - | - | ($422,748) | (1.24%) | Sales Return & Allowance | ($2,171,909) | (1.35%) | - | - | ($3,501,511) | (1.08%) |
| $7,604 | 0.03% | - | - | ($32,092) | (0.09%) | Net Discounts | ($169,159) | (0.10%) | - | - | ($324,810) | (0.10%) |
| $25,205,645 | 100.00% | $0 | 0.00% | $34,181,480 | 100.00% | **Net Sales** | $161,264,342 | 100.00% | $0 | 0.00% | $323,502,676 | 100.00% |
| $29,501,338 | 117.04% | - | - | $32,188,322 | 94.17% | Cost of Product Sold | $158,792,161 | 98.47% | - | - | $298,784,275 | 92.36% |
| ($434,909) | (1.73%) | ($748,435) | - | ($241,376) | (0.71%) | Purchase Discounts | ($2,196,442) | (1.36%) | ($6,480,870) | - | ($4,348,608) | (1.34%) |
| $29,066,429 | 115.32% | ($748,435) | 0.00% | $31,946,947 | 93.46% | **Cost of Sales (User)** | $156,595,719 | 97.10% | ($6,480,870) | 0.00% | $294,435,667 | 91.01% |
| ($3,860,785) | (15.32%) | $748,435 | 0.00% | $2,234,533 | 6.54% | **Operating Gross Margin** | $4,668,623 | 2.90% | $6,480,870 | 0.00% | $29,067,009 | 8.99% |
| $40,000 | 0.16% | $91,689 | - | $116,083 | 0.34% | Freight In | $299,603 | 0.19% | $793,955 | - | $636,860 | 0.20% |
| - | - | ($427,677) | - | ($341,287) | (1.00%) | Rebates | ($772,416) | (0.48%) | ($3,703,354) | - | ($2,742,107) | (0.85%) |
| - | - | - | - | ($6,841) | (0.02%) | Discounts Anticipation | $5,360 | 0.00% | - | - | ($117,420) | (0.04%) |
| ($1,479,013) | (5.87%) | - | - | $276 | 0.00% | Reserve changes/Other costs | ($4,057,438) | (2.52%) | - | - | ($78,905) | (0.02%) |
| ($1,439,012) | (5.71%) | ($335,988) | 0.00% | ($231,769) | (0.68%) | **Total Other Costs** | ($4,524,892) | (2.81%) | ($2,909,399) | 0.00% | ($2,301,573) | (0.71%) |
| $27,627,417 | 109.61% | ($1,084,423) | 0.00% | $31,715,178 | 92.78% | **Total Cost of Goods Sold** | $152,070,827 | 94.30% | ($9,390,269) | 0.00% | $292,134,094 | 90.30% |
| ($2,421,772) | (9.61%) | $1,084,423 | 0.00% | $2,466,302 | 7.22% | **Net Gross Margin** | $9,193,515 | 5.70% | $9,390,269 | 0.00% | $31,368,582 | 9.70% |
| $1,308,290 | 5.19% | $1,028,335 | - | $1,162,787 | 3.40% | Total Variable Expense | $5,968,595 | 3.70% | $8,213,860 | - | $8,088,606 | 2.50% |
| $1,824,359 | 7.24% | $2,750,487 | - | $3,689,401 | 10.79% | Total Fixed Expense | $23,031,929 | 14.28% | $18,331,818 | - | $19,722,405 | 6.10% |
| $3,132,649 | 12.43% | $3,778,822 | 0.00% | $4,852,188 | 14.20% | **Total Expense** | $29,000,524 | 17.98% | $26,545,678 | 0.00% | $27,811,011 | 8.60% |
| ($5,554,422) | (22.04%) | ($2,694,399) | 0.00% | ($2,385,885) | (6.98%) | **Operating Income** | ($19,807,009) | (12.28%) | ($17,155,409) | 0.00% | $3,557,571 | 1.10% |
| $10,278 | 0.04% | - | - | $62,188 | 0.18% | Other Income/Expense | $313,435 | 0.19% | - | - | $372,078 | 0.12% |
| ($66,719) | (0.26%) | ($42,768) | - | ($66,973) | (0.20%) | Interest Income | ($283,462) | (0.18%) | ($370,336) | - | ($246,668) | (0.08%) |
| $3,313,639 | 13.15% | $3,661,100 | - | $3,173,131 | 9.28% | Interest Expense | $21,537,146 | 13.36% | $21,740,600 | - | $18,623,083 | 5.76% |
| $3,257,198 | 12.92% | $3,618,332 | 0.00% | $3,168,346 | 9.27% | **Total Other Expenses** | $21,567,119 | 13.37% | $21,370,264 | 0.00% | $18,748,492 | 5.80% |
| ($8,811,620) | (34.96%) | ($6,312,731) | 0.00% | ($5,554,231) | (16.25%) | **Net Profit Before Taxes** | ($41,374,128) | (25.66%) | ($38,525,673) | 0.00% | ($15,190,921) | (4.70%) |
| - | - | - | - | ($1,085,000) | (3.17%) | Income Tax Expense | ($48,005) | (0.03%) | - | - | ($3,104,213) | (0.96%) |
| ($8,811,620) | (34.96%) | ($6,312,731) | 0.00% | ($4,469,231) | (13.08%) | **Net Profit After Taxes** | ($41,326,123) | (25.63%) | ($38,525,673) | 0.00% | ($12,086,708) | (3.74%) |

