**Fill in this information to identify the case:**

Debtor name: SportCo Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 19-11299

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  SportCo Holdings, Inc.  
      Name

Case number (*if known*) 19-11299

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Insider's name _____ Street _____ City    State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |
| 4.2. _____ Insider's name _____ Street _____ City    State    ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |

Debtor  SportCo Holdings, Inc.  
      Name

Case number (*if known*) 19-11299

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ City   State   ZIP Code | _____ _____ _____ | _____ | $_____ |
| 5.2. _____ Creditor's name _____ Street _____ City   State   ZIP Code | _____ _____ _____ | _____ | $_____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name _____ Street _____ City   State   ZIP Code | _____ _____ Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

## Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ **Case number** _____ | _____ | _____ Name _____ Street _____ City   State   ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Case title** _____ **Case number** _____ | _____ | **Court or agency's name and address** _____ Name _____ Street _____ City   State   ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  SportCo Holdings, Inc.  
Name

Case number (*if known*) 19-11299

## Part 3 (continued)

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | **Case title** | **Court name and address** |
| _____ | _____ | _____ Name |
| _____ City    State    ZIP Code | **Case number** | _____ Street |
| | _____ | _____ |
| | **Date of order or assignment** | _____ City    State    ZIP Code |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ Recipient's name | _____ | _____ | $_____ |
| | _____ Street | _____ | | |
| | _____ City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** _____ | | | |
| 9.2. | _____ Recipient's name | _____ | _____ | $_____ |
| | _____ Street | _____ | | |
| | _____ City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____  _____ | _____ | _____ | $_____ |

Debtor  SportCo Holdings, Inc.   Case number (*if known*) 19-11299
      Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ **Address** _____ Street _____ City   State   ZIP Code **Email or website address** _____ **Who made the payment, if not debtor?** _____ | _____ _____ | _____ | $_____ |
| 11.2. _____ **Address** _____ Street _____ City   State   ZIP Code **Email or website address** _____ **Who made the payment, if not debtor?** _____ | _____ _____ | _____ | $_____ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ **Trustee** _____ | _____ | _____ | $_____ |

Debtor  SportCo Holdings, Inc.  
  Name  
Case number (*if known*) 19-11299

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See attached Rider 6.13 | _____ | _____ | $_____ |
| | Address | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street _____ City   State   ZIP Code | From _____ To _____ |
| 14.2. | Street _____ City   State   ZIP Code | From _____ To _____ |

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **6**

Debtor  SportCo Holdings, Inc.                                      Case number (*if known*) 19-11299
      Name

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name<br><br>_____ Street<br><br>_____ City  State  ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☑ Electronically<br>☑ Paper |
| 15.2. _____ Facility name<br><br>_____ Street<br><br>_____ City  State  ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.  Name, address, FEIN, Federal firearms license

    Does the debtor have a privacy policy about that information?
    ☑ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
   Yes. Does the debtor serve as plan administrator?
     ☑ No. Go to Part 10.
     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?
     ☐ No
     ☐ Yes

---

Debtor  SportCo Holdings, Inc.  
Name  
Case number (*if known*) 19-11299

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    SportCo Holdings, Inc.        Case number (*if known*) 19-11299
         Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | _____ |

Debtor  SportCo Holdings, Inc.
Name

Case number (if known) 19-11299

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
   ☑ No
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | United Sporting Companies, Inc. (Name)<br>267 Columbia Ave. (Street)<br>Chapin  SC  29036 (City/State/ZIP) | Sale of sporting firearms | EIN: 20-4455758<br>**Dates business existed**<br>From Nov. 08  To Present |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |

Debtor  SportCo Holdings, Inc.          Case number (*if known*) 19-11299
        Name

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | See attached Rider 13.26.a (Name) | From _____ To _____ |
| 26a.2. | (Name) | From _____ To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Elliott Davis Decosimo<br>1901 Main Street, Suite 900<br>Columbia, SC 29201 | From 2004 To 2018 |
| 26b.2. | Price Waterhouse Cooper<br>Captrust Tower, 4208 Six Forks Road<br>Raleigh, NC 27609 | From 2002 To 2019 |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | MIchelle Burgess<br>267 Columbia Ave., P.O. Box 128<br>Chapin, SC 29036 | |

Debtor  SportCo Holdings, Inc.
         Name
Case number (*if known*) 19-11299

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____ Name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code |
| 26d.2. | _____ Name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____ Name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **12**

Debtor  SportCo Holdings, Inc.                                Case number (*if known*) 19-11299
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name
_____
Street
_____
City                       State       ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached Rider 13.28 | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See attached Rider 13.30 | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | _____ | |
| _____ | | | |
| _____ | | _____ | |
| City               State       ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page 13

Debtor  SportCo Holdings, Inc.                                        Case number (*if known*) 19-11299
       Name

**Name and address of recipient**

30.2
   Name

   Street

   City           State    ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 24 / 2019
              MM / DD / YYYY

✗ /s/ Dalton Edgecomb                                Printed name  Dalton Edgecomb
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**SportCo Holdings, Inc.**     Case Number: **19-11299**