**United Sporting Companies**
**Budget**

| Current Actual | % | Current Plan | % | Last Year | % | | YTD Actual | % | YTD Plan | % | YTD Last Year | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($5,093,574) | (20.21%) | ($2,270,910) | 0.00% | ($1,892,356) | (5.54%) | EBITDA | ($16,375,598) | (10.15%) | ($14,500,747) | 0.00% | $6,387,170 | 1.97% |
| $25,139 | 0.10% | $42,799 | - | $34,129 | 0.10% | Bad Debt Expense | $157,324 | 0.10% | $370,607 | - | $323,707 | 0.10% |
| - | - | - | - | ($9) | (0.00%) | Spiff | - | - | $5,000 | - | $4,584 | 0.00% |
| $999,369 | 3.96% | $361,476 | - | $303,130 | 0.89% | Sales Bonus & Commissions | $2,800,624 | 1.74% | $3,141,267 | - | $2,631,792 | 0.81% |
| $105 | 0.00% | - | - | $288 | 0.00% | Royalty Expense | $1,070 | 0.00% | - | - | $736 | 0.00% |
| $17,848 | 0.07% | $89,464 | - | $69,972 | 0.20% | Tools & Distribution Supplies | $285,560 | 0.18% | $645,839 | - | $483,067 | 0.15% |
| ($99,325) | (0.39%) | ($235,223) | - | ($260,238) | (0.76%) | Shipping Charges | ($955,600) | (0.59%) | ($2,036,844) | - | ($1,817,247) | (0.56%) |
| - | - | - | - | - | - | Small Order Charges | - | - | - | - | - | - |
| - | - | - | - | - | - | Truck Depreciation | - | - | - | - | - | - |
| $365,154 | 1.45% | $769,819 | - | $1,015,515 | 2.97% | Freight Out | $3,679,617 | 2.28% | $6,087,991 | - | $6,461,968 | 2.00% |
| $1,308,290 | 5.19% | $1,028,335 | - | $1,162,787 | 3.40% | **Total Variable Expenses** | $5,968,595 | 3.70% | $8,213,860 | - | $8,088,606 | 2.50% |
| - | - | $25,000 | - | $4,000 | 0.01% | Audit Fees | $6,860 | 0.00% | $150,000 | - | $135,500 | 0.04% |
| $11,161 | 0.04% | $13,091 | - | $12,114 | 0.04% | Web Site Exp | $77,970 | 0.05% | $78,546 | - | $76,710 | 0.02% |
| $1,829 | 0.01% | $6,648 | - | $7,071 | 0.02% | Associations & Subscriptions | $27,320 | 0.02% | $45,678 | - | $58,561 | 0.02% |
| $75 | 0.00% | $5,261 | - | $2,124 | 0.01% | Catalog Flyers & Advertising | $10,791 | 0.01% | $27,566 | - | $33,700 | 0.01% |
| - | - | - | - | - | - | Directors Expenses | - | - | - | - | - | - |
| - | - | - | - | - | - | Stock Related Costs | - | - | - | - | - | - |
| $75,449 | 0.30% | $18,640 | - | $29,843 | 0.09% | Consulting Fees | $1,856,097 | 1.15% | $112,740 | - | $114,259 | 0.04% |
| ($1,890) | (0.01%) | $1,000 | - | - | - | Collection Expense | $7,017 | 0.00% | $6,000 | - | $921 | 0.00% |
| - | - | $100 | - | - | - | Contributions | $25 | 0.00% | $625 | - | $1,172 | 0.00% |
| $404,407 | 1.60% | $380,721 | - | $488,744 | 1.43% | Depreciation and Amortization | $3,461,384 | 2.15% | $2,284,326 | - | $2,955,009 | 0.91% |
| $16,073 | 0.06% | $38,133 | - | $36,515 | 0.11% | 401K-Plan Company Match | $219,119 | 0.14% | $280,092 | - | $256,039 | 0.08% |
| - | - | - | - | - | - | 401K Plan Expense | $500 | 0.00% | $1,000 | - | - | - |
| - | - | - | - | - | - | Stock-based compensation | - | - | - | - | - | - |
| $108,506 | 0.43% | $203,439 | - | $222,798 | 0.65% | Insurance Associates | $1,120,516 | 0.69% | $1,303,528 | - | $1,165,802 | 0.36% |
| $54,616 | 0.22% | $85,000 | - | $104,046 | 0.30% | Insurance General | $464,056 | 0.29% | $560,000 | - | $646,004 | 0.20% |
| ($1,264) | (0.01%) | $4,055 | - | $2,771 | 0.01% | Postage | $20,307 | 0.01% | $25,300 | - | $24,285 | 0.01% |
| $37,865 | 0.15% | $62,120 | - | $163,081 | 0.48% | Professional Fees | $3,383,444 | 2.10% | $412,260 | - | $1,379,083 | 0.43% |
| $271 | 0.00% | $2,514 | - | $21,872 | 0.06% | Promotion & Entertainment | $7,092 | 0.00% | $36,124 | - | $49,798 | 0.02% |
| $14,333 | 0.06% | $21,132 | - | $19,668 | 0.06% | Licenses | $126,608 | 0.08% | $115,467 | - | $113,527 | 0.04% |
| $34,440 | 0.14% | $244,769 | - | $114,973 | 0.34% | Maintenance - Equip & Vehicle | $980,627 | 0.61% | $1,476,814 | - | $570,539 | 0.18% |
| ($1,295) | (0.01%) | $23,401 | - | $27,041 | 0.08% | Maintenance Buildings | $178,583 | 0.11% | $168,814 | - | $183,614 | 0.06% |
| - | - | - | - | - | - | Management Bonus | - | - | - | - | $117,639 | 0.04% |
| - | - | $4,267 | - | - | - | Personnel Search & Relocation | - | - | $25,602 | - | - | - |
| $86,248 | 0.34% | $27,385 | - | $155,596 | 0.46% | Rent Building & Equipment | $521,866 | 0.32% | $354,082 | - | $957,327 | 0.30% |