**Part 6:** **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Certain Payments or Transfers

13. Transfers not already listed on this statement

| | Name | Address | Relationship to Debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|---|---|
| 13.1 | Prospect Capital Corporation | 10 East 40th Street 42nd Floor New York, NY 10016 | 2nd Lien holder | 193,974 shares of Common Stock | 4/30/2018 | Unknown |
| 13.2 | Summit Partners Credit Fund, L.P. | 222 Berkeley Street 18th Floor Boston, MA 02116 | 2nd Lien holder | 39,760 shares of Common Stock | 4/30/2018 | Unknown |
| 13.3 | Summit Partners Credit Fund A-1, L.P. | 222 Berkeley Street 18th Floor Boston, MA 02116 | 2nd Lien holder | 42,143 shares of Common Stock | 4/30/2018 | Unknown |
| 13.4 | Summit Investors I, LLC | 222 Berkeley Street 18th Floor Boston, MA 02116 | 2nd Lien holder | 110 shares of Common Stock | 4/30/2018 | Unknown |
| 13.5 | Summit Investors I (UK), LLC | 222 Berkeley Street 18th Floor Boston, MA 02116 | 2nd Lien holder | 17 shares of Common Stock | 4/30/2018 | Unknown |
| 13.6 | Summit Partners Credit Offshore Intermediate Fund, L.P. | 222 Berkeley Street 18th Floor Boston, MA 02116 | 2nd Lien holder | 2,834 shares of Common Stock | 4/30/2018 | Unknown |

NOTE: The payments made by Goodrich Petroleum Company, L.L.C. were on behalf of itself and related companies in contemplation of and connection with the pending bankruptcy cases filed herein.     Page 1 of 1

**SportCo Holdings, Inc.**  Case Number: **19-11299**

**Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Details About the Debtor's Business or Connections to Any Business

26. Books, records, and financial statements

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing the case

| | Name | Address | Begin Date of Service | End Date of Service |
|---|---|---|---|---|
| 26a.1 | Michelle Burgess | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | Sept. 2017 | Present |
| 26a.2 | Mark Winter | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | March 2002 | Feb. 2019 |
| 26a.3 | Mark Ellenwood | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | May 2017 | Present |
| 26a.4 | Janna Brown | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | July 2012 | Present |
| 26.a.5 | Lamont Deter | 267 Columbia Ave., P.O. Box 128<br>Chapin, SC  29036 | March 2009 | February 2018 |

**SportCo Holdings, Inc.**          Case Number: **19-11299**

**Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Details About the Debtor's Business or Connections to Any Business

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | Name | Address | Position and Nature of Interest | % of Interest, if any |
|---|---|---|---|---|
| 28.1 | Wellspring Capital Management LLC | 390 Park Avenue<br>New York, NY  10022 | Owner | 62.90% |
| 28.2 | Prospect Capital | 10 East 40th Street, 44th Floor<br>New York, NY  10016 | Owner | 21.97% |
| 28.3 | Summit Partners LP | 222 Berkeley St., 18th Fl<br>Boston, MA  02116 | Owner | 13.03% |
| 28.4 | Bradley P Johnson | 267 Columbia Avenue<br>Chapin, SC  29036 | CEO & Chairman of the Board | |
| 28.5 | Jim McCrudden | 267 Columbia Avenue<br>Chapin, SC  29036 | CFO | |
| 28.6 | Alexander Carles | 390 Park Avenue<br>New York, NY  10022 | Director | |
| 28.7 | Justin Vorweck | 390 Park Avenue<br>New York, NY  10022 | Director | |

**SportCo Holdings, Inc.**     Case Number: **19-11299**

**Part 13** Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Details About the Debtor's Business or Connections to Any Business

30. Payments, distributions, or withdrawals in any form credited or given to insiders within 1 year before filing

| | Name | Address | Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|---|---|
| 30.1 | Prospect Capital Corporation | 10 East 40th Street 42nd Floor New York, NY 10016 | Shareholder | 193,974 shares of Common Stock | 4/30/2018 | In consideration of partial relief from 2nd lien holder position |
| 30.2 | Summit Partners Credit Fund, L.P. | 222 Berkeley Street 18th Floor Boston, MA 02116 | Shareholder | 39,760 shares of Common Stock | 4/30/2018 | In consideration of partial relief from 2nd lien holder position |
| 30.3 | Summit Partners Credit Fund A-1, L.P. | 222 Berkeley Street 18th Floor Boston, MA 02116 | Shareholder | 42,143 shares of Common Stock | 4/30/2018 | In consideration of partial relief from 2nd lien holder position |
| 30.4 | Summit Investors I, LLC | 222 Berkeley Street 18th Floor Boston, MA 02116 | Shareholder | 110 shares of Common Stock | 4/30/2018 | In consideration of partial relief from 2nd lien holder position |
| 30.5 | Summit Investors I (UK), LLC | 222 Berkeley Street 18th Floor Boston, MA 02116 | Shareholder | 17 shares of Common Stock | 4/30/2018 | In consideration of partial relief from 2nd lien holder position |
| 30.6 | Summit Partners Credit Offshore Intermediate Fund, L.P. | 222 Berkeley Street 18th Floor Boston, MA 02116 | Shareholder | 2,834 shares of Common Stock | 4/30/2018 | In consideration of partial relief from 2nd lien holder position |