| Expense | Amount | % | Amount | % | Amount | % | Amount | % | Amount | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Handling Fees 3PL | $802,574 | 3.18% | $1,174,696 | - | $1,897,969 | 5.55% | $8,173,742 | 5.07% | $8,179,121 | - |
| Wages & Salaries | $407 | 0.00% | - | - | - | - | - | - | - | 2.48% |
| Temporary Contract Labor | ($10,756) | (0.04%) | $1,700 | 0.06% | $19,995 | 0.06% | $40,306 | 0.02% | $4,200 | 0.09% |
| Security Expense | $279 | 0.00% | $36,140 | 0.10% | $34,236 | 0.10% | $202,436 | 0.13% | $243,202 | 0.07% |
| Gifts | $10,472 | 0.04% | $825 | 0.00% | $448 | 0.00% | $13,794 | 0.01% | $10,250 | 0.00% |
| Supplies Office & Copier | - | - | $14,245 | 0.04% | $20,110 | 0.06% | $78,547 | 0.05% | $88,632 | 0.03% |
| Sample Merchandise | - | - | - | - | - | - | - | - | - | 0.00% |
| Taxes - Payroll | $114,068 | 0.45% | $115,459 | - | $121,585 | 0.36% | $780,100 | 0.48% | $991,862 | $38 |
| Taxes - Property & Other | $21,102 | 0.08% | $45,200 | - | $37,290 | 0.11% | $175,706 | 0.11% | $271,600 | 0.28% |
| Telephone Expense | $13,540 | 0.05% | $65,020 | - | $57,576 | 0.17% | $496,309 | 0.31% | $390,402 | 0.08% |
| Training - Associates | - | - | $2,785 | - | $2,402 | 0.01% | $5,301 | 0.00% | $26,575 | 0.12% |
| Internal Shows | - | - | $7,039 | - | $6,901 | 0.02% | $2,894 | 0.00% | ($103,652) | 0.01% |
| Trade Show & Meals | $260 | 0.00% | - | - | - | - | $9,133 | 0.01% | $31,625 | (0.03%) |
| Travel & Meals | $8,976 | 0.04% | $58,880 | - | $23,393 | 0.07% | $292,485 | 0.18% | $337,235 | 0.01% |
| Utilities | $22,610 | 0.09% | $61,822 | - | $55,237 | 0.16% | $290,996 | 0.18% | $396,202 | 0.10% |
| Other expenses/Corp allocation | - | - | - | - | - | - | - | - | - | 0.11% |
| **Total Fixed Expenses** | **$1,824,359** | **7.24%** | **$2,750,487** | - | **$3,689,401** | **10.79%** | **$23,031,929** | **14.28%** | **$18,331,818** | **6.10%** |
| **Grand Total Expenses** | **$3,132,649** | **12.43%** | **$3,778,822** | - | **$4,852,188** | **14.20%** | **$29,000,524** | **17.98%** | **$26,545,678** | **8.60%** |

Additional column (rightmost): $8,032,373 2.48%; $288,873 0.09%; $216,476 0.07%; $11,031 0.00%; $104,731 0.03%; $38 0.00%; $916,502 0.28%; $258,741 0.08%; $398,113 0.12%; $31,732 0.01%; ($101,619) (0.03%); $35,858 0.01%; $320,901 0.10%; $369,166 0.11%; Total Fixed Expenses $19,722,405 6.10%; Grand Total Expenses $27,811,011 8.60%

SG&A % of Sales calculated using total sales for company selected