## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | Case No. 19-11299 (LSS) |
| Debtors. | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS[2]

SportCo Holdings, Inc. ("**SportCo**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

[2] A Statement of Financial Affairs or a Schedule of Assets and Liabilities for a particular Debtor begins immediately after these Global Notes (as defined below).

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Dalton Edgecomb has signed each of the Schedules and Statements. Mr. Edgecomb is the Debtors' Chief Restructuring Officer and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Edgecomb necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Edgecomb has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule B, Schedule F or Statement 3(c)) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

- 2 -

**2.** **Description of Cases and "as of" Information Date**. On June 10, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 11, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 38].  On June 17, 2019, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 58]. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the close of business on June 9, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on June 9, 2019.

**3.** **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 9, 2019. Furthermore, assets that have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**4.** **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**5.** **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**6.** **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may

be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

7.    **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) executives; (c) equity holders holding in excess of 10% of the voting securities of one of the Debtor entities; (d) Debtor/non-Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8.    **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or by an affiliate. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9.    **Executory Contracts**. Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.    **Classifications**. Listing a Claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

11.    **Claims Description**. Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the

Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

**12.** **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**13.** **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and actual total may be different than the listed total.

    c.    Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various interim orders entered by the Bankruptcy Court on June 11, 2019. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

    d.    Excluded Assets and Liabilities. The Debtors have excluded certain accrued liabilities, including accrued salaries and employee benefits from the Schedules and Statements. Certain other immaterial assets and liabilities may also have been excluded.

- 5 -

e.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.    **Estimates**. To prepare and file the Schedules in accordance with the deadline established in the Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15.    **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. Dollars.

16.    **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

17.    **Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<div align="center">

**Specific Disclosures with Respect to the Debtors' Schedules**

</div>

**Schedules A/B**.

<u>Lines 2 and 3</u>. Cash values held in financial accounts are listed as of June 9, 2019.

<u>Line 15</u>. Ownership interests in subsidiaries, partnerships, and joint ventures have been listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>Line 60</u>. Patents, Trademarks, and other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>Line 63</u>. Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>Lines 64 and 65</u>. Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill, Non-Compete Agreements and Trade Names is dependent on

DM_US 161371292-3.105320.0013

numerous variables and factors and may differ significantly from their net book value.

**Schedule D**. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

**Schedule E**. The Debtors have been authorized by order of the Bankruptcy Court to pay certain prepetition liabilities, including the authority to pay employee wages and other employee benefits in the ordinary course of business (the "*Final Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items*" [Docket No. 136]). As a result of this order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such amounts are not listed on Schedule E.

The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve their right to dispute the priority status of any claim on any basis. Moreover, the listing of any tax claim on Schedule E is not an admission or designation by the Debtors that such claim is a prepetition tax claim. The Debtors reserve their right to treat any of these claims as post-petition claims.

**Schedule F**. The Debtors have used best reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from

such creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as a contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F. Certain Debtors may pay Claims listed on Schedule F during this chapter 11 case pursuant to orders of the Bankruptcy Court and reserve all of their rights to update Schedule F to reflect such payments.

Schedule F contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative. Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule F reflects unsecured Claims that a Debtor may have against another Debtor on account of intercompany receivables and payables. To the extent a Debtor has a Claim against another Debtor on account of the Debtors' prepetition secured facilities, these Claims are not reflected on Schedule F.

**Schedule G**. The Debtors' businesses are complex. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such

- 8 -

rights, powers, duties and obligations are not set forth separately on Schedule G. Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, indemnity agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

DM_US 161371292-3.105320.0013

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## Specific Disclosures with Respect to the Debtors' Statements

**Question 1**.  The Debtors rely on consolidated financial statements, as required in accordance with GAAP, in the ordinary course of the Debtors' businesses. The Debtors' existing books, records and financial systems have been relied upon to identify the information requested, therefore, the Debtors have provided consolidated revenues for the last three years on the Statement filed by Ellett based on the Debtors' consolidated accounting.

*[Remainder of page intentionally left blank.]*

**Fill in this information to identify the case and this filing:**

Debtor Name __Ellett Brothers, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                      (State)

Case number (*If known*): __19-11301__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07 / 24 / 2019__          ✗ __/s/ Dalton Edgecomb__
                  MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                             __Dalton Edgecomb__
                                             Printed name

                                             __Chief Restructuring Officer__
                                             Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name          Ellett Brothers, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                              (State)
Case number (If known):          19-11301

☐ Check if this is an
  amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

---

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...............................................

$ 10,515,373.68

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................

$ 80,288,339.67
Plus Unknown

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................

$ 90,803,713.35
Plus Unknown

---

**Part 2:**   **Summary of Liabilities**

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................................

$ 272,856,876.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................

$ 454,034.55

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................

+ $ 31,063,298.33
Plus Unknown

4.  **Total liabilities**...............................................................................................................
    Lines 2 + 3a + 3b

$ 304,374,208.88
Plus Unknown

**Fill in this information to identify the case:**

Debtor name ___Ellett Brothers, LLC_____

United States Bankruptcy Court for the:_____ District of ___Delaware___
                                                                        (State)

Case number (If known):    ___19-11301_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                    $_____6,759.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. __See attached_____ | _____ | ____ ____ ____ ____ | $_____2,061,129.39 |
| 3.2._____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____

   4.2. _____    $_____

5. **Total of Part 1**                                                                                 $_____2,067,888.39

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. __Prepaid deposits_____    $_____3,000.00

   7.2._____    $_____

**Case Name: Ellett Brothers, LLC**                                      **Case Number: 19-11301**

| Part 1 | **Schedule A/B:  Assets - Real and Personal Property** |
|---|---|

Cash and cash equivalents

3. Checking, savings, money market, or financial brokerage accounts

| | Name of Institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | Bank of America | Operating Account | 1342 | $321,775.03 |
| 3.2 | Bank of America | Collection Account | 6652 | $794,054.95 |
| 3.3 | Bank of America | Concentration Account | 6759 | $607,628.49 |
| 3.4 | Regions Bank | Payroll Account | 3409 | $156,332.29 |
| 3.5 | Wells Fargo | Office Checking Account | 1962 | $181,338.63 |

TOTAL                         $2,061,129.39

Debtor    Ellett Brothers, LLC
_____    Case number (if known)___19-11301_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _See attached_____    $_____742,462.39
   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $ 745,462.39 |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $16,440,581.27 | – | $2,466,087.19 | = ......→ | $ 13,974,494.08 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $1,278,509.97 | – | $831,031.48 | = ......→ | $ 447,478.49 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 14,421,972.57 |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1. _____ | _____ | $_____ |
    | 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:          % of ownership:

    | | | | |
    |---|---|---|---|
    | 15.1. _See attached_____ | _____% | _____ | $ Unknown |
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $ Unknown |

**Case Name: Ellett Brothers, LLC**                              **Case Number: 19-11301**

**Part 2** **Schedule A/B:  Assets - Real and Personal Property**
Deposits and Prepayments

8.  Prepayments

| | DESCRIPTION | NAME OF HOLDER OF PAYMENT | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| 8.8 | Prepaid maintenance | AvatierCorp | $1,350.00 |
| 8.9 | Prepaid maintenance | AvatierCorp | $94.50 |
| 8.10 | Prepaid maintenance | CDW | $1,713.55 |
| 8.11 | Prepaid maintenance | DatacomSystems | $13,305.60 |
| 8.12 | Prepaid maintenance | Digicert | $316.67 |
| 8.13 | Prepaid maintenance | Digicert | $22.17 |
| 8.14 | Prepaid maintenance | Digicert | $403.67 |
| 8.15 | Prepaid maintenance | Digicert | $28.26 |
| 8.16 | Prepaid maintenance | Digicert | $267.51 |
| 8.17 | Prepaid maintenance | Digicert | $18.73 |
| 8.18 | Prepaid maintenance | Digicert | $21.48 |
| 8.19 | Prepaid maintenance | Duo | $625.00 |
| 8.20 | Prepaid maintenance | Duo | $43.75 |
| 8.21 | Prepaid maintenance | Dynamix | $17,217.75 |
| 8.22 | Prepaid maintenance | Dynamix | $1,205.24 |
| 8.23 | Prepaid maintenance | HelpSystems | $1,231.50 |
| 8.24 | Prepaid maintenance | HelpSystems | $86.21 |
| 8.25 | Prepaid maintenance | Infor | $52,122.76 |
| 8.26 | Prepaid maintenance | InformationBuilder | $21,319.59 |
| 8.27 | Prepaid maintenance | InformationBuilder | $1,492.37 |
| 8.28 | Prepaid maintenance | Lansa | $2,500.00 |
| 8.29 | Prepaid maintenance | Lansa | $175.00 |
| 8.30 | Prepaid maintenance | Lansa | $8,516.67 |
| 8.31 | Prepaid maintenance | Lansa | $596.17 |
| 8.32 | Prepaid maintenance | Lansa | $10,406.20 |
| 8.33 | Prepaid maintenance | Lansa | $728.40 |
| 8.34 | Prepaid maintenance | MicrosoftLicensing | $6,951.00 |
| 8.35 | Prepaid maintenance | MicrosoftLicensing | $486.50 |
| 8.36 | Prepaid maintenance | MicrosoftLicensing | $48,773.62 |
| 8.37 | Prepaid maintenance | MicrosoftLicensing | $3,414.15 |
| 8.38 | Prepaid maintenance | ProData | $180.00 |
| 8.39 | Prepaid maintenance | ProData | $12.60 |
| 8.40 | Prepaid maintenance | RocketSoftware | $1,028.41 |
| 8.41 | Prepaid maintenance | RocketSoftware | $61.71 |
| 8.42 | Prepaid maintenance | RocketSoftware | $514.20 |
| 8.43 | Prepaid maintenance | RocketSoftware | $35.99 |
| 8.44 | Prepaid maintenance | SHI | $693.26 |
| 8.45 | Prepaid maintenance | SHI | $48.53 |
| 8.46 | Prepaid maintenance | SHI | $325.44 |
| 8.47 | Prepaid maintenance | SHI | $22.78 |
| 8.48 | Prepaid maintenance | SHI | $339.17 |
| 8.49 | Prepaid maintenance | SHI | $23.74 |
| 8.50 | Prepaid maintenance | SHI | $854.63 |
| 8.51 | Prepaid maintenance | SHI | $59.82 |
| 8.52 | Prepaid maintenance | SHI | $2,055.11 |
| 8.53 | Prepaid maintenance | SHI | $3,852.35 |
| 8.54 | Prepaid maintenance | SHI | $269.67 |
| 8.55 | Prepaid maintenance | SHI | $17,923.61 |
| 8.56 | Prepaid maintenance | SHI | $1,254.65 |
| 8.57 | Prepaid maintenance | SHI | $1,559.84 |
| 8.58 | Prepaid maintenance | SHI | $109.19 |
| 8.59 | Prepaid maintenance | Sirius | $1,831.56 |
| 8.60 | Prepaid maintenance | Sirius | $109.89 |
| 8.61 | Prepaid maintenance | Sirius | $3,013.61 |

| 8.62 | Prepaid maintenance | Sirius | $210.95 |
| 8.63 | Prepaid maintenance | Sirius | $13,938.17 |
| 8.64 | Prepaid maintenance | Sirius | $975.67 |
| 8.65 | Prepaid maintenance | VisionSolutions | $2,895.80 |
| 8.66 | Prepaid maintenance | VisionSolutions | $173.75 |
| 8.67 | Prepaid maintenance | VisionSolutions | $7,350.00 |
| 8.68 | Prepaid maintenance | VisionSolutions | $514.50 |
| 8.69 | Prepaid maintenance | Vertiv | $1,662.00 |
| 8.70 | Prepaid maintenance | Vertiv | $116.34 |
| 8.71 | Prepaid maintenance | Qlik | $5,061.36 |
| 8.72 | Prepaid maintenance | Qlik | $354.30 |
| 8.73 | Prepaid maintenance | Qlik | $1,562.22 |
| 8.74 | Prepaid maintenance | TAA | $1,091.70 |
| 8.75 | Prepaid maintenance | VarsityLogistics | $66,378.73 |
| 8.76 | Prepaid maintenance | Dimension Data | $22,664.75 |
| 8.77 | Prepaid maintenance | Help Systems | $3,116.68 |
| 8.78 | Prepaid maintenance | Help Systems | $404.94 |
| 8.79 | Prepaid maintenance | Help Systems | $6,192.96 |
| 8.80 | Prepaid maintenance | Help Systems | $83.10 |
| 8.81 | Prepaid maintenance | Lansa | $1,984.13 |
| 8.82 | Prepaid maintenance | SHI | $68.32 |
| 8.83 | Prepaid maintenance | Presidio | $189.03 |
| 8.84 | Prepaid maintenance | Vanguard Systems | $1,735.00 |
| 8.85 | Prepaid maintenance | Vanguard Systems | $121.45 |
| 8.86 | Prepaid maintenance | Manhattan Associates | $69,384.78 |
| 8.87 | Prepaid Dues | NASGW | $1,166.69 |
| 8.88 | Prepaid Dues | Global Credit Services | $1,834.00 |
| 8.89 | Prepaid Dues | National Marine Distribtutors Assoc. | $402.50 |
| 8.90 | Prepaid Dues | Dun & Bradstreet | $5,818.30 |
| 8.91 | Prepaid Dues | NSSF | $299.50 |
| 8.92 | Prepaid Dues | Outdoor Wire Network | $1,600.02 |
| 8.93 | Prepaid Insurance | | $223,081.00 |
| 8.94 | Prepaid Legal | | $24,875.00 |
| 8.95 | Prepaid Postage | | $1,357.02 |
| 8.96 | Utility Deposit | Bellefontaine | $4,231.00 |
| 8.97 | Utility Deposit | Bellefontaine | $3,082.00 |
| 8.98 | Utility Deposit | Bellefontaine | $9,871.00 |
| 8.99 | Annual Agency Fee | Bank of America | $25,000.00 |

|  | **TOTAL** | | $742,462.39 |

**Case Name: Ellett Brothers, LLC**                    **Case Number: 19-11301**

| Part 4: | **Schedule A/B:  Assets - Real and Personal Property** |
|---|---|

Investments

15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture

| | Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1 | Bonitz Brothers, Inc. | 100.00% | | Unknown |
| 15.2 | Evans Sports, Inc. | 100.00% | | Unknown |
| 15.3 | Jerry's Sports, Inc. | 100.00% | | Unknown |
| 15.4 | Outdoor Sports Headquarters, Inc. | 100.00% | | Unknown |
| 15.5 | Quality Boxes, Inc. | 100.00% | | Unknown |
| 15.6 | Simmons Gun Specialties, Inc. | 100.00% | | Unknown |

**TOTAL**          **Unknown**

Debtor    Ellett Brothers, LLC
_____    Case number (if known) 19-11301
             Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished goods | ___ / ___ / ___ MM / DD / YYYY | $_____ | Average cost | $ 59,535,273.00 |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 59,535,273.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

---

Debtor      Ellett Brothers, LLC
            _____
            Name

Case number (if known) 19-11301_____

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture | $ 31,993.51 | _____ | $ 31,993.51 |
| 40. **Office fixtures** | | | |
| Fixtures | $ 156,418.27 | _____ | $ 156,418.27 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers | $ 1,287,453.94 | _____ | $ 1,287,453.94 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ 1,475,865.72

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Debtor    Ellett Brothers, LLC
_____    Case number *(if known)*___19-11301_____
          Name

---

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Chevy Van | $ 0.00 | Book | $ 0.00 |
| 47.2 Evans Van | $ 0.00 | Book | $ 0.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Warehouse Equipment | $ 2,034,567.17 | Book | $ 2,034,567.17 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 2,034,567.17

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

| Debtor | Ellett Brothers, LLC | Case number (if known) | 19-11301 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Chapin Land | | $ 1,429,335.70 | Book | $ 1,429,335.70 |
| 55.2 Chapin Building | | $ 1,422,467.75 | Book | $ 1,422,467.75 |
| 55.3 Newberry Land | | $ 580,000.00 | Book | $ 580,000.00 |
| 55.4 Newbarry Building | | $ 819,902.72 | Book | $ 819,902.72 |
| 55.5 Bellefontaine Land | | $ 438,916.05 | Book | $ 438,916.05 |
| 55.6 Bellefontaine Building | | $ 5,824,751.46 | Book | $ 5,824,751.46 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| $ | 10,515,373.68 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trade Name | $ 0.00 | | $ Unknown |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Relationships | $ 0.00 | | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>Intangible assets | $ 0.00 | | $ Unknown |
| 65. **Goodwill**<br>Goodwill | $ 0.00 | | $ Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| $ | Unknown |

Debtor    Ellett Brothers, LLC
_____    Case number *(if known)*___19-11301_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = → $_____
                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

AR Credit Balance    _____    $_____7,310.43

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____7,310.43

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    Ellett Brothers, LLC
_____
Name

Case number *(if known)*___19-11301_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,067,888.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 745,462.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 14,421,972.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 59,535,273.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,475,865.72 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,034,567.17 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................. ➔ | | $ 10,515,373.68 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ＋ $ 7,310.43 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 80,288,339.67 Plus Unknown | ＋ 91b. $ 10,515,373.68 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................

$ 90,803,713.35
Plus Unknown

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ellett Brothers, LLC** |
| United States Bankruptcy Court for the: | District of **Delaware** |
| | (State) |
| Case number (If known): | **19-11301** |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

☐ Check if this is an amended filing

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of Claim<br>Do not deduct the value | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**s3265**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| BANK OF AMERICA, N A, AS AGENT | REVOLVING LINE OF CREDIT SECURED BY SUBSTANTIALLY ALL ASSETS |

Column A: $23,056,471.00

Column B: $78,387,847.20

**Creditor's Mailing Address**

ATTENTION: TODD TARRANCE
300 GALLERIA PARKWAY, SUITE 800
ATLANTA, GA 30339

**Creditor's email address, if known**

**Date debt was incurred**
2002

**Last 4 digts of account number**

**Describe the lien**
REVOLVING CREDIT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ellett Brothers, LLC | |
|---|---|---|
| | Name | |
| | | Case Number (if known) |

| Part 1: | | Column A | Column B |
|---|---|---|---|
| | | Amount of Claim | Value of collateral that supports this claim |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value | |

| 2.2 | Creditor's name | Describe debtor's property that is subject to a lien | $249,800,405.00 | $78,387,847.20 |
|---|---|---|---|---|

**s3274**

**Creditor's name**
PROSPECT CAPITAL CORPORATION, AS AGENT

**Describe debtor's property that is subject to a lien**
SECOND LIEN LOAN
SECURED BY SUBSTANTIALLY ALL ASSETS

**Amount of Claim:** $249,800,405.00

**Value of collateral that supports this claim:** $78,387,847.20

**Creditor's Mailing Address**
ATTN: GENERAL COUNSEL
10 EAST 40TH STREET, 44TH FLOOR
NEW YORK, NY 10016

**Creditor's email address, if known**

**Describe the lien**
SECURED DEBT

**Date debt was incurred**

**Last 4 digts of account number**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☐ No. Specify each creditor, including this creditor and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| RICHARDS LAYTON & FINGER, PA<br>JOHN H KNIGHT & AMANDA R. STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING ST.<br>WILMINGTON, DE  19801 | s3265 | |
| WINSTON & STRAWN LLP<br>CARRIE V. HARDMAN<br>GREGORY M. GARTLAND<br>200 PARK AVENUE<br>NEW YORK, NY  10166-4193 | s3265 | |
| WINSTON & STRAWN LLP<br>DANIEL J. MCGUIRE<br>35 W WACKER DRIVE<br>CHICAGO, IL  60601-9703 | s3265 | |
| BLANK ROME LLP<br>JOHN E. LUCIAN, ESQ<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA  19103-6998 | s3274 | |
| BLANK ROME LLP<br>REGINA KELBON<br>VICTORIA A. GUILFOYLE<br>1201 N MARKET STREET, SUITE 800<br>WILMINGTON, DE  19801 | s3274 | |
| OLSHAN FROME WOLOSKY LLP<br>JONATHAN T. KOEVARY<br>ADAM H FRIEDMAN<br>1325 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | s3274 | |

Debtor    **Ellett Brothers, LLC**                                                    19-11301

Name                                                                      Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |
|---|---|

|  | **Total of Claim Amounts** |
|---|---|
| **3a. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** 3a. | $272,856,876.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ellett Brothers, LLC** |
| United States Bankruptcy Court for the: | _____ District of **Delaware** |
| | (State) |
| Case number (If known): | **19-11301** |

Official Form 206E/F

☐ Check if this is an amended filing

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

| 2.1 s3806 | **Priority creditor's name and mailing address**<br>COUNTY OF DALLAS<br>JOHN R AMES, CTA, TAX ASSESSOR/COLLECTOR<br>PO BOX 139066<br>DALLAS, TX  75313-9066 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $407.00 | $407.00 |

**Date or dates debt was incurred**
Tax Period: 6/9/2019

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Last 4 digts of account number**
1022

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.2 s3801 | **Priority creditor's name and mailing address**<br>DEPARTMENT OF TAXATION<br>PO BOX 2678<br>COLUMBUS, OH  43216-2678 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,173.48 | $15,173.48 |

**Date or dates debt was incurred**
Tax Period: 3/31/2019

**Basis for the claim:**
COMMERCIAL ACTIVITY

**Last 4 digts of account number**
9748

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.3 s3802 | **Priority creditor's name and mailing address**<br>LEXINGTON COUNTY TREASURER`S OFFICE<br>PO BOX 3000<br>LEXINGTON, SC  29071-3000 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,666.67 | $68,666.67 |

**Date or dates debt was incurred**
Tax Period: 6/9/2019

**Basis for the claim:**
PROPERTY TAX

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name

Case Number (if known)

## Part 1:    All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92,115.59 | $92,115.59 |
|---|---|---|---|---|
| s3804 | **LOGAN COUNTY TREASURER**<br>**100 SOUTH MADRIVER ST**<br>**ROOM 104**<br>**BELLEFONTAINE, OH  43311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**Tax Period: 6/9/2019** | **Basis for the claim:**<br>**PROPERTY TAX** |  |  |
|  | Last 4 digts of account number |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |  |

| 2.5 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 | $5.00 |
|---|---|---|---|---|
| s3798 | **MINNESOTA DEPARTMENT OF REVENUE**<br>**PO BOX 64439**<br>**ST. PAUL, MN  55164-0439** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**Tax Period: 5/31/2019** | **Basis for the claim:**<br>**SALES/USE TAX** |  |  |
|  | Last 4 digts of account number<br>**5434** |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |  |

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,600.00 | $25,600.00 |
|---|---|---|---|---|
| s3803 | **NEWBERRY COUNTY TREASURER**<br>**PO BOX 206**<br>**NEWBERRY, SC  29108-0206** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**Tax Period: 6/9/2019** | **Basis for the claim:**<br>**PROPERTY TAX** |  |  |
|  | Last 4 digts of account number |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |  |

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,466.05 | $1,466.05 |
|---|---|---|---|---|
| s3794 | **SC DEPARTMENT OF REVENUE & TAX**<br>**PO BOX 125**<br>**COLUMBIA, SC  29214-0101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**Tax Period: 5/31/2019** | **Basis for the claim:**<br>**SALES/USE TAX** |  |  |
|  | Last 4 digts of account number<br>**1704** |  |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |  |

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

**2.8** Priority creditor's name and mailing address

s3795  TOWN OF CHAPIN
PO BOX 183
CHAPIN, SC  29036

As of the petition filing date, the claim is: **$249,000.09** / **$249,000.09**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Tax Period: 12/31/2019

Last 4 digts of account number

Basis for the claim:
BUSINESS LICENSE

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
- [x] No
- [ ] Yes

**2.9** Priority creditor's name and mailing address

s3797  VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND, VA  23218-1777

As of the petition filing date, the claim is: **$17.78** / **$17.78**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Tax Period: 5/31/2019

Last 4 digts of account number

Basis for the claim:
SALES TAX

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
- [x] No
- [ ] Yes

**2.10** Priority creditor's name and mailing address

s3800  WASHINGTON STATE DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA, WA  98504-7464

As of the petition filing date, the claim is: **$1,582.89** / **$1,582.89**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Tax Period: 5/31/2019

Last 4 digts of account number
-345

Basis for the claim:
EXCISE TAX

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name    19-11301
Case Number (if known)

<span style="background:black;color:white">**Part 2:**</span> **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
| s2841 | **29 OUTDOOR GEAR LLC**<br>**3421 BROADWAY**<br>**AMERICAN CANYON, CA 94503** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $812.88 |
| s3046 | **2-K PAWN & GUN**<br>**PO BOX 716**<br>**DECATUR, TX 76234** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,571.88 |
| s3782 | **2ND AMENDMENT 1791**<br>**DBA 1791 GUNLEATHER**<br>**1724 NW 31ST STREET**<br>**MIAMI, FL 33142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.27 |
| s2177 | **2ND AMENDMENT ARMORY**<br>**764 W LUMSDEN RD**<br>**BRANDON, FL 33511** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.82 |
|---|---|---|---|

s3027  **3FIVE7 ARMS**
406 W GRAND PARKWAY S STE 320
KATY, TX 77494

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119,560.62 |
|---|---|---|---|

s3634  **3M**
PO BOX 371227
PITTSBURGH, PA 15250-7227

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.38 |
|---|---|---|---|

s2885  **3YA/EAST COAST GUN SHOP**
166 DELLA LN
DORCHESTER, SC 29437

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.40 |
|---|---|---|---|

s3245  **5013 TACTICAL LLC**
2683 PATTERSON RD STE #6
GRAND JUNCTION, CO 81506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                              Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.33 |

s3219   **782 CUSTOM GUNWORKS LTD**
        **1545 A2 OCEAN AVE**
        **BOHEMIA, NY  11716**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.16 |

s1806   **A & C FIREARMS**
        **5819 EAST US HWY 190**
        **HEIDENHEIMER, TX  76533**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.29 |

s1681   **A & R SPORTING GOODS**
        **118 OLD MILL RD**
        **MAINESBURG, PA  16932-9441**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.29 |

s2114   **A & S INDOOR PISTOL RANGE**
        **617 OVERHEAD BRIDGE ROAD**
        **YOUNGWOOD, PA  15697**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |
|---|---|---|---|
| s2264 | A BOATER'S PARADISE<br>6004 COMMERCE BLVD<br>GARDEN CITY, GA 31408 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.76 |
|---|---|---|---|
| s2157 | A G ENTERPRISE<br>308 BRIDLE WAY<br>YAKIMA, WA 98901 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.84 |
|---|---|---|---|
| s2946 | A PAWN USA<br>811 EAST HWY 50<br>CLERMONT, FL 34711 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.61 |
|---|---|---|---|
| s1723 | A SPORTSMANS LODGE<br>1824 DINKINS BOTTOM ROAD<br>YADKINVILLE, NC 27055 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.17**  **Nonpriority creditor's name and mailing address**

s2402    **A TEXAS GIRL`S GUNS**
         PO BOX 868
         LIBERTY HILL, TX  78642

**As of the petition filing date, the claim is:**                                                 $10.39

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

s3110    **A-1 AUTO SERVICE INC**
         PO BOX 641
         QUINCY, FL  32353

**As of the petition filing date, the claim is:**                                               $1,563.80

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

s2845    **A1 GUN**
         6704 DIXIE HWY
         FLORENCE, KY  41042

**As of the petition filing date, the claim is:**                                                 $95.96

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

s3117    **A-1 MARINE PRODUCTS**
         13423 BREAKWATER PATH LOOP
         HOUSTON, TX  77044

**As of the petition filing date, the claim is:**                                                 $33.39

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name                                                                                          Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | | |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.83 |

s3257    A-1 MARINE PRODUCTS
13423 BREAKWATER PATH LOOP
HOUSTON, TX  77044

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.48 |

s1714    A-1 TACTICAL ORDNANCE
3601 54TH AVE N
SAINT PETERSBURG, FL  33714-2346

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.01 |

s2452    AAA PAWN SHOP
5910 MCCLELLAN BLVD
ANNISTON, AL  36206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.72 |

s2329    AAA PAWNBROKERS OF N MIAMI
14010-14020 W DIXIE HWY
N MIAMI, FL  33161

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 9 of 502

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.32 |
|---|---|---|---|

s2134   AB SEAS MARINE INC
7016C FISH HATCHERY ROAD
FREDERICK, MD  21701

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.08 |
|---|---|---|---|

s2956   ABERDEEN GROCERY
PO BOX 144
ABERDEEN, KY  42201

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.22 |
|---|---|---|---|

s2296   ABINGDON EQUIPMENT CO INC
19138 LEE HWY
ABINGDON, VA  24210

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.00 |
|---|---|---|---|

s2262   ABOVE AND BELOW OUTDOORS
PO BOX 92
SHERIDAN, AR  72150

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,605.58 |
|---|---|---|---|

s3680   ABSOLUTE OUTDOORS, INC.
L-3225
COLUMBUS, OH  43260

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.95 |
|---|---|---|---|

s2862   ACCESS AMMO
801 DOW RD STE A
CAROLINA BEACH, NC  28428

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $932.55 |
|---|---|---|---|

s1713   ACCURACY GUN SHOP
5903 BOULDER HWY
LAS VEGAS, NV  89122-7403

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.81 |
|---|---|---|---|

s3763   ACE RECYCLING & DISPOSAL
PO BOX 2608
SALT LAKE CITY, UT  84110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.93 |
|---|---|---|---|
| s2514 | ACES & EIGHTS<br>114 S HUDSON<br>ALTUS, OK 73521 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.29 |
|---|---|---|---|
| s2738 | ACME AMMO LLC<br>10 DERRICK RD<br>BRADFORD, PA  16701 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.58 |
|---|---|---|---|
| s1869 | ACTION ARMS<br>316 NORTH MILL ST<br>ELDON, MO  65026-1733 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.52 |
|---|---|---|---|
| s2465 | ACTION BLADES<br>1128 MAIN ST<br>CANON CITY, CO  81212 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

19-11301

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    <strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,890.91 |
|---|---|---|---|
| s2267 | ACTION IMPACT<br>25992 W 8 MILE RD<br>SOUTH FIELD, MI 48033 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.05 |
|---|---|---|---|
| s2095 | ACTION PAWN INC<br>603 W 4TH STREET<br>ADEL, GA 31620 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.45 |
|---|---|---|---|
| s1997 | ACTION PAWN<br>221 E 3RD ST<br>TIFTON, GA 31794-4846 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,889.23 |
|---|---|---|---|
| s3011 | ADAM`S ARMORY<br>25269 THE OLD ROAD UNIT C<br>STEVENSON RANCH, CA 91381 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.55 |
|---|---|---|---|

**s3175**
ADDAX TACTICAL
1431 TRUMAN ST UNIT E
SAN FERNANDO, CA  91340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.05 |
|---|---|---|---|

**s1913**
ADDISONS GUN SHOP INC
4764 S ORANGE BLOSSOM TRL
KISSIMMEE, FL  34746-4278

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

**s2627**
ADVANCED ARMAMENT SERVICES INC
1010 SYCAMORE
LAKE JACKSON, TX  77566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.02 |
|---|---|---|---|

**s2807**
ADVANCED FIREARM SYSTEMS LLC
1203 LIGONIER ST
LATROBE, PA  15650

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 14 of 502

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,038.90 |
|---|---|---|---|

**s2331**    ADVENTURE ACCESSORIES
736 GODDARD AVE
CHESTERFIELD, MO  63005

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.29 |
|---|---|---|---|

**s2458**    ADVENTURE INTERNATIONAL MARINE
710 LUMBERTON RD
HAINESPORT, NJ  08036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.81 |
|---|---|---|---|

**s2942**    ADVENTURE SURVIVAL SHOP
75 MT HERMON RD STE G
SCOTTS VALLEY, CA  95066

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.30 |
|---|---|---|---|

**s1807**    ADVENTURES OUTFITTERS
3171 EAST FIRETOWER RD
GREENVILLE, NC  27858

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 |
|---|---|---|---|
| s2135 | AG PRODUCERS CO-OP<br>PO BOX 430<br>SUNRAY, TX  79086-0430 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.73 |
|---|---|---|---|
| s2388 | AIKEN SILVER & GOLD LLC<br>1625 WHISKEY RD<br>AIKEN, SC  29803 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.28 |
|---|---|---|---|
| s2580 | AIM RITE<br>25719 S CHICAGO RD SUITE A<br>ELWOOD, IL  60421 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.94 |
|---|---|---|---|
| s2648 | AIRPORT LEJEUNE PAWN<br>831 NW 42ND AVE<br>MIAMI, FL  33126 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.63 |
|---|---|---|---|
| s1749 | AIRPORT MARINE<br>424 HWY 87<br>ALABASTER, AL  35007-5003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.28 |
|---|---|---|---|
| s2629 | AJ`S GUNS & AMMO<br>PO BOX 611<br>MT GILEAD, NC  27306 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.69 |
|---|---|---|---|
| s2930 | AJ`S PAWN & GUN<br>702 STATE HIGHWAY 30 E<br>NEW ALBANY, MS  38652 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.40 |
|---|---|---|---|
| s2462 | AKA THE BUNKER LLC<br>PO BOX 1<br>FARMINGTON, NM  87499 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.57**    Nonpriority creditor's name and mailing address

s2606    **AKS FIREARMS**
**PO BOX 180**
**LAFAYETTE, NY  13084**

As of the petition filing date, the claim is:    $120.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58**    Nonpriority creditor's name and mailing address

s2020    **AL`S GUNS AND AMMO SUPPLY**
**1009 W MCNEESE STREET**
**LAKE CHARLES, LA  70605-5429**

As of the petition filing date, the claim is:    $327.32

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59**    Nonpriority creditor's name and mailing address

s2497    **ALABAMA COAST**
**5925 HWY 90**
**THEODORE, AL  36582**

As of the petition filing date, the claim is:    $92.28

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60**    Nonpriority creditor's name and mailing address

s3067    **ALABAMA FARMERS COOPERATIVE**
**81 GRAVES ST**
**PO BOX 958**
**CROSSVILLE, AL  35962**

As of the petition filing date, the claim is:    $35.46

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                                          Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                   Amount of Claim

| | | | |
|---|---|---|---|
| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.60 |

s2347    ALACHUA FARM & LUMBER
         PO BOX 2290
         ALACHUA, FL 32616

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.50 |

s2966    ALAMO SHOOTING SPORTS LLC
         16111 SAN PEDRO AVE STE 103
         HILL COUNTRY VILLAGE, TX 78232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.08 |

s1657    ALBERTSONS SPORT SHOP
         3400 E US HIGHWAY 30
         WARSAW, IN 46580-6713

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,279.96 |

s2702    ALEX CARLES C/O WELLSPRING CAP
         390 PARK AVE.
         NEW YORK, NY 10022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.65**    Nonpriority creditor's name and mailing address

s2373    **ALEX SHAMBLEY**
**267 COLUMBIA AVENUE**
**CHAPIN, SC  29036**

As of the petition filing date, the claim is:     $0.60

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.66**    Nonpriority creditor's name and mailing address

s2341    **ALL CRAFT MARINE LLC**
**40047 COUNTY ROAD 54 EAST**
**ZEPHYRHILLS, FL  33540**

As of the petition filing date, the claim is:     $176.89

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.67**    Nonpriority creditor's name and mailing address

s2148    **ALL SEASONS BOAT REPAIR**
**13773 RT 36**
**PUNXSUTAWNEY, PA  15767**

As of the petition filing date, the claim is:     $14.30

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.68**    Nonpriority creditor's name and mailing address

s2212    **ALLATOONA LANDING MARINE RESRT**
**24 ALLATOONA LANDING RD**
**CARTERSVILLE, GA  30121**

As of the petition filing date, the claim is:     $68.06

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 |
|---|---|---|---|
| s1911 | ALLEGHANY SPORTSMAN SUP<br>1023 S HIGHLAND AVE<br>COVINGTON, VA  24426-6123 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.00 |
|---|---|---|---|
| s1689 | ALLEGHENY MARINA INC<br>350 THOMAS RD<br>MCMURRAY, PA  15317 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,193.10 |
|---|---|---|---|
| s3478 | ALLEN CO INC<br>PO BOX 445<br>BROOMFIELD, CO  80038-0445 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.81 |
|---|---|---|---|
| s2276 | ALLENS GENERAL STORE<br>417 WEST PASSAIC STREET<br>PEACHLAND, NC  28133 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                      Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          Amount of Claim

| | | |
|---|---|---|
| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

**3.73** Nonpriority creditor's name and mailing address

s2378  ALLENS GUNS & LEATHER
5125 B HWY 321 N
LENOIR CITY, TN 37771

As of the petition filing date, the claim is:    $1.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

s3125  ALPHA BRAVO ARMORY
41 MARIETTA ST
ALPHARETTA, GA 30009

As of the petition filing date, the claim is:    $3.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

s3524  ALPHA GUARDIAN
GUNVAULT
820 WIGWAM PKWY # 130
HENDERSON, NV 89014-6772

As of the petition filing date, the claim is:    $27,057.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

s1789  ALPHA/OMEGA WKS OR JOHN HANSEN
PO BOX 463
POMEROY, WA 99347

As of the petition filing date, the claim is:    $409.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.19 |
| --- | --- | --- | --- |

**s1919**

ALPINE RANGE SUPPLY CO
PO BOX 2162
MANSFIELD, TX 76063

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.52 |
| --- | --- | --- | --- |

**s2255**

ALQUIST ARMS INC
1400 FREITAS PARK
TURLOCK, CA 95380

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.61 |
| --- | --- | --- | --- |

**s2987**

ALS MOTOR SERVICE AND SPORTING
936 CENTRAL AVE
HORTON, KS 66439

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,627.30 |
| --- | --- | --- | --- |

**s3086**

ALS PAWN AND GUN INC
5602 CLEVELAND BLVD
CALDWELL, ID 83607

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**s1994**  ALTAMAHA MARINE
359 YAWN RD
HAZLEHURST, GA  31539

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,667.84 |
|---|---|---|---|

**s3677**  ALTUS BRANDS LLC
6893 SULLIVAN ROAD
GRAWN, MI  49637

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.50 |
|---|---|---|---|

**s3074**  ALUMARIVER BOATS
318 NORTH MAIN ST
BISHOPVILLE, SC  29010

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 |
|---|---|---|---|

**s2739**  AMENDMENT II ARMORY INC
2123 UNIVERSITY PKWY UNIT #108
SARASOTA, FL  34243

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name                                                                    Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.       **Amount of Claim**

| | | |
|---|---|---|
| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.37 |

s2705   AMERICAN ARMORY & TACTICAL LLC
        1038 NORTH FLOOD AVE
        NORMAN, OK  73069

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.86   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $649.18

s2677   AMERICAN ARMOUR INC
        5084 NW 74TH AVE
        MIAMI, FL  33166

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.87   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $9,066.66

s3732   AMERICAN BUILT ARMS COMPANY
        PO BOX 221
        GLEN ROCK, PA  17327

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.88   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $36.75

s2917   AMERICAN DEFENSE COMPANY
        PO BOX 5154
        CLEVELAND, TN  37320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                19-11301

Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.       **Amount of Claim**

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $36.35 |
| s2790 | AMERICAN GUNS & AMMO LLC<br>3691 S RIDGEWOOD AVE<br>EDGEWATER, FL  32141 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $1,123.89 |
| s3241 | AMERICAN HUNTER GUN & ARCHERY<br>2009 RONALD REAGAN HWY<br>COVINGTON, LA  70433 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $63.74 |
| s2049 | AMERICAN PAWN SHOPS INC<br>100B WEST JEFFERSON STREET<br>AMERICUS, GA  31709 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $11,984.51 |
| s3498 | AMERICAN SECURITY OF GREENVILLE, LLC<br>PO BOX 486<br>GREENVILLE, SC  29602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**Ellett Brothers, LLC**

Debtor Name

19-11301

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| **s1976** | **AMERICAN SHOOTING CENTER**<br>**16500 WESTHEIMER PARKWAY**<br>**HOUSTON, TX 77082-1608** |

$1,213.80

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** CUSTOMER DEPOSIT

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $97,674.99

**s3668**    **AMERICAN TACTICAL IMPORTS**
**P O, BOX 1139**
**BUFFALO, NY 14240**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** TRADE PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $298,052.00

**s3550**    **AMERICAN TECH NETWORK CO**
**1341 SAN MATEO AVENUE**
**SO.SAN FRANCISCO, CA 94080**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** TRADE PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $2,102.85

**s3193**    **AMERICAN TRADE AND GOODS INC**
**1213 LOUDON RD**
**COHOES, NY 12047**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** CUSTOMER DEPOSIT

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,456.59 |

s3722    **AMERICANA TIRE & WHEEL**
614 MEMORY STREET
BLACKSHEAR, GA  31516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,109.00 |

s3685    **AMERIGLO, LLC**
PO BOX 657
BERWYN, PA  19312

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.17 |

s2479    **AMHERST ARMS AND SUPPLY LLC**
4811 SOUTH AMHERST HIGHWAY
MADISON HEIGHTS, VA  24572

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.32 |

s1978    **AMMO DEPOT -2**
2308 CR 2226
CADDO MILLS, TX  75135

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name                               Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

| | | |
|---|---|---|
| **3.101** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97,524.06 |
| s3755   AMMO INC <br> 7681 E GRAY RD <br> SCOTTSDALE, AZ 85260-3469 | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed <br><br> Basis for the claim: TRADE PAYABLE <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.102** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.60 |
| s2838   AMMOZONE CORPORATION <br> 223 MARION COUNTY 7015 <br> FLIPPIN, AR 72634 | ☐ Contingent ☐ Unliquidated ☐ Disputed <br><br> Basis for the claim: CUSTOMER DEPOSIT <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.103** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.14 |
| s2870   AMPHIBIOUS AUDIO <br> 21 D KITTIES LANDING RD <br> BLUFFTON, SC 29910 | ☐ Contingent ☐ Unliquidated ☐ Disputed <br><br> Basis for the claim: CUSTOMER DEPOSIT <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.104** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.27 |
| s2071   ANDERSON MARINE SERVICE <br> 1530 BLUFF DRIVE <br> LELAND, NC 28451 | ☐ Contingent ☐ Unliquidated ☐ Disputed <br><br> Basis for the claim: CUSTOMER DEPOSIT <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.36 |
|---|---|---|---|

s2072   ANDY BOOMHOWER SALES INC
228 E ANN STREET
PUNTA GORDA, FL  33950

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.41 |
|---|---|---|---|

s3183   ANGEES GUNS
2824 WASHINGTON AVE
BEDFORD, IN  47421

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.75 |
|---|---|---|---|

s2533   ANGLERS ADVANTAGE LLC
2233 EVERETT RD
KNOXVILLE, TN  37932

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.45 |
|---|---|---|---|

s2067   ANGLERS MARINE INC
842 OCEAN WAY
SUPPLY, NC  28462

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $140.00 |
| s1663 | **ANGLERS MARINE**<br>**3475 E LA PALMA AVE**<br>**ANAHEIM, CA  92806** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14.95 |
| s1972 | **ANTHONY ARMS & ACCESSORIES**<br>**2980 A LEBANON CHURCH RD**<br>**WEST MIFFLIN, PA  15122** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7.54 |
| s2793 | **ANTHONY GASPAR MONTE**<br>**18148 HAMILTON RD**<br>**DADE CITY, FL  33523** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,636.39 |
| s3748 | **AO COOLERS**<br>**AMERICAN OUTDOORS**<br>**1345 QUARRY ST.**<br>**SUITE 102.**<br>**CORONA, CA  92879** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.68 |

s2075    APEX MARINE
         2300 NE 16TH STREET
         POMPANO BEACH, FL  33062

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.86 |

s2592    APPOINTED GEAR
         1200 N JEFFERSON ST STE P
         ANAHEIM, CA  92807

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.50 |

s2182    AQUA MARINE SALES & SERVICE
         2435 HWY 27/441
         FRUITLAND PARK, FL  34731

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.92 |

s1949    AQUA SCAN
         3336 SW SECOND AVE
         FORT LAUDERDALE, FL  33315

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:     All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,503.32 |

s3607   ARCUS HUNTING LLC
TINKS
TINK`S HUNTING PRODUCTS, LLC
14161 LAKE FOREST DRIVE
COVINGTON, GA  30014

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.99 |

s2749   AREA 15
4323 E BROADWAY RD SUITE 117
MESA, AZ  85206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.36 |

s1341   AREA 419 FIREARMS
10110 YAWBERG RD
GRAND RAPIDS, OH  43522

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.20 |

s1683   ARH SPORT SHOP
4174 ROUTE 40
CLAYSVILLE, PA  15323

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 33 of 502

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.69 |

**3.121**

s2059   ARIAS ARTIFACTS INC
132 BOCA LAGOON DR
PANAMA CITY BEACH, FL 32408

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $27.96

s2734   ARK TACTICAL
PO BOX 280747
LAKEWOOD, CO 80227

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $11.73

s2931   ARMAGEDDON ARMORY
2417 N MARINE BLVD
JACKSONVILLE, NC 28546

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $13,490.00

s3576   ARMALITE, INC.
PO BOX 299
GENESEO, IL 61254

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $472,567.63

s3569 | ARMSCOR PRECISION, INC
ARMSCOR - FIREARMS
150 N SMART WAY
PAHRUMP, NV  89060

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $85.00

s3667 | ARMSCOR PRECISION, INC. (AMMO)
ADDRESS UNAVAILABLE AT TIME OF FILING
PAHRUMP, NV  89060

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $28.98

s2100 | ARMY SURPLUS & SPORTING GOODS
103 W MAIN ST
MOUNTAIN CITY, TN  37683

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,959.33

s3639 | ASA ELECTRONICS, LLC
PO BOX 74008919
CHICAGO, IL  60674-8919

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $501.09 |

**s2302**     ASHBURY INTERNATIONAL GROUP
PO BOX 8024
CHARLOTTESVILLE, VA  22906

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.99 |

**s1884**     ASHMANS PIONEER MARKET INC
10 SOUTH MAIN ST
FILLMORE, UT  84631-5504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.59 |

**s2359**     ASSURANCE ARMS
4683 BOYLSTON HWY
MILLS RIVER, NC  28759

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.04 |

**s2733**     ASTOR BAIT & TACKLE
23835 STATE RD 40 STE C
ASTOR, FL  32102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $538,619.00 |
|---|---|---|---|

s3597    ATK-VISTA
         SDS 12-0312
         PO BOX 86
         MINNEAPOLIS, MN  55486-0312

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,064.63 |
|---|---|---|---|

s3598    ATK-VISTA
         SDS 12-2268
         PO BOX 86
         MINNEAPOLIS, MN  55486-2268

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s2771    ATL OUTDOORSMEN LLC
         1182 OLD BOONES CREEK RD
         JONESBOROUGH, TN  37659

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.21 |
|---|---|---|---|

s2353    ATLANTIC GAME AND TACKLE
         675 B JOHNNIE DODDS BLVD
         MT PLEASANT, SC  29464

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.10 |
|---|---|---|---|

s3142    ATLAS ARSENAL LLC
217 RT 6
MILFORD, PA  18337

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,907.26 |
|---|---|---|---|

s1784    ATP GUNSHOP & RANGE
1340 COLLEGE PARK RD
SUMMERVILLE, SC  29486

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|

s2974    AUBURN ARMS
500 SOUTH GRANDSTAFF SUITE F
AUBURN, IN  46706

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.01 |
|---|---|---|---|

s1669    AUBURNDALE AUTO & MARINE
7114 SOUTHSIDE DR
LOUISVILLE, KY  40214-3612

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.141**    Nonpriority creditor's name and mailing address

s2119    **AUSTINS PAWN & VARIETY INC**
**77 W CURRAHEE STREET**
**TOCCOA, GA  30577**

As of the petition filing date, the claim is:                    $77.07

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.142**    Nonpriority creditor's name and mailing address

s3239    **AUTOPLICITY INC**
**1528 W ADAMS ST.**
**4A**
**CHICAGO, IL  60607**

As of the petition filing date, the claim is:                    $1,046.64

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.143**    Nonpriority creditor's name and mailing address

s3069    **AVALANCHE MOTORSPORTS**
**2287 WEST 5TH ST**
**WASHINGTON, NC  27889**

As of the petition filing date, the claim is:                    $2,295.71

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.144**    Nonpriority creditor's name and mailing address

s1962    **AVALON BOAT STAND INC**
**PO BOX 1536**
**AVALON, CA  90704-1536**

As of the petition filing date, the claim is:                    $1.69

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                                                 Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong>  <strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.99 |

| | |
|---|---|
| s3151 | AVERAGE JOES PAWN AND GUN<br>PO BOX 866<br>BLACKSHEAR, GA  31516 |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.81 |

| | |
|---|---|
| s2052 | AVERY`S MARINE<br>806 JOHN STARK HWY<br>NEWPORT, NH  03773 |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.88 |

| | |
|---|---|
| s1666 | AVON GUN AND HUNTING SUPPLY<br>259 E MAIN ST<br>AVON, NY  14414-1421 |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |

| | |
|---|---|
| s2306 | AWESOME OUTDOORS<br>1989 WEST FIFTH ST<br>WASHINGTON, NC  27889 |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2921 | AZ GUNS<br>MONEY SHOT LLC<br>961 WEST RAY RD STE 8<br>CHANDLER, AZ  85225 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,212.60

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2784 | AZ-SECOND AMENDMENT SPORTS<br>2523 MOHAWK ST<br>BAKERSFIELD, CA  93308 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$525.36

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2033 | B & B AUCTION & PAWN<br>13454 US HWY 33 W<br>ALUM BRIDGE, WV  26321 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$17.59

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3171 | B & B GUN AND PAWN<br>PO BOX 105<br>RURAL RETREAT, VA  24368 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$40.90

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                                           **Amount of Claim**

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00

**s1868** | **B & B OUTDOORS INC**
553584 US HWY 1
HILLIARD, FL 32046

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.14

**s1712** | **B & B STRAIGHT CREEK**
775 STRAIGHT CREEK DOCK RD
NEW TAZEWELL, TN 37825-9801

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.01

**s1861** | **B & B WATERCRAFT**
2063 HWY 36 EAST
JACKSON, GA 30233-3332

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00

**s2494** | **B & D SERVICES**
9303 LABELLE STREET
NEWPORT RICHEY, FL 34654

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.70 |
|---|---|---|---|
| s1928 | **B & E MARINE INC**<br>**PO BOX M**<br>**MICHIGAN CITY, IN  46361-0330** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.61 |
|---|---|---|---|
| s2954 | **B & G GOODS**<br>**506 E MAIN ST**<br>**FRONT ROYAL, VA  22630** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.28 |
|---|---|---|---|
| s1699 | **B & G PRO SHOP AND SPORTSMAN`S**<br>**381 SPORTSMAN DRIVE**<br>**BLUEFIELD, WV  24701** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.38 |
|---|---|---|---|
| s1953 | **B & J MARINE INC**<br>**5910 POPLAR LEVEL RD**<br>**LOUISVILLE, KY  40228-1040** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.24 |
|---|---|---|---|

**s2401**

**B & J POWERSPORTS**
**1334 WADE ST**
**LANCASTER, SC  29720**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.01 |
|---|---|---|---|

**s1901**

**B BAR C STORE**
**PO BOX 668**
**MENARD, TX  76859-0668**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.97 |
|---|---|---|---|

**s1746**

**B J SPORTING GOODS, INC**
**324 E FLORIDA AVE**
**HEMET, CA  92543-4208**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**s2808**

**B6UP GUN AND PAWN**
**720 COLVER ST**
**COMMERCE, TX  75428**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.98 |
|---|---|---|---|

s2383   BACK ALLEY ARMS
2088 US HW 64 WEST
MURPHY, NC 28906

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.44 |
|---|---|---|---|

s2889   BACKWATER OUTFITTERS
1066 E NEW CIRLE RD
LEXINGTON, KY 40505

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.76 |
|---|---|---|---|

s1875   BACKWOODS OUTFITTERS
2421 IRONVILLE PIKE
COLUMBIA, PA 17512-9676

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.29 |
|---|---|---|---|

s2001   BACKYARD BOATS
2380 RESEARCH CT
WOODBRIDGE, VA 22192-4632

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.75 |
|---|---|---|---|

s2510   BAD INFLUENCE MARINE
4742 E 30TH PL STE A
YUMA, AZ  85365

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

s2957   BADLANDS GUN RANGE LLC
1600 W RUSSELL ST
SIOUX FALLS, SD  57104

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.40 |
|---|---|---|---|

s905   BAILEY CROP SERVICE INC
PO BOX 129
ANSLEY, NE  68814

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.24 |
|---|---|---|---|

s2507   BAILEYS GUNS & AMMO
5750 N MAYO TRAIL
PIKEVILLE, KY  41501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

**3.173** Nonpriority creditor's name and mailing address
s1887  BAIN & DAVIS GUN SHOP
267 S SAN GABRIEL BLVD A&B
SAN GABRIEL, CA  91776

As of the petition filing date, the claim is:   $295.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No
☐ Yes

**3.174** Nonpriority creditor's name and mailing address
s3204  BAIT SHACK MARINE
4780 DAWSONVILLE HWY
GAINESVILLE, GA  30506

As of the petition filing date, the claim is:   $2,568.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No
☐ Yes

**3.175** Nonpriority creditor's name and mailing address
s2282  BAKER GUNS & GOLD PAWN INC
1159 S 6TH ST
MACCLENNY, FL  32063

As of the petition filing date, the claim is:   $31.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No
☐ Yes

**3.176** Nonpriority creditor's name and mailing address
s2941  BAKER MARINE INSTRUMENTS
2425 SHELTER ISLAND DR
SAN DIEGO, CA  92106

As of the petition filing date, the claim is:   $20.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                        Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

| | |
|---|---|
| **3.177**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $5.17 |

**s2939**   **BALL PAWN LLC**
**5436 RIVERDALE RD STE F**
**COLLEGE PARK, GA  30349**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.178**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $677.45

**s2164**   **BALTIMORES BEST PAWN INC**
**PO BOX 860**
**FINKSBURG, MD  21048**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.179**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $57.06

**s2732**   **BARE ARMS LLC**
**10944 NE TRAIL ROAD**
**ELGIN, OK  73538**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.180**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $17.90

**s2433**   **BARGAIN HUNTERS 4 U**
**4685 FISHER RD**
**BURTCHVILLE, MI  48059**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,373.38 |
|---|---|---|---|

s3621   BARNETT OUTDOORS/PLANO SYNERGY
BARNETT OUTDOORS
PO BOX 122370
DALLAS, TX  75312-2370

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.40 |
|---|---|---|---|

s1823   BARONS DEN, THE
86321 COLLEGE VIEW RD
EUGENE, OR  97405-9631

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,039.55 |
|---|---|---|---|

s2088   BARREN OUTDOORS
2433 SCOTTSVILLE RD
GLASGOW, KY  42141

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $521,195.50 |
|---|---|---|---|

s3671   BARRETT FIREARMS MFG
PO BOX 1077
MURFREESBORO, TN  37133

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
| --- | --- | --- |
| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,554.54 |

s3483    **BATTENFELD TECHNOLGIES**
**PO BOX 95000-5810**
**PHILADELPHIA, PA  19195-5810**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
| --- | --- | --- |
| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.84 |

s1826    **BAY RIDGE ROD & GUN CLUB**
**6718 FORT HAMILTON PKWY**
**BROOKLYN, NY  11219-5846**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
| --- | --- | --- |
| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.50 |

s3146    **BAYOU PRO TIRE & LUBE**
**3001 LAFITON LN**
**PORT ALLEN, LA  70767**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
| --- | --- | --- |
| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.74 |

s1675    **BAYSIDE HOME CENTER**
**4040 CRISFIELD HWY**
**CRISFIELD, MD  21817-0746**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                                        Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $30.00 |
| s2106 | **BC SPENCER ENTERPRISES**<br>**4107 JACOBS CREEK DRIVE**<br>**SCOTTSVILLE, VA  24590** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $4,665.31 |
| s3006 | **BEAN ARMORY INC**<br>**310 E INTERLAKE BLVD**<br>**LAKE PLACID, FL  33852** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $93.66 |
| s2879 | **BEAR BULLETS**<br>**PO BOX 247**<br>**GARDNERVILLE, NV  89410** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,079.00 |
| s3509 | **BEARCAT CORP**<br>**2431 E KERCHER RD**<br>**PO BOX 613**<br>**GOSHEN, IN  46527-0613** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                                **Amount of Claim**

| | | |
|---|---|---|
| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,512.97 |

s3645    BEARING BUDDY,INC.
PO BOX 41
PATILLAS, PR  00723

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.194    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $129.99

s2141    BEARS TRADING POST
710 BERRYVILLE AVE
WINCHESTER, VA  22601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.195    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $242.71

s3102    BEAVER FIREARMS AND GROCERY
24750 HWY 101 S
CLOVERDALE, OR  97112

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.196    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $184.75

s1489    BEGIN AGAINS LLC
116 W 5TH
HOLTON, KS  66436

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.50 |
|---|---|---|---|
| s2187 | BEL AIR GUN RANGE INC<br>2137 NORTH FOUNTAIN GREEN RD<br>BEL AIR, MD  21015 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,710.44 |
|---|---|---|---|
| s3449 | BELL LIFESTYLE PRODUCTS<br>07090 68TH STREET<br>SOUTH HAVEN, MI  49090 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 |
|---|---|---|---|
| s3114 | BELL PRECISION RIFLES<br>3218 WEST COUNTY RD 650 NORTH<br>GREENSBURG, IN  47240 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.65 |
|---|---|---|---|
| s2209 | BELLE`S MARINA/MUD CITY<br>12907 OLD # 6 HWY<br>EUTAWVILLE, SC  29048 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.29

**s1659**
BEND OF THE RIVER
2880 STANDING STONE STREET
COOKEVILLE, TN  38506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.90

**s2239**
BENDERS PAWN
PO BOX 49
DANVILLE, WV  25053

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,494.75

**s3136**
BENNETTS FEED FARM & PET CTR
1014 W MACCLENNY AVE
MACCLENNY, FL  32063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.69

**s1991**
BENNETTS GUN EXCHANGE
36 PALMER STREET CIRCLE MALL
FRANKLIN, NC  28734

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**                                                                      19-11301
Debtor Name                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 |
|---|---|---|---|
| s2562 | BEST FIREARMS LLC<br>112 EAST DEPOT STREET<br>MOCKSVILLE, NC  27028 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.79 |
|---|---|---|---|
| s3184 | BEST PAWN LLC<br>5530 PARKERTON LANE<br>ATLANTA, GA  30342 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,945.62 |
|---|---|---|---|
| s2515 | BETTS FISHING CENTER<br>8926 126TH AVE N<br>LARGO, FL  33773 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.44 |
|---|---|---|---|
| s1905 | BEVELL`S HARDWARE INC<br>PO BOX 426<br>BLACKSTONE, VA  23824-0426 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                                      Case Number (if known)

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

---

**3.209**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $369.50

s2087   **BIG ALS GUN SHACK & PAWN LLC**          Check all that apply.
760 W ANDREW JOHNSON HWY
GREENVILLE, TN  37745          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $738.99

s2916   **BIG BANG TRADING COMPANY LLC**          Check all that apply.
530 TATE ST
CORINTH, MS  38834          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.211**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $32.36

s2718   **BIG BOOM GUN AND PAWN**          Check all that apply.
11811 ASHEVILLE HWY
INMAN, SC  29349          ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.212**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $130.33

s852   **BIG BORE OUTFITTER**          Check all that apply.
ROBERT EUGENE CHANDLER
412 CLINTON AVENUE EAST          ☐ Contingent
BIG STONE GAP, VA  24219          ☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.14 |
|---|---|---|---|
| s3091 | BIG BULL SPORTS LLC<br>PO BOX 2442<br>THOMPSON FALLS, MT 59873 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.88 |
|---|---|---|---|
| s2447 | BIG D`S PAWN & GUN<br>134 SIMPSON HWY 149<br>MAGEE, MS 39111 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,196.71 |
|---|---|---|---|
| s3228 | BIG DADDY GUNS-ONLINE ORDERS<br>6933 NW 4TH BLVD<br>GAINESVILLE, FL 32607 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.63 |
|---|---|---|---|
| s2576 | BIG E`S GUN SHOP<br>5640 US HWY 70 EAST<br>GOLDSBORO, NC 27534 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,394.56 |
|---|---|---|---|
| s3447 | **BIG JON SPORTS INC**<br>11455 US 31 SOUTH<br>INTERLOCHEN, MI 49643 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.66 |
|---|---|---|---|
| s2986 | **BIG ORANGE PAWN & LOAN INC**<br>5746 WESTERN AVE<br>PHONE DISCONNECTED<br>KNOXVILLE, TN 37921 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|---|---|---|---|
| s2681 | **BIG RIVER MARINE**<br>2008 NORTH SERVICE ROAD<br>WEST MEMPHIS, AR 72301 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.83 |
|---|---|---|---|
| s2944 | **BIG ROCK POWERSPORTS & MARINE**<br>2551 US HWY 70 E<br>NEW BERN, NC 28560 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                              Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|---|---|---|---|

s2201   **BIG TALES FISHING TACKLE**
        **1002 MAIN STREET**
        **TELL CITY, IN  47586**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 |
|---|---|---|---|

s2198   **BILL`S PAWN & GUN**
        **351 EAST FRANKLIN BLVD**
        **GASTONIA, NC  28054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

s1777   **BILLS BOATS**
        **PO BOX 512**
        **CALHOUN, GA  30703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.55 |
|---|---|---|---|

s2386   **BILLS OUTPOST**
        **169 N CALDERWOOD ST**
        **ALCOA, TN  37701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.33 |
|---|---|---|---|
| s1618 | BILLS SPORTING GOODS INC<br>PO BOX 270<br>LOMIRA, WI 53048 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.30 |
|---|---|---|---|
| s2561 | BIRDS LANDING LLC<br>2099 COLLINSVILLE RD<br>BIRDS LANDING, CA 94512 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|
| s2115 | BISHOP MARINE<br>66 STAPLES ST<br>RDFORD, VA 24141 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.10 |
|---|---|---|---|
| s2013 | BJ`S PAWN & GUN<br>700 FLORIDA BLVD<br>DENHAM SPRINGS, LA 70726-0000 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.92 |
|---|---|---|---|

**s3064**   BLACK CREEK ARSENAL
PO BOX 129
FOUR OAKS, NC  27524

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 |
|---|---|---|---|

**s3189**   BLACK DOG ARMORY
40655 GRIMMER BLVD
FREMONT, CA  94538

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.99 |
|---|---|---|---|

**s2348**   BLACK GOLD GUNS AND AMMO LLC
2001 KARBACH STE F
HOUSTON, TX  77092

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.35 |
|---|---|---|---|

**s2933**   BLACK RIVER FIREARMS
PO BOX 556
FAIRLAND, OK  74343

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.32 |
|---|---|---|---|
| s1856 | BLACK RIVER MARINE INC<br>362 JOHN C CALHOUN DR<br>ORANGEBURG, SC  29115 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:    CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,890.18 |
|---|---|---|---|
| s3491 | BLACK RIVER TOOLS INC.<br>6509 HIGHWAY 260<br>MANNING, SC  29102-9240 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.07 |
|---|---|---|---|
| s1744 | BLACKBARRY ENTERPRISES<br>4888 COASTAL DRIVE NE<br>SOUTHPORT, NC  28461 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:    CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $587.48 |
|---|---|---|---|
| s1693 | BLACKBIRD IND<br>569 MAHOOD RD<br>WEST SUNBURY, PA  16061-2611 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.53 |
|---|---|---|---|

s2090    BLACKFOOT MOTOR SPORTS
1615 WEST BRIDGE ROAD
BLACKFOOT, ID  83221

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.98 |
|---|---|---|---|

s3108    BLACKHAWK SHOOTING SPORTS LLC
24 N BUSINESS PARK DR
OOSTBURG, WI  53070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $118,003.80 |
|---|---|---|---|

s3730    BLACKPOWDER PROD, INC BERGARA
BERGARA RIFLES
1270 PROGRESS CENTER AVE
SUITE 100
LAWRENCEVILLE, GA  30043

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,993.45 |
|---|---|---|---|

s3584    BLACKPOWDER PRODUCTS INC CVA
1270 PROGRESS CENTER AVE
SUITE 100
LAWRENCEVILLE, GA  30043

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.23 |
|---|---|---|---|

**s2818**
BLACKSTONE SHOOTING SPORTS LLC
2001 WILKINSON BLVD
CHARLOTTE, NC 28208

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|---|---|---|---|

**s2487**
BLACKWATER MARINE REPAIR CNTR
10019 BROAD RIVER RD
IRMO, SC 29063

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $436,842.97 |
|---|---|---|---|

**s3752**
BLASER USA, INC
403 EAST RAMSEY SUITE 301
SAN ANTONIO, TX 78216

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.99 |
|---|---|---|---|

**s3036**
BLOW`S GUN SHOP LLC
PO BOX 99
MCLEMORESVILLE, TN 38235

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                                                                           Case Number (if known)

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    Amount of Claim

| | | |
|---|---|---|
| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.36 |

s2489    BLUCORE SHOOTING CENTER
         7860 WEST JEWELL AVE
         LAKEWOOD, CO  80232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.246    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $19.65

s1946    BLUE CREEK MARINA
         1151 COUNTY ROAD 546
         VERBENA, AL  36091-3451

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.247    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $46.60

s2475    BLUE FINS GROUP
         701 WISE AVE
         BALTIMORE, MD  21222

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.248    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $180.01

s3129    BLUE MARSH OUTDOORS
         1594 CUMBERLAND ST
         AMB 165
         LEBANON, PA  17042

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |

s2130   **BLUE RIDGE SHOOTING SPORTS
301-E SOUTH BUNCOMBE RD
GREER, SC 29650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.250**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $42.34

s1769   **BLUE SPRINGS MARINA
1271 BLUE SPRINGS DR
BUCKHEAD, GA 30625-2026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.251**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $304.00

s1877   **BLUE TRAIL RANGE CORP
316 N BRANFORD RD
WALLINGFORD, CT 06492-2714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.252**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $5.00

s2467   **BLUEGRASS GUNS
410 WILLIAMS THOMASON BYWAY
LEITCHFIELD, KY 42754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name | Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.51 |
|---|---|---|---|
| s2178 | BLUEWATER OUTRIGGERS<br>125 W HWY 98 BUILDING #121<br>PORT SAINT JOE, FL  32456 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.91 |
|---|---|---|---|
| s2163 | BOAT & RV WAREHOUSE<br>2475 WESTEL RD<br>ROCKWOOD, TN  37854 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.11 |
|---|---|---|---|
| s1923 | BOAT FISH & FUN SHOP<br>PO BOX 2370<br>MOUNT PLEASANT, PA  15666 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.91 |
|---|---|---|---|
| s1968 | BOAT HOUSE<br>2012 S STERLING ST<br>MORGANTON, NC  28655-4050 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.99 |
|---|---|---|---|

s2760  **BOAT STORE USA**
**1052 DIXIE CUTOFF RD**
**STUART, FL  34994**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.75 |
|---|---|---|---|

s3104  **BOAT STORE USA**
**1052 S DIXIE CUTOFF ROAD**
**STUART, FL  34994**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s1731  **BOATERS MARINE**
**134A PEDRO ST**
**MONROE, NC  28110**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

s2727  **BOATERS REPUBLIC**
**3100 4TH STREET N**
**ST PETERSBURG, FL  33704**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 |
|---|---|---|---|

s2591    **BOATERS WAREHOUSE**
142 STUTTS RD
MOORESVILLE, NC  28117

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.26 |
|---|---|---|---|

s2084    **BOATS N STUFF,LLC**
787 PIT CT
LUXEMBURG, WI  54217

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.33 |
|---|---|---|---|

s1742    **BOATS UNLIMITED**
408 1ST ST
UTICA, NY  13501-2308

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.83 |
|---|---|---|---|

s1756    **BOBS GUN STORE**
19 BOBBYS DRIVE
CHARLESTON, WV  25312-9457

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.93 |
|---|---|---|---|
| s3135 | BOE MARINE
325 CLEAT ST
STEVENSVILLE, MD 21666 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $244,967.00 |
|---|---|---|---|
| s3553 | BOND ARMS INC
1820 S MORGAN
PO BOX 1296
GRANBURY, TX 76048-8296 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 |
|---|---|---|---|
| s1948 | BONITA BOAT CENTER
27760 TAMIAMI TRAIL S W
BONITA SPRINGS, FL 34134 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 |
|---|---|---|---|
| s1853 | BONNE TERRE PAWN
624 BERRY RD
BONNE TERRE, MO 63628 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:     All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.06 |

3.269   Nonpriority creditor's name and mailing address

s2908   BOOKS MARKET
PO BOX 13
BLAIN, PA  17006

As of the petition filing date, the claim is:                                     $1.06

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.270   Nonpriority creditor's name and mailing address

s3099   BOOKS MARKET
PO BOX 158
BLAIN, PA  17006

As of the petition filing date, the claim is:                                     $244.07

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.271   Nonpriority creditor's name and mailing address

s2503   BOOM BOOMS LLC
330 US 27 N
SEBRING, FL  33870

As of the petition filing date, the claim is:                                     $33.33

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.272   Nonpriority creditor's name and mailing address

s2852   BOOP`S SHOOTERS SUPPLIES
1325 EAST AIRPORT ROAD
GRAND ISLAND, NE  68801

As of the petition filing date, the claim is:                                     $84.48

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.273**   Nonpriority creditor's name and mailing address

**s2499**   BOOTS AND BUCKSHOT INC
75 DOUTHIT FERRY RD
CARTERSVILLE, GA 30120

As of the petition filing date, the claim is:      $2.69

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.274**   Nonpriority creditor's name and mailing address

**s2810**   BORDERTOWN GUNS INC
116 S GLADIOLUS ST
MOMENCE, IL 60954

As of the petition filing date, the claim is:      $134.71

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.275**   Nonpriority creditor's name and mailing address

**s3654**   BOSS AUDIO SYSTEMS
3451 LUNAR COURT
OXNARD, CA 93030

As of the petition filing date, the claim is:      $7,596.69

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.276**   Nonpriority creditor's name and mailing address

**s2500**   BOSS PRO SHOPS
4501 RACEWAY DR SW BLDG 1
CONCORD, NC 28027

As of the petition filing date, the claim is:      $12.45

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.37 |
|---|---|---|---|

s1910    **BOULEVARD PAWN SHOP**
**5301 BRAGG BLVD**
**FAYETTEVILLE, NC  28303-3558**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.44 |
|---|---|---|---|

s1866    **BOUNDS TAXIDERMY & ARCHERY**
**3113 MILLS RD**
**CONEHATTA, MS  39057-9448**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,867.44 |
|---|---|---|---|

s2990    **BOURBON CITY FIREARMS**
**103 S SALEM DR**
**BARDSTOWN, KY  40004**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.32 |
|---|---|---|---|

s2342    **BOWDON PAWN AND GUN LLC**
**115 WEST COLLEGE ST**
**BOWDON, GA  30108**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $703.52 |

**s2796**   **BOWMAN GUN SHOP**
3322 CEDAR CHURCH RD
DARLINGTON, MD  21034

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.81 |

**s3047**   **BOWMAN OUTDOORS**
2503B PLANT AVENUE
WAYCROSS, GA  31501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.07 |

**s3018**   **BOYD`S BUNKER LLC**
8302 HIGHWAY 5
HARTVILLE, MO  65667

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| **3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,231.09 |

**s3574**   **BOYT CORPORATE OFFICES**
PO BOX 483
OSCEOLA, IA  50213

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

---

**3.285**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $858.53

s2181   **BP & F INC**                                          Check all that apply.
**SOUTHERN SPORTSMAN**
**PO BOX 30**                                              ☐ Contingent
**WAYNESBORO, GA  30830**                                  ☐ Unliquidated
                                                           ☐ Disputed

Date or dates debt was incurred                            Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                           Is the claim subject to offset?
                                                           ☑ No
                                                           ☐ Yes

---

**3.286**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1.00

s1874   **BP FIREARMS COMPANY,LLC**                          Check all that apply.
**1270 PROGRESS CENTER AVE #100**
**LAWRENCEVILLE, GA  30043**                                ☐ Contingent
                                                           ☐ Unliquidated
                                                           ☐ Disputed

Date or dates debt was incurred                            Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                           Is the claim subject to offset?
                                                           ☑ No
                                                           ☐ Yes

---

**3.287**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $100.90

s2753   **BP OUTFITTERS LLC**                                Check all that apply.
**6709 E 41ST ST**
**TULSA, OK  74145**                                        ☐ Contingent
                                                           ☐ Unliquidated
                                                           ☐ Disputed

Date or dates debt was incurred                            Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                           Is the claim subject to offset?
                                                           ☑ No
                                                           ☐ Yes

---

**3.288**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $14.62

s1880   **BRADBURYS GUN-N-TACKLE**                           Check all that apply.
**1809 ROGUE RIVER HWY**
**GRANTS PASS, OR  97527-4752**                             ☐ Contingent
                                                           ☐ Unliquidated
                                                           ☐ Disputed

Date or dates debt was incurred                            Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                           Is the claim subject to offset?
                                                           ☑ No
                                                           ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.16 |

s1616   BRANDONS GUN TRADING CO LLC
321 E 20TH ST STE B
JOPLIN, MO  64804-2104

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.66 |

s2345   BRANTLEY MARINE & GUNS INC
2703 EAST FIRST STREET
VIDALIA, GA  30474

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.91 |

s2321   BRANTLEYS MARINE & GUN SHOP
2703 E 1ST STREET
VIDALIA, GA  30474

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,609.40 |

s3710   BRAVO INNOVATIVE SOLUTIONS, IC
1140 US HIGHWAY 22 STE 202
BRIDGEWATER, NJ  08807-2958

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

| | | |
|---|---|---|
| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $65.03 |
| s2476 | BRAZOS FIREARMS & GUNSMITH<br>211 N SWENSON<br>STAMFORD, TX 79553 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $22,260.65 |
| s3558 | BRAZTECH INTERNATIONAL<br>PO BOX 863614<br>ORLANDO, FL 32886-3614 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $10.00 |
| s1925 | BREMEN MARINE<br>8167 U S HIGHWAY 78<br>BREMEN, GA 30110-4129 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $14,289.90 |
| s3548 | BRENNEKE OF AMERICA LTD.<br>ATTN:ACCTS RECEIVABLE DEPT<br>P O.BOX 5404<br>WOODLAND PARK, CO 80866 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.            **Amount of Claim**

| | | |
|---|---|---|
| **3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $171.58 |

s2327   **BREVARD AMMO & SPORTING SUPPLY**
**1309 S WASHINGTON AVE**
**TITUSVILLE, FL  32780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.298**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:            $3.42

s2185   **BREW WEARS PAWN & GUN LLC**
**1000 E SHAWNTEL SMITH BLVD**
**MULDROW, OK  74948**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.299**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:            $25.00

s2936   **BRG GUN PARTS & AMMO**
**1731 INDUSTRIAL DR**
**RUSTON, LA  71270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.300**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:            $434.96

s2918   **BRICK HOUSE GUNS**
**1002 31ST AVE**
**GREELEY, CO  80634**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| **3.301** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

3.301 s1794
BRINSON MARINE
4553 W SENECA TPKE
SYRACUSE, NY 13215-9517

As of the petition filing date, the claim is: $16.45
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No ☐ Yes

3.302 s2789
BROAD RIVER GUNS & KNIVES
2518 COXE RD
RUTHERFORDTON, NC 28139

As of the petition filing date, the claim is: $12.90
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No ☐ Yes

3.303 s2531
BROTHERS IN ARMS PAWN
5941A CAROLINA BEACH RD
WILMINGTON, NC 28412

As of the petition filing date, the claim is: $12.38
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No ☐ Yes

3.304 s2604
BROTHERS N ARMS
PO BOX 850
GOOCHLAND, VA 23063

As of the petition filing date, the claim is: $55.56
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT
Is the claim subject to offset?
☑ No ☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.305**    Nonpriority creditor's name and mailing address

**s3474**    **BROWNING FIREARMS**
**ONE BROWNING PLACE**
**MORGAN, UT  84050**

As of the petition filing date, the claim is:     $152,475.42

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.306**    Nonpriority creditor's name and mailing address

**s3557**    **BROWNING HAND GUNS**
**ONE BROWNING PLACE**
**MORGAN, UT  84050-9326**

As of the petition filing date, the claim is:     $10,281.15

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.307**    Nonpriority creditor's name and mailing address

**s3592**    **BROWNING SAFE**
**ONE BROWNING PLACE**
**MORGAN, UT  84050**

As of the petition filing date, the claim is:     $2,272.76

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.308**    Nonpriority creditor's name and mailing address

**s1818**    **BROWNS MARINE SERV & SALES**
**1825 ANTHONY RD**
**BURLINGTON, NC  27215**

As of the petition filing date, the claim is:     $384.61

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.86 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s3041

BROWNS RV
30049 HIGHWAY 151
MCBEE, SC  29101

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.04 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s2219

BRUNSWICK TRAILERS & MARINE
5840 E OCEAN
WINNABOW, NC  28479

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.49 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s3141

BRUSH CREEK COUNTRY STORE
9222 HWY 25/70
MARSHALL, NC  28753

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.84 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s2069

BRUSH MOUNTAIN OUTFITTERS INC
2611 N GRANDVIEW AVE
ODESSA, TX  79761

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2455    BRUSHY CREEK OUTDOORS
521 EAST DAVIS ST
LULING, TX  78648

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.02 |
|---|---|---|---|

s2103    BRYANT & LAWRENCE INC
270 MAIN STREET
TILTON, NH  03276-5118

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2523    BRYANT BAIT & TACKLE
18154 WAYAH RD
AQUONE, NC  28781

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,744.93 |
|---|---|---|---|

s3563    BUCCANEER ROPE
22319 ALABAMA HIGHWAY 79
SCOTTSBORO, AL  35768

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,116.77 |
| s2442 | **BUCHHEIT CORPORATE OFFICE**<br>**33 PCR 540**<br>**PERRYVILLE, MO 63775** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $33.94 |
| s2004 | **BUCK HOLLOW SPORTS SUPPLY**<br>**776 190TH AVE**<br>**PELLA, IA 50219-7510** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $25.52 |
| s3139 | **BUCKBASS, LLC**<br>**PO BOX 925**<br>**UNION LAKE, MI 48387** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,929.60 |
| s3766 | **BUCKEYE BOXES, INC.**<br>**601 N HAGUE AVE**<br>**COLUMBUS, OH 43204** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim: **TRADE PAYABLE** | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.65 |

s2256    BUCKFINS N FEATHERS LLC
623 ALBERTSON PKWY
BROUSSARD, LA  70518

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.322    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $12.90

s2470    BUCKS PAWN SHOP
411 MAXHAM RD STE 300
AUSTELL, GA  30168

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.323    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $57.38

s1619    BUCKS SPORTING GOODS INC
47 INDIAN HILL RD
LEHIGHTON, PA  18235-9048

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.324    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $674.34

s1873    BUCKSPORT SPORTING GOODS INC
3650 BROADWAY ST
EUREKA, CA  95503-3877

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.14 |
|---|---|---|---|
| s2619 | **BUCKSTOP OUTDOORS LLC**<br>**4629 CR 805**<br>**JOSHUA, TX 76058** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.11 |
|---|---|---|---|
| s2709 | **BUCKSTOP PAWN**<br>**PO BOX 1967**<br>**JENA, LA 71342** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| s2391 | **BUDDYS MARINE LLC**<br>**3317 COLUMBIA HWY**<br>**LEESVILLE, SC 29070** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.09 |
|---|---|---|---|
| s2285 | **BUFFALO BILLS SHOOTING STORE**<br>**1503 NORTH MILLS AVE**<br>**ORLANDO, FL 32803** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.90 |
| s2676 | BUGGS ISLAND ARCHERY<br>11857 HWY 15 S<br>CLARKSVILLE, VA  23927 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.03 |
| s3235 | BUILDING MAINTENANCE & SUPPLY<br>716 BANK ST<br>WALLACE, ID 83873 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.60 |
| s2869 | BULL MOOSE GUNS<br>7714 MATTHEWS-MINT HILL RD<br>SUITE A<br>MINT HILL, NC  28227 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,510.45 |
| s3656 | BULLDOG CASES & VAULTS<br>830 BEAUREGARD STREET<br>DANVILLE, VA  24541 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $3.25 |

s1945   **BULLDOG MARINE INC**
**2901 REYNOLDS WALK TRAIL**
**SUITE 201**
**GREENSBORO, GA 30642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: $10.39

s3137   **BULLET AND BARREL**
**3252 LEEMAN FERRY RD**
**HUNTSVILLE, AL 35801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: $8.98

s2824   **BULLETPROOF SKI & MARINE**
**PO BOX 37**
**CRYSTAL RIVER, FL 34423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: $421.21

s3076   **BULLETS, BLADES & CONCEALMENT**
**111 1-45 SOUTH STE G-2**
**HUNTSVILLE, TX 77340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.14 |
| s1987 | BULLOCKS GUNS-N-MORE INC<br>G-5302 RICHFIELD RD<br>FLINT, MI  48506-2219 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.30 |
| s2152 | BULLS EYE INDOOR RANGE<br>414 B PUYALLUP AVE<br>TACOMA, WA  98421 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.80 |
| s2797 | BULLS EYE OUTDOORS LLC<br>275 EMPIRE LAKE DRIVE<br>PARKERSBURG, WV  26101 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.84 |
| s3092 | BULWARK DEFENSE/BULWARK/BD<br>1276 WEST 12600 SOUTH<br>RIVERTON, UT  84065 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.85 |
| s1716 | BUNA PAWN & LOAN<br>PO BOX 1073<br>BUNA, TX 77612-1073 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.89 |
| s1938 | BURNSVILLE DOCKS INC<br>PO BOX 483<br>BURNSVILLE, WV 26335-0483 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.03 |
| s1646 | BURR OAK MARINA<br>PO BOX 291<br>SHAWNEE, OH 43782-0291 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $161,413.39 |
| s3476 | BURRIS COMPANY INC<br>1015 39TH AVE.<br>GREELEY, CO 80634 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.345**    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**      $375,883.49

s3636    **BUSHNELL-VISTA**
**PO BOX 860365**
**MINNEAPOLIS, MN  55486-0365**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**    TRADE PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.346**    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**      $764,159.74

s3586    **BUSHNELL-VISTA**
**SDS 12-0312**
**PO BOX 86**
**MINNEAPOLIS, MN  55486**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**    TRADE PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.347**    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**      $6.66

s2710    **BUZZ COSTA ENTERPRISES**
**PO BOX 493**
**WINCHESTER, TN  37398**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**    CUSTOMER DEPOSIT

Last 4 digts of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.348**    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**      $28.00

s2878    **BYERS GUNS**
**7425 N ROYAL CENTER PIKE**
**ROYAL CENTER, IN  46978**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**    CUSTOMER DEPOSIT

Last 4 digts of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.349** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**     $22.00 |
| **s3143** | **C & C AMMO INC**<br>**8287 ASHEVILLE HWY**<br>**BOILING SPRINGS, SC  29316** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**     $5.00 |
| **s2896** | **C & G GUNS**<br>**PO BOX 169**<br>**FIELDING, UT  84311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**     $5,516.38 |
| **s3535** | **C E SMITH COMPANY INC**<br>**PO BOX 9948**<br>**GREENSBORO, NC  27429** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   TRADE PAYABLE |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.352** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**     $34.13 |
| **s2610** | **C&D MFG LLC**<br>**PO BOX 780507**<br>**ORLANDO, FL  32826** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.26 |
|---|---|---|---|
| s2788 | C3 SOLUTIONS LLC<br>2500 MEMORIAL BLVD STE C<br>KERRVILLE, TX  78028 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.36 |
|---|---|---|---|
| s2863 | CAJUN GUNS & TACKLE INC<br>704 E ADMIRAL DOYLE DR<br>NEW IBERIA, LA  70560 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,003.04 |
|---|---|---|---|
| s3485 | CAL JUNE CORP<br>5238 VINELAND AVE<br>PO BOX 9551<br>NORTH HOLLYWOOD, CA  91601-3221 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $529.23 |
|---|---|---|---|
| s3118 | CALIBERS<br>1009 W MARKET ST<br>GREENSBORO, NC  27401 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.03 |
|---|---|---|---|
| s3178 | CALLIE KAYS GENERAL STORE<br>553027 HWY US 1<br>HILLIARD, FL  32046 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.91 |
|---|---|---|---|
| s2729 | CAL-TEX GUN BARN<br>2720 PEAR ORCHARD ROAD<br>GRANBURY, TX  76048 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,562.04 |
|---|---|---|---|
| s3610 | CAMCO MFG CO<br>PO BOX 741120<br>ATLANTA, GA  30384-1120 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.89 |
|---|---|---|---|
| s2525 | CAMDEN GOLD & SILVER<br>2 EAST DEKALB ST<br>CAMDEN, SC  29020 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,400.00 |
|---|---|---|---|

s3787   CAMO UNLIMITED
PO BOX
MARIETTA, GA  30065-1802

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.19 |
|---|---|---|---|

s2713   CANA GUN SHOP
166 FLAT RIDGE RD
CANA, VA  24317

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 |
|---|---|---|---|

s1963   CANON MARINE
PO BOX 1957
CANON CITY, CO  81215

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,506.91 |
|---|---|---|---|

s3205   CAPITAL MARINE
89 OAK ST
ROSWELL, GA  30075

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.90 |

**s1964**  CAPITAL PAWN SHOP
4359 TROY HWY
MONTGOMERY, AL  36116-4107

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.366   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $36,138.21

**s3446**  CAPSTONE PRECISION GROUP,LLC
BERGER BULLETS
4051 N HIGLEY RD
MESA, AZ  85215-1210

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.367   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $1.81

**s2431**  CAPTAIN MIKES MARINE LLC
830 SILVER POINT RD
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.368   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $329.98

**s1942**  CAPTAINS CHOICE
3216 HWY 378
LEESVILLE, SC  29070

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1850 | CARAWAY PAWN & SEWING CENTER<br>931 HWY 1 N<br>SWAINSBORO, GA  30401-5013 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$20.82

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1852 | CARDIDA CORPORATION<br>1930 NORTH POPLAR STREET<br>SOUTHERN PINES, NC  28387 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$12.50

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2423 | CAREY & SONS MARINE LLC<br>108 GATEWAY HILLS LANE<br>GRANBURY, TX  76049 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$150.64

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1687 | CARLOS VALADES MARTINEZ<br>AVE PATRIA 86<br>JARDINES VALLARTA<br>ZAPOPAN JALISCO,  45027<br>MEXICO | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$4.28

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.373** Nonpriority creditor's name and mailing address

s3520  CARLSONS CHOKE TUBES LLC
720 S 2ND ST
PO BOX 162
ATWOOD, KS  67730-0162

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$31,785.16

---

**3.374** Nonpriority creditor's name and mailing address

s2624  CARNEYS ONE STOP
80 COUNTY RD 20
BUTLER, AL  36904

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$345.82

---

**3.375** Nonpriority creditor's name and mailing address

s3700  CAROLINA CONTAINER CO
PO BOX 734240
DALLAS, TX  75373-4240

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$4,401.98

---

**3.376** Nonpriority creditor's name and mailing address

s2453  CAROLINA KING RETREAT & MARINA
2498 BELSER RD
SUMMERTON, SC  29148

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$80.64

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.22 |
|---|---|---|---|

s3148   CAROLINA SPORTSMAN OUTFITTERS
1030 S WILLIAMS ST
HENDERSON, NC 27536

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.18 |
|---|---|---|---|

s1739   CAROLS UPHOLSTERY
1394 DOUGLAS RD
LANCASTER, SC 29720-8102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.31 |
|---|---|---|---|

s2773   CARRY ON FIREARMS LLC
7085 30TH AVE N
SAINT PETERSBURG, FL 33710

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.07 |
|---|---|---|---|

s2253   CART FIREARMS
PO BOX 639
ABIQUIU, NM 87510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.381** Nonpriority creditor's name and mailing address

s1846   CARTERS SHOOTING SUPPLY
PO BOX 308
HARRISON, TN  37341

As of the petition filing date, the claim is:   $54.96

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.382** Nonpriority creditor's name and mailing address

s3566   CARVER INDUSTRIES, INC.
212 N LYLES AVE
PO BOX 399
LANDRUM, SC  29356

As of the petition filing date, the claim is:   $62,323.69

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address

s1774   CAS ENT
16065 HWY 84
BISMARCK, AR  71929-6361

As of the petition filing date, the claim is:   $17.28

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.384** Nonpriority creditor's name and mailing address

s2463   CASH FLOW JEWELRY & PAWN
11400 OVERSEAS HWY #121
MARATHON, FL  33050

As of the petition filing date, the claim is:   $14.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

s2301      **CASH MUNNY LLC**
           **1821 N YOUNG BLVD**
           **CHIEFLAND, FL  32626**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.59 |
|-------|--------------------------------------------------|-----------------------------------------------|-------|

s1799      **CASH QUICK OF DENBIGH PN**
           **15503 WARWICK BLVD**
           **NEWPORT NEWS, VA  23608-1507**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.29 |
|-------|--------------------------------------------------|-----------------------------------------------|-------|

s2036      **CASHIERS TRADING POST & TAXID.**
           **PO BOX 1948**
           **CASHIERS, NC  28717**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.97 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

s2392      **CASTLE KEEP ARMORY**
           **20 MARCO LAKE DRIVE #6**
           **MARCO ISLAND, FL  34145**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                   Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.         **Amount of Claim**

| | | | |
|---|---|---|---|
| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.52 |
| s1969 | CASWELLS SHOOTING RANGE<br>856 E ISABELLA AVE<br>MESA, AZ  85204-6641 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.84 |
| s1958 | CATALINA MARINA<br>2020 W GARDNER LANE<br>TUCSON, AZ  85705 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.45 |
| s2836 | CATCH & RELEASE INC<br>906 AXTELL DR<br>CAYCE, SC  29033 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.99 |
| s2994 | CAVALRY FIREARMS<br>1764 LINCOLN WAY EAST<br>CHAMBERSBURG, PA  17202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,903.24 |
|---|---|---|---|
| s3484 | CAVINESS WOODWORKING CO<br>PO BOX 710<br>CALHOUN CITY, MS 38916 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.47 |
|---|---|---|---|
| s2827 | CBG INC<br>PO BOX 40<br>DERIDDER, LA 70634 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.13 |
|---|---|---|---|
| s2696 | CCW PAWN<br>1600 HARRISON DR<br>EVANSTON, WY 82930 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,529.97 |
|---|---|---|---|
| s3664 | CDI ELECTRONICS, INC.<br>353 JAMES RECORD ROAD SW<br>HUNTSVILLE, AL 35824 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $137.71 |
| s3215 | **CENTER MASS FIREARMS**<br>**40 S SCOTT ST**<br>**CAMILLA, GA 31730** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $51.62 |
| s3238 | **CENTER MASS SHOOTING SUPPLY**<br>**337 YOUNGSTOWN KINGSVILLE RD**<br>**VIENNA, OH 44473** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $624.67 |
| s2195 | **CENTERVILLE GUN & PAWN**<br>**327 S HOUSTON LAKE ROAD**<br>**WARNER ROBBINS, GA 31088** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $4.50 |
| s1697 | **CENTERVILLE SPECIALTY**<br>**1500 WHITEHALL RD**<br>**ANDERSON, SC 29625-1916** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.11 |
|---|---|---|---|
| s2645 | CENTRAL FLORIDA ARMORY<br>11223 N WILLIAMS ST STE N<br>DUNNELLON, FL  34432 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.94 |
|---|---|---|---|
| s2742 | CENTRAL POLICE SUPPLY LTD<br>1410 WASHINGTON AVE<br>HOUSTON, TX  77002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.80 |
|---|---|---|---|
| s2534 | CENTRAL VALLEY GUNS<br>1577 W FRONT ST STE A<br>SELMA, CA  93662 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|
| s3028 | CENTURY ARMS INTL ARMS INC<br>236 BRYCE BLVD<br>FAIRFAX, VT  05454 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103,800.00 |

s3731    CENTURY ARMS
CANIK USA
FAIRFAX, VT  05454-0714

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.406**    Nonpriority creditor's name and mailing address

s1733    CHAMPION FIREARMS
1925 TEXAS AVE S STE C
COLLEGE STATION, TX  77840-4634

As of the petition filing date, the claim is:        $17.90

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.407**    Nonpriority creditor's name and mailing address

s2133    CHAPMAN`S SPORTCENTER INC
5605 DAVISON RD
LAPEER, MI  48446

As of the petition filing date, the claim is:        $104.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.408**    Nonpriority creditor's name and mailing address

s3512    CHARTER ARMS
PO BOX 491
SHELTON, CT  06484-3177

As of the petition filing date, the claim is:        $119,810.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.98 |
|---|---|---|---|
| s3758 | CHARTER COMMUNICATIONS<br>PO BOX 3019<br>MILWAUKEE, WI 53201-3019 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.30 |
|---|---|---|---|
| s2280 | CHEROKEE GUN & PAWN<br>9430 KNOX BRIDGE HWY<br>CANTON, GA 30114 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.00 |
|---|---|---|---|
| s2183 | CHESAPEAKE GUNS INC<br>200 ISLAND PLAZA CT<br>STEVENSVILLE, MD 21666 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.99 |
|---|---|---|---|
| s2593 | CHESAPEAKE PAWNS INC<br>1011 EDEN WAY NORTH STE D<br>CHESAPEAKE, VA 23323 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $308,907.10 |
|---|---|---|---|

s3708    CHIAPPA FIREARMS USA, LTD
1415 STANLEY AVENUE
DAYTON, OH  45404

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s2174    CHIEFS GUNS
2647 COLONEL THOMSON HWY
SAINT MATTHEWS, SC  29135

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.76 |
|---|---|---|---|

s2091    CHILTONS GUN SHOP
18340 WHITLOCK ROAD
LICKING, MO  65542

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,575.62 |
|---|---|---|---|

s3526    CHIP MCCORMICK CUSTOM, LLC
CMC PRODUCTS
150 CR 4603
BOGATA, TX  75417

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.94 |
|---|---|---|---|

**s709**

CHIPS GUNWORKS
19731 211TH ST
TONGANOXIE, KS  66086

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.82 |
|---|---|---|---|

**s1908**

CHRIS INDOOR SHOOTING RANGE
2458 BOSTON POST RD
GUILFORD, CT  06437

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.89 |
|---|---|---|---|

**s2027**

CHRIS`S BAIT & TACKLE
9611 LONGSWAMP RD
MERTZTOWN, PA  19539-8800

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.30 |
|---|---|---|---|

**s3199**

CHRISTOPHER COIN GUN & PAWN
333 DERBY ST
PEKIN, IL  61554

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|
| s1885 | CHUCKS GUN & PAWN INC<br>603 WATSON BLVD<br>WARNER ROBINS, GA  31093 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.05 |
|---|---|---|---|
| s2929 | CHUNNS PAWN INC<br>196 HWY 15 NORTH<br>PONTOTOC, MS  38863 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,767.26 |
|---|---|---|---|
| s3676 | CIMARRON FIREARMS CO.<br>PO BOX 906<br>FREDERICKSBURG, TX  78624 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|
| s1667 | CIMINO GUNS & ARCHERY<br>PO BOX 855<br>MERRILL, WI  54452 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3539 | CINTAS | Check all that apply. |

**3.425**

**s3539**

Nonpriority creditor's name and mailing address

CINTAS
CINTAS CORPORATION #2
PO BOX 630803
CINCINNATI, OH  45263-0803

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$502.40

---

**3.426**

**s3554**

Nonpriority creditor's name and mailing address

CIPA USA
PO BOX 610182
PORT HURON, MI  48061-0182

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$267.16

---

**3.427**

**s2271**

Nonpriority creditor's name and mailing address

CIRCLE L FARM SUPPLY
PO BOX 1053
BAY SPRINGS, MS  39422

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$1.00

---

**3.428**

**s2859**

Nonpriority creditor's name and mailing address

CITY ARMS
90 EUREKA SQUARE STE D
PACIFICA, CA  94044

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$85.18

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $561.06 |
|-------|---|---|---|
| s1694 | CITY JEWELRY & PAWN<br>405 E MAIN ST<br>PORTAGEVILLE, MO  63873-1617 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.48 |
|-------|---|---|---|
| s2371 | CITY PAWN SHOP<br>918 S JACKSON<br>JACKSONVILLE, TX  75766 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.80 |
|-------|---|---|---|
| s2372 | CIVIL ARMORY LLC<br>1330 ROUTE 44<br>PLEASANT VALLEY, NY  12569 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,284.04 |
|-------|---|---|---|
| s3754 | CLARION CORP OF AMERICA<br>6200 GATEWAY DRIVE<br>CYPRESS, CA  90630 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.75 |
| --- | --- | --- | --- |
| s1767 | CLARKS REPAIR SERVICE<br>PO BOX 61<br>MOOREHEAD CITY, NC  28557 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $543.60 |
| --- | --- | --- | --- |
| s2595 | CLARKSVILLE GUNS & ARCHERY<br>1690 GOLF CLUB LANE<br>CLARKSVILLE, TN  37043 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.54 |
| --- | --- | --- | --- |
| s2220 | CLASS TWO ENTERPRISES INC<br>2 CALDWELL DR<br>BELMONT, NC  28012 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.99 |
| --- | --- | --- | --- |
| s2615 | CLASSIC GUNS & LOAN CO INC<br>3026 CENTRAL AVE<br>HOT SPRINGS, AR  71913 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

19-11301

Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.08 |
|---|---|---|---|

s2026   CLASSIC PISTOL
1310 INDUSTRIAL BLVD 5&6
SOUTH HAMPTON, PA  18966

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s2565   CLAYTON GUNS
5722 US 70 BUS HWY W
CLAYTON, NC  27520

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.95 |
|---|---|---|---|

s2136   CLAYTONS HUNTING & FISHING INC
660 EASTON ROAD
HORSHAM, PA  19044

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.50 |
|---|---|---|---|

s3120   CLEAR CREEK GUN RANGE
PO BOX 835
KEMAH, TX  77565

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.47 |
|---|---|---|---|

s2208
CLEAR WATER MARINE
PO BOX 629
PICKENS, SC  29671

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,107.44 |
|---|---|---|---|

s3445
CMP GROUP LTD
PO BOX 776769
CHICAGO, IL  60677-6769

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 |
|---|---|---|---|

s2051
COAST HARDWARE HANK
202 N THIRD STREET
KNOXVILLE, IA  50138-2503

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.58 |
|---|---|---|---|

s2102
COAST TO COAST
201 CLAIRBORNE ST
CAMDEN, AL  36726

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.18 |
|---|---|---|---|

s2390 COASTAL GUN WORKS LLC
5003 ADMIRAL WRIGHT RD
VIRGINIA BEACH, VA 23462

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

s1718 COASTAL MARINE SERVICES
212 BULL RUN ROAD
SCHRIEVER, LA 70395

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.06 |
|---|---|---|---|

s1620 COASTAL MARINE
8553 HIGHWAY 544
MYRTLE BEACH, SC 29588

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.90 |
|---|---|---|---|

s1840 COASTAL SPORTS
PO BOX 567
MURRELLS INLET, SC 29576-0567

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

19-11301

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $485.25 |
| s2982 | **COASTLINE RV & MARINE SALES**<br>**2340 HIGHWAY 17 S**<br>**MURRELLS INLET, SC  29576** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,861.60 |
| s3657 | **COBRA ELECTRONICS CORPORATION**<br>**75 REMITTANCE DR DEPT 6722**<br>**CHICAGO, IL  60675-6722** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $82.01 |
| s1741 | **COCHRAN AUTO & MARINE**<br>**230 WASHINGTON BLVD**<br>**FRANKLIN, PA  16323-9732** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $652.00 |
| s3105 | **CODY WYOMING FIREARMS**<br>**4727 POWELL HWY**<br>**CODY, WY  82414** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.66 |
|---|---|---|---|
| s2798 | COFFEYVILLE GUN WERKZ<br>1510 S WALNUT<br>COFFEYVILLE, KS  67337 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.26 |
|---|---|---|---|
| s2832 | COINS & STUFF<br>1017 E LEXINGTON AVE<br>HIGH POINT, NC  27262 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.23 |
|---|---|---|---|
| s2655 | COLEMAN HARDWARE LLC<br>PO BOX 326<br>MOUND CITY, KS  66056 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.41 |
|---|---|---|---|
| s1830 | COLEMANS OUTDOORS<br>14 GLENFIELD LANE<br>SCOTTSVILLE, VA  24590 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                  **Amount of Claim**

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,346.28 |
|---|---|---|---|

s3807    **COLFIN 2017-10**
          **C/O COLONY NORTHSTAR**
          **PO BOX 209263**
          **AUSTIN, TX  78720-9263**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    6/1/2019           Basis for the claim:   SALT LAKE CITY UT LEASE

Last 4 digts of account number    5247

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.09 |
|---|---|---|---|

s1813    **COLGARD MINE PROD**
          **PO BOX 757**
          **NORTON, VA  24273-0757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.79 |
|---|---|---|---|

s2802    **COLORADO SPRINGS GUNS & AMMO E**
          **15 MIRADA ROAD**
          **COLORADO SPRINGS, CO  80906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |
|---|---|---|---|

s2412    **COLT`S MANUFACTURING CO**
          **DEVIN GREEN**
          **545 NEW PARK AVENUE**
          **WEST HARTFORD, CT  06110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,691.10 |
| s3599 | COLT`S<br>545 NEW PARK AVE<br>WEST HARTFORD, CT  06110 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.24 |
| s3455 | COMCAST - CABLE<br>PO BOX 70219<br>PHILADELPHIA, PA  19176-0219 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.80 |
| s2950 | COMMAND TACTICAL LLC<br>PO BOX 1067<br>ALBERTVILLE, AL  35950 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.99 |
| s1717 | COMPLETE CUST. BOATLAND<br>PO BOX 31<br>DELEON SPRINGS, FL  32130 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.22 |
|---|---|---|---|

s2440  CONFEDERATE ORDINANCE CO
4069 A ROCKY FALLS RD
HAZLEHURST, MS  39083

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,400.00 |
|---|---|---|---|

s3729  CONNECTICUT SHOTGUN MFG CO
STANDARD MANUFACTURING CO. LLC
PO BOX 1692
NEW BRITAIN, CT  06053

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.18 |
|---|---|---|---|

s3154  CONNIE LYNN PERRY
175 SW 20TH WAY STE N-4
DANIA BEACH, FL  33004

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.39 |
|---|---|---|---|

s2098  CONWAY TRUE VALUE HARDWARE INC
PO BOX 250
CRANDON, WI  54520-8702

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.97 |
|---|---|---|---|
| s1980 | COOKS GUN SHOP<br>4515 POPPS FERRY RD<br>DIBERVILLE, MS 39540 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.44 |
|---|---|---|---|
| s2439 | COOPERS TRADING INC<br>1995 W US HWY 19E<br>BURNSVILLE, NC 28714 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.62 |
|---|---|---|---|
| s2884 | COPES DISTRIBUTING INC<br>640 MARKWITH AVE<br>GREENVILLE, OH 45331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|
| s2708 | COPPER STAR INDOOR SHOOTING<br>3535 W SHARP SHOOTER WAY<br>CAMP VERDE, AZ 86322 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.76 |
|---|---|---|---|

s2600     CORDELIA GUN EXCHANGE & MFG
          4733 CENTRAL WAY
          FAIRFIELD, CA  94534

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.01 |
|---|---|---|---|

s2834     CORDER`S CUSTOM CAMO
          30 PARK LANE
          HOLLOW ROCK, TN  38342

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2899     COREY`S PAWN & GUN
          3423 MARKET ST
          PASCAGOULA, MS  39567

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 |
|---|---|---|---|

s2474     COUNTRY GARDENS GARDEN CENTER
          590 BURLINGTON RD
          ROXBORO, NC  27573

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.43 |
|---|---|---|---|

s2756   **COUNTRY PLEASURES**
177 N MAIN ST
PORTERVILLE, CA  93257

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.66 |
|---|---|---|---|

s2985   **COUNTYLINE SHOOTING SPORTS**
PO BOX 350
MC KENNA, WA  98558

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.80 |
|---|---|---|---|

s2636   **COVINGTON TRADE AND PAWN SHOP**
PO BOX 778
GENEVA, AL  36340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.16 |
|---|---|---|---|

s2923   **COWART`S ARMS & AMMO LLC**
2605 HIGHWAY 80 EAST
PEARL, MS  39208

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

<div style="text-align:right">Case Number (if known)</div>

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

<div style="text-align:right"><b>Amount of Claim</b></div>

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.51 |
|---|---|---|---|
| s2812 | COYOTE ARMORY<br>PO BOX 919<br>MENARD, TX 76859 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.21 |
|---|---|---|---|
| s3609 | CRC INDUSTRIES<br>CRC - SILOO - MARIKATE<br>LBX6150<br>PO BOX 8500<br>PHILADELPHIA, PA 19178-6150 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.04 |
|---|---|---|---|
| s2883 | CREEKSIDE MERCANTILE<br>9975 MOONWALK CT<br>RENO, NV 89511 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.92 |
|---|---|---|---|
| s2735 | CREEKSIDE SPORTS<br>PO BOX 749<br>CHANDLER, TX 75758 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.35 |
|---|---|---|---|

s2839    CROOKED HOOK OUTFITTERS INC
1102 S 6TH AVE UNIT 101
WAUCHULA, FL  33873

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.99 |
|---|---|---|---|

s2656    CROSSHAIRS USA TACTICAL-TORRAN
PO BOX 3728
TORRANCE, CA  90510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

s2351    CSD PAWN & GUN
1519 E MAIN
CUMBERLAND, KY  40823

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.18 |
|---|---|---|---|

s3085    CUMBERLAND MOUNTAIN OUTDOORS
11 AL HWY 146
SCOTTSBORO, AL  35768

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**　**All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.97 |
|---|---|---|---|
| s2528 | CURRAN FIREARMS<br>2648 SANTA FE DR UNIT 7<br>PUEBLO, CO  81006 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 |
|---|---|---|---|
| s1988 | CURRITUCK SPORTS INC<br>PO BOX 157<br>BARCO, NC  27917 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.02 |
|---|---|---|---|
| s2785 | CUSHING MOTORSPORTS<br>414 WILTON RD<br>FARMINGTON, ME  04938 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.11 |
|---|---|---|---|
| s2249 | CUSTOM BILT BOATS & FISH PRODS<br>820 HWY 27 S<br>GENEVA, AL  36340 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

| | |
|---|---|
| **3.493** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | $34.80 |

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.80 |
|---|---|---|---|

---

**3.493**  Nonpriority creditor's name and mailing address

s1745  **CUSTOM CANVAS & AWNINGS**
**PO BOX 250**
**NORTH WEBSTER, IN  46555-0250**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                          $34.80

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.494**  Nonpriority creditor's name and mailing address

s3709  **CUSTOM EDITIONS, LLC**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**NORTH AUGUSTA, SC  29860**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                       $79,593.61

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.495**  Nonpriority creditor's name and mailing address

s1622  **CUSTOM FIBERGLASS PRODUCT**
**8957 PACE RD**
**BAILEY, NC  27807**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                          $18.69

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.496**  Nonpriority creditor's name and mailing address

s2969  **CUSTOM GUNS OF ARKANSAS INC**
**240 KNIGHTHAVEN CIR**
**STAR CITY, AR  71667**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                           $8.35

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.497**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.99

s2640    CUT`EM DOWN WATERFOWL
116 BEACON STREET WY
WILSON, NC 27893

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.498**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.10

s2125    CUTHBERT JEWELRY & PAWN
18 EAST DAWSON ST
CUTHBERT, GA 39840

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.499**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.87

s2309    CWU INC
5402 W LAUREL ST UNIT 1B
TAMPA, FL 33607

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.500**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00

s2498    CYCLE WERKZ
125 HIGHWAY 51 BYPASS S
DYERSBURG, TN 38024

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.501**    Nonpriority creditor's name and mailing address

s2938    **CZERKA ARMAMENTS RESEARCH**
**119 NORTH 19TH ST**
**TEMPLE, TX 76504**

As of the petition filing date, the claim is:      $27.14

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.502**    Nonpriority creditor's name and mailing address

s2539    **D & B JEWELRY & PAWN**
**20 N ROOSEVELT ST**
**YORK, SC 29745**

As of the petition filing date, the claim is:      $89.64

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.503**    Nonpriority creditor's name and mailing address

s3001    **D & D ARMAMENT**
**1214 BIG FOUR CORNERS RD**
**JEANERETTE, LA 70544**

As of the petition filing date, the claim is:      $41.76

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.504**    Nonpriority creditor's name and mailing address

s2404    **D & D SHOOTING SUPPLIES**
**56480 NEW CASTLE RD**
**JERUSALEM, OH 43747**

As of the petition filing date, the claim is:      $73.87

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.82 |
|---|---|---|---|

s2335  **D & E HARDWARE COMPANY**
**2800 NORTH US HWY 1**
**MIMS, FL  32754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.35 |
|---|---|---|---|

s2722  **D & J SALES & SERVICES**
**990 RS COUNTY RD 1320**
**EMORY, TX  75440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 |
|---|---|---|---|

s1621  **D & L SHOOTING SUP INC**
**3314 W SHORE RD**
**WARWICK, RI  02886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2608  **D ALAN FIREARMS LLC**
**6241 DEERHAVEN LANE**
**LOVELAND, OH  45140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | | |
|---|---|---|---|
| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.70 |
| s2124 | D P MARINE<br>2150 WESSINGER RD<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.95 |
| s2719 | DAIGLE SPORT CENTER INC<br>363 MAIN STREET<br>MADAWASKA, ME 04756 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.30 |
| s2238 | DALTON GANG HIDE OUT<br>802 ADAMS<br>GREAT BEND, KS 67530 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.13 |
| s1762 | DAN OS MARINE REPAIR<br>1900 9TH AVE SW<br>WATERTOWN, SD 57201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

19-11301

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.513**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $21,398.00

s3686    **DANIEL DEFENSE ARMAMENT**
**PO BOX 896056**
**CHARLOTTE, NC  28289-6056**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.514**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $230.00

s3678    **DANIEL DEFENSE INC**
**PO BOX 896058**
**CHARLOTTE, NC  28289-6058**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.515**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $157.44

s2673    **DANIEL JACKSON FEED MILL**
**1117 COUNTY RD 112**
**RANBURNE, AL  36273**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.516**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $1,551.53

s2484    **DANS DISCOUNT JEWELRY**
**810 HUSTONVILLE RD**
**DANVILLE, KY  40422**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.98 |

**s3096**

DANS FINE FIREARMS
649 MAIN ST SUITE C
RAMONA, CA  92065

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |

**s1655**

DARDANELLE GUN & PAWN
15661 STTE HWY 22
DARDANELLE, AR  72834

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 |

**s1870**

DARYLS GUN SHOP
1267A 240TH ST
STATE CENTER, IA  50247

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,183.60 |

**s3034**

DAVES GUNSHOP LLC
924 KALISTE SALOOM RD STE B
LAFAYETTE, LA  70508

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s1899

DAVES HARBOR GUN WORKS
1389 SR 105
ABERDEEN, WA  98520-6219

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.90 |
|---|---|---|---|

s2631

DAVES TRADING COMPANY
PO BOX 1867
KILMARNOCK, VA  22482

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.74 |
|---|---|---|---|

s2670

DAVID PEARSON
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.50 |
|---|---|---|---|

s2646

DAVIE ROAD PAWN AND LOAN INC
4264 SW 64TH AVE
DAVIE, FL  33314

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,329.04 |
|---|---|---|---|

**s3522**     DAVIS INSTRUMENTS
3465 DIABLO AVE
HAYWARD, CA 94545-2778

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.46 |
|---|---|---|---|

**s3080**     DAVIS MARINE
3001 GILMORE ST
WAYCROSS, GA 31503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.00 |
|---|---|---|---|

**s2752**     DAYMEN LAUFF
861 BARNES STREET
NEW KENSINGTON, PA 15068

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.92 |
|---|---|---|---|

**s2767**     DC TACTICAL INC
512 PILE ST
CLOVIS, NM 88101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.90 |
|---|---|---|---|
| s2697 | DDK GUNS & SPORTING GOODS LLC<br>911 HICKORY FORK DRIVE<br>SEFFNER, FL 33584 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.88 |
|---|---|---|---|
| s3670 | DEAD DOWN WIND<br>14161 LAKE FOREST CT STE A<br>COVINGTON, GA 30014-4962 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.62 |
|---|---|---|---|
| s3133 | DEAD ON ARMS INC<br>6552 HWY 2<br>CLOQUET, MN 55720 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.36 |
|---|---|---|---|
| s3084 | DEADEYE GUN AND PAWN LLC<br>PO BOX 683<br>SPARTA, MO 65753 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.533**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2.79

**s1724**    DEBBIE WESSINGER
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.534**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $230.90

**s3192**    DECKER CITY HARDWARE INC
PO BOX 2096
FORKS, WA  98331

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.535**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $62.99

**s3225**    DEEP CREEK OUTFITTERS
1122 PERSON ST SUITE 100
FAYETTEVILLE, NC  28312

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.536**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2.00

**s2366**    DEGRE AUCTION SERVICE
960 LOOP RD
WESTFIELD, VT  05874

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $992.21 |

s2422    DELMARVA LAW ENFORCEMENT SPLY
31005 IRON BRANCH RD
DAGSBORO, DE 19939

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102,087.00 |

s3698    DEL-TON
ADDRESS UNAVAILABLE AT TIME OF FILING
ELIZABETHTOWN, NC 28337

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,458.75 |

s3761    DEMATIC CORP
684125 NETWORK PLACE
CHICAGO, IL 60673-1684

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.90 |

s2323    DENMARA ARMS LLC
PO BOX 1408
EASTVILLE, VA 23347

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.09 |
|---|---|---|---|
| s2537 | DEPOT STREET PAWN INC<br>585 DEPOT ST<br>FRANKLIN, NC  28734 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:  CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.81 |
|---|---|---|---|
| s1822 | DESERT GUNS<br>210 W BROADWAY ST<br>HOBBS, NM  88240-6004 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:  CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,663.10 |
|---|---|---|---|
| s3497 | DETROIT MARINE ENG<br>DETMAR CORP<br>PO BOX 8098<br>DETROIT, MI  48208 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:  TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.49 |
|---|---|---|---|
| s2028 | DEYTON CAMP & BOAT RENTALS<br>PO BOX 130<br>ROBBINSVILLE, NC  28771 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:  CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.75 |
|---|---|---|---|

s2139   DF&G WILDLIFE SUPPLY
350 SOUTH MAIN
DILLEY, TX 78017

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.89 |
|---|---|---|---|

s2112   DFW GUN CLUB & TRAINING CENTER
1607 W MOCKINGBIRD LANE
DALLAS, TX 75235

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.13 |
|---|---|---|---|

s1982   DGW CO
6125 E 1175 NORTH RD
BLOOMINGTON, IL 61705

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.00 |
|---|---|---|---|

s1785   DIAMOND PAWN
8900 JENSEN DRIVE
HOUSTON, TX 77093-6926

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 |
|---|---|---|---|

**s2144**    DINGHY DICKS MARINE
1811 540 LOOP
LOGAN, NM 88426

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,847.61 |
|---|---|---|---|

**s2505**    DISCOUNT ENTERPRISES LLC
252 N 134TH ST
LINCOLN, NE 68527

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.24 |
|---|---|---|---|

**s3081**    DISCOUNT GUN AND PAWN
601A SOUTH LONG DR
ROCKINGHAM, NC 28379

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

**s2030**    DIXIE TROLLING MOTORS
1350 ORLEANS STREET
SUITE A
MANDEVILLE, LA 70448

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.55 |

s2779    **DKMAGS INC**
**PO BOX 21413**
**COLUMBIA HEIGHTS, MN  55421**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53,072.32 |

s3679    **DLC TRADING COVERT SCOUTING**
**COVERT SCOUTING CAMERAS**
**4338 GREENRIDGE-SPA RD**
**LEWISBURG, KY  42256**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  **TRADE PAYABLE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,132.05 |

s3665    **DNZ PRODUCTS**
**DNZ PRODUCTS (DEDNUTZ)**
**2710 WILKINS DR**
**SANFORD, NC  27330**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  **TRADE PAYABLE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,443.68 |

s3655    **DO ALL TRAPS LLC**
**1305 8TH AVENUE SOUTH**
**NASHVILLE, TN  37203**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  **TRADE PAYABLE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,951.59 |
|---|---|---|---|

s1771   **DO IT BEST CORP**
**PO BOX 868**
**FORT WAYNE, IN  46801-0868**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.40 |
|---|---|---|---|

s2218   **DOC NEELEYS COWBOY GUNS & GEAR**
**JAMES T ROGERS**
**105 E 8TH ST**
**PORT ANGELES, WA  98362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2425   **DOC`S TACTICAL WEAPONS SYSTEMS**
**103 NORTH MAIN ST**
**BELTON, SC  29627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

s3253   **DOCS GUNS & AMMO**
**531 ORCHARD LANE**
**EUREKA, MO  63025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |
|---|---|---|---|

s1828    DODGE MARINE
2111 LONG LAKE PARK RD
ALPENA, MI 49707-8944

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.52 |
|---|---|---|---|

s2279    DODSON & ASSOCIATES/THE ARMORY
628 S CUMBERLAND ST
LEBANON, TN 37087

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,805.81 |
|---|---|---|---|

s3631    DOMETIC CORPORATION
DOMETIC - SEALAND
DEPT CH 19497
PALATINE, IL 60055-9497

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.80 |
|---|---|---|---|

s3100    DOMINION FIREARMS LLC
PO BOX 2773
GLOBE, AZ 85502

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.19 |

**s1821**

DONNA FULMER
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.98 |
|---|---|---|---|

**s1837**

DONS PAWN SHOP
46 COURT SQ
ASHLAND, AL  36251

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.79 |
|---|---|---|---|

**s1839**

DORN PAINT & HARDWARE
1348 S MIDVALE BLVD
MADISON, WI  53711

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.07 |
|---|---|---|---|

**s3532**

DOTLINE DIVISION
DRIFTER MARINE, INC
28271 CEDAR PARK ROAD
PERRYSBURG, OH  43551

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name
                                                                              Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                                     **Amount of Claim**

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.01 |
|---|---|---|---|
| s2953 | **DOUBLE BARREL GUN STORE**<br>**6223 HWY 305 STE C**<br>**OLIVE BRANCH, MS  38654** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.10 |
|---|---|---|---|
| s1917 | **DOUBLE EAGLE PAWN SHOP**<br>**3347 HIGHWAY 5**<br>**DOUGLASVILLE, GA  30135** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.93 |
|---|---|---|---|
| s3030 | **DOWN RANGE ARMS**<br>**9542 NAVARRE PARKWAY**<br>**NAVARRE, FL  32566** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.38 |
|---|---|---|---|
| s2445 | **DOWN RANGE LLC**<br>**109 N 11TH ST**<br>**NEODESHA, KS  66757** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.43 |
| s2973 | DOWN RANGE SUPPLY<br>PO BOX 52<br>ROCKSPRINGS, TX  78880 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.55 |
| s1765 | DOWNEYS GUN & PAWN<br>702 CAMPBELLSVILLE RD<br>COLUMBIA, KY  42728-2205 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,958.07 |
| s3543 | DR SHRINK INC<br>315 WASHINGTON STREET<br>MANISTEE, MI  49660 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.02 |
| s3126 | DRAKES FARM AND HOME<br>4224 DRAKES MAIN ST<br>BRAKES BRANCH, VA  23937 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |
|---|---|---|---|

s1708   DREAM MARINE
1001 N HWY 37 ICE RD
LIBBY, MT  59923

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.47 |
|---|---|---|---|

s3079   DREWS JEWELRY GUNS AND PAWN
11635 HUNTINGTON RD
GALLIPOLIS FERRY, WV  25515

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,820.20 |
|---|---|---|---|

s2743   DRIPSTREET MATRIX INC
175 FORRESTER COURT
SIMI VALLEY, CA  93065

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.11 |
|---|---|---|---|

s1894   DRUMRIGHT AUTO SUPPLY
421 E BROADWAY ST
DRUMRIGHT, OK  74030-3898

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

| | | |
|---|---|---|
| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.95 |

3.581 **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $28.95

s2311   **DRUMS WILDLIFE & HUNTING SUPPL**
3531 STATE HWY 72
JACKSON, MO 63755

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.582   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $23.30

s2570   **DRY RIDGE PAWN LLC**
11 BROADWAY
DRY RIDGE, KY 41035

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.583   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $32.38

s2228   **DRYES GUN SHOP**
1425 BAHAMA RD
BAHAMA, NC 27503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.584   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $370.62

s1778   **DUCKYS BOATS**
4001 VINE ST
MIDDLETOWN, PA 17057-3538

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.585** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $6.00

s1645  DUKE & PATS GUN SHOP INC
2564 ENON RD
OXFORD, NC  27565-5823

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $84.22

s2186  DUMAS SEED
PO BOX 67
DUMAS, AR  71639

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.587** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $25.89

s1926  DUNCAN MARINE
6694 HIGHWAY 25
BRANDON, MS  39047

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.588** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $181.46

s2590  DUTCHS OUTDOORS LLC
258 N MAIN ST
FOND DULAC, WI  54935

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,367.84 |
|---|---|---|---|
| s3505 | DUTTON-LAINSON<br>PO BOX 729<br>HASTINGS, NE 68902 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.72 |
|---|---|---|---|
| s2787 | DUTY FIREARMS LLC<br>818 BYPASS RD<br>WINCHESTER, KY 40391 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.00 |
|---|---|---|---|
| s2806 | DYNAMIC TACTICAL SOLUTIONS<br>504 N 10TH ST #10<br>MCALLEN, TX 78501 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,450.00 |
|---|---|---|---|
| s2415 | E O TECH<br>1201 E ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name | Case Number (if known)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.88 |
|---|---|---|---|
| s2612 | EAGLE EYE TACTICAL LLC<br>PO BOX 328<br>OXFORD, IA 52322 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☑ No ☐ Yes | |

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.96 |
|---|---|---|---|
| s2286 | EAGLEYE<br>313 SOUTH MINERAL ST<br>KEYSER, WV 26726 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☑ No ☐ Yes | |

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.38 |
|---|---|---|---|
| s2202 | EASOM HARDWARE<br>PO BOX 108<br>SEBASTOPOL, MS 39359 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☑ No ☐ Yes | |

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,045.73 |
|---|---|---|---|
| s3208 | EAST COAST GUN STORE INC<br>190 NW 41ST STREET<br>MIAMI, FL 33127 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim: CUSTOMER DEPOSIT<br>Is the claim subject to offset?<br>☑ No ☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.597**    Nonpriority creditor's name and mailing address

s1678    **EASTERN SALES COMPANY**
**1301 HWY 501 E**
**CONWAY, SC 29526**

As of the petition filing date, the claim is:      $1,222.17

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.598**    Nonpriority creditor's name and mailing address

s2284    **EASY CASH PAWN & JEWELRY INC**
**525 N ST RD 7**
**MARGATE, FL 33063**

As of the petition filing date, the claim is:      $50.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.599**    Nonpriority creditor's name and mailing address

s2291    **EASY PAWN**
**25 KITCHEN ST**
**DEXTER, MO 63841**

As of the petition filing date, the claim is:      $2.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.600**    Nonpriority creditor's name and mailing address

s2686    **EB MARINE LLC**
**127 RIVER ROAD**
**HENDERSONVILLE, TN 37075-3442**

As of the petition filing date, the claim is:      $69.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,420.00 |

**3.601**

s2245    **EB SILENT AUCTION**
PO BOX 128
CHAPIN, SC 29036

As of the petition filing date, the claim is:      **$14,420.00**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.602**

s3115    **ECHO 6 WEAPONS AND SURPLUS**
1379 HORRY RD STE 300
AYNOR, SC 29511

As of the petition filing date, the claim is:      **$11.71**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.603**

s3008    **ECLECTIC PAWN**
25 MAIN ST
ECLECTIC, AL 36024

As of the petition filing date, the claim is:      **$15.15**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.604**

s2821    **ED`S SPORTING GOODS**
21325 CHESTNUT RD
KAPLAN, LA 70548

As of the petition filing date, the claim is:      **$8.54**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name
Case Number (if known)

<div style="background:black;color:white">**Part 2:**</div> **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.93 |
|---|---|---|---|
| s1701 | EDDIE HYMAN<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|
| s2225 | EDGEWATER GUNSHOP<br>202 W PARK AVE<br>EDGEWATER, FL  32132 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.63 |
|---|---|---|---|
| s2190 | EDISTO MARINE<br>342 GRIFFITH ACRES RD<br>COTTAGEVILLE, SC  29435 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.62 |
|---|---|---|---|
| s2332 | EDS RELOADING BENCH<br>9937 RD 184<br>TERRA BELLA, CA  93270 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.18 |
| --- | --- | --- | --- |

**s2977**   EDWARDS TRAINING CENTER LLC
PO BOX 218
CULLODEN, WV  25510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.49 |
| --- | --- | --- | --- |

**s3237**   ELITE FIREARMS & TRAINING
580 MAYOR STREET
BRIDGEVILLE, PA  15017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.11 |
| --- | --- | --- | --- |

**s2223**   ELITE FIREARMS UNLIMITED
28142 CAMINO CAPISTRANO #104
LAGUNA NIGUEL, CA  92677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.98 |
| --- | --- | --- | --- |

**s2799**   ELITE PAWN & GUN LLC
7539 GARNERS FERRY RD
COLUMBIA, SC  29209

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.37 |
|---|---|---|---|
| s1902 | ELK CO AMMO & ARMS INC<br>246 BRUSSELLES ST<br>SAINT MARYS, PA  15857-1502 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.53 |
|---|---|---|---|
| s2093 | ELMO`S<br>210 SECOND STREET<br>BROWNSVILLE, PA  15417 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 |
|---|---|---|---|
| s3071 | ELSINORE PAWN<br>16655 LAKESHORE DR<br>LAKE ELSINORE, CA  92530 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.01 |
|---|---|---|---|
| s2617 | EMERALD VALLEY ARMORY LLC<br>PO BOX 371<br>CRESWELL, OR  97426 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105,996.20 |
| s3779 | EMISSIVE ENERGY<br>INFORCE<br>135 CIRCUIT DR<br>NORTH KINGSTOWN, RI 02852 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.97 |
| s2361 | EMORY AUTO SUPPLY<br>PO BOX 160<br>EMORY, TX 75440 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.28 |
| s2871 | EMPOWERED FIREARMS AND TRAININ<br>249 S INDIANA AVE<br>VISTA, CA 92084 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
| s2362 | ENCORE BOAT BUILDERS LLC<br>1650 TWO NOTCH RD<br>LEXINGTON, SC 29073 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.55 |
|---|---|---|---|
| s2555 | ENDURANCE FIREARMS LLC<br>1410 VALLEY VIEW DR #116<br>DELTA, CO  81416 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.95 |
|---|---|---|---|
| s1637 | ENDZONE SPORTS & OFFICE SUP<br>102 SOUTH 2ND AVE<br>NORTON, KS  67654-0401 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.17 |
|---|---|---|---|
| s3044 | ENFORCEMENT FIREARMS<br>475 E NELSON AVE<br>DEFUNIAK SPRINGS, FL  32433 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.90 |
|---|---|---|---|
| s2211 | ENGAGE ARMAMENT LLC<br>701 EAST GUDE DR SUITE 101<br>ROCKVILLE, MD  20850 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

19-11301

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:**</td><td>**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,924.76 |
|---|---|---|---|
| s3506 | EPCO INC<br>423 7TH ST.<br>PROSSER, WA 99350 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.89 |
|---|---|---|---|
| s2407 | ERWIN PAWN INC<br>1506 E 10TH ST<br>AMARILLO, TX 79102 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,567.50 |
|---|---|---|---|
| s3783 | ESCA TECH, INC<br>3747 NORTH BOOTH STREET<br>MILWAUKEE, WI 53212 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.50 |
|---|---|---|---|
| s2909 | ESCONDIDO POWERSPORTS<br>632 AERO WAY<br>ESCONDIDO, CA 92029 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                    Case Number (if known)

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.06 |
|---|---|---|---|
| s2780 | ESSENTIAL SHOOTING SUPPLIES<br>2766 BRANDYWEIN TRAIL<br>MOUNT HOREB, WI 53572 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $109,914.20 |
|---|---|---|---|
| s3738 | ETS GROUP<br>59683 MARKET ST<br>SOUTH BEND, IN 46614-4022 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.90 |
|---|---|---|---|
| s2653 | EVERYTHING WEAPONS<br>7061 MOORES LANE SUITE B<br>BRENTWOOD, TN 37027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,187.74 |
|---|---|---|---|
| s1103 | EXOTIC GUN SHOP<br>PO BOX 210<br>CHAPMAN, NE 68827 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

## Part 2:     All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.52 |
|---|---|---|---|
| s3222 | EXPERT OUTFITTERS INC<br>9074 MARKET ST<br>NORTH LIMA, OH  44452 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.72 |
|---|---|---|---|
| s2911 | EXPRESS PAWN & GUN USA<br>3765 HWY 221<br>DOE RUN, MO  63637 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,058.62 |
|---|---|---|---|
| s2715 | EXTREME GUNS & AMMO<br>1110 HWY 90 EAST STE C<br>RICHMOND, TX  77406 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.90 |
|---|---|---|---|
| s2325 | EXTREME TACTICAL INC<br>5692 JOHN GIVENS RD STE B<br>CRESTVIEW, FL  32539 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.637** Nonpriority creditor's name and mailing address
s2314
EYMARD GUNS LLC
17G32 WEST MAIN
GALLIANO, LA 70354

As of the petition filing date, the claim is:  $525.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.638** Nonpriority creditor's name and mailing address
s2196
E-Z BAIT & TACKLE
2049 HWY 117 SOUTH
GOLDSBORO, NC 27530

As of the petition filing date, the claim is:  $35.57

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.639** Nonpriority creditor's name and mailing address
s3087
EZ PAWN & GUNS LLC
1673 KY 1304
BIMBLE, KY 40915

As of the petition filing date, the claim is:  $6.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.640** Nonpriority creditor's name and mailing address
s3510
EZY GLIDE INC
715 7TH ST
CHIPLEY, FL 32428-1932

As of the petition filing date, the claim is:  $6,333.45

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

  Amount of Claim

| | | |
|---|---|---|
| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.25 |

**s1867**   **FACE IT BOAT RECONDITION**
6900 HAMILTON RD
MIDDLETOWN, OH  45044

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.50 |

**s3626**   **FALCON SAFETY PRODUCTS, INC.**
25 IMCLONE DRIVE
BRANCHBURG, NJ  08876

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.99 |

**s2947**   **FAMILY FIREARMS**
413B SOUTH BRUNDIDGE ST
TROY, AL  36081

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.73 |

**s2006**   **FAMILY PAWN WARRENSBURG**
7750 E HIGHWAY AB
COLUMBIA, MO  65201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 164 of 502

Debtor Name                                                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.16 |

s2577    **FARMERS & BUILDER SUPPLY**
PO BOX 367
BLACKSHEAR, GA  31516

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.20 |

s2127    **FARMERS GRAIN AND MILLING**
3167 COUNTY LINE ROAD
ANDREWS, SC  29510

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.54 |

s1772    **FARNSWORTH´S FIREARMS**
504 CHURCH ST
VONORE, TN  37885-2316

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.54 |

s2242    **FARR, VICTOR KENYON II**
THE MARKSMAN
3017 BARBER ROAD
NORTON, OH  44203

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| **3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.46 |

**s2399**    FARRELLS GUNS & REPAIRS
9 DONAHOO DR
LINDALE, GA  30147

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.650**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $150.03

**s2866**    FAT DOG FIREARMS
5897 HWY 36 N
BELLVILLE, TX  77418

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.651**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $700.00

**s2104**    FAULCONER HARDWARE
197 MADISON ROAD
ORANGE, VA  22960-1399

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.652**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,400.00

**s3578**    FAULKNER HAYNES & ASSOC , INC.
PO BOX 600122
RALEIGH, NC  27675-6122

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,005.00 |
|---|---|---|---|

s2721   FAUSTI USA INC
3509 SHANNON PARK DR STE 113
FREDERICKSBURG, VA  22408

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,698.08 |
|---|---|---|---|

s3650   FERADYNE OUTDOORS
CARBON EXPRESS
101 MAIN STREET
SUPERIOR, WI  54880

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111,060.90 |
|---|---|---|---|

s3693   FERADYNE OUTDOORS, LLC RAGE
101 MAIN STREET
SUPERIOR, WI  54880

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,955.64 |
|---|---|---|---|

s3567   FIELD LOGIC, INC
101 MAIN STREET
SUPERIOR, WI  54880

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.32 |
|---|---|---|---|

s2597    FINISHING TOUCH MARINE DIST
168 LONG STREET CIRCLE
OXFORD, GA  30054

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $821,764.60 |
|---|---|---|---|

s3508    FIOCCHI OF AMERICA
6930 N FREMONT RD
OZARK, MO  65721-8752

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,586.51 |
|---|---|---|---|

s2375    FIRE & ICE TRADING CO
PO BOX 371
MARION, NC  28752

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.06 |
|---|---|---|---|

s1898    FIRING LINE INC
1532 S FRONT ST
PHILADELPHIA, PA  19147-5518

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known) ~~19-11301~~

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.661** Nonpriority creditor's name and mailing address

s2411

FIRST CHOICE MARINE INC
1201 NW PAMELA BLVD
GRAIN VALLEY, MO  64029

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$3,370.57

---

**3.662** Nonpriority creditor's name and mailing address

s3568

FIRST SAMCO INC
FIRST SAMCO FOBUS USA
780 HAUNTED LANE
BENSALEM, PA  19020

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$7,587.35

---

**3.663** Nonpriority creditor's name and mailing address

s2520

FIRSTCHOICE FIREARMS INC
1205 STADIUM VIEW DR
MURRAY, KY  42071

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$737.25

---

**3.664** Nonpriority creditor's name and mailing address

s1985

FISH TALES MARINA
700 LAKE FOREST DR
NEW LONDON, NC  28127-7609

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

$67.53

---

Debtor Name

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.665 | Nonpriority creditor's name and mailing address | $45.00 |
| s2436 | FISHERMANS HEADQUARTERS<br>2754 US HWY 641 NORTH<br>BENTON, KY  42025 | |

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| 3.666 | Nonpriority creditor's name and mailing address | $10.00 |
| s1820 | FITS INC<br>3191 TERRACE AVE STE A<br>SLIDELL, LA  70458 | |

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| 3.667 | Nonpriority creditor's name and mailing address | $112.89 |
| s2762 | FIVE GUNS<br>298 COMMERCE PARK DR STE D<br>RIDGELAND, MS  39157 | |

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| 3.668 | Nonpriority creditor's name and mailing address | $123.70 |
| s2478 | FIVE POINT FIREARMS LLC<br>40 MACK WALTERS RD<br>SHELBYVILLE, KY  40065 | |

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor Name

Case Number (if known)

<table>
<tr><td>**Part 2:**</td><td colspan="2">**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.00 |

| s2764 | FIVE RINGS ARMORY<br>500 N OAKLAND ST<br>CARBONDALE, IL  62901 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,178.84 |

| s3482 | FLAMBEAU PRODUCTS CORP<br>FLAMBEAU OUTDOORS<br>NW 5581<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485-5581 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,219.33 |

| s3638 | FLIR MARITIME US, INC.<br>FLIR - RAYMARINE<br>RAYMAINE<br>ATTN: CREDIT DEPT.<br>NASHUA, NH  03063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,153.70 |

| s3477 | FLITZ INTERNATIONAL LTD<br>821 MOHR AVE<br>WATERFORD, WI  53185-4249 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

| | | |
|---|---|---|
| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.72 |

**s3037**  FLORENCE GUN SHOP
539 HIGHWAY 101
FLORENCE, OR  97439

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.674    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $419.40

**s3132**  FLORIDA GUN BROKER
MTC DISTRIBUTORS LLC
7360 LAKE WORTH ROAD
LAKE WORTH, FL  33467

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.675    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2.00

**s2193**  FLORIDA SURVIVALIST
1121 MAIN STREET
DUNEDIN, FL  34698

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.676    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $5.64

**s2642**  FMJ ARMORY / WGF / LHT
WEST GEORGIA FIREARMS LLC
2221 WEST POINT ROAD
LAGRANGE, GA  30240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219,549.85 |
|---|---|---|---|
| s3715 | FMK FIREARMS, INC.<br>1025 A ORTEGA WAY<br>PLACENTIA, CA 92870 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.77 |
|---|---|---|---|
| s3244 | FMZ LLC<br>7062 NW 50 ST<br>MIAMI, FL 33166 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.12 |
|---|---|---|---|
| s2024 | FN - EMP<br>PO BOX 24257<br>COLUMBIA, SC 29224-4257 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.20 |
|---|---|---|---|
| s1656 | FN AMERICA, LLC<br>PO BOX 24257<br>COLUMBIA, SC 29224-4257 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|

**3.681**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $896,833.01

s3575  FNH AMERICA, LLC
7950 JONES BRANCH DR # 602N
MCLEAN, VA  22102-3302

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

**3.682**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $27.00

s1673  FOOTHILLS JEWELRY & LOAN INC
2619 1ST AVE SW
HICKORY, NC  28602-1912

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**3.683**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $41.72

s2358  FORD MACHINE SHOP AND MARINE
PO BOX 1030
ROBBINSVILLE, NC  28771

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**3.684**  Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $360.33

s1736  FOREST PARK ENTERPRISES
3339 W LAKE RD
ERIE, PA  16505-3647

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.08 |
|---|---|---|---|
| s3188 | **FORT LIBERTY FIREARMS**<br>**8401 E HWY 36 STE C**<br>**AVON, IN  46123** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|---|---|---|---|
| s3107 | **FORTITUDE FIREARMS INC**<br>**518 N MAIN ST 4**<br>**HIAWASSEE, GA  30546** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.70 |
|---|---|---|---|
| s2364 | **FOUR SEASONS GUNS**<br>**16828 HWY 62 SOUTH**<br>**ORANGE, TX  77630** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|
| s1904 | **FOX JEWELRY & LOAN**<br>**519 W BAY ST**<br>**JACKSONVILLE, FL  32202-4408** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s2968  **FOXHOLE FIREARMS**
**19451 S TAMIAMI TRAIL #13**
**FORT MYERS, FL  33908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.76 |
|---|---|---|---|

s2823  **FOXWORTH PAWN AND TRADE**
**PO BOX 939**
**FOXWORTH, MS  39483**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s2016  **FRANKLIN GUN SHOP LLC**
**1214 LAKEVIEW DRIVE SUITE 700**
**FRANKLIN, TN  37067-3032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

s2618  **FRED`S FIREARMS**
**1220 EAST F STREET, SUITE D-1**
**OAKDALE, CA  95361**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.90 |
|---|---|---|---|

**s1872**

FREDS HOBBIES & GUNS INC
349A W WASHINGTON ST
SEQUIM, WA  98382-3341

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.58 |
|---|---|---|---|

**s2770**

FREEDOM FIREARMS
711 WEST STONE DR
KINGSPORT, TN  37660

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.19 |
|---|---|---|---|

**s2522**

FRESNO FIREARMS LTD
6121 N BLACKSTONE
FRESNO, CA  93710

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,230.68 |
|---|---|---|---|

**s3713**

FROGLUBE
251 SW WILSHIRE BLVD
BOX 517
BURLESON, TX  76028

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.99 |
|---|---|---|---|

s2019   FRONTIER FIREARMS LLC
1218 GALLAHER RD
KINGSTON, TN  37763-4204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.76 |
|---|---|---|---|

s2825   FULL METAL JACKET FIREARMS
103 RIO RANCHO BLVD NE
STE B-5
RIO RANCHO, NM  87124

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

s2786   FULL SPECTRUM FIREARMS MFG
4708 N MARTY
FRESNO, CA  93722

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $826.44 |
|---|---|---|---|

s2757   FUN GUNS
3701 FRANKLIN AVE
WACO, TX  76710

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

s2108    **FUQUAY GUN & GOLD**
**1602 NORTH MAIN STREET**
**FUQUAY VARINA, NC  27526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.67 |
|---|---|---|---|

s1761    **FUR FIN & FEATHERS**
**23501 MARSH RD**
**MARDELA SPRINGS, MD  21837-2051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.15 |
|---|---|---|---|

s1705    **FURDOCK MOTORS & TRD PT**
**102 104 S MAIN ST**
**FOREST CITY, PA  18421-1434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.35 |
|---|---|---|---|

s2663    **G & D FARMS INC**
**14170 TANNER WILLIAMS RD**
**WILMER, AL  36587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.49 |
|---|---|---|---|

**s3103**

**G & F PRECIOUS METALS**
**4 COURTHOUSE SQUARE**
**CARTHAGE, NC  28327**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.55 |
|---|---|---|---|

**s2744**

**G & G ENTERPRISES**
**102 JOHNSON ST**
**KINGSTON, TN  37763**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.92 |
|---|---|---|---|

**s2037**

**G & R MARINE UNLIMITED LLC**
**PO BOX 619**
**SOUTH WINDSOR, CT  06074**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.90 |
|---|---|---|---|

**s2512**

**G & S HUNTERS LLC**
**438 MAIN ST**
**PATERSON, NJ  07501**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                          Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

| | | |
|---|---|---|
| **3.709** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $14.68 |
| s2847 | G & S HUNTING UNLIMITED INC<br>4785 SHERRY LN<br>COCOA, FL  32926 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.710** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $1,996.00 |
| s3689 | G OUTDOORS, INC.<br>ADDRESS UNAVAILABLE AT TIME OF FILING<br>CHINO, CA  91710 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:  TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.711** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $181.03 |
| s3060 | G&G ENTERPRISES OF GEORGETOWN<br>4869 COUNTY LINE RD<br>ANDREWS, SC  29510 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.712** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $14.16 |
| s2633 | G&R OUTDOOR ARMORY LLC<br>PO BOX 1014<br>MCCRORY, AR  72101 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $152,129.54 |
|---|---|---|---|

s3728

G-2 RESEARCH, INC
G2 RESEARCH LLC.
PO BOX 526
WINDER, GA  30680

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.50 |
|---|---|---|---|

s3166

G2A
6263 E MAIN ST
MESA, AZ  85205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,922.04 |
|---|---|---|---|

s3460

G96 PRODUCTS COMPANY INC
85 5TH AVENUE BLDG # 6
PATERSON, NJ  07524

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.26 |
|---|---|---|---|

s2062

G-96 PRODUCTS
85 5TH AVE SUITE 6
PATERSON, NJ  07524-1112

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.717**    **Nonpriority creditor's name and mailing address**

s2454

**GA FIRING LINE**
**2727 CANTON RD HWY 5 #410**
**MARIETTA, GA  30066**

**Date or dates debt was incurred**

**Last 4 digts of account number**

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$1.00

---

**3.718**    **Nonpriority creditor's name and mailing address**

s3247

**GA PAWN**
**PO BOX 482**
**CLARKSVILLE, GA  30523**

**Date or dates debt was incurred**

**Last 4 digts of account number**

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$110.90

---

**3.719**    **Nonpriority creditor's name and mailing address**

s3594

**GALCO INTERNATIONAL LTD**
**2019 W QUAIL AVE**
**PHOENIX, AZ  85027-2696**

**Date or dates debt was incurred**

**Last 4 digts of account number**

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$13,034.15

---

**3.720**    **Nonpriority creditor's name and mailing address**

s1929

**GARDENSWARTZ SPORTS**
**780 MAIN AVE**
**DURANGO, CO  81301-5433**

**Date or dates debt was incurred**

**Last 4 digts of account number**

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$315.96

---

Debtor Name

19-11301

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,157,536.15 |
|---|---|---|---|
| s3536 | **GARMIN USA, INC.**<br>PO BOX 842603<br>KANSAS CITY, MO  64184-2603 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.76 |
|---|---|---|---|
| s1649 | **GARRETT JEWELRY & LOAN**<br>PO BOX 126<br>MINERAL WELLS, TX  76068 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 |
|---|---|---|---|
| s2473 | **GARRETTS GUN PAWN**<br>**GARRETTS COMMERCIAL INC**<br>1037 WHITE HALL RD<br>ANDERSON, SC  29625 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.97 |
|---|---|---|---|
| s1965 | **GAT GUNS INC**<br>970 DUNDEE AVE<br>DUNDEE, IL  60118 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.30 |
|---|---|---|---|
| s1685 | GATLIN GUN SHOP<br>140 GATLIN RD<br>OXFORD, AL 36203-9732 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.72 |
|---|---|---|---|
| s2980 | GATOR OUTFITTERS<br>PO BOX 955<br>BREAUX BRIDGE, LA 70517 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.63 |
|---|---|---|---|
| s2105 | GATOR TAIL<br>PO BOX 401<br>LOREAUVILLE, LA 70552 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|---|---|---|---|
| s1674 | GAVINS ENTERPRISE<br>120 ANJALI CT<br>CONWAY, SC 29526 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**   Case 19-11299-LSS   Doc 183   Filed 07/24/19   Page 214 of 569   19-11301

Debtor Name
Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| **3.729** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $25,567.50 |

s3733 **GENERAC POWER SYSTEMS**
29330 NETWORK PLACE
CHICAGO, IL 60673-1293

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.730** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $20.00

s2623 **GENERAL PAWN AND TRADE**
PO BOX 2446
SILVER CITY, NM 88062

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.731** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $1,262.99

s2328 **GEORGIA GUN STORE INC**
130 JOHN W MORROW PKWY STE C
GAINESVILLE, GA 30501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.732** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $335.99

s2851 **GET GUNS NOW INC**
6000 STILLWATER BLVD NORTH
OAKDALE, MN 55128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.99 |
|---|---|---|---|

s2557   **GIBSONS PRODUCTS**
411 S MAIN ST
WEATHERFORD, TX  76086

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.57 |
|---|---|---|---|

s2634   **GILA OUTDOOR**
3660 W MAIN STREET
THATCHER, AZ  85552

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.87 |
|---|---|---|---|

s2014   **GILBERT`S GUN SHOP LLC**
2282 LOUISVILLE RD
FRANKFORT, KY  40601-9636

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.07 |
|---|---|---|---|

s1640   **GILLES SALES & SERVICE**
795 VT RT 14 SOUTH
EAST MONTPELIER, VT  05651

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |

s2819　GILLS CREEK MARINA
790 FOX CHASE ROAD
WIRTZ, VA  24184

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.10 |

s1842　GILMER PAWN SHOP INC
1105 US HWY 271 NORTH
GILMER, TX  75644-2202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |

s1797　GLASSMASTERS
3800 HWY 190 WEST
LIVINGSTON, TX  77351

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.41 |

s3177　GLATZE MILITUM LLC
321 NE 167TH STREET
NORTH MIAMI BEACH, FL  33162

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.741**  Nonpriority creditor's name and mailing address

s1703  **GLEN HARBOR MARINA**
PO BOX 32
WATKINS GLEN, NY 14891-0032

As of the petition filing date, the claim is:   $121.33

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.742**  Nonpriority creditor's name and mailing address

s1796  **GLENNS ARCHERY & TACKLE**
33094 BAKER RD
LISBON, OH 44432-9443

As of the petition filing date, the claim is:   $169.30

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.743**  Nonpriority creditor's name and mailing address

s3600  **GLOCK INC**
PO BOX 369
SMYRNA, GA 30081-0369

As of the petition filing date, the claim is:   $65,120.80

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.744**  Nonpriority creditor's name and mailing address

s3601  **GLOCK INC-STOCKING DEALER PROG**
PO BOX 369
SMYRNA, GA 30081-0369

As of the petition filing date, the claim is:   $1,004.10

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.40 |
|---|---|---|---|

s2486    **GLOCKSTORE**
**4770 RUFFNER ST**
**SAN DIEGO, CA  92111**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.58 |
|---|---|---|---|

s2527    **GLOSS MOUNTAIN GUNS**
**1756 CECIL ST**
**WAYNOKA, OK  73860**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.45 |
|---|---|---|---|

s2833    **GODWIN FAMILY ENTERPRISES LLC**
**7704 MATTHEWS MINT HILL RD**
**CHARLOTTE, NC  28227**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2312    **GODWIN IKE GROCERY INC**
**7273 COUNTY LINE ROAD**
**PELHAM, GA  31779**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---------|--------------------------------------------------|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.749** Nonpriority creditor's name and mailing address

**s1780** GODWINS FUR & OUTDOOR SUP
215 IVEY ST
RAEFORD, NC 28376-8798

As of the petition filing date, the claim is:     $306.16

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.750** Nonpriority creditor's name and mailing address

**s1824** GOLD & SILVER PAWN
501-H GENERAL SCREVEN RD
HINESVILLE, GA 31313

As of the petition filing date, the claim is:     $1,497.34

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.751** Nonpriority creditor's name and mailing address

**s1863** GOLD COAST OUTFITTERS
6755 BUTTERNUT DRIVE
WEST OLIVE, MI 49460-9578

As of the petition filing date, the claim is:     $200.03

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.752** Nonpriority creditor's name and mailing address

**s3521** GOLD EAGLE CO
1478 PAYSPHERE CIRCLE
CHICAGO, IL 60674

As of the petition filing date, the claim is:     $22,835.44

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.17 |
|---|---|---|---|

s2970    GOLD N CONNECTION LLC
4525 NW 8TH AVE
OAKLAND PARK, FL 33309

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.50 |
|---|---|---|---|

s2324    GOLD N GUN
1336 HIRAM ACWORTH HWY STE 101
DALLAS, GA 30157

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.52 |
|---|---|---|---|

s2007    GOLDEN DAWN
43 E JEFFERSON STREET
JEFFERSON, OH 44047-1115

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.80 |
|---|---|---|---|

s2934    GOLDEN EAGLE PAWN LLC
1836 HWY 46 SOUTH
DICKSON, TN 37055

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.757** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.58 |
| s2153 | **GOLDEN ISLES PAWN**<br>**3 E COFFEE STREET**<br>**HAZLEHURST, GA  31539** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.758** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.50 |
| s1936 | **GOLDSBOROUGHS MARINE**<br>**709 W MAIN ST**<br>**CRISFIELD, MD  21817-1011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.759** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.24 |
| s3054 | **GONZO TACTICAL**<br>**345 COUNTY ROAD 143**<br>**SCOTTSBORO, AL  35768** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.760** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.09 |
| s2725 | **GOODIES & GIFTS PAWN 2**<br>**121 RED BANK RD**<br>**GOOSECREEK, SC  29445** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $5.10 |

s2128   **GOODIES & GIFTS WHOLESALE**
1069 BROUGHTEN ST
ORANGEBURG, SC 29115

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $99.00 |

s1668   **GOODLETTSVILLE GUN SHOP**
602 S MAIN
GOODLETTSVILLE, TN 37072-1734

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $17.90 |

s2925   **GORDON´S GUN SMOKE**
114 N MERRITT ST
ODIN, IL 62870

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $291.46 |

s2850   **GOTTA HAVE GUNS**
2144 N BELTLINE RD STE H
MESQUITE, TX 75150

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Part 2: **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.99 |
|---|---|---|---|
| s2720 | GPS 4 US<br>13431 BEACH AVENUE<br>MARINA DEL REY, CA 90292 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|
| s2064 | GRAF`S RELOADING SUPER CENTER<br>4132 SOUTH CLARK STREET<br>MEXICO, MO 65265 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.50 |
|---|---|---|---|
| s2876 | GRAHAM`S GUN SHOP<br>PO BOX 126<br>DE KALB JUNCTION, NY 13630 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.93 |
|---|---|---|---|
| s1955 | GRAND POINTE MARINE INC<br>7086 CREYTS RD<br>DIMONDALE, MI 48821-9412 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.71 |
| s2657 | GRANDMAS GUNROOM<br>PO BOX 529<br>EUREKA SPRINGS, AR  72632 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.48 |
| s2892 | GRANGER GUN AND PAWN<br>529 WEST 13TH ST<br>ATOKA, OK  74525 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.20 |
| s1959 | GREAT POND MARINA<br>PO BOX 405<br>BELGRADE LAKES, ME  04918-0405 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.21 |
| s2564 | GREENWOOD GUNS & GEAR INC<br>142B CROSSCREEK CONNECTOR<br>GREENWOOD, SC  29649 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                          **Amount of Claim**

| | | |
|---|---|---|
| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.81 |

s2097    **GROCE HOME & AUTO**
**105 W BUCK**
**CALDWELL, TX  77836-1701**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

3.774    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $23.67

s2541    **GROSS, CLIFTON RAY**
**98 OLD RT 5**
**BRADFORD, VT  05033**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

3.775    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $112.10

s1684    **GROVE MARINA**
**PO BOX 1483**
**CORBIN, KY  40702-1483**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

3.776    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $4,544.44

s3669    **GROVTEC US, INC.**
**PO BOX 1910**
**FAIRVIEW, OR  97024**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.47 |
|---|---|---|---|
| s2029 | GRUNDMANS SPORTING GOODS INC<br>75 WILDWOOD AVE<br>RIO DELL, CA  95562-1729 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127,298.60 |
|---|---|---|---|
| s3514 | GSM LLC<br>PO BOX 535189<br>GRAND PRAIRIE, TX  75053-5189 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.06 |
|---|---|---|---|
| s2131 | GT MARINE INC<br>12122 B CAROL LANE<br>PRINCESS ANNE, MD  21853 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.80 |
|---|---|---|---|
| s3140 | GTI<br>1321 TECHNOLOGY DR STE 101<br>BARNWELL, SC  29812 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                              Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                **Amount of Claim**

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.52 |
|---|---|---|---|

s2763    **GUERRILLA ARMAMENT**
         **1939 LEJEUNE BLVD UNIT 200**
         **JACKSONVILLE, NC  28546**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                 Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.04 |
|---|---|---|---|

s2746    **GUN & SPORT NORTH**
         **346 UNIT 3 SOUTH BROADWAY**
         **SALEM, NH  03079**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                 Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.12 |
|---|---|---|---|

s2711    **GUN BROTHERS ARMS**
         **101 W CHEROKEE**
         **MEDFORD, OK  73759**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                 Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,106.91 |
|---|---|---|---|

s2747    **GUN CENTRAL**
         **6010 GATEWAY E BLVD**
         **EL PASO, TX  79905**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                 Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,441.51 |
|---|---|---|---|

s2241   GUN CONNECTION-MD
11433 PULASKI HWY UNIT 3/4
WHITE MARSH, MD  21162

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.39 |
|---|---|---|---|

s2671   GUN CULTURE
2029 W ASHLAND AVE
VISALIA, CA  93277

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.47 |
|---|---|---|---|

s2367   GUN DEPOT LLC
1210 N TOWNSEND AVE
MONTROSE, CO  81401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,535.75 |
|---|---|---|---|

s2566   GUN EFFECTS
15313 GALE AVE
CITY OF INDUSTRY, CA  91745

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.94 |
|---|---|---|---|

s2041   GUN SHAK
5401 CR 7500
LUBBOCK, TX  79424-6581

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.32 |
|---|---|---|---|

s2481   GUN SHOP INCORPORATED, THE
4938 STOCKTON HILL RD
KINGMAN, AZ  86409

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.98 |
|---|---|---|---|

s2287   GUN SPORT LTD
2701 N DIXIE BLVD
ODESSA, TX  79762

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.87 |
|---|---|---|---|

s2172   GUN TRADERS
3201 B POTTSVILLE PIKE
READING, PA  19605

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.25 |
|---|---|---|---|

**s2962**

**GUN-MART INC**
**4502 SOUTH AVE R R 4**
**BROCKVILLE, ON  K6V5T4**
**CANADA**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.36 |
|---|---|---|---|

**s1857**

**GUNN`S GUNS**
**324 W BENDER**
**HOBBS, NM  88240-1219**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.00 |
|---|---|---|---|

**s2689**

**GUNRUNNER ARMS**
**GUNRUNNER INC**
**93244 HWY 99 SOUTH**
**JUNCTION CITY, OR  97448**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.89 |
|---|---|---|---|

**s2360**

**GUNRUNNERS INC**
**120 EAST MAIN**
**ADA, OK  74820**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                Amount of Claim

| | | |
|---|---|---|
| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.38 |

**s2804**   GUNS & GOLD
2100 CAPITAL CIRCLE SE
TALLAHASSEE, FL  32301

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.41 |

**s2853**   GUNS & MORE LLC
500 STATE STREET STE 1
BENNETTSVILLE, SC  29512

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.91 |

**s2126**   GUNS 4 U
9876 CO RD 8890
WEST PLAINS, MO  65775

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.80 |

**s3072**   GUNS AMMO COMPANY
612 LAFAYETTE BLVD STE 200
FREDERICKSBURG, VA  22401

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

| | | |
|---|---|---|
| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.02 |
| s2778 | **GUNS AND MORE**<br>**19 EAST MAIN ST**<br>**THOMASVILLE, NC  27360** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,209.28 |
| s2714 | **GUNS AND RANGE INC**<br>**1016 CLARE AVE UNIT 1**<br>**WEST PALM BEACH, FL  33401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
| s2343 | **GUNS GOLD AND CASH LLC**<br>**302 S CAROL MALONE BLVD UNIT 1**<br>**GRAYSON, KY  41143** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.64 |
| s2344 | **GUNS OF DISTINCTION**<br>**73360 HIGHWAY 111 SUITES 5 & 6**<br>**PALM DESERT, CA  92260** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $590.99 |
|---|---|---|---|

s2017    **GUNS PLUS**
**1503 N BRAGG BLVD**
**SPRING LAKE, NC  28390-2710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154.39 |
|---|---|---|---|

s2828    **GUNS PRICED RIGHT**
**100 BETTIS RD STE #1**
**DRAVOSBURG, PA  15034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $697.80 |
|---|---|---|---|

s2039    **GUNSLINGERS GUN SHOP**
**1750 GRAND AVE**
**GLENDORA, CA  91740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $277.68 |
|---|---|---|---|

s2805    **GUNSLINGERS**
**B & N ARMS LLC**
**1107 E 24T ST**
**ANDERSON, IN  46018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.93

s2333

GUNSMITHING LTD
2530 POST RD 3 LACEY PL
SOUTHPORT, CT  06890

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.810** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95

s2959

GUNZ INC
5616 BARRETT LANE
LOUISVILLE, KY  40272

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $753.01

s3201

GYM RATZ NUTRITION
15290 CHRISTY LN
WALDORF, MD  20601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.21

s2521

H & L MARINE
801 MAY RD
SALUDA, SC  29138

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.57 |

**3.813**
s1709   **H & S SPORTING GOODS**
**708 SANDERS AVE**
**PRINCETON, WV  24740-3556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Amount of Claim: $3.57

---

**3.814**
s2268   **H2O SPORTS**
**1789 REEVES STREET**
**DOTHAN, AL  36303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Amount of Claim: $155.83

---

**3.815**
s3014   **HAGAN ACE HARDWARE MACCLENNY**
**1022 BLANDING BLVD**
**ORANGE PARK, FL  32065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Amount of Claim: $180.80

---

**3.816**
s2898   **HAGERSTOWN MOPED & HOBBIES**
**443 S BURHANS BLVD**
**HAGERSTOWN, MD  21740**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Amount of Claim: $222.68

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.39 |
|---|---|---|---|

s2082    HAGLUNDS ALL OUTDOORS LLC
4999 E M-72
HARRISVILLE, MI  48740

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.98 |
|---|---|---|---|

s2247    HALE MARINE SERVICES
PO BOX 6097
SAVANNAH, GA  31414

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.52 |
|---|---|---|---|

s1931    HALL MARINE COLUMBIA
7459 BROAD RIVER RD
IRMO, SC  29063-9667

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.54 |
|---|---|---|---|

s1728    HALL MARINE
651 EWING RD
OWENSBORO, KY  42301-8749

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.88 |

3.821 s1456

**HALL WEAPON SYSTEMS**
2415 2ND AVE
KEARNEY, NE 68847

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.822 s1970 — As of the petition filing date, the claim is: $38.00

**HALLEY, JERRY W**
HC 7 BOX 172
DONIPHAN, MO 63935

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.823 s1760 — As of the petition filing date, the claim is: $300.50

**HAMILTON GUN & PAWN**
RTE 49 BOX 258
RAWL, WV 25691-0258

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.824 s2234 — As of the petition filing date, the claim is: $577.04

**HAMPTON GUN & PAWN**
6344 MARKET ST
RUSSELLVILLE, AR 72802

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.39 |
|---|---|---|---|

**s2022**

HANCKEL MARINE
2445 SAVANNAH HWY
CHARLESTON, SC  29414

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,307.10 |
|---|---|---|---|

**s3490**

HANDI-MAN MARINE
1271 CONTRACT DRIVE
GREEN BAY, WI  54304

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

**s2293**

HANDY 2 HAVE
605 CRITCHER
TAOS, NM  87571

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.52 |
|---|---|---|---|

**s2156**

HARD TO FIND MAGS & CLIPS
PO BOX 22974
BULLHEAD CITY, AZ  86439

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name                        Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.25 |
|---|---|---|---|

**s1623**    HARDENS GUNSHOP INC
PO BOX 435
NEWTON, AL  36352-0435

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $697.95 |
|---|---|---|---|

**s3660**    HARDLINE PRODUCTS
7766 SW JACK JAMES DRIVE
STUART, FL  34997

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.44 |
|---|---|---|---|

**s2336**    HARLAN PAWN SHOP
106 S MAIN ST
HARLAN, KY  40831

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.96 |
|---|---|---|---|

**s2999**    HARPERS FERRY ARMORY
301 N MILDRED ST
RANSON, WV  25438

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.833** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,959.13 |

3.833    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**      $28,959.13

s3468    **HARRIS ENGINEERING INC**
999 BROADWAY
BARLOW, KY 42024

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **TRADE PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.834    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**      $159.70

s2194    **HARRY BECKWITH GUNS/RANGE INC**
12130 S HWY 441
MICANOPY, FL 32667

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **CUSTOMER DEPOSIT**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.835    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**      $218.99

s2363    **HAWGHEAD MARINE AND TACKLE**
1160 FAHS STREET
YORK, PA 17404

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **CUSTOMER DEPOSIT**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.836    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**      $1,985.08

s3606    **HAYNES MANUALS, INC.**
CLYMER - HAYNES REPAIR MANUALS
859 LAWRENCE DR
NEWBURY PARK, CA 91320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **TRADE PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.93 |

s1915 **HAYS CITY GOLD & SILVER**
**2201 VINE ST**
**HAYS, KS  67601-2401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.838   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $12,500.00

s3746 **HEAD DOWN PRODUCTS LLC**
**333 BUTLER INDUSTRIAL DR**
**DALLAS, GA  30132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.839   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $413,698.65

s3659 **HECKLER & KOCH, INC**
**PO BOX 601193**
**CHARLOTTE, NC  28260-1193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.840   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    UNKNOWN

s3439 **HECKLER AND KOCH, INC.**
**C/O MOORE & VAN ALLEN PLLC**
**DAVID B WHEELER, TRUDY H ROBERTSON**
**REID E DYER**
**78 WENTWORTH STREET**
**CHARLESTON, SC  29401**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION
NON-PAYMENT OF GOODS RECEIVED

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.841 | Nonpriority creditor's name and mailing address | $154.29 |

s2173
HELLEMS & SON
4948 ELLISVILLE DR
LOUISA, VA  23093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.842   Nonpriority creditor's name and mailing address          $322.94

s3165
HENNESSEY OUTDOOR ELECTRONICS
16103 RED SHALE HILL RD
PEKIN, IL  61554

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.843   Nonpriority creditor's name and mailing address          $88.73

s1270
HENRY MCCOY GOODWIN JR INC
PO BOX 1220
LAKE PANASOFFKEE, FL  34785

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.844   Nonpriority creditor's name and mailing address          $10,958.00

s3725
HENRY RAC HOLDING CORPORATION
107 WEST COLEMAN STREET
RICE LAKE, WI  54868

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $410,235.00 |
|---|---|---|---|

s3542   HENRY RAC HOLDING CORPORATION
DBA HENRY REPEATING ARMS, CO.
107 WEST COLEMAN STREET
RICE LAKE, WI 54868

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.99 |
|---|---|---|---|

s2258   HENRYS SPORTING GOODS
1514 HWY 17 N
MT PLEASANT, SC 29464

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,372.32 |
|---|---|---|---|

s3518   HERITAGE MFG INC
PO BOX 864802
ORLANDO, FL 32886-4802

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.94 |
|---|---|---|---|

s3179   HESSELING & SONS
2818 ELIDA RD SUITE A
LIMA, OH 45805

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.54 |
|---|---|---|---|
| s3186 | HIBBERD ARMORY<br>49 SOUTH MIAMI AVE<br>CLEVES, OH  45002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.87 |
|---|---|---|---|
| s3038 | HICKORY HILL FARM & GARDEN<br>611 OLD PHOENIX RD<br>EATONTON, GA  31024 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|
| s2283 | HIGH CALIBER GUN AND PAWN<br>1075 S MEMORIAL DR<br>PRATTVILLE, AL  36067 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.31 |
|---|---|---|---|
| s2988 | HIGH CALIBER MERCANTILE LLC<br>PO BOX 429<br>STRAWN, TX  76475 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |
|---|---|---|---|

**s1995**

HIGH COUNTRY GUNS & KNIVES
555 WHITE SPAR RD
PRESCOTT, AZ 86303-4627

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.10 |
|---|---|---|---|

**s2550**

HIGH COUNTRY OUTFITTERS INC
96 E MIDLAND TRAIL
LEXINGTON, VA 24450

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 |
|---|---|---|---|

**s2842**

HIGH COUNTRY TACTICAL/HCTAC
1873 TYNECASTLE HWY STE 2
BANNER ELK, NC 28604

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.56 |
|---|---|---|---|

**s2578**

HIGH DESERT GUNS AND AMMO
15885 MAIN ST SUITE 220
HESPERIA, CA 92345

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name                                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.27 |
|---|---|---|---|

s2544    HIGH DESERT GUNS LLC
2559 PRECISION DRIVE UNIT 1
MINDEN, NV  89423

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.05 |
|---|---|---|---|

s1787    HIGH TECH HAND GUNS
9012 PERRY HWY
PITTSBURGH, PA  15237-5360

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

s2044    HIGH TECH OUTDOORS & ARCHERY
3688 RICHMOND RD
KESWICK, VA  22947

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.40 |
|---|---|---|---|

s2509    HIGHER POWER OUTFITTERS INC
1826 TAMIAMI TRAIL
PUNTA GORDA, FL  33950

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.39 |
|---|---|---|---|
| s2122 | HIGHLANDER OUTFITTERS<br>1844 HWY 29 W<br>BURNET, TX  78611 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.48 |
|---|---|---|---|
| s2054 | HIGHRIDGE FARM & RANCH SUPPLY<br>16575 S E HWY 42<br>WEIRSDALE, FL  32195 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.94 |
|---|---|---|---|
| s2246 | HIGHS SHOOTING SUPPLY<br>3731 S E POWELL ROAD<br>LATHROP, MO  64465 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.40 |
|---|---|---|---|
| s3681 | HILCO<br>LEADER SPORTS - HILCO<br>PO BOX 643792<br>PITTSBURGH, PA  15264-3792 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.10 |

s1752    HILL FARM SUPPLY
         PO BOX 232
         SPARTA, GA  31087-0232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.866    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $158.81

s3138    HILL TOP PACKAGE
         PO BOX 200
         GRANDIN, MO  63943

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.867    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1.00

s2094    HILLIARD GUN AND REPAIR SHOP
         241888 CR 121
         HILLIARD, FL  32046

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.868    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $5.94

s1613    HILLS SERVICE CENTER
         5658 POINTE DR
         EAST CHINA, MI  48054-4169

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |

s2294  HILTON HEAD BOAT HOUSE
405 SQUIRE POPE RD
HILTON HEAD, SC 29926

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.870   Nonpriority creditor's name and mailing address

s1726  HINKLE MARINE
PO BOX 377
WESTON, WV 26452-0377

As of the petition filing date, the claim is:   $190.89

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.871   Nonpriority creditor's name and mailing address

s2381  HIRAMS GUNS & SPIRITS
660 S MAGNOLIA AVE
EL CAJON, CA 92020

As of the petition filing date, the claim is:   $2.11

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.872   Nonpriority creditor's name and mailing address

s2584  HI-TEC MARINE INC
1333 N EAST AVE
PANAMA CITY, FL 32401

As of the petition filing date, the claim is:   $5.50

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,282.89 |
|---|---|---|---|

s3163    HITS & MISSES
6750 W PEORIA AVE STE 129
PEORIA, AZ 85345

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.80 |
|---|---|---|---|

s1639    HI-WAY SPORT SHOP
253 RT 31 N
WASHINGTON, NJ 07882-1531

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,421.20 |
|---|---|---|---|

s3464    HKS TOOL PRODUCTS INC
7841 FOUNDATION DR
FLORENCE, KY 41042-3048

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,924.22 |
|---|---|---|---|

s3469    HOGUE COMBAT GRIPS
PO BOX 91360
HENDERSON, NV 89009-1360

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.877** Nonpriority creditor's name and mailing address
s1722

HOLLY BAY MARINA
PO BOX 674
LONDON, KY 40743-0674

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$132.84

---

**3.878** Nonpriority creditor's name and mailing address
s2554

HOLLY SPRINGS TACTICAL
1928-1 BACHELOR RD
MOORESBORO, NC 28114

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$7.82

---

**3.879** Nonpriority creditor's name and mailing address
s3778

HOLOSUN TECHNOLOGIES
PO BOX 93031
CITY OF INDUSTRY, CA 91715

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

$130,686.00

---

**3.880** Nonpriority creditor's name and mailing address
s2695

HONEYCUTT PAWN & VARIETY
103 S EAST RAILROAD ST
WALLACE, NC 28466

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$12.90

---

Debtor Name                                                                                        Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,993.30 |
|---|---|---|---|

s3523   HONEYWELL SAFETY PRODUCTS USA,
HONEYWELL - HOWARD LEIGHT
PO BOX 418430
BOSTON, MA  02241-8430

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.31 |
|---|---|---|---|

s2288   HOOK LINE & SINKER
112 SANDY LANE
OAKLEY, CA  94561

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.28 |
|---|---|---|---|

s3039   HOOK LINE AND PADDLE
435 EASTWOOD ROAD
WILMINGTON, NC  28403

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.02 |
|---|---|---|---|

s1940   HOPEWELL MARINE & SVC
101 S MAIN ST
HOPEWELL, VA  23860-3914

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s847

HOPKINS GAME FARM
PO BOX 218
KENNEDYVILLE, MD 21645

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.47 |
|---|---|---|---|

s1922

HOPPYS MARINE
31499 HWY 27
HAINES CITY, FL 33844-8579

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,078.39 |
|---|---|---|---|

s3619

HORIZON GLOBAL AMERICAS INC
HORIZON - CEQUENT - FULTON
PO BOX 774615
CHICAGO, IL 60677-4006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,238.51 |
|---|---|---|---|

s3615

HORIZON GLOBAL AMERICAS INC
HORIZON - CEQUENT - WESBAR
PO BOX 774615
4615 SOLUTION CENTER
CHICAGO, IL 60677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| **3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $741,112.26 |

**3.889**

s3579 | **HORNADY CARTRIDGE AMMO**
HORNADY - AMMO
3625 W OLD POTASH HWY
PO BOX 1848
GRAND ISLAND, NE  68802-1848

As of the petition filing date, the claim is:    **$741,112.26**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.890**

s3734 | **HORNADY MANUFACTURING SECURITY**
SNAP SAFE
PO BOX 1848
GRAND ISLAND, NE  68802

As of the petition filing date, the claim is:    **$11,996.17**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.891**

s3749 | **HORNADY MANUFACTURING**
FRONTIER CARTRIDGE
PO BOX 1848
GRAND ISLAND, NE  68802

As of the petition filing date, the claim is:    **$82,738.00**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.892**

s2224 | **HOS`S BAIT & TACKLE**
PO BOX 78
SHERRODSVILLE, OH  44675

As of the petition filing date, the claim is:    **$64.36**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $72.34 |

s3131    **HOT SHOT SHOOTING RANGE**
**1873 N NOVA ROAD**
**DAYTONA BEACH, FL  32117**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $31.58 |

s2661    **HOW SWEET IT IS INC**
**3601 STOCKYARD RD**
**EDEN, MD  21822**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $274.39 |

s3073    **HRABBQ**
**PO BOX 1797**
**MARS HILL, NC  28754**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,349.44 |

s3635    **HUBBELL WIRING DIVISION**
**HUBBELL WIRING DEVICE**
**25404 NETWORK PLACE**
**CHICAGO, IL  60673**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.897** Nonpriority creditor's name and mailing address

s1715   HUDSONS OUTBOARD INC
50 BRIDGE RD
SALISBURY, MA  01952-2405

As of the petition filing date, the claim is:   $2.95

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.898** Nonpriority creditor's name and mailing address

s3167   HUDSONS OUTFITTERS & FIREARMS
1486 S HANOVER ST
POTTSTOWN, PA  19465

As of the petition filing date, the claim is:   $894.57

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.899** Nonpriority creditor's name and mailing address

s2053   HUMPHREY`S RIDGE MARINA
435 HUMPHREY`S RIDGE RD
STOKESDALE, NC  27357

As of the petition filing date, the claim is:   $230.14

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.900** Nonpriority creditor's name and mailing address

s2005   HUNTER`S EDGE/JAMIE BULGER
191 KELLEY ROAD
BAINBRIDGE, GA  39817

As of the petition filing date, the claim is:   $153.99

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3661 | HUNTER`S SPECIALTIES<br>PO BOX 310497<br>DES MOINES, IA 50331-0497 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$14,605.08

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.902  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $52.66

s2120  HUNTER`S SUPPLY & PISTOL RANGE
3514 KIRKMAN
LAKE CHARLES, LA 70607

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.903  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $9.52

s2532  HUNTERS HAVEN LLC
106 N MISSOURI ST
MACON, MO 63552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.904  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   $596.26

s2795  HUNTERS IN SIGHT FIREARMS LLC
PO BOX 29
ORTONVILLE, MI 48462

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.21 |
|---|---|---|---|

s2750    HUSKINS GUNS & AMMO
103 E MAIN ST
WILBURTON, OK  74578

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.94 |
|---|---|---|---|

s2536    HUSTONS CUSTOM GUNS & GUN RPR
1141 W FREMONT ST
STOCKTON, CA  95203

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.20 |
|---|---|---|---|

s2967    HUX CUSTOMS
134 EAST LINDEN STE C
CHUBBUCK, ID  83202

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.90 |
|---|---|---|---|

s2927    HYPERION ARMS AND AMMO LLC
PO BOX 538
FISHERS, NY  14453

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td>**Part 2:**</td><td colspan="2">**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.45 |
|---|---|---|---|
| s2662 | I DEAL JEWELRY & PAWN<br>3593 NORTHCREST RD<br>DORAVILLE, GA 30340 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.08 |
|---|---|---|---|
| s3641 | IDEAL DIVISON<br>PLEWS - IDEAL DIVISION<br>PO BOX 102976<br>ATLANTA, GA 30368-2976 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.60 |
|---|---|---|---|
| s2965 | IFISH BOATS<br>4795 WALKING HORSE ROAD<br>MEGGETT, SC 29449 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,214.36 |
|---|---|---|---|
| s3545 | IMMI<br>IMMI - INDIANA MARINE<br>ACCOUNTS RECEIVABLE<br>18881 IMMI WAY<br>WESTFIELD, IN 46074 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $699.67 |
| s3457 | **IMPACT TELECOM**<br>**MATRIX TELECOM D/B/A**<br>**PO BOX 660344**<br>**DALLAS, TX 75266-0344** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **TRADE PAYABLE** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $14.78 |
| s3242 | **IMPERIAL GUNWORX LLC**<br>**134 EAST DIVISION ST**<br>**SPARTA, MI 49345** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $20.35 |
| s1690 | **I-M-S SERVICES**<br>**40 MAINE AVENUE REAR**<br>**EAST HAMPTON, MA 01027** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $3.10 |
| s2809 | **INDEPENDENCE GUNS & AMMO**<br>**8205 KEATS AVE**<br>**YUCCA VALLEY, CA 92284** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

| | | |
|---|---|---|
| **3.917** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $117.95 |

**s2101**    **INDIAN PASS MARINE SVC**
2380 HUGHWAY C 30
PORT ST JOE, FL  32456

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.918**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $7.15

**s1627**    **INDIANA ARMS & AMMO INC**
750 W INDIANA AVE
SOUTH BEND, IN  46613-1858

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.919**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $163.64

**s3246**    **INEZ GUN TACKLE & TOBACCO INC**
PO BOX 1317
INEZ, KY  41224

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.920**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $9,049.56

**s3726**    **INLAND MFG - MKS**
8611-A NORTH DIXIE DRIVE
DAYTON, OH  45414-2403

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                                                 Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.921** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.09

s1906 | INMAN GUN LLC
13060 ASHEVILLE HWY
INMAN, SC  29349-7526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.922** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.58

s2207 | INSTANT MONEY PAWN
2650 N COLLEGE AVE
FAYETTEVILLE, AR  72703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.44

s2110 | INTERLAKEN GUNS & AMMO
8268 MAIN STREET
INTERLAKEN, NY  14847

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.04

s2441 | INTERPOL SOLUTIONS LLC
PO BOX 322
TOBACCOVILLE, NC  27050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $973.23 |
|-------|-----|-----|-----|

s2482  IOWA OUTDOORS STORE, THE
1597 3RD AVE NW
FORT DODGE, IA  50501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.50 |
|-------|-----|-----|-----|

s3217  IPATRIOT LLC
37A YOUNG HARRIS STREET
BLAIRSVILLE, GA  30512

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.25 |
|-------|-----|-----|-----|

s2421  IRON HORSE PRO SHOP INC
6733 HWY 22
PANAMA CITY, FL  32404

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|-------|-----|-----|-----|

s3232  IRON MOUNTAIN OUTDOORS
1506 IRON MOUNTAIN RD
ASHEBORO, NC  27205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.66 |
|---|---|---|---|

**s3194**   IRON SIGHTS OCEANSIDE
618 AIRPORT RD
OCEANSIDE, CA  92058

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.40 |
|---|---|---|---|

**s3168**   IRONSIDE OUTFITTERS
2616 BEARCO LOOP
LA GRANDE, OR  97850

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.50 |
|---|---|---|---|

**s2707**   ISLAND MARINE SERVICE
101 BOATYARD LN
GREENPOND, SC  29446

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.56 |
|---|---|---|---|

**s3611**   ITW - EVERCOAT FIBERGLASS
ACCOUNT 30406
PO BOX 92140
CHICAGO, IL  60675-2140

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,252.78 |
|---|---|---|---|

s3663    **ITW PERMATEX**
ITW - SPRAY NINE
PO BOX 2174
CAROL STREAM, IL 60132-2174

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,777.19 |
|---|---|---|---|

s3643    **ITWPERFORMANCE POLYMERS**
PHILADELPHIA RESIN
PO BOX 75323
CHICAGO, IL 60675-5323

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.98 |
|---|---|---|---|

s2698    **IV GUNS & AMMO**
PO BOX 1014
CAVE JUNCTION, OR 97523

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.49 |
|---|---|---|---|

s1816    **IVEYS OUTDOOR & FARM SUP**
108 N WESTOVER BLVD
ALBANY, GA 31707-2951

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   <strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,265.42 |

s3706   **IWI US, INC**
**1441 STONERIDGE DRIVE**
**MIDDLETOWN, PA 17057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |

s2736   **J & B GUN SALES & SERVICE**
**PO BOX 1750**
**FULTON, TX 78358**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,262.11 |

s2542   **J & D FIREARMS INC**
**1975 ANDERSON ANTHONY RD**
**LEAVITTSBURG, OH 44430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.39 |

s2485   **J & H PRODUCTS**
**209 NORTHSTONE PLACE**
**FAYETTEVILLE, NC 28303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.941** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $1,338.15 |
| s2221 | **J & J AUTO UPHOLSTERY**<br>**3739 SOUTH NEW HOPE RD**<br>**GASTONIA, NC 28056** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:    CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.942** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $152.50 |
| s1843 | **J & J MARINE REPAIR**<br>**2530 BADIN RD**<br>**ALBEMARLE, NC 28001-7818** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:    CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.943** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $470.46 |
| s2235 | **J & L COINS & JEWELRY LLC**<br>**PO BOX 1363**<br>**GREAT BEND, KS 67530** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:    CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.944** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $9.24 |
| s2259 | **J & S GUN PARTS**<br>**7707 MARTIN WAY E**<br>**OLYMPIA, WA 98516** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:    CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.59 |
|---|---|---|---|

s1983

J LC MARINE
385 HERSHEY RD
ELIZABETHTOWN, PA  17022-9795

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.99 |
|---|---|---|---|

s3106

J&C THUMB GUNNERY
478 S SANDUSKY RD SUITE B
SANDUSKY, MI  48471

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.92 |
|---|---|---|---|

s3095

J&J FIREARMS
PO BOX 265
WYALUSING, PA  18853

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.07 |
|---|---|---|---|

s2545

J&K ISLAND MAGIC OF HAWAII LLC
74-5565 LUHIA STREET STE B2
KAILUA KONA, HI  96740

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.35 |
|---|---|---|---|

**s2817**  J&S GUNS & AMMO
195 PERRY HILL RD
ACUSHNET, MA 02743

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

**s557**  JACK CONCANNON ENTPR
PO BOX 1676
SEAFORD, DE 19973

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.04 |
|---|---|---|---|

**s2077**  JACKMAN HARDWARE
598 MAIN STREET
JACKMAN, ME 04945

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.72 |
|---|---|---|---|

**s1947**  JACKS BOATS & TRAILERS
449 N BYRON BUTLER PKWY
PERRY, FL 32347

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.64 |
|---|---|---|---|
| s3206 | JACOB KNIGHT<br>5041 LEMON GROVE DR<br>FORT WORTH, TX  76135 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.74 |
|---|---|---|---|
| s2506 | JAKES CLAYS<br>PO BOX 1852<br>MIDLAND, TX  79706 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,416.82 |
|---|---|---|---|
| s3703 | JAMES I FREUDENBERG DBA JIF<br>JIF MARINE PRODUCTS LLC<br>JIF MARINE, LLC<br>566 N BINGHAM STREET<br>MEMPHIS, TN  38112 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.25 |
|---|---|---|---|
| s2050 | JAMES K OUTDOORS<br>661 RIVER RD<br>FORT LAWN, SC  29714 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.05 |
|---|---|---|---|

s1810
JARRETT BAY BOAT WORKS
530 SENSATION WEIGH
BAUFORT, NC  28516

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.30 |
|---|---|---|---|

s1886
JARRETT RIFLES INC
383 BROWN RD
JACKSON, SC  29831-3503

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.90 |
|---|---|---|---|

s2403
JAX TACTICAL GUNS
1539 BENTIN DR N
JACKSONVILLE BEACH, FL  32250

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.02 |
|---|---|---|---|

s3035
JBS PAWN LLC
1820 S MAIN ST
HARRISONBURG, VA  22801

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 243 of 502

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.37 |
|---|---|---|---|

s1854    **JC SERVICES**
**893 SC HWY 391**
**PROSPERITY, SC 29127-7050**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.92 |
|---|---|---|---|

s2669    **JC`S OUTDOORS**
**114 SHORE ROAD**
**GILBERT, SC 29054**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 |
|---|---|---|---|

s1747    **JEFFERSON ARMORY**
**5505 BUSINESS 50 W**
**JEFFERSON CITY, MO 65109**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.02 |
|---|---|---|---|

s3207    **JEFFREY TESCH**
**417 GREAT OAK DRIVE**
**WAITE PARK, MN 56387**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.59 |
|-------|--------------------------------------------------|------------------------------------------------|-----------|

s1912     JEFFS GUNS
          1580 TEXAS ST
          NATCHITOCHES, LA 71457-3432

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s2150     JEFFS MAINSTREAM FIREARMS AND
          MARINE INC / MAINSTREAM
          154 LAFAYETTE ST
          WINONA, MN 55987

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s2175     JENSEN MARINE
          1234 MERRICK RD
          COPIAGUE, NY 11726

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s1944     JERRYS MARINE INC
          3905 S HWY 27
          SULPHUR, LA 70665

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.95 |
|---|---|---|---|

s3673   JET TECHNOLOGIES, INC
PO BOX 2848
ELKHART, IN  46515-2848

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.09 |
|---|---|---|---|

s1641   JEWELERS LOUPE INC, THE
1304 RICHLAND AVE W
AIKEN, SC  29801-3230

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

s1636   JIMS FIREARMS INC
5760 SIEGEN LN STE A
BATON ROUGE, LA  70809-4176

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.51 |
|---|---|---|---|

s1882   JIMS GUN SHOP INC
46 BAY STREET
WINSLOW, ME  04901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.55 |
|---|---|---|---|
| s2269 | JIMS PAWN SHOP<br>3711 EAST HIGHLAND<br>JONESBORO, AR 72401 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.97 |
|---|---|---|---|
| s1750 | JIMS SPORTS HEAVEN<br>131 N MAIN ST<br>OCONOMOWOC, WI 53066-5201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,087.24 |
|---|---|---|---|
| s2272 | JJ`S PAWN SHOP INC<br>5640 COLLEGE ST<br>BEAUMONT, TX 77707 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.84 |
|---|---|---|---|
| s1855 | JJS NACOGDOCHES PAWN<br>720 E MAIN ST<br>NACOGDOCHES, TX 75961-5149 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.64 |
|---|---|---|---|
| s2814 | **JMS CUSTOM GUNWORKS**<br>**298 LYTTON FARM RD**<br>**TROUTMAN, NC 28166** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.98 |
|---|---|---|---|
| s2113 | **JOE GUN INC**<br>**152 E SAGINAW ROAD STE 6**<br>**SANFORD, MI 48657** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|
| s2147 | **JOE`S GUN & PAWN**<br>**802 S MISSISSIPPI AVE**<br>**ATOKA, OK 74525** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.11 |
|---|---|---|---|
| s2176 | **JOE`S TRACTOR SALES**<br>**724 JOE MOORE RD**<br>**THOMASVILLE, NC 27360** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.02 |
|---|---|---|---|
| s1971 | JOHN CANTEY<br>PO BOX 5935<br>COLUMBIA, SC 29250-5935 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.59 |
|---|---|---|---|
| s3045 | JOHNS BAIT BOLTS & BULLETS<br>PO BOX 175<br>SOLON, ME 04979 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.99 |
|---|---|---|---|
| s2508 | JOHNS SPORTING GOODS<br>PO BOX 172<br>LINCOLN, MT 59639 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,824.10 |
|---|---|---|---|
| s3258 | JOHNSON FIREARMS INC<br>4031 NW 2ND AVE<br>MIAMI, FL 33127 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                                    19-11301

                                                                              Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                         **Amount of Claim**

| | | |
|---|---|---|
| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 |

**s2170**   JOHNSONS SPORTING GOODS LLC
3003 WEBSTER RD
SUMMERSVILLE, WV  26651

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |

**s3210**   JOPLIN CENTERFIRE LLC
6923 W EVERGREEN LN
JOPLIN, MO  64801

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $701.84 |

**s2074**   JOT EM DOWN
3425 US HWY 84 W
BLACKSHEAR, GA  31516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.18 |

**s2382**   JPC KEYHOLE MARINA
PO BOX 608
GILLETTE, WY  82717

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |

**s2137**    JT GUNS & TACTICAL
565 A DANDELION DR
SYLVA, NC  28779

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.990    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $22.39

**s2340**    JUST GUNS
3530 AUBURN BLVD SUITE 8
SACRAMENTO, CA  95821

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.991    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $47.12

**s586**    K & K SPORTS
PO BOX 1526
FORSYTH, MT  59327

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.992    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $544.92

**s3218**    K & R FIREARMS & SPORTING GOOD
269 154TH AVE
EDGERTON, MN  56128

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of Claim |
|---|---|---|

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|
| s2651 | **K&S CUSTOMS**<br>**10389 ROCHESTER COZADDALE RD**<br>**GOSHEN, OH  45122** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,199.96 |
|---|---|---|---|
| s3513 | **KA-BAR KNIVES,INC**<br>**200 HOMER STREET**<br>**OLEAN, NY  14760** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195,274.96 |
|---|---|---|---|
| s3525 | **KAHR ARMS**<br>**130 GODDARD MEMORIAL DRIVE**<br>**WORCHESTER, MA  01603** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,869.17 |
|---|---|---|---|
| s3466 | **KAI USA LTD**<br>**KERSHAW CUTLERY CO**<br>**18600 SW TETON AVE**<br>**TUALATIN, OR  97062** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.77 |

**s2466**  **KAMO GUN WORKS**
PO BOX 1662
OMAK, WA 98841

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.998   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $12.98

**s2754**  **KARMON KERR/ELLETT BROTHERS**
8432 STERLING ST.SUITE 101
IRVING, TX 75063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.999   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $42.54

**s3032**  **KAUFMANS GUN AND GOLD EXCHANGE**
990 N DALEVILLE AVE
DALEVILLE, AL 36322

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1000   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $5.99

**s2018**  **KEAKEA ENTERPRISES**
59 ENTRANCE ROAD
MT STORM, WV 26739

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1001**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $56.46

s2009    **KEG COUNTY PAWN SHOP**
**1200 HWY 100**
**CENTERVILLE, TN 37033-1077**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1002**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $279,660.00

s3541    **KEL-TEC CNC INDUS. INC**
**PO BOX 236009**
**COCOA, FL 32923-6009**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1003**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $256.20

s2117    **KEN'S PAWN AND JEWELRY**
**KENS LOAN & JEWELRY INC**
**608 12TH AVE S**
**NAMPA, ID 83651**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1004**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $229.84

s3012    **KEN'S SPORTING GOODS**
**PO BOX 290**
**CRESCENT, OR 97733**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                                    Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| 3.1005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.71 |

| | |
|---|---|
| s1672 | **KENS BAYOU ARCHERY INC**<br>**1604 1/2 GAUSE BLVD W**<br>**SLIDELL, LA  70460-5772** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1006 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.50 |

| | |
|---|---|
| s2132 | **KENS TRADING CO**<br>**93 MAGNOLIA DR**<br>**TIFTON, GA  31794** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1007 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $218.26 |

| | |
|---|---|
| s3093 | **KENTUCKY PAWN AND GUN LLC**<br>**220 LEE CLAY AVE**<br>**MOREHEAD, KY  40351** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1008 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.01 |

| | |
|---|---|
| s1834 | **KERLEYS HUNTING & OUTFITTING**<br>**20301 STEVENS CREEK BLVD**<br>**CUPERTINO, CA  95014-2260** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of Claim**

---

| 3.1009 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.45 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s2142    **KERR BROTHERS GUNS**
**323 VIRGINIA AVE**
**CUMBERLAND, MD  21502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1010 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.02 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s2997    **KESSELRING TACTICAL SUPPLY**
**1340 BOUSLOG RD STE 103**
**BURLINGTON, WA  98233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1011 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s2857    **KEV`S KAYAKS LLC**
**100 FISH HATCHERY ROAD**
**RICHMOND, NH  03470**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1012 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|--------|--------------------------------------------------|------------------------------------------------|-------|

s2632    **KEYES TRADING POST**
**PO BOX 183**
**SMYRNA MILLS, ME  04780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1013 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,075.00 |
|---|---|---|---|

s3540    **KEYSTONE SPORTING ARMS**
**KEYSTONE-CRICKETT**
**155 SODOM ROAD**
**MILTON, PA  17847**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1014 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.17 |
|---|---|---|---|

s3043    **KIMBERS COUNTRY MARKET**
**PO BOX 67**
**BLAINE, KY  41124**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1015 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.04 |
|---|---|---|---|

s2858    **KIMO VISTA LTD**
**4250 E MAIN SUITE G**
**FARMINGTON, NM  87402**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1016 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.75 |
|---|---|---|---|

s1711    **KINGERY MARINE**
**8655 MAINEVILLE RD**
**MAINEVILLE, OH  45039-8614**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1017**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $2.00

s1934    **KLEBER BROS INC**
**1616 WILLIAM FLYNN HWY**
**GLENSHAW, PA  15116-1737**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1018**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $163.01

s2300    **KNESEK GUNS INC**
**1204 KNESEK LANE**
**VAN BUREN, AR  72956**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1019**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $19.68

s1800    **KNIGHTDALE PAWN**
**EAST RALEIGH JEWELRY & LOAN**
**823 N SMITHFIELD RD**
**KNIGHTDALE, NC  27545-7717**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1020**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $56.51

s3197    **KNOT MARINE**
**4895 BEAVER RD**
**UNION, KY  41091**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1021** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,812.29

**s3453** | KOBAYASHI CONSUMER PRODUCTS,LL
KOBAYASHI - HEATMAX
HEATMAX INC, GRABBER INC
PO BOX 1911
DALTON, GA  30722

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1022** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.50

**s3180** | KODIAK FIREARMS LLC
502 S 8TH ST
COLORADO SPRINGS, CO  80905

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1023** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.69

**s2820** | KOVERS BY MIKE
128 LAZY BROOK DRIVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1024** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.30

**s1658** | KRISTINA KINARD
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1025** Nonpriority creditor's name and mailing address

s1783   KUBERS FEED MILL
912 41ST AVE
MENOMINEE, MI  49858-1322

As of the petition filing date, the claim is:   $71.68

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1026** Nonpriority creditor's name and mailing address

s2886   KW DEFENSE INC
1640 N BROADWAY AVE
STOCKTON, CA  95205

As of the petition filing date, the claim is:   $412.90

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1027** Nonpriority creditor's name and mailing address

s2639   KYLE COREY
267 COLUMBIA AVENUE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $0.62

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1028** Nonpriority creditor's name and mailing address

s2192   L & J SUPPLY INC
2101 A WEST MAIN ST
JEFFERSONVILLE, PA  19403

As of the petition filing date, the claim is:   $188.10

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

19-11301

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.1029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.31 |

**s1979**
L L BEAN INC
G HARTMELL HUNT/FISH STORE
95 MAIN ST
FREEPORT, ME  04032

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.08 |

**s2184**
L OPPLEMAN INC
909-911 MAIN STREET
LYNCHBURG, VA  24504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,345.63 |

**s3560**
L-3 E O TECH
L-3 COMMUNICATIONS EO TECH
23484 NETWORK PLACE
CHICAGO, IL  60673-1234

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.75 |

**s2395**
LADS GUN SCHOOL
PO BOX 477
KERNVILLE, CA  93238

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.10 |
|---|---|---|---|
| s1811 | LAFAYETTE TRADING POST<br>210 S 2ND ST<br>ODESSA, MO  64076-1248 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.48 |
|---|---|---|---|
| s2902 | LAKE HARTWELL OUTDOOR CENTER<br>5503 HWY 24<br>ANDERSON, SC  29625 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|
| s1956 | LAKE L B J MARINELAND<br>PO BOX 52<br>KINGSLAND, TX  78639-0052 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.53 |
|---|---|---|---|
| s1676 | LAKE STOP<br>PO BOX 578<br>BUFFALO, WY  82834-0578 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                           **Amount of Claim**

| | | |
|---|---|---|
| 3.1037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.64 |

s1950    LAKE VIEW DOCK
PO BOX 3010
BRISTOL, TN  37625-3010

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1038    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $3.19

s2158    LAKELANDS PAWN AND GUN LLC
1421 BYPASS 72 NE
GREENWOOD, SC  29649

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1039    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $378.95

s2998    LAKES REGION ARMS & AMMO LLC
484 PROVINCE RD STE 35
LACONIA, NH  03246

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1040    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $7.50

s3022    LAKES TRADING CO
708 SOUTH LAKE STREET
FOREST LAKE, MN  55025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

                                                   **Amount of Claim**

---

**3.1041**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $454.63

**s2204**    **LAKESHORE OUTFITTERS**
**6398 BLUE STAR HWY**
**SAUGATUCK, MI 49453**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1042**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $135.25

**s2085**    **LAKESIDE MARINA & RESORT**
**107 CYPRESS SHORES RD**
**EUTAWVILLE, SC 29048**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1043**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $749.68

**s1827**    **LAKESIDE MARINE**
**110 CORNISH CIR**
**ADDISON, PA 15411-2219**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1044**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $74.35

**s2873**    **LAKEVIEW OUTDOORS**
**63176 HWY 10 E**
**BOGALUSA, LA 70427**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of Claim**

| | | | |
|---|---|---|---|
| 3.1045 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $119.11 |
| s1939 | **LAKEWOOD MARINE**<br>**PO BOX 279**<br>**SURVEYOR, WV  25932-0279** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1046 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,485.77 |
| s3702 | **LANCER ENTERPRISES BB&T**<br>**ROSENTHAL & ROSENTHAL**<br>**PO BOX 733909**<br>**DALLAS, TX  75373-3909** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1047 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $15,497.35 |
| s3716 | **LANTAC LLC**<br>**LANTAC USA**<br>**1300FORUM WAY S SUITE B**<br>**FORT WORTH, TX  76140** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1048 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8.46 |
| s2490 | **LARRYS GUNS AND AMMO**<br>**101 S STATE STREET**<br>**BUNNELL, FL  32110** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.99 |
|---|---|---|---|

s2045    **LARRYS PAWN & MUSIC**
**PO BOX 375**
**DEMING, NM 88030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.52 |
|---|---|---|---|

s3465    **LASER PRINT PLUS**
**1261 1ST STREET SE SUITE A**
**COLUMBIA, SC 29209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,830.57 |
|---|---|---|---|

s3786    **LAW ENFORCEMENT TARGETS INC.**
**DBA ACTION TARGET**
**8802 WEST 35W SERVICE DR NE**
**BLAINE, MN 55449-6740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.66 |
|---|---|---|---|

s1682    **LAWRENCE MARINE**
**2507 BEAUMONT AVE**
**LIBERTY, TX 77575-5903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1053** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,321.20

s2010    LAX FIRING RANGE INC
234 HINDER AVE
INGLEWOOD, CA  90301-1526

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1054** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $54.30

s3198    LEGACY INDOOR RANGE & ARMORY
101 ROUTE 130 THE PRESIDENTIAL
CENTER SUITE 324
CINNAMINSON, NJ  08077

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1055** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $200.00

s2940    LEGACY SPORTS INTL, INC
4674 AIRCENTER CIRCLE
RENO, NV  89502

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1056** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $43,515.39

s3564    LENCO MARINE SOLUTIONS, LLC
4700 S E MUNICIPAL CT
STUART, FL  34997

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.1057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.84 |
| s1688 | LEO HAMEL FINE JEWELERS<br>1851 SAN DIEGO AVE STE 130<br>SAN DIEGO, CA 92110 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.30 |
| s1909 | LESTER SPORTS & VARIETY<br>PO BOX 1294<br>BRYSON CITY, NC 28713-1294 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $123,121.45 |
| s3547 | LEUPOLD MOUNTS<br>PO BOX 4985<br>BEAVERTON, OR 97076-4985 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $735,893.14 |
| s3614 | LEUPOLD<br>PO BOX 4985<br>BEAVERTON, OR 97076-4985 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1061** Nonpriority creditor's name and mailing address

s2782  **LEXINGTON OUTDOOR**
4730 B AUGUSTA ROAD
LEXINGTON, SC  29073

As of the petition filing date, the claim is:                     $33.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1062** Nonpriority creditor's name and mailing address

s3717  **LIBERTY AMMUNITION**
2083 58TH AVE. CIR. STE B
BRADENTON, FL  34203

As of the petition filing date, the claim is:                  $77,090.67

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1063** Nonpriority creditor's name and mailing address

s2960  **LIBERTY FIREARMS AND SURVIVAL**
700 S JOHN RODES UNIT D4
MELBOURNE, FL  32904

As of the petition filing date, the claim is:                     $20.85

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1064** Nonpriority creditor's name and mailing address

s3082  **LIBERTY SUPPLY LLC**
1414 GILBERT ST
CHARLES CITY, IA  50616

As of the petition filing date, the claim is:                     $46.47

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1065 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,768.68 |

s3495    **LIFE INDUSTRIES CORP
BOAT LIFE IND
4060 BRIDGE VIEW DR
N.CHARLESTON, SC  29405**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1066 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |

s2435    **LIGHTFIELD CORP
PO BOX 162
ADELPHIA, NJ  07710**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1067 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,486.61 |

s3646    **LIGHTFIELD CORPORATION
PO BOX 162
ADELPHIA, NJ  07710**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1068 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.04 |

s2352    **LINCOLN CITY SPORTING GOODS IN
800 SE HWY 101
LINCOLN CITY, OR  97367**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1069 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,305.86 |
|---|---|---|---|

s3624    LIPPERT COMPONENTS
TAYLOR MADE PRODUCTS
88704 EXPEDITE WAY
CHICAGO, IL  60695-1700

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1070 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.87 |
|---|---|---|---|

s1977    LITTLE HARDWARE CO
1400 S MINT ST
CHARLOTTE, NC  28203-4136

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.09 |
|---|---|---|---|

s2068    LITTLE RIVER PAWN
1326 HWY 17 NORTH
LITTLE RIVER, SC  29566

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.80 |
|---|---|---|---|

s2579    LIVECCHIS GUN SALES
10580 RAILROAD AVE
NORTH COLLINS, NY  14111-1506

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1073** Nonpriority creditor's name and mailing address

s2248   **LOAD UP AMMUNITION**
3319 GORDON HWY
GROVETOWN, GA  30813

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                          $1.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1074** Nonpriority creditor's name and mailing address

s3492   **LOBO STAR, INC**
LOBOSTAR - WINDLINE
14601 S BROADWAY
GARDENA, CA  90248-1811

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                      $2,151.49

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1075** Nonpriority creditor's name and mailing address

s2418   **LOCK N LOAD**
3711 TAMPA RD STE 107
OLDSMAR, FL  34677

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                         $28.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1076** Nonpriority creditor's name and mailing address

s3127   **LOCK N LOAD**
3711 TAMPA ROAD SUITE 107
OLDSMAR, FL  34677

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                                         $22.65

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                               Case Number (if known)

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

---

| 3.1077 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.99 |

**s1889**   **LOCK STOCK & BARREL GUN SHOP**
2085 ALAMEDA DR
ONTARIO, OR  97914-4154

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.06 |

**s2496**   **LOCK STOCK & BARREL GUNS**
1123 JENSEN BEACH BLVD
JENSEN BEACH, FL  34957

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.97 |

**s1706**   **LOCK STOCK & BARREL**
514 BOHANNON RD
GRANTVILLE, GA  30220-1714

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.51 |

**s1883**   **LOCKS PHILADELPHIA GUN EXCHANG**
6700 ROWLAND AVE
PHILADELPHIA, PA  19149-2621

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1081** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s1992** | LOGAN COUNTY HARDWARE<br>706 KEOKUK ST<br>LINCOLN, IL 62656-2125 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$93.63

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1082** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s3496** | LOGISTICS CORPORATION<br>PO BOX 481931<br>CHARLOTTE, NC 28269 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$2,877.12

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1083** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s2260** | LONE STAR GUN RANGE<br>49040 HIGHWAY 69 SOUTH<br>LUMBERTON, TX 77657 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$12.90

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1084** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s2414** | LONE STAR OUTFITTERS<br>107 WEST SABINE<br>CARTHAGE, TX 75633 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$16.31

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)    19-11301

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

3.1085 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.93

s2000 **LONG SHOT GUN SHOP INC**
**299 HOFFLANDER ROAD**
**DORNSIFE, PA  17823-0122**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1086 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.36

s1729 **LONGHORN TRADING COMPANY**
**1091 HWY 95**
**BULL HEAD CITY, AZ  86429**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1087 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.24

s1664 **LONGS SPORTING GOODS & PAWN SH**
**510 B MORGAN MILL RD**
**MONROE, NC  28110-3512**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1088 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.00

s1698 **LONGS STORE**
**3865 NC HIGHWAY 210 E**
**HARRELLS, NC  28444-8916**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1089** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.33

s2582  **LOOKOUT MOUNTAIN OUTDOORS**
17232 N CAVE CREEK RD
PHOENIX, AZ  85032

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1090** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.10

s2826  **LORD OF WAR FIREARMS**
1693 W BROADWAY ST STE 3000
OVIEDO, FL  32765

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1091** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.91

s2151  **LOS ANGELES GUN CLUB**
C/O ELIAS YIDONOY JR
5522 VISTA CANADA PLACE
LA CANADA, CA  91011

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1092** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.24

s1665  **LOST MINE ARCHERY**
1002 BUCKHORN RD
WEDGEFIELD, SC  29168-9531

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1093 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |

s2776  **LOST N THE 50S PAWN & GUN**
1002 4TH ST
MENA, AR  71953

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1094 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.21 |

s3009  **LOST RIVER OUTFITTERS LLC**
13357 STATE RD 259
MATHIAS, WV  26812

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1095 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,534.15 |

s2203  **LOST TARGET SHOOTING SUPPLIES**
62 PACE RD
BENNINGTON, VT  05201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1096 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.19 |

s2034  **LOUISIANA ARCHERY & SPORTS CTR**
2870 HWY 28 E
PINEVILLE, LA  71360

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

3.1097 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.94

s3240   **LOVIN EQUIPMENT & SALES INC**
**PO BOX 1060**
**ROBBINSVILLE, NC  28771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1098 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.90

s2976   **LPW ENTERPRISES INC**
**112 MILL RIDGE ROAD**
**DOTHAN, AL  36303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1099 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,855.60

s3684   **LWRC INTERNATIONAL LLC**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**CAMBRIDGE, MD  21613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1100 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.38

s2571   **LYMAN GUN & PAWN**
**202 SPARTANBURG HWY**
**LYMAN, SC  29365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.41

s2549 | M & M MARINE UPHOLSTERY
220 ST PETERS CHURCH RD
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.65

s2330 | M & W MARINE
1529 BISHOP BRANCH RD
PENDLETON, SC  29670

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.55

s2167 | M & W MARINE
705 OLD BUSH RIVER RD
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,352.40

s3546 | M&L MARINE, INC.
PO BOX 301
HILLVIEW, KY  40129

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,720.96 |
|---|---|---|---|

s3479   **MACE SECURITY INT**
**4400 CARNEGIE AVE**
**CLEVELAND, OH  44103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,883.80 |
|---|---|---|---|

s2654   **MACHINE GUN TOURS**
**12550 W COLFAX AVE STE 103**
**LAKEWOOD, CO  80215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.93 |
|---|---|---|---|

s3236   **MADISON ARMORY**
**840 N 2ND E #2**
**REXBURG, ID  83440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.75 |
|---|---|---|---|

s2459   **MADISON COUNTY CO-OP**
**323 W FULTON**
**CANTON, MS  39046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $138,615.00 |
|---|---|---|---|

s3719    MAGLULA LTD.
GAD FEINSTEIN RD
PARK REHOVOT #236
REHOVOT,  76385
ISRAEL

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,387.46 |
|---|---|---|---|

s3502    MAGMA PRODUCTS INC
3940 PIXIE AVENUE
LAKEWOOD, CA  90712

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.99 |
|---|---|---|---|

s2229    MAGNUM FIREARMS OF BAYTOWN
2103 N MAIN
BAYTOWN, TX  77520

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $259,786.30 |
|---|---|---|---|

s3472    MAGNUM RESEARCH INC
12602 33RD AVE SW
PILLAGER, MN  56473

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1113**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $1,838,916.71

s3695    MAGPUL INDUSTRIES CORPORATION
PO BOX 664017
DALLAS, TX 75266-4017

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1114**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $1,056,488.56

s3562    MAGTECH AMMUNITION CO. INC.
NW6252
PO BOX 1450
MINNEAPOLIS, MN 55485-6252

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1115**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $179.07

s1643    MAHONEYS SPORTSMANS PARADISE
830 SUNSET DR
JOHNSON CITY, TN 37604-3034

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1116**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:     $153.19

s2060    MAIN STREET ARMS
405 KILLIAN HILL RD NW
LILBURN, GA 30047

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

---

| 3.1117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

s3187    **MAIN STREET MUSIC & LOAN**
302 MAIN ST
NORTH WILKESBORO, NC 28659

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.75 |
|---|---|---|---|

s3134    **MAIRES TAXIDERMY BAIT & TACKLE**
356 HWY 144 EAST
GLENNVILLE, GA 30427

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.98 |
|---|---|---|---|

s2516    **MALLORY & SON INC**
25511 E 350 RD
CHELSEA, OK 74016

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.06 |
|---|---|---|---|

s2587    **MALONES MARINE & REPAIR LLC**
1201 SOUTH 3RD ST
IRONTON, OH 45638

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 |

s2932    MAN CAVE ARCHERY LLC
6420 HWY 8
BENTLEY, LA  71407

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1122    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,089.51

s3157    MAN CAVE
675 EAST COURT ST
MARION, NC  28752

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1123    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $45.00

s2265    MANDAN SPORTING GOODS
BRANIC SPORTING GOODS
210 MAIN ST E
MANDAN, ND  58554

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1124    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $24.48

s2905    MANLEY FIREARMS
PO BOX 69
GENEVA, IN  46740

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.81 |
|---|---|---|---|

s2023   **MANN MARINE**
**101 OLD LINVILLE RD**
**KERNERSVILLE, NC 27284**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.49 |
|---|---|---|---|

s2230   **MANTIQUES**
**513 EAST MAIN STREET**
**FLORENCE, CO 81226**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.29 |
|---|---|---|---|

s2551   **MARENGO GUNS INC**
**20014 E GRANT HWY**
**MARENGO, IL 60152**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.98 |
|---|---|---|---|

s2107   **MARINE CANVAS**
**710 VERMILLION RD**
**VERMILLION, OH 44089**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                      Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

| | | |
|---|---|---|
| 3.1129   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,877.40 |
| s3493   MARINE DEVELOPMENT & RESEARCH<br>515 EAST 41ST STREET<br>PATERSON, NJ 07504 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1130   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.55 |
| s3013   MARINE DISCOUNT CENTER<br>2449 WALDEN GROVE<br>DOVER, FL 33527 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1131   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
| s3214   MARINE ELECTRONICS OF TENNESEE<br>4503 S GARDEN RD<br>KNOXVILLE, TN 37919 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1132   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.79 |
| s2143   MARINE ENGINE REPAIR<br>441 LYMAN LAKE RD<br>LYMAN, SC 29365 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.45 |
|---|---|---|---|

s1781  **MARINE SERVICES**
PO BOX 31
SYRACUSE, OH  45779-0031

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.54 |
|---|---|---|---|

s2460  **MARINE TOOLING TECH**
PO BOX 2564
HIGH POINT, NC  27261

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,550.23 |
|---|---|---|---|

s3113  **MARINEFLY.COM**
786 WILSON RD
NEWBERRY, SC  29108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,714.58 |
|---|---|---|---|

s3629  **MARINETECH PRODUCTS**
1360 EAST COUNTY ROAD E
VADNAIS HEIGHTS, MN  55110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| **3.1137**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $150.21 |

**s2712**    **MARK`S MARINE**
**357 WHITING DRIVE**
**HARTWELL, GA  30643**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1138**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $15.82

**s1700**    **MARKS MARINE INC**
**3847 AVON RD**
**GRIMESLAND, NC  27837-9208**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1139**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $373.79

**s2086**    **MARSH CREEK MARINE**
**PO BOX 396**
**HAMPSTEAD, NC  28443**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1140**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $338.07

**s1921**    **MARTINS PERFORMANCE**
**9345 MACEDONIA CHURCH RD**
**PROSPERITY, SC  29127-8701**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.56 |
|---|---|---|---|

s1579    **MARTYS PAWN & ARCADE CENTER**
828 E MAIN ST
PRICE, UT 84501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.99 |
|---|---|---|---|

s3221    **MARVINS BAIT & TACKLE**
210 CRAIGE ST
GASTON, NC 27832

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.18 |
|---|---|---|---|

s2813    **MASON FEED STORE**
PO BOX 418
MASON, TX 76856

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.54 |
|---|---|---|---|

s2206    **MASSEYS GUN SHOP & RANGE LLC**
1 MASSEY WAY
BROWNSVILLE, TX 78521

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.29 |
|---|---|---|---|

s2690   MASTER GUNS
PO BOX 879
NEWPORT, NC  28570

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $971.94 |
|---|---|---|---|

s3595   MASTER LOCK 15849
PO BOX 677799
DALLAS, TX  75267-7799

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |
|---|---|---|---|

s2189   MASTER REPAIR INC
4446 SE COMMERCE AVE
STUART, FL  34997

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.25 |
|---|---|---|---|

s2398   MASTODON AMMO & CAMO LLC
195 HIGHLAND LAKES RD
HIGHLAND LAKES, NJ  07422

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.46 |
|---|---|---|---|
| s2803 | MATTOON PAWN & LOAN<br>513 DEWITT AVE<br>MATTOON, IL 61938 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.96 |
|---|---|---|---|
| s1702 | MAVILLAS<br>575 13TH ST<br>HAMMONTON, NJ 08037-8619 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.85 |
|---|---|---|---|
| s2188 | MAXON SHOOTERS SUPPLIES<br>75 E BRADROCK DR<br>DES PLAINES, IL 60018 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|
| s2831 | MAYODAN OUTDOOR SPORTS<br>400 WEST MAIN ST<br>MAYODAN, NC 27027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,226.20 |

s3587   MAYVILLE ENGINEERING CO INC
BOX 681079
CHICAGO, IL 60695-2079

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.01 |

s1847   MC`S
1359 RUSH CHAPEL RD
ADAIRSVILLE, GA 30103-4963

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.13 |

s2897   MCCUNN SPECIALTY FIREARMS
74980 RICHLAND ROAD
MASSENA, IA 50853

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.98 |

s1989   MCCURRYS OUTBRD REPAIR
112 RODDY LANE
ANDERSON, SC 29625

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1157** Nonpriority creditor's name and mailing address

s1629    **MCDONALD`S GUNS**
1757 S 600 E
MARION, IN 46953-9594

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$954.54

---

**3.1158** Nonpriority creditor's name and mailing address

s2519    **MCDOUGALL FIREARMS LLC**
PO BOX 682
ANTWERP, OH 45813

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$115.17

---

**3.1159** Nonpriority creditor's name and mailing address

s3533    **MCGARD INC**
3875 CALIFORNIA RD
ORCHARD PARK, NY 14127-4198

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$606.19

---

**3.1160** Nonpriority creditor's name and mailing address

s3029    **MCMANUS JEWELRY & PAWN LLC**
4260 FARMERS BRIDGE RD
HEPHZIBAH, GA 30815

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$4.28

---

Debtor Name

Case Number (if known)

| | Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.55 |

s1924  **MCMILLAN MARINE**
10140 WASHINGTON BLVD N
LAUREL, MD  20723-1904

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.54 |

s3050  **MCNEAL MARINE**
359 YAWN RD
HAZLEHURST, GA  31539

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.80 |

s3517  **MEC-GAR USA INC**
905 MIDDLE STREET
MIDDLETOWN, CT  06457

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |

s2322  **MEESE INC/BOAT SUPERMARKET**
1745 CRAGMONT ST
MADISON, IN  47250

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.45 |
|---|---|---|---|

s2535
MEGA PAWN
1008 WEST OGLETHORPE HWY
HINESVILLE, GA  31313

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,697.10 |
|---|---|---|---|

s3552
MEGAWARE KEELGUARD
3974 AIRPORT ROAD
OGDEN, UT  84405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,320.00 |
|---|---|---|---|

s2409
MERCURY MARINE / MOTORGUIDE
1016 N MONROE STREET
LOWELL, MI  49331

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.91 |
|---|---|---|---|

s3494
MERUS REFRESHMENT SERVICES,INC
MERUS REFRESHMENT (GREENVILLE)
108-A PARK PLACE CT
GREENVILLE, SC  29607

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.22 |

s2370   **MESA EMPORIUM**
1409 LUBBOCK HWY
LAMESA, TX 79331

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.60 |

s3162   **MICHAEL A PHILLIPS**
104 ASHSTON MANOR
ANNISTON, AL 36207

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |

s1792   **MICHAEL STEWART**
42727 WATERTOWER RD
BELMONT, OH 43718-9647

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.39 |

s895   **MICHAEL WARREN REMUND**
PO BOX 348
WEBSTER, WI 54893

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.13 |
|---|---|---|---|
| s2393 | MICHAELS GUN SHOP & REPAIR<br>6108 ABNER RD<br>ASHEBORO, NC 27205 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,357.86 |
|---|---|---|---|
| s3504 | MICHIGAN WHEEL<br>DRAWER #4 2148<br>PO BOX 5935<br>TROY, MI 48007-5935 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|
| s1630 | MICHI-GUN SALES<br>31516 HARPER AVE<br>ST CLAIR SHORES, MI 48082 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.00 |
|---|---|---|---|
| s3057 | MID STATE GUNS AND TACK<br>976 VT ROUTE 12 SOUTH<br>RANDOLPH, VT 05060 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name                                                 Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

           **Amount of Claim**

| | | |
|---|---|---|
| **3.1177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $134.44 |
| **s2701** | **MIDLANDS OUTDOORS**<br>**2042 CLARA BROWN ROAD**<br>**PROSPERITY, SC 29127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $5.00 |
| **s1841** | **MIKES GUN SHOP**<br>**355 ANDERSON AVE**<br>**FAIRVIEW, NJ 07022-1258** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $87.72 |
| **s2222** | **MIKES GUNS**<br>**2458 BOSTON POST RD**<br>**GUILFORD, CT 06437** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $500.00 |
| **s1893** | **MIKES OKEECHOBEE GUNS LLC**<br>**105 SW PARK ST**<br>**OKEECHOBEE, FL 34972** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor Name

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.90 |

s2171    MIKON CORPORATION
PO BOX 1222
MARIETTA, GA  30061

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1182    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $54.96

s1793    MILL CREEK MARINE
216 LAKE MARION LN
VANCE, SC  29163-9555

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1183    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $11.35

s2449    MILLEN BAY STATION
505 US HWY 25N
MILLEN, GA  30442

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1184    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $1.81

s2493    MILLER CANVAS LLC
1231 COMMUNITY DR
SUMMERTON, SC  29148

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.03 |
|---|---|---|---|

s1686    **MILLER MARINE**
         **7217 CAMPGROUND RD**
         **DENVER, NC  28037**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.44 |
|---|---|---|---|

s2972    **MILLERS SPORTING GOODS**
         **1576B CHICHESTER AVE**
         **LINWOOD, PA  19061**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.15 |
|---|---|---|---|

s1740    **MILLTOWN MARINE**
         **PO BOX 541**
         **GRAYLING, MI  49738-0541**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.24 |
|---|---|---|---|

s3200    **MIL-SPEC ARMORY INC**
         **1584 MERIDIAN AVE**
         **SAN JOSE, CA  95125**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1189** Nonpriority creditor's name and mailing address

s1973 **MINDEN PAWN & GUN**
**101 SHEPPARD ST**
**MINDEN, LA  71055-4204**

As of the petition filing date, the claim is:     $91.80

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1190** Nonpriority creditor's name and mailing address

s2649 **MINUTEMAN PAWN LLC**
**953 S STATE STREET**
**OREM, UT  84097**

As of the petition filing date, the claim is:     $1.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1191** Nonpriority creditor's name and mailing address

s3688 **MISSION FIRST TACTICAL**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**HORSHAM, PA  19044**

As of the petition filing date, the claim is:     $21,658.48

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1192** Nonpriority creditor's name and mailing address

s3507 **MKS SUPPLY, INC.**
**8611-A NORTH DIXIE DR**
**DAYTON, OH  45414**

As of the petition filing date, the claim is:     $117,426.55

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                              **Amount of Claim**

| 3.1193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.97 |
|---|---|---|---|
| s2236 | MO MONEY PAWN<br>1152 EAST INDIAN SCHOOL RD<br>PHOENIX, AZ  85014 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.18 |
|---|---|---|---|
| s3256 | MOBILE TACTICS,INC<br>4306 ARNOLD AVE.<br>NAPLES, FL  34104 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,311.53 |
|---|---|---|---|
| s3736 | MOJACK DISTRIBUTORS, LLC<br>MOJACK - SCENT CRUSHER<br>WICHITA, KS  67226 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,292.92 |
|---|---|---|---|
| s3454 | MOJO OUTDOORS<br>PO BOX 9490<br>MONROE, LA  71211-9490 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.63 |
|---|---|---|---|

s1957   **MOLOKAI FISH & DIVE**
**PO BOX 446**
**HOOLEHUA, HI  96729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.75 |
|---|---|---|---|

s3145   **MOLON LABE ARMORY 2**
**80 MILLER AVENUE SUITE 102**
**CROSSVILLE, TN  38555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.01 |
|---|---|---|---|

s1975   **MOODY ENTERPRISES LLC**
**950 S CENTRAL AVE**
**CANONSBURG, PA  15317-1423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

s3243   **MOORE GUNS LLC**
**114 MORLAKE DR SUITE 203**
**MOORESVILLE, NC  28117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.89 |
|---|---|---|---|

s3759   MORGAN, COHEN & BACH LLC
7225 N MONA LISA ROAD STE 200
TUCSON, AZ 85741

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s1680   MORRIS COUNTY MARINE
PO BOX 64
KENVIL, NJ 07847-0064

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

s1951   MORRISTOWN MARINE LLC
2905 CHEROKEE PARK RD
MORRISTOWN, TN 37814-6304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.86 |
|---|---|---|---|

s2492   MOSQUITO CREEK OUTFITTERS
3000 MOSQUITO RD
PLACERVILLE, CA 95667

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.40 |
|---|---|---|---|

**s2611**   MOSS FIREARMS LLC
49 RED OAK LANE
JASPER, GA  30143

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,090.16 |
|---|---|---|---|

**s3519**   MOTION WATER SPORTS, INC.
MOTION WATER SPORTS - NASH
7926 BRACKEN PLACE S E
SNOQUALMIE, WA  98065

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.81 |
|---|---|---|---|

**s1825**   MOTO WORKS
838 OLD EKRON RD
BRANDENBURG, KY  40108-1161

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.14 |
|---|---|---|---|

**s3015**   MOTOR CITY GUN WORKS INC
2910 PRYNNE ST
KEEGO HARBOR, MI  48320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.26 |

s1849   **MOUNTAIN CITY PAWN & EXCHANGE**
111 VILLAGE SQUARE LANE
MOUNTAIN CITY, TN  37683-2008

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.18 |

s1952   **MOUNTAIN COVE MARINA**
PO BOX 277
KODAK, TN  37764

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |

s1831   **MOUNTAIN JACKS TRADING**
101 CASTLE ST
HOUSTON, MS  38851

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,278.76 |

s2002   **MOUNTAIN MAN SUPPLIES**
1650 S SCHOOL ST
FAYETTEVILLE, AR  72701-7149

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1213**    Nonpriority creditor's name and mailing address

s2290    MOUNTAINEER GUN SALES LLC
659 POINT MARION RD
MORGANTOWN, WV  26505

As of the petition filing date, the claim is:                         $296.23

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1214**    Nonpriority creditor's name and mailing address

s2191    MOUNTAINEER PAWN SHOP
12513 HWY 226 S
SPRUNE PINE, NC  28777

As of the petition filing date, the claim is:                         $1.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1215**    Nonpriority creditor's name and mailing address

s1815    MR G`S GUN SHOP LLC
313 E MAIN
EAST PRAIRIE, MO  63845-1612

As of the petition filing date, the claim is:                         $67.29

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1216**    Nonpriority creditor's name and mailing address

s1848    MR PAWN
4230-10 LAWRENCEVILLE HWY
LILBURN, GA  30047

As of the petition filing date, the claim is:                         $18.54

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 307 of 502

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

---

| 3.1217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |
|---|---|---|---|

**s2961**

MR POWERLIGHT
838 VILLA RICA HWY
DALLAS, GA  30157

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,249.81 |
|---|---|---|---|

**s3461**

MTM MOLDED PRODUCTS
PO BOX 13117
DAYTON, OH  45413

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,002.56 |
|---|---|---|---|

**s3551**

MUSTANG SURVIVAL INC.
SAFARILAND - MUSTANG SURVIVAL
1215 OLD FAIRHAVEN PARKWAY
BELLINGHAM, WA  98225

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,100.30 |
|---|---|---|---|

**s2684**

MYGREENOUTDOORS.COM
PO BOX 3296
MILFORD, CT  06460

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | |
|---|---|---|
| 3.1221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $197.56 |
| s1653 | **MYRTLE BEACH INDOOR SHOOTING**<br>**PO BOX 1534**<br>**CONWAY, SC  29528** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $109.10 |
| s3155 | **MYRTLE BEACH PAWN**<br>**1007 BROADWAY ST**<br>**MYRTLE BEACH, SC  29577** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $17.20 |
| s3658 | **NAMSUNG AMERICA, INC.**<br>**NAMSUNG ELECTRONICS - DUAL**<br>**PO BOX 504869**<br>**ST. LOUIS, MO  63150-4869** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:   TRADE PAYABLE | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $75.00 |
| s2700 | **NAPLES BOAT MART**<br>**829 AIRPORT ROAD N**<br>**NAPLES, FL  34104** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | |
|---|---|
| 3.1225 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $168.00 |

s2504 **NAPLES MARINA & EXCURSIONS**
28651 NORTH DIESEL DR
DONITA SPRINGS, FL 34135

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1226 **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: UNKNOWN

s3443 **NAVICO, INC.**
C/O K & L GATES, LLP
JENNIFER H THIEM; TARA C SULLIVAN
134 MEETING STREET, SUITE 500
CHARLESTON, SC 29401

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: LITIGATION
NON-PAYMENT OF GOODS RECEIVED

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1227 **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: $1,743,684.04

s3608 **NAVICO/SIMROD**
PO BOX 951188
DALLAS, TX 75395-1188

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1228 **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: $17.04

s2758 **NEIGHBORHOOD PAWN & MONEY**
509 COLLEGE STREET WEST
FAYETTEVILLE, TN 37334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.30 |
|---|---|---|---|

s1805     **NELSON REPAIR SERVICE**
          **7041 L H NELSON DR**
          **BEAUFORT, SC  29906-6245**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.38 |
|---|---|---|---|

s2830     **NEVADA GUN DISTRIBUTORS LLC**
          **PO BOX 61229**
          **BOULDER CITY, NV  89006**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 |
|---|---|---|---|

s1660     **NEVADA GUN EXCHANGE**
          **1819 N CARSON ST**
          **CARSON CITY, NV  89701-1216**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.84 |
|---|---|---|---|

s3176     **NEW AMERICAN ARMS**
          **4190 DOMINION BOULEVARD**
          **GLEN ALLEN, VA  23060**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.69 |
|---|---|---|---|

s2438   NEW FRONTIER ARMORY
150 EAST CENTENNIAL PRKWY
SUITE 110
NORTH LAS VEGAS, NV  89084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.69 |
|---|---|---|---|

s3068   NEW FRONTIER OUTFITTERS
9280 RIDGE PIKE
PHILADELPHIA, PA  19128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 |
|---|---|---|---|

s2589   NEW RIVER MARINE
694 GARDNER RD
BERREN SPRINGS, VA  24313

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.10 |
|---|---|---|---|

s3577   NEWBERRY COUNTY TREASURER
PO BOX 206
NEWBERRY, SC  29108-0206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Case Number (if known)

<table>
<tr><td colspan="3"><strong>Part 2:</strong>   <u>All Creditors with NONPRIORITY Unsecured Claims</u></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 |
|---|---|---|---|
| s1802 | NEWMAN`S PAWN SHOP INC<br>231 N CALDWELL DR<br>HAZLEHURST, MS 39083-2711 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.15 |
|---|---|---|---|
| s3612 | NGK SPARK PLUGS INC<br>PO BOX 514757<br>TERMINAL ANNEX<br>LOS ANGELES, CA 90051 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.02 |
|---|---|---|---|
| s2682 | NICHOLS GUNS<br>10525 LEOPARD ST<br>CORPUS CHRISTI, TX 78410 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,376.00 |
|---|---|---|---|
| s3753 | NIGHT FISION LLC.<br>2015 BAILEY ST.<br>DEARBORN, MI 48124 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1241** Nonpriority creditor's name and mailing address

s3604  NIKON INC
DEPARTMENT 2032
DENVER, CO 80291-2032

As of the petition filing date, the claim is:  $0.01

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1242** Nonpriority creditor's name and mailing address

s2079  NOBLES & ASSOC LLC
562 COLUMBIA STREET
BOGALUSA, LA 70427

As of the petition filing date, the claim is:  $32.87

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1243** Nonpriority creditor's name and mailing address

s2605  NORRIS DAM MARINA
PO BOX 1587
NORRIS, TN 37828

As of the petition filing date, the claim is:  $96.69

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1244** Nonpriority creditor's name and mailing address

s3603  NORTH AMERICAN ARMS INC
2150 SOUTH 950 EAST
PROVO, UT 84606-6285

As of the petition filing date, the claim is:  $25,578.24

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.62 |
|---|---|---|---|
| s2811 | NORTH COURTENAY BOAT CENTER<br>4045 NORTH COURTENAY PARKWAY<br>MERRITT ISLAND, FL 32953 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.90 |
|---|---|---|---|
| s2179 | NORTH EAST OUTDOORS<br>821 COMMERCIAL AVE SE<br>NEW PHILADELPHIA, OH 44663 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.54 |
|---|---|---|---|
| s1918 | NORTH PLEASANTBURG GUN & PAWN<br>502 E BLUE RIDGE DR<br>GREENVILLE, SC 29609-3508 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.38 |
|---|---|---|---|
| s3159 | NORTH RIDGE OUTFITTERS<br>PO BOX 2152<br>PRIEST RIVER, ID 83856 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |

s2680    **NORTH TEXAS MARINE**
**2520 EAST HWY 82**
**GAINESVILLE, TX  76240**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.19 |

s3052    **NORTH TEXAS PAWN & GUN INC**
**214 E HWY 82**
**NOCONA, TX  76255**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |

s2065    **NORTHERN BOAT COVERS & CANVAS**
**223 WINDSOR DR**
**PRUDENVILLE, MI  48651**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.23 |

s2443    **NORTHERN GUNS-N-AMMO LLC**
**11601 INDIAN RESERVE RD**
**OSSINEKE, MI  49766**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.1253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.49 |
|---|---|---|---|

s2369   **NORTHERN MARINE ELECTRONICS**
**82 BIRCH AVENUE**
**LITTLE SILVER, NJ  07739**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.95 |
|---|---|---|---|

s2451   **NORTHSTAR CUSTOM FIREARMS**
**417 N BLYTHE ST**
**GALLATIN, TN  37066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.50 |
|---|---|---|---|

s1775   **NORTHWEST DOCK SUP L L C**
**795 SR 161**
**EATONVILLE, WA  98328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,404.18 |
|---|---|---|---|

s3463   **NOSLER INC.**
**NOSLER BULLETS**
**PO BOX 671**
**BEND, OR  97702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,342.50 |
|---|---|---|---|
| s3712 | NOVESKE RIFLEWORKS LLC<br>PO BOX 607<br>594 NE E ST.<br>GRANTS PASS, OR 97526 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **TRADE PAYABLE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.17 |
|---|---|---|---|
| s2376 | NP GUNS LLC<br>4520 HWY 95<br>FORT MOHAVE, AZ 86426 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.96 |
|---|---|---|---|
| s3203 | NUTES TRADING POST<br>17 MAIN STREET<br>UNION, NH 03887 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,123.44 |
|---|---|---|---|
| s2501 | NWE/NEX WAVE ELECTRONICS<br>1070 NORTH STATE ST<br>UKIAH, CA 95482 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.40 |
|---|---|---|---|

s3220  NWP OF BUTTE INC
503 S VISTA AVE
BOISE, ID 83705

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,026.00 |
|---|---|---|---|

s3756  OAKS WHOLESALE
OAKS INTERNATIONAL TRADING INC
259 GUS HIPP BLVD
ROCKLEDGE, FL 32955

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.55 |
|---|---|---|---|

s3063  OAKWOOD ARMS
421 W BEDFORD EULESS RD
HURST, TX 76053

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.38 |
|---|---|---|---|

s2365  OAKWOOD BAIT & TACKLE
5422 MCEVER RD
OAKWOOD, GA 30566

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.41 |
|---|---|---|---|

s3019   OAKWOOD BAIT AND TACKLE
5422 MCEVER ROAD
OAKWOOD, GA  30566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

s2741   OCALA GUNS & AMMO LLC
7073 SE MARICAMP RD
OCALA, FL  34472

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.93 |
|---|---|---|---|

s2548   OGC TACTICAL LLC
1625 KAHAI ST
HONOLULU, HI  96819

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.90 |
|---|---|---|---|

s1651   OKEFENOKEE SPORTSMAN INC
4359 SECOND ST N
FOLKSTON, GA  31537-2000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.48 |
|---|---|---|---|

s3223
OL` TIME GUN SHOP
MICHAEL JONES
10038 ST RD 52
HUDSON, FL 34669

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.35 |
|---|---|---|---|

s2310
OLD ORCHARD MARKET INC
12000 US ROUTE 20 WEST
LENA, IL 61048

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.76 |
|---|---|---|---|

s2232
OLD RIVER OF RIDGECREST LLC
6384 HIGHWAY 84 EAST
RIDGECREST, LA 71334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.91 |
|---|---|---|---|

s1635
OLD SOUTH PAWN SHOP LLC
107 ST CATHERINE ST
NATCHEZ, MS 39120-3624

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.03 |
|--------|---|---|---|
| s3075 | OLD TYMERS GUN & PAWN<br>1150 W JEFFERSON ST<br>BROOKSVILLE, FL 34601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.29 |
|--------|---|---|---|
| s1933 | OLSON BROTHERS MARINE<br>6819 ERIE RD<br>DERBY, NY 14047-9518 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.60 |
|--------|---|---|---|
| s2678 | OMALLEY ARMS LLC<br>PO BOX 114<br>HENRIETTA, TX 76365 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.19 |
|--------|---|---|---|
| s2935 | OMEGA SURVIVAL SUPPLY<br>300 WARREN ST<br>DAYTON, OH 45402 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |

s3020    **ON SIGHT ARMORY**
**919 MICHIGAN STREET**
**NILES, MI 49120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1278    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $4.62

s1790    **ON TARGET LTC LLC**
**PO BOX 7140**
**GRANBURY, TX 76049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1279    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $691.99

s2305    **ON TARGET SHOOTING RANGE**
**4 BUSBEE VIEW RD**
**ASHEVILLE, NC 28803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1280    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $201.80

s3161    **ON TARGET**
**711 NORTH JACKSON ST**
**GREENCASTLE, IN 46135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1281** Nonpriority creditor's name and mailing address

s3024   **ON THE SQUARE GUNS AND AMMO**
101A N MAIN ST
SPRINGTOWN, TX  76082

As of the petition filing date, the claim is:                                           $129.99

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1282** Nonpriority creditor's name and mailing address

s2526   **ON TRACK PRO SHOP**
15032 S ARCHER AVE
LOCKPORT, IL  60441

As of the petition filing date, the claim is:                                           $15.18

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1283** Nonpriority creditor's name and mailing address

s2602   **ONE WORLD SALES**
6089 LAWYERS HILL RD
ELKRIDGE, MD  21075

As of the petition filing date, the claim is:                                           $671.01

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1284** Nonpriority creditor's name and mailing address

s2427   **OREILLY`S**
1326 WILSON RD
NEWBERRY, SC  29108

As of the petition filing date, the claim is:                                           $134.95

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,531.75 |
|---|---|---|---|

s3605    **ORION SIGNAL PRODUCTS**
**PO BOX 1047**
**EASTON, MD  21601-9038**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.98 |
|---|---|---|---|

s3172    **ORLANDO FFL**
**306 OCOEE APOPKA RD STE 3**
**OCOEE, FL  34761**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.47 |
|---|---|---|---|

s2200    **ORS MARINE**
**212 WILSON DR**
**NICHOLASVILLE, KY  40356**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,842.51 |
|---|---|---|---|

s3559    **OTIS TECHNOLOGY**
**6987 LAURA ST**
**LYONS FALLS, NY  13368-1802**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.80 |
|---|---|---|---|

s3002  **OUACHITA ARMS**
25914 HWY 10 STE B
ROLAND, AR  72135

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.19 |
|---|---|---|---|

s2339  **OURTOWN PAWN**
946 AL HWY 14
ELMORE, AL  36025

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.59 |
|---|---|---|---|

s2444  **OUTBACK SHOOTING RANGE**
6019 SIMMONS RD
ASH, NC  28420

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.90 |
|---|---|---|---|

s1764  **OUTBACK SPORTING GOODS**
61141 COUNTY RD 35
GENOA, CO  80818-9121

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                                                     **Amount of Claim**

| | | |
|---|---|---|
| 3.1293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |

**s3097**    OUTBOARD MOTOR SHOP
333 KENNEDY STREET
OAKLAND, CA  94606

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.95 |
|---|---|---|---|

**s1862**    OUTBOARD PERFORMANCE
4571 HWY 1
FRANKLINTON, NC  27525

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 |
|---|---|---|---|

**s2061**    OUTCAST WATERSPORTS
10808 US 92 E
TAMPA, FL  33610

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.72 |
|---|---|---|---|

**s2907**    OUTDOOR FACTORY OUTLET
127 WEST MANLIUS ST
EAST SYRACUSE, NY  13057

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.23 |
|---|---|---|---|

s3033    OUTDOOR LIQUIDATORS
PO BOX 488
LEBANON, GA  30146

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.42 |
|---|---|---|---|

s2210    OUTDOOR RECREATION
688 FORT STEWART RD BLDG 8325
FT STEWART, GA  31314

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.96 |
|---|---|---|---|

s1859    OUTDOOR SPECIALTIES
1333 EAST PRIEN LAKE RD
LAKE CHARLES, LA  70601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.90 |
|---|---|---|---|

s2111    OUTDOOR SPORTSMAN INC
4969 WEST LANE
STOCKTON, CA  95210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.81

s2874    OUTFITTERS RX PAWN AND LOAN
922 HWY 425 N
MONTICELLO, AR 71655

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.38

s2559    OVER & UNDER ADVENTURES INC
6855 BEACH DR SW #3
OCEAN ISLE BEACH, NC 28469

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.82

s3109    OVERWATCH DEFENSE
32 WEST BROADLEAF DR
HENDERSONVILLE, NC 28739

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.64

s2046    OZARK SHOOTERS
759 US HWY 65
WALNUT SHADE, MO 65771-9237

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

s1727     P & J MARINA
          100 NE 23RD AVE
          GAINESVILLE, FL 32609-3639

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.40 |
|---|---|---|---|

s1974     P & P ENTERPRISES INC
          361 CROWN LANE
          MONCKS CORNER, SC 29461

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|

s618      PACHELLA ARMS
          44 N READING AVE
          BOYERTOWN, PA 19512

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.07 |
|---|---|---|---|

s2901     PACIFIC MILITARY ARMS & SERVIC
          5521 SCOTTS VALLEY DR STE 250
          SCOTTS VALLEY, CA 95066

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                   Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

| | | |
|---|---|---|
| **3.1309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $486.00 |
| s2410 | PALM BEACH SHOOTING CENTER<br>501 INDUSTRIAL ST<br>LAKE WORTH, FL  33461 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| **3.1310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $50.00 |
| s3123 | PALM VALLEY MARINE & GUN<br>7749 NORMANDY BLVD #145-340<br>JACKSONVILLE, FL  32221 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| **3.1311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $67.86 |
| s1677 | PALMETTO PRODUCTIONS<br>PO BOX 2971<br>OKEECHOBEE, FL  34973-2971 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| **3.1312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $124.44 |
| s3173 | PALO OUTDOORS<br>1204 1ST ST<br>PALO, IA  52324 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1313**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $286.45

s2145    **PAMPS OUTBOARD, INC**
**412 SOUTH TAYLOR ST**
**GREEN BAY, WI 54303**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1314**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $75.00

s3094    **PANGA MARINE CORP**
**1520 NORTHGATE BLVD**
**SARASOTA, FL 34234**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1315**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $219.36

s3160    **PAPA FOXTROT TACTICAL LLC**
**2303 HWY 1115**
**GALIVANTS FERRY, SC 29544**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1316**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $7.58

s2599    **PAPAS GUN SHOP**
**2225 HWY 221 N**
**DOUGLAS, GA 31533**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

19-11301

Debtor Name                                                Case Number (if known)

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| 3.1317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $293.41 |
| s1754 | PARADISE MARINE CENTER<br>PO BOX 2439<br>GULF SHORES, AL 36547-2439 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $31,543.55 |
| s3784 | PARKER COMPOUND BOWS, INC.<br>C/O PARNELL & PARNELL, PA<br>CHARLES PARNELL<br>641 SOUTH LAWRENCE ST.<br>PO BOX 2189<br>MONTGOMERY, AL 36104 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $399.00 |
| s1625 | PARKERS RIFLE SHOP<br>PO BOX 102<br>BELMONT, OH 43718-0102 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $19.74 |
| s1721 | PARKERS ROD & GUN RACK<br>7364 S 6TH ST<br>KLAMATH FALLS, OR 97603-7121 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.67 |
|--------|---|---|---|

s3061   PARMA ARMORY FIREARMS, LLC
5301 HAUSERMAN RD
PARMA, OH  44130

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.45 |
|--------|---|---|---|

s2674   PAT`S ARCHERY
12601 HWY 75
OKMULGEE, OK  74447

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.40 |
|--------|---|---|---|

s2660   PATHFINDERS TRI STATE FIREARMS
153 GLADE RD
CUMBERLAND GAP, TN  37724

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.90 |
|--------|---|---|---|

s2647   PATHFINDERS
525 OAK AVE
NORTON, VA  24273

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

---

| 3.1325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.59 |

s2643   PATRIOT ARMS
        89 HILLTOP VILLAGE CENTER
        EUREKA, MO  63025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,515.35 |

s3724   PATRIOT ORDNANCE FACTORY, INC
        1492 W VICTORY LANE
        PHOENIX, AZ  85027

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,297.72 |

s2914   PAVLIC ASSOCIATES FIREARMS
        1570 RED LION RD
        BEAR, DE  19701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.96 |

s2868   PAWN COUNTRY INC
        302 EAST PINE STREET
        FITZGERALD, GA  31750

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.10 |
|---|---|---|---|
| s1804 | PAWN EXPRESS INC<br>621 BOLL WEEVIL CIR STE 1A<br>ENTERPRISE, AL  36330-2702 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.53 |
|---|---|---|---|
| s2215 | PAWN IT INC<br>1730 OXFORD ST<br>WORTHINGTON, MN  56187 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.84 |
|---|---|---|---|
| s2250 | PAWN MAX<br>8816 HWY 431N<br>ALBERTVILLE, AL  35950 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.32 |
|---|---|---|---|
| s2513 | PAWN PRO INC<br>8175 WASHINGTON ST<br>COVINGTON, GA  30014 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1333** Nonpriority creditor's name and mailing address

s2979  PAWN SHOP PLUS
1910 WEST PINE ST
HATTIESBURG, MS  39401

As of the petition filing date, the claim is:    $913.70

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1334** Nonpriority creditor's name and mailing address

s2070  PAWN SOUTH INC
603 CHURCH STREET - HWY 501
CONWAY, SC  29526

As of the petition filing date, the claim is:    $11.44

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1335** Nonpriority creditor's name and mailing address

s2547  PAWN SOUTH
1818 OLEANDER DR
WILMINGTON, NC  28403

As of the petition filing date, the claim is:    $57.58

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1336** Nonpriority creditor's name and mailing address

s3111  PAWN WORLD
885 SMOKEY PARK HWY
CANDLER, NC  28715

As of the petition filing date, the claim is:    $1.19

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.95 |

**s2791**  PAWNDEROSA GUN & PAWN
1969 S US HWY 17
CRESCENT CITY, FL  32112

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1338  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $6,223.41

**s3549**  PEARCE GRIP INC
PO BOX 40367
FT WORTH, TX  76140

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1339  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $7,461.63

**s3741**  PELICAN PRODUCTS - MARINE
PO BOX 848867
LOS ANGELES, CA  90084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1340  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $3,020.39

**s2406**  PELTOR/3M
C/O STUART WHITE
5 SOMERLEAF WAY
SIMPSONVILLE, SC  29681

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

<table>
<tr><td colspan="2"></td><td><b>Amount of Claim</b></td></tr>
</table>

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.95 |
|---|---|---|---|
| s2380 | PENINSULA GUNS & TACTICAL<br>360 EL CAMINO REAL<br>SAN BRUNO, CA  94066 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.20 |
|---|---|---|---|
| s3213 | PERFORMANCE EAST ARMORY LLC<br>604 CORPORATE DRIVE<br>GOLDSBORO, NC  27534 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.94 |
|---|---|---|---|
| s1786 | PERSONAL DEFENSE & HANDGUN<br>SAFETY CENTER INC<br>301 TRYON RD<br>RALEIGH, NC  27603-3529 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 |
|---|---|---|---|
| s1935 | PETERS SPORTING GOODS<br>3250 EAGLE VALLEY RD<br>MILL HALL, PA  17751-0224 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                      Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

| | | |
|---|---|---|
| 3.1345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,759.60 |

**s3623**  **PETERSON MFG COMPANY**
ANDERSON MARINE
PO BOX 410032
KANSAS CITY, MO  64141-0032

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,069.20 |

**s3711**  **PHALANX DEFENSE SYSTEMS**
PHALANX DEFENSE - STEALTH
1125 NE 8TH AVE
GAINESVILLE, FL  32601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.34 |

**s1696**  **PHIL LYNE**
PO BOX 714
COTULLA, TX  78014-0714

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,892.00 |

**s3515**  **PHOENIX ARMS**
4231 E BRICKELL STREET
ONTARIO, CA  91761-7626

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.59 |
|---|---|---|---|

s2768   PIEDMONT TECHNICAL COLLEGE
PO BOX 1497
GREENWOOD, SC  29648

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |
|---|---|---|---|

s1961   PIER 47 MARINA
PO BOX 59
WILDWOOD, NJ  08260-0059

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.21 |
|---|---|---|---|

s1984   PINEGROVE MARINE INC
8282 E FLEENER RD
BLOOMINGTON, IN  47408-9201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.80 |
|---|---|---|---|

s2355   PINELAND SPORTING GOOD STORE
959 W VETERANS HWY
JACKSON, NJ  08527

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,007.35 |
|---|---|---|---|

s2078  PINEOS TRUE VALUE
PO BOX 113
MACHIAS, ME  04654

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.62 |
|---|---|---|---|

s1720  PIONEER ARMS
PO BOX 615
HAZELWOOD, NC  28738

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2083  PIRATE PAWN
PO BOX 1582
WINFIELD, AL  35594

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.78 |
|---|---|---|---|

s2598  PIRIE MARINE
53 SUNSET PARK RD
ELLSWORTH, ME  04605

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.31 |

s2621   PITTMAN BUILDING SUPPLY INC
3578 HWY 4
JAY, FL  32565

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1358   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $363.00

s2495   PIXLEY AUTO PARTS & FARM SUPPL
PO BOX 576
PIXLEY, CA  93256

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1359   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $770.30

s3642   PLANO SYNERGY/ENVOLVED ING.
AMERISTEP
PO BOX 71675
CHIGAGO, IL  60694-1675

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1360   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $12,708.30

s3471   PLANO SYNERGY/PLANO
PLANO
PO BOX 71675
CHICAGO, IL  60694-1675

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                **Amount of Claim**

---

**3.1361**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$368.51**

**s2574**    **PLATINUM MARINE**
**4738 WASHINGTON RD**
**EVANS, GA  30809**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1362**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$81.84**

**s1758**    **PLAZA PAWN & GUN**
**365 JACKSON PLAZA**
**SYLVA, NC  28779-5458**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1363**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$461.79**

**s2728**    **PLAZA PAWN NORTH**
**1770 US 441 NORTH**
**WHITTIER, NC  28789**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1364**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$80.19**

**s1650**    **PLEASANT SPORTING**
**16 CARLISLE AVE**
**TURNERS FALLS, MA  01376-1519**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                                                                    Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.1365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

3.1365    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $18.44

s1930    PLEASURE CRAFT MARINE
PO BOX 369
LITTLE MOUNTAIN, SC  29075-0369

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1366    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $212.51

s3628    PLEWS/EDELMANN DIV
PLEWS - LUBRIMATIC
PO BOX 772948
CHICAGO, IL  60677-0248

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1367    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $13.29

s2299    PMT DEALS LLC
PO BOX 135
LANCASTER, SC  29721

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1368    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $9.87

s2092    POHILL MARINE
2161 CATTLE CREEK ROAD
ROWESVILLE, SC  29133

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

19-11301

Case Number (if known)

<span style="background:black;color:white;">**Part 2:**</span>   <u>**All Creditors with NONPRIORITY Unsecured Claims**</u>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

---

| 3.1369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.04 |
|---|---|---|---|

s2672   **POINT BLANK SPORTING GOODS**
407 N JACKSON RD
PHARR, TX 78577

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,642.72 |
|---|---|---|---|

s3531   **POLYFORM U S LTD**
7030 S 224TH
KENT, WA 98032

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|

s2055   **PONTOTOC AMERICAN ARMS**
301 W OXFORD STREET
PONTOTOC, MS 38863

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.03 |
|---|---|---|---|

s1617   **POOR BOYS GUN & PAWN SHOP**
516 BROADWAY ST
PAINTSVILLE, KY 41240-1390

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                 **Amount of Claim**

| | | |
|---|---|---|
| 3.1373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
| s3062 | POORBOYS LLC<br>214 SW735 ST<br>STEINHATCHEE, FL  32359 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.99 |
| s3231 | POPPIES GUN & PAWN LLC<br>5850 SOUTH MAIN ST<br>SALISBURY, NC  28147 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
| s1941 | PORT TRONICS<br>1904 PIEDMONT HWY<br>GREENVILLE, SC  29605-4830 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.44 |
| s2426 | POWELLS GUNS & AMMO<br>15175 RIVER ROAD<br>SUTHERLIN, VA  24594 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                                    Case Number (if known)

Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,741.20 |
| s3625 | POWER PRODUCTS-ANCOR<br>23287 NETWORK PLACE<br>CHICAGO, IL 60673-1232 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,026.76 |
| s3789 | POWER PRODUCTS-BEP<br>23287 NETWORK PLACE<br>CHICAGO, IL 60673-1232 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,452.22 |
| s3565 | POWER PRODUCTS-BLUE SEA SYSTEMS<br>28265 NETWORK PLACE<br>CHICAGO, IL 60673-1282 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,557.29 |
| s3790 | POWER PRODUCTS-MARINCO<br>23287 NETWORK PLACE<br>CHICAGO, IL 60673-1232 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 |
|---|---|---|---|

s1763   **POWER SOURCE MARINE INC**
10909 E US HIGHWAY 92 UNIT D
SEFFNER, FL 33584-3238

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.19 |
|---|---|---|---|

s1704   **PRAIRIE CREEK PAWN INC**
701 BURLINGTON DR
MUNCIE, IN 47302-2825

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.57 |
|---|---|---|---|

s2099   **PRAIRIE GROVE HARDWARE LLC**
PO BOX 187
PRAIRIE GROVE, AR 72753-0975

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.90 |
|---|---|---|---|

s1594   **PRAIRIE SPORTING GOODS**
359 E ENTERPRISE DR UNIT 8
PUEBLO WEST, CO 81007

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.16 |
|---|---|---|---|

**s685**  PRATT OUTBOARD & MARINE
10062 US HWY 67
BEARDSTOWN, IL  62618

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.64 |
|---|---|---|---|

**s1642**  PRECISION ARCHERY
77 FERRY DR
BRIDGE CITY, TX  77611-4103

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.58 |
|---|---|---|---|

**s2816**  PRECISION ONE AMMUNITION
2071 WAMBOW CREEK RD
CHARLESTON, SC  29492

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.98 |
|---|---|---|---|

**s2912**  PRECISION SHOOTING LLC
6533 MAHONING AVE
AUSTINTOWN, OH  44515

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of Claim**

| 3.1389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.47 |
|---|---|---|---|
| s2958 | PRECISION TACKLE LLC<br>712 S MAIN STREET<br>NORTHEAST, MD  21901 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,524.16 |
|---|---|---|---|
| s3757 | PREMIER BODY ARMOR, LLC<br>1552 UNION RD STE E<br>GASTONIA, NC  28054-5523 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.39 |
|---|---|---|---|
| s1779 | PREMIER MARINE<br>4781 NORTH CONGRESS AVE<br>BOYNTON, FL  33426 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,016.06 |
|---|---|---|---|
| s3021 | PREMIER SHOOTING & TRAINING<br>4845 PREMIER WAY<br>WEST CHESTER, OH  45069 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**s2978**

PRESCRIBED FIREARMS
944 BIG HORN AVE
WORLAND, WY 82401

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$1,536.31

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**s3473**

PRICE WATERHOUSE COOPERS LLP
PO BOX 932011
ATLANTA, GA 31193-2011

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$50,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**s2146**

PRICES FURNITURE
100 W MAIN ST
DILLON, SC 29536

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$26.25

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**s1993**

PRIESTERS SMALL ENGINE INC
1750 HIGHWAY 64
BARNWELL, SC 29812-5454

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$607.50

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
| --- | --- | --- |
| 3.1397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,542.92 |

**s1586**  PRIMO`S FEED LLC
1347 WEST OAKLAWN
PLEASANTON, TX  78064

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.1398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.98 |

**s2860**  PRIVATE SECTOR ARMS
3012 HARRISON BLVD
OLYMPIA, WA  98502

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.1399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.56 |

**s2538**  PRK ARMS
1401 N CLOVIS AVE SUITE 101
FRESNO, CA  93727

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.1400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,625.21 |

**s3530**  PRO CHARGING SYSTEMS, LLC
PRO CHARGING SYSTEMS U S.A.
1551 HEIL QUAKER BLVD
LA VERGNE, TN  37086

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.64 |
|---|---|---|---|

s2169    PRO GUN & INDOOR RANGE
2406 SKYLINE DR
MARION, IL 62959

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.93 |
|---|---|---|---|

s2237    PROGRESSIVE PAWN
827 W 12TH STREET
ALMA, GA 31510

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,016.26 |
|---|---|---|---|

s3707    PROMETHEUS GROUP LLC
BROWNING TRAIL CAMERAS
DBA BROWNING TRAIL CAMERAS
PO BOX 130100
BIRMINGHAM, AL 35213-0100

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.62 |
|---|---|---|---|

s2517    PRONTO INC
5790 HWY 90
THEODORE, AL 36582

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1405 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,356.85 |
| s3534 PROSPEC ELECTRONICS<br>3325 S.MORGANS POINT ROAD<br>MT PLEASANT, SC 29466 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:  TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.1406 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.99 |
| s3010 PROTECTIVE BUNKERS<br>279 SAN JACINTO RIVER RD<br>LAKE ELSINORE, CA 92532 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:  CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.1407 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
| s2751 PROVENCAL ONE STOP<br>PO BOX 670<br>PROVENCAL, LA 71468 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:  CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.1408 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.82 |
| s2613 PRYOR MOUNTAIN GUNS<br>PO BOX 267<br>BRIDGER, MT 59014 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:  CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.79

s2042 | **PSS RANGE & TRAINING CORP**
2203 SHANANDOAH VALLEY AVE NE
ROANOKE, VA  24012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.87

s2915 | **PURE PERFORMANCE MARINE**
5835 LANIER ISLANDS PKWY
BUFORD, GA  30518

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,536.49

s3653 | **PYE BARKER FIRE & SAFETY INC**
PO BOX 69
ROSWELL, GA  30077-0069

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,315.48

s3785 | **PYRAMEX SAFETY**
PO BOX 1000
DEPT 324
MEMPHIS, TN  38148-0324

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 |
|---|---|---|---|

s3480 | QUAKER BOY INC
195 W MAIN ST
SPRINGVILLE, NY  14141-1017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.95 |
|---|---|---|---|

s2703 | QUALITY PAWN LLC
7433 HWY 72 WEST
MADISON, AL  35758

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.13 |
|---|---|---|---|

s2308 | QUICK CASH PAWN
153 N SLAPPEY BLVD SUITE 102
ALBANY, GA  31707

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.89 |
|---|---|---|---|

s2015 | QUICK CASH SUPER PAWN
412 11TH AVE SW
MAGEE, MS  39111-8881

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.16 |
|--------|-------------------------------------------------|-----------------------------------------------|---------|

s1803   QUIK PAWN INC
7835 E GOLF LINKS RD
TUCSON, AZ 85730-1131

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.48 |
|--------|-------------------------------------------------|-----------------------------------------------|--------|

s2076   R & J MARINE
142 CROSSROAD
BLOOMSBURG, PA 17815

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.86 |
|--------|-------------------------------------------------|-----------------------------------------------|-----------|

s2233   R & K GUNS & SPORTING SUPPLIES
PO BOX 783
GILCHRIST, OR 97737

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,070.22 |
|--------|-------------------------------------------------|-----------------------------------------------|------------|

s3672   R & R DESIGN INC
1112 S VIRGINIA STREET
PO BOX 220
TERRELL, TX 75160

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.56 |
|---|---|---|---|

**s726**

R L HEARN MARINE
525 BUCKEYE TRAIL
AUSTIN, TX  78746

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.05 |
|---|---|---|---|

**s2199**

R W H GUNS
1009 N LAKE PARK BLVD UNIT A5
CAROLINA BEACH, NC  28428

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.21 |
|---|---|---|---|

**s718**

R&S REPAIRS
3962 GRANDVIEW RIDGE RD
BUFFALO, WV  25033-7404

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 |
|---|---|---|---|

**s1143**

R2 FIREARMS LLC
KEVIN ROTH
512 NATHAN AVE
MITCHELL, SD  57301

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,984.34 |
|---|---|---|---|
| s3652 | RADIANS<br>ADDRESS UNAVAILABLE AT TIME OF FILING<br>MEMPHIS, TN  38175 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.88 |
|---|---|---|---|
| s2774 | RAM ARMS INC<br>3158 HILLSBOROUGH RD<br>DURHAM, NC  27705 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,815.56 |
|---|---|---|---|
| s2723 | RAMPART RANGE INC<br>800 W JOHNSON ST<br>POCAHONTAS, IL  62275 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $845.09 |
|---|---|---|---|
| s2298 | RANCH AND HOME<br>845 N COLUMBIA CENTER BLVD<br>KENNEWICK, WA  99336 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1429** Nonpriority creditor's name and mailing address

s2008   RANDALL`S UPHOL
200 BLACK MOUNTAIN AVE
BLACK MOUNTAIN, NC 28711-3452

As of the petition filing date, the claim is:                    $56.05

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1430** Nonpriority creditor's name and mailing address

s2274   RANDYS GUNS
176 KELLI DRIVE
MARSHALL, NC 28753

As of the petition filing date, the claim is:                    $2,595.87

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1431** Nonpriority creditor's name and mailing address

s2569   RANGE USA OF JACKSON
2310 N HIGHLAND AVE SUITE A
JACKSON, TN 38305

As of the petition filing date, the claim is:                    $159.55

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1432** Nonpriority creditor's name and mailing address

s2890   RANGER FIREARMS OF TEXAS INC
1308 AUSTIN HIGHWAY SUITE 500
SAN ANTONIO, TX 78209

As of the petition filing date, the claim is:                    $130.67

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,374.93 |
|---|---|---|---|
| s3690 | RAPALA USA<br>DEPT CH 17253<br>PALATINE, IL  60055-7253 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,479.18 |
|---|---|---|---|
| s3750 | RAVIN CROSSBOWS LLC<br>3535 TOWER AVE<br>SUPERIOR, WI  54880-5334 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.90 |
|---|---|---|---|
| s3234 | RAYS BAIT & TACKLE<br>317 W MEADOW ROAD<br>EDEN, NC  27288 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|
| s2316 | RAYS GUN SHOP<br>49 STANTON HILL RD<br>SALEM, NY  12865 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.17 |
| s1817 | RAYS SPORTS SHOP<br>46046 STATE HWY 28<br>FLEISCHMANNS, NY  12430-0028 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.30 |
| s2408 | RE PEETZ ENTERPRISE<br>816 UNION ST SOUTH<br>CONCORD, NC  28025 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.08 |
| s3065 | REACTION ARMORY<br>306 HANCOCK ST<br>SAGINAW, MI  48602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
| s2529 | REBEL YELL GUNS<br>105 JOHNSON DRIVE<br>RIPLEY, MS  38663 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.45 |

**s2338**   RED BARN FEED & SUPPLY
12948 OKEECHOBEE BLVD
LOXAHATCHEE, FL  33470

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1442   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $129.90

**s2963**   RED DESERT INC
PO BOX 189
HANKSVILLE, UT  84734

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1443   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $412.45

**s2622**   RED DOT FIREARMS LLC
990 W HILL FIELD RD
LAYTON, UT  84041

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1444   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $6.00

**s2096**   RED OAK GUN & PAWN INC
PO BOX 494
VICCO, KY  41773

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.97 |

s2644   **RED ROCK FIREARMS**
6226 E LAKE HELLUMS RD
ENID, OK  73701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1446   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $63.06

s2913   **RED WHITE & BLUED**
1412 REYNOLDS ST
GOLDTHWAITE, TX  76844

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1447   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $10.55

s1692   **REDNECK OUTDOOR SPORTS**
2334 WIRE RD
AIKEN, SC  29805

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1448   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $1,259.18

s2683   **REEVES HARDWARE CO**
PO BOX 488
HIGHLANDS, NC  28741

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 365 of 502

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.53 |
|---|---|---|---|

**s2949**    **REIDSVILLE SPORTING ARMS**
**111 GILMER ST**
**REIDSVILLE, NC  27320**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.64 |
|---|---|---|---|

**s2080**    **REITER`S MARINA**
**9203 STATE RTE 3**
**SANDY CREEK, NY  13145**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,590.97 |
|---|---|---|---|

**s2881**    **RELOADED LLC**
**2211 C SECOND LOOP RD**
**FLORENCE, SC  29501**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,653.18 |
|---|---|---|---|

**s3589**    **REMINGTON AMMO-PROMO**
**DEPT 200**
**PO BOX 4365**
**HOUSTON, TX  77210-4365**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$262,227.25

**s3591**

REMINGTON AMMO-STANDR
REMINGTON - AMMO STD
DEPT 200
PO BOX 4365
HOUSTON, TX 77210-4365

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.1454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$170,260.63

**s3511**

REMINGTON ARMS CO, LLC
BUSHMASTER
DEPT 200
PO BOX 4365
HOUSTON, TX 77210-4365

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.1455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$542,488.77

**s3590**

REMINGTON ARMS GUNS
REMINGTON - GUNS
DEPT 200
PO BOX 4365
HOUSTON, TX 77210-4365

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.1456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$10,140.45

**s3620**

REMINGTON
DEPT. 200
PO BOX 4365
HOUSTON, TX 77210-4365

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1457** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$120.40

s3191  RENEGADE GUNS LLC
PO BOX 483
SHELTON, WA  98584

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1458** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$34.18

s2641  RESCUESTUFF INC
962 WASHINGTON STREET
PEEKSKILL, NY  10566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1459** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$11.26

s2658  RHINE GROUP LLC
315 SW MAPLE ST STE D
ANKENY, IA  50023

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1460** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$387.86

s2025  RHINEHART OUTDOOR EQUIP
3000 US HWY 70W
BLACK MTN, NC  28711-8767

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.14 |

s2558   RHONDA`S GUNS & AMMUNITION, IN
22093 WEST ROAD
WOODHAVEN, MI  48183

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.33 |

s1737   RICHS OUTDOOR WORLD II
12860 HARRISON ST
SUMMERVILLE, PA  15864-9204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.00 |

s625   RICHTERS ARMS & AMMO
PO BOX 194
UTICA, NE  68456

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.46 |

s2159   RICK`S SPORTING GOODS LLC
1326 NEWARK ROAD
MT. VERNON, OH  43050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.05 |
|---|---|---|---|

s2227  RICKS GUN AND PAWN LLC
536 ROWLANDSVILLE ROAD
CONOWINGO, MD  21918

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.82 |
|---|---|---|---|

s2213  RICKS PAWN & TRADE
2364 CONNELLY SPRINGS RD
GRANITE FALLS, NC  28630

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.73 |
|---|---|---|---|

s2350  RICKS SPORTS LLC
6363 N MONROE ST
MONROE, MI  48162

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.75 |
|---|---|---|---|

s1719  RIFLE RIDGE GUN SHOP
PO BOX 325
CODY, WY  82414-0325

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

19-11301

Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.35 |
|---|---|---|---|

**s2472**    **RIGHT TO BEAR ARMS**
**1225 US HWY 1**
**VERO BEACH, FL  32962**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $154,243.75 |
|---|---|---|---|

**s3777**    **RILEY DEFENSE, INC.**
**C/O LORD LAW FIRM, PLLC**
**HARRISON A LORD; KEVIN G SWEAT**
**1057 EAST MOREHEAD STREET, SUITE 120**
**CHARLOTTE, NC  28204**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,638.40 |
|---|---|---|---|

**s3744**    **RIO AMMUNITION INC**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**IRVING, TX  75039**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 |
|---|---|---|---|

**s3088**    **RIO AMMUNITION**
**433 E LAS COLINAS BLVD**
**SUITE 900**
**IRVING, TX  75039**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.67 |

s2984   RIO GENORATOR
1735 E 3RD ST
TRUTH OR CONSEQUENCE, NM 87901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1474   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $4.60

s2257   RIVER HAWK PRDUCTS, INC
708 HARALSON DRIVE
LILBURN, GA 30047

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1475   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $35.59

s2318   RIVER POINT BOAT WORKS
301 MARTIN CREEK DR
BEAUFORT, NC 28516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1476   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $121.03

s1829   RIVERFIELDS
2465 I-40 WEST
AMARILLO, TX 79109-1852

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | | |
|---|---|---|---|
| 3.1477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.98 |

**s2882**    RIVERS EDGE GUN & PAWN INC
1204 NORTH 18TH
OZARK, AR 72949

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.1478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.59 |

**s3212**    RIVERS EDGE TACTICAL
JEREMY M POZDERAC
1276 COLUMBIA RD
VALLEY CITY, OH 44280

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.1479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.76 |

**s1836**    RIVERSIDE MARINA
PO BOX 810
BELLAIRE, MI 49615-0810

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.1480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.78 |

**s2829**    RIVERTOWN AUCTION II
2705 HWY 501 E
AYNOR, SC 29511

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.37 |

s2926    RIVERTOWN GUN AND BOW DEPOT
1301 B HWY 501
CONWAY, SC  29526

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1482    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $793.04

s3048    RIVERTOWN GUN DEPOT LLC
1301-B HWY 501
CONWAY, SC  29526

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1483    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $13.09

s1738    RIVETTS MARINE RECREAT
PO BOX 601
OLD FORGE, NY  13420-0601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1484    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $57.26

s2607    RJ FIREARMS LLC
3522 28TH ST S
WISCONSIN RAPIDS, WI  54494

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                       Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

           **Amount of Claim**

| | | |
|---|---|---|
| **3.1485** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $9.99 |
| s2583 | **RJ´S GUN SALES**<br>**2417 N ASPEN AVE**<br>**BROKEN ARROW, OK  74012** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**  CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1486** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $4.29 |
| s2993 | **RK86 LLC**<br>**7910 REICHS FORD RD**<br>**FREDERICK, MD  21704** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**  CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $13.95 |
| s2588 | **RMI OUTDOORS**<br>**REDWOOD MARINE INC**<br>**1240 BROADWAY**<br>**EUREKA, CA  95501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**  CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $18.89 |
| s2769 | **R-N-R GUNS**<br>**14947 SOUTH STATE RD 59**<br>**JASONVILLE, IN  47438** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**  CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.86 |
|---|---|---|---|

s1860   **ROB COOK MARINE SVS INC**
**18739 US HWY 12**
**NEW BUFFALO, MI  49117-8973**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.19 |
|---|---|---|---|

s3016   **ROBERT ED KRAMER**
**1019 HUDSON RD**
**CAMBRIDGE, MD  21613**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|

s2058   **ROBERT`S BUY SELL & TRADE**
**109 E MAIN**
**ATKINS, AR  72823**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.99 |
|---|---|---|---|

s2471   **ROCK SPRINGS GUNS AND GEAR LLC**
**121 ROCK SPRING RD**
**SILVERSTREET, SC  29145**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.90 |
|---|---|---|---|

s3051   **ROCK`S PAWN & GUN**
**1679 OLD GOLDEN HWY**
**BROKEN BOW, OK  74728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.19 |
|---|---|---|---|

s1954   **ROCKDALE BOAT MART**
**1410 WOLOHAN DRIVE**
**ASHLAND, KY  41102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $932.99 |
|---|---|---|---|

s1312   **ROCKIN RICK GUNS**
**7615 RED ROCK CIR**
**LARKSPUR, CO  80118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,568.24 |
|---|---|---|---|

s2992   **ROCKLIN ARMORY INC**
**4800 GRANITE DR STE B3**
**ROCKLIN, CA  95677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $765.13 |
|---|---|---|---|
| s2043 | ROCKPROOF BOATS<br>407 MTN RD<br>MARYSVILLE, PA 17053 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |
|---|---|---|---|
| s2910 | ROCKWALL FAST CASH INC<br>1901 S GOLIAD STE 1<br>ROCKWALL, TX 75087 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,140.52 |
|---|---|---|---|
| s3499 | ROD SAVER/PRECISIONCUT, INC.<br>PO BOX 3106<br>OLATHE, KS 66063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.44 |
|---|---|---|---|
| s2575 | RODS BARRELS & STRING HILL<br>1300 N US 281 STE 110<br>MARBLE FALLS, TX 78654 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

| 3.1501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.65 |

s2387   ROGERS PRODUCTS INC
        1291 SOUTH PARK DR
        KERNERSVILLE, NC  27284

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.78 |

s1725   ROGERSVILLE MARINE
        8788 HWY 11 W
        MOORESBURG, TN  37811-2443

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.78 |

s859    ROSEMARIE APPLEGATE
        12386 W TEXAS DR
        LAKEWOOD, CO  80228

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.80 |

s2975   ROSS ARMORY LLC
        PO BOX 363
        SIX MILE, SC  29682

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                    19-11301

Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.99 |

s2530    ROUTE 66 PAWN & GUNS
1734 E MAIN ST #7
MESA, AZ  85203

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1506    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $191.47

s1654    ROYS LOANS INC
121 CENTRAL AVE
OAK HILL, WV  25901

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1507    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $193.94

s2726    RPK INDUSTRIES
518 BROWNS LANE
DO NOT SELL
CROYDON, PA  19021

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1508    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $23.99

s2664    RTB GUNS LLC
204 EAST MAIN ST
LOCUST, NC  28097

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93,391.84 |
|---|---|---|---|

s3780    RUAG AMMOTEC USA, INC
5402 E DIANA ST
TAMPA, FL 33610

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 |
|---|---|---|---|

s841    RUBYS INN INC
PO BOX 640011
BRYCE CITY, UT 84764

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,347.93 |
|---|---|---|---|

s621    RUNZOS OUTDOOR SPORTS
27533 STATE ROUTE 62
BELOIT, OH 44609

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,711.95 |
|---|---|---|---|

s3101    RUSSELL MARINE PRODUCTS LLC
805 N HAVERHILL RD
EL DORADO, KS 67042

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.1513 | Nonpriority creditor's name and mailing address |

**3.1513**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $535.43

s3000   S&D COMMODITIES CORP
505 RATHBUN AVE
STATEN ISLAND, NY 10312

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1514**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $83.98

s2461   S&K ARMS COMPANY LLC
4400 N MIDLAND DR STE 640
MIDLAND, TX 79707

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1515**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $24,763.39

s3648   SAFARILAND LLC
BIANCHI
PO BOX 403619
ATLANTA, GA 30384-3619

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1516**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $980.50

s3593   SAFARILAND LLC
BREAK FREE
PO BOX 406351
ATLANTA, GA 30384-6351

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.50 |

s3470 SAFARILAND LLC
KLEENBORE
PO BOX 406351
ATLANTA, GA 30384-6351

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1518 Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: $962.89

s2400 SAFES UNLIMITED
3361 ORCHARD LAKE RD
KEEGO HARBOR, MI 48320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1519 Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: $17.00

s2693 SAINS
PO BOX 1704
TONOPAH, NV 89049

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1520 Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: $43.87

s2278 SAMS GUN & PAWN SHOP
2323 VOLUNTEER PARKWAY
BRISTOL, TN 37620

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.82 |
|---|---|---|---|
| s3181 | SAMS PAWN SHOP<br>216 E BROADWAY<br>ALTON, IL  62002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.89 |
|---|---|---|---|
| s2919 | SAN JUAN TRADING POST<br>PO BOX 3473<br>PAGOSA SPRINGS, CO  81147 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|
| s3152 | SANA DEALS INC<br>45 BAY 28 ST #B6<br>BROOKLYN, NY  11214 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.72 |
|---|---|---|---|
| s2560 | SANDLAPPER CYCLES<br>50 A STEVE FREE RD<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.1525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.99 |

s2424    SANDY RUN OUTDOORS
1714 OLD STATE RD
GASTON, SC  29053

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1526    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $1,573.83

s2396    SANDY SPRINGS GUN CLUB & RANGE
8040 ROSWELL RD
SANDY SPRINGS, GA  30350

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1527    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $52.33

s2872    SANGER HARDWARE
620 S STEMMONS ST
SANGER, TX  76266

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1528    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $31.92

s2855    SANPETE SHOOTING SPORTS
49 W MAIN ST
MT PLEASANT, UT  84647

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1529**  Nonpriority creditor's name and mailing address

s2668  SATILLA PAWN
PO BOX 87
FOLKSTON, GA  31537

As of the petition filing date, the claim is:  $21.33

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1530**  Nonpriority creditor's name and mailing address

s2991  SAUNDERS MARINE PRODUCTS
1072 WINCHESTER LANE
AIKEN, SC  29803

As of the petition filing date, the claim is:  $359.92

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1531**  Nonpriority creditor's name and mailing address

s3581  SAVAGE ARMS RIFLES
PO BOX 860304
MINNEAPOLIS, MN  55486-0304

As of the petition filing date, the claim is:  $816,168.70

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1532**  Nonpriority creditor's name and mailing address

s2334  SAVAGE GUNWORKS LLC
101 SAVAGE HILL PLACE
SIMPSONVILLE, SC  29680

As of the petition filing date, the claim is:  $396.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                              Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.         **Amount of Claim**

| | | |
|---|---|---|
| **3.1533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.56 |
| s2864 | SC FARM GARDEN WILDLIFE<br>1714 US HWY 321 BYPASS N<br>WINNSBORO, SC 29180 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.78 |
| s2783 | SCB GUNS AND AMMO<br>1 HINKLE STREET<br>THOMASVILLE, NC 27360 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $174,480.00 |
| s3699 | SCCY INDUSTRIES<br>ADDRESS UNAVAILABLE AT TIME OF FILING<br>DAYTONA BEACH, FL 32114 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.78 |
| s1782 | SCDNR FISHERIES REGION 1<br>2751 HWY 72 EAST<br>ATTN FINANCE SECTION<br>ABBEVILLE, SC 29620 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.90 |
|---|---|---|---|
| s1864 | SCENIC SPORTS<br>PO BOX 656<br>WILLISTON, ND 58802 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.34 |
|---|---|---|---|
| s1798 | SCHARF ENTERPRISES INC<br>231 THELMA AVE<br>GLEN BURNIE, MD 21061-3913 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.35 |
|---|---|---|---|
| s3055 | SCHEELS CORP OFFICE<br>4550 15TH AVE S<br>FARGO, ND 58103 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,056.77 |
|---|---|---|---|
| s3555 | SCHMITT & ONGARO MARINE PRODUC<br>1001 RANCK MILL ROAD<br>LANCASTER, PA 17602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1541** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$1,122.62

s2109    SCHOFIELD ACE HARDWARE
155 S CASHUA DR
FLORENCE, SC  29502

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1542** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$300.94

s3116    SCOOTS PLACE
1714 U S HIGHWAY 52 N
ALBEMARLE, NC  28001

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1543** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$21.29

s2880    SCOTT MECHANICAL & MARINE
324 CLARDY RD
LIBERTY, SC  29657

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1544** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$2.95

s3025    SCOTT SHOOTING SPORTS
PO BOX 127
CAMPBELL, MO  63933

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.85 |
|---|---|---|---|

**s2511**    SCOTTSDALE GUNS
9393 N 90TH ST STE 121
SCOTTSDALE, AZ  85258

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $707.49 |
|---|---|---|---|

**s3456**    SCOTTY INC.
2065 HENRY AVE. WEST
SIDNEY, BC  V8L-5Z6
CANADA

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.25 |
|---|---|---|---|

**s2337**    SEA COAST MARINE
7519 EASTSIDE RD
CHINCOTEAGUE, VA  23336

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,609.74 |
|---|---|---|---|

**s3682**    SEA DOG CORP
PO BOX 479
EVERETT, WA  98206

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **Part 2:** | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.07 |
|---|---|---|---|

s1735    SEA MARK BOATS
13991 NC HIGHWAY 210
ROCKY POINT, NC 28457-8523

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,161.08 |
|---|---|---|---|

s3644    SEASTAR SOLUTIONS
DEPT CH 17092
PALATINE, IL 60055-7092

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.95 |
|---|---|---|---|

s2704    SECOND AMENDMENT SPORTS INC
2523 MOHAWK ST
BAKERSFIELD, CA 93308

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,152.23 |
|---|---|---|---|

s1791    SECOND AMENDMENT SPORTS
2523 MOHAWK ST
BAKERSFIELD, CA 93308-6002

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,397.62 |
|---|---|---|---|

s3662   SECURITY EQUIPMENT CORP
SECURITY EQUIPMENT SABRE
PO BOX #797090
ST LOUIS, MO 63179-7000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.87 |
|---|---|---|---|

s1888   SECURITY SPORT GOODS INC
2220 MEMORIAL DR
ALEXANDRIA, LA 71301-3611

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.24 |
|---|---|---|---|

s2928   SEE THROUGH CANOE
9846 INDIAN KEY TRAIL
SEMINOLE, FL 33776

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.08 |
|---|---|---|---|

s2581   SEGARS SPORTS II LLC
2956 GA HWY 68 NORTH
SANDERSVILLE, GA 31082

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1557**

s1670

Nonpriority creditor's name and mailing address

SELECT AG SERVICES INC
PO BOX 6896
SANTA MARIA, CA  93456

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12.71

Date or dates debt was incurred

Last 4 digts of account number

---

**3.1558**

s2553

Nonpriority creditor's name and mailing address

SELECT PAWN LLC
1826 W MORRIS BLVD
MORRISTOWN, TN  37813

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$676.79

Date or dates debt was incurred

Last 4 digts of account number

---

**3.1559**

s2614

Nonpriority creditor's name and mailing address

SELF DEFENSE SOLUTIONS LLC
PO BOX 606
TELLICO PLAINS, TN  37385

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9.97

Date or dates debt was incurred

Last 4 digts of account number

---

**3.1560**

s2047

Nonpriority creditor's name and mailing address

SEMINOLE HUNTING SUPPLIES
6046 WEST TENNESSEE ST
TALLAHASSEE, FL  32304

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7.99

Date or dates debt was incurred

Last 4 digts of account number

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2428 | SEMPER FI MFG INC<br>3859 S VALLEY VIEW BLVD #2<br>LAS VEGAS, NV 89103 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$38.99

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1662 | SEVEN SEAS CORP<br>127 HENRY ST<br>GREENVILLE, SC 29609-4436 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$418.05

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2995 | SGA CROSBY<br>5911 FM 2100<br>CROSBY, TX 77532 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$502.90

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2856 | SGI GUNS<br>224 BRANCH VALLEY DR<br>DALLAS, GA 30132 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$20.00

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,035.40 |
| s3500 | SHAKESPEARE<br>PO BOX 978855<br>DALLAS, TX 75397-8855 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.35 |
| s2216 | SHAKEYS GUN SHOP<br>202 E MARKET ST STE 1<br>ORWIGSBURG, PA 17961 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.94 |
| s1788 | SHARP SHOOTING INDOOR RANGE<br>1200 N FREYA WAY<br>SPOKANE, WA 99202-4562 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.82 |
| s2413 | SHARPS SHOOTING SUPPLY<br>3002 WEST HWY 4<br>HEALY, KS 67850 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.74 |
|---|---|---|---|

s2491    SHEBOYGUN`S SHOOTERS SUPPLY
1822 N 12TH ST
SHEBOYGAN, WI  53081

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.43 |
|---|---|---|---|

s3147    SHEEPDOG POLICE SUPPLY
815 N HOMESTEAD BLVD #251
HOMESTEAD, FL  33030

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.26 |
|---|---|---|---|

s3090    SHELBY TAUBERSCHMIDT
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.12 |
|---|---|---|---|

s3026    SHELLITO`S GUN SHOP
227 S MAIN ST
SMITH CENTER, KS  66967

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

19-11301

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.1573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.01 |

s2273    SHELTER DISTRIBUTORS INC
6310 CORSAIR ST
COMMERCE, CA 90040

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.04 |

s1851    SHEPARDS BAIT & PAWN SHOP
1006 WEST JACKSON ST
THOMASVILLE, GA 31792-6337

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.10 |

s3721    SHI INTERNATION CORP
PO BOX 952121
DALLAS, TX 75395-2121

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $586.29 |

s2349    SHILOH SHOOTING RANGE LLC
12703 SHILOH CHURCH RD
HOUSTON, TX 77066

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.29 |
|---|---|---|---|

s1896   SHOOTER SUPPLY
820 BUTTE ST
CRESCENT CITY, CA  95531-2644

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.83 |
|---|---|---|---|

s2437   SHOOTERS GUNS AND AMMO
247 NORTH KAY AVE
KUNA, ID  83634

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.80 |
|---|---|---|---|

s2765   SHOOTERS INC
913 BURLINGTON DR UNIT 5
BISMARCK, ND  58504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.25 |
|---|---|---|---|

s2759   SHOOTERS MART LLC
204 B S 11TH
BLUE SPRINGS, MO  64015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.1581** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,702.76 |
| **s2032** | **SHOOTERS OF JACKSONVILLE INC.**<br>**5085 UNIVERSITY BLVD WEST**<br>**JACKSONVILLE, FL  32216** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1582** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $97.30 |
| **s2217** | **SHOOTERS SPORTING GOODS**<br>**213 HWY 641 N**<br>**CAMDEN, TN  38320** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1583** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $87.45 |
| **s2118** | **SHOOTERS SUPPLY**<br>**15435 PIKE 139**<br>**BOWLING GREEN, MO  63334** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.1584** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $109.91 |
| **s2563** | **SHOOTERS**<br>**2515 HOWARD ST**<br>**MULBERRY, FL  33860** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor Name

19-11301

Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1585** Nonpriority creditor's name and mailing address

s2432  **SHOOTERS**
**PO BOX 251**
**HOMER, GA  30547**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$87.98

---

**3.1586** Nonpriority creditor's name and mailing address

s2635  **SHOOTIN SHACK GUNS**
**3443 LAGUNA BLVD STE 116**
**ELK GROVE, CA  95758**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$17.05

---

**3.1587** Nonpriority creditor's name and mailing address

s808  **SHOOTING STARS FIREARMS LLC**
**6793 COLUMBIANA RD**
**NEW MIDDLETOWN, OH  44442**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$420.90

---

**3.1588** Nonpriority creditor's name and mailing address

s3211  **SHOOTING STARS GUN RANGE LLC**
**810 DIVISION ST**
**MUSCATINE, IA  52761**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$925.97

---

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1589**  Nonpriority creditor's name and mailing address

**s2552**   SHOOTZ AND LATTERS
1 WAYNE AVENUE
SUFFERN, NY  10901

As of the petition filing date, the claim is:                                      $60.96

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1590**  Nonpriority creditor's name and mailing address

**s2755**   SHOPPERS SUPPLY
2880 SOUTH ALMA SCHOOL RD
CHANDLER, AZ  85286

As of the petition filing date, the claim is:                                      $322.59

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1591**  Nonpriority creditor's name and mailing address

**s805**    SHORE SPORTSMAN
8232 OCEAN GATEWAY
EASTON, MD  21601

As of the petition filing date, the claim is:                                      $10.15

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1592**  Nonpriority creditor's name and mailing address

**s2270**   SHORELINE SHOOTERS SUPPLY INC
3129 FAIRFIELD ST
MUSKEGON, MI  49441

As of the petition filing date, the claim is:                                      $80.89

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                  **Amount of Claim**

| 3.1593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.28 |
|---|---|---|---|
| s2694 | SHOTGUN JOHNNY`S<br>5529 SUNFIELD WAY<br>SALIDA, CA  95368 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.94 |
|---|---|---|---|
| s2861 | SHOTS LLC<br>3140 AIRWAY AVE<br>KINGMAN, AZ  86409 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.22 |
|---|---|---|---|
| s3150 | SIBLEY AUTO AND AG SUPPLY INC<br>2895 HWY 65 S<br>EUDORA, AR  71640 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,638.82 |
|---|---|---|---|
| s2572 | SIERRA AUCTION MANAGEMENT INC<br>3570 NW GRAND AVE<br>PHOENIX, AZ  85019 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,870.08 |
|---|---|---|---|

**s3582**
SIERRA BULLETS, LLC
PO BOX 734176
DALLAS, TX 75373-4176

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,294.48 |
|---|---|---|---|

**s3529**
SIGHTRON INC
100 JEFFERY WAY SUITE A
YOUNGSVILLE, NC 27596

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $843.00 |
|---|---|---|---|

**s2849**
SILENCERCO LLC
5511 SOUTH 6055 WEST
SALT LAKE CITY, UT 84118

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.00 |
|---|---|---|---|

**s2197**
SILVER SPRINGS PAWN & GUN INC
5300 E SILVER SPRINGS BLVD #C
SILVER SPRINGS, FL 34488

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1601** Nonpriority creditor's name and mailing address

s2675  SILVER STAMPEDE COIN & LOAN
2416 HWY 44 WEST
INVERNESS, FL  34453

As of the petition filing date, the claim is:                    $313.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1602** Nonpriority creditor's name and mailing address

s3170  SIMON ARMORY
910 HWY 100 SUITE 604
PORT ISABEL, TX  78578

As of the petition filing date, the claim is:                    $278.02

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1603** Nonpriority creditor's name and mailing address

s1832  SIMPSONVILLE GUN & PAWN
206 NORTH EAST MAIN STREET
SIMPSONVILLE, SC  29681-2404

As of the petition filing date, the claim is:                    $1.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1604** Nonpriority creditor's name and mailing address

s3561  SIMS VIBRATION LABS
SIMS VIBRATION - LIMBSAVER
50 W ROSE NYE WAY
SHELTON, WA  98584

As of the petition filing date, the claim is:                    $48,986.85

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.41 |
|---|---|---|---|

s2877    SITTING DOG GUN & KNIFE WORKS
45 WALL ST
OXFORD, NJ 07863

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.58 |
|---|---|---|---|

s2275    SIVIKS
9913 WILLIAMSON RD
MEADVILLE, PA 16335

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.21 |
|---|---|---|---|

s2450    SKIP`S III PROPELLER SERVICE
7169 CROSS COUNTY
N CHARLESTON, SC 29418

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.90 |
|---|---|---|---|

s2766    SKITTS MOUNTAIN OUTDOORS LLC
7054 HOLLY SPRINGS RD
CLERMONT, GA 30527

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.   **Amount of Claim**

| | |
|---|---|
| 3.1609 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.68 |

**3.1609** Nonpriority creditor's name and mailing address — s2888 SKYFLYS GUNS, 630 EAST ST STE 13, PITTSBORO, NC 27312. As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed. Date or dates debt was incurred. Last 4 digts of account number. Basis for the claim: CUSTOMER DEPOSIT. Is the claim subject to offset? ☑ No ☐ Yes. Amount of Claim $23.68

**3.1610** s1927 SLIMS FISH CAMP, PO BOX 407, BELLE GLADE, FL 33430-0250. As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed. Basis for the claim: CUSTOMER DEPOSIT. Is the claim subject to offset? ☑ No ☐ Yes. $82.58

**3.1611** s3252 SMILEYS ARMORY LLC, 12967 NASH HWY, CLARKSVILLE, MI 48815. As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed. Basis for the claim: CUSTOMER DEPOSIT. Is the claim subject to offset? ☑ No ☐ Yes. $144.03

**3.1612** s3651 SMITH & WESSON CORP, PO BOX 95000-3890, PHILADELPHIA, PA 19195-0001. As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed. Basis for the claim: TRADE PAYABLE. Is the claim subject to offset? ☑ No ☐ Yes. $1,200,578.94

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101,769.40 |
|---|---|---|---|
| s3735 | SMITH & WESSON PERFORMANCE CEN<br>PO BOX 2208<br>SPRINGFIELD, MA 01102 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.44 |
|---|---|---|---|
| s2289 | SMITH BROTHERS PAWN & GUN<br>200 EAST MAIN<br>ANTLERS, OK 74523 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.66 |
|---|---|---|---|
| s3059 | SMITH HUNTING SUPPLY & ACCESSO<br>PO BOX 9023<br>ST AUGUSTINE, FL 32085 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.28 |
|---|---|---|---|
| s1661 | SMITH MACHINE<br>240 BOOKMAN MILL RD<br>IRMO, SC 29063-9019 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,956.76 |
|---|---|---|---|

s3467     SMITH`S PRODUCTS
          SMITH`S CONSUMER PRODUCTS
          747 MID-AMERICA BLVD
          HOT SPRINGS, AR  71913

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.98 |
|---|---|---|---|

s2317     SML MARINE ELECTRONICS
          5200 BURNT CHIMNEY ROAD
          WIRTZ, VA  24184

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.34 |
|---|---|---|---|

s1814     SMOKE-N-GUNS
          322 S MAIN ST STE A
          COTTONWOOD, AZ  86326-3905

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.22 |
|---|---|---|---|

s2166     SMOKEY MOUNTAIN BOAT REPAIRS
          1110 HWY 360
          VONROE, TN  37885

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.15 |

s2837 SMOKY MOUNTAIN GUNS & AMMO LLC
PO BOX 4430
SEVIERVILLE, TN 37864

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1622 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.67

s3004 SMOKY MOUNTAIN PAWN & GUN
1371 EAST MAIN ST
BRYSON CITY, NC 28713

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1623 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.29

s2226 SOLD USA
PO BOX 516
SNEADS FERRY, NC 28460

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1624 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.63

s1865 SOLO ARCHERY
1741 PHILEMA ROAD S
ALBANY, GA 31701-4706

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.76 |

| | |
|---|---|
| s1981 | **SONNY LEES GARAGE**<br>**393 OLIVER HWY**<br>**NEWINGTON, GA  30446-2817** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.80 |

| | |
|---|---|
| s2906 | **SORSENS CORNER MARKET INC**<br>**323 NORTH C STREET**<br>**EDGAR, NE  68935** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.06 |

| | |
|---|---|
| s2430 | **SOUND SOLUTIONS**<br>**2315 25TH AVE**<br>**GULFPORT, MS  39501** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.99 |

| | |
|---|---|
| s2835 | **SOUTH CAROLINA GUN COMPANY LLC**<br>**242 WEST WADE HAMPTON STE E**<br>**GREER, SC  29651** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1629**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00

s2887  SOUTH EASTERN ARMAMENT COMPANY
79 E WINDSOR BLVD SUITE A
WINDSOR, VA  23487

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1630**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.32

s3248  SOUTH GA OIL DISTRIBUTORS LLC
657 SYLVIA DR
ASHBURN, GA  31714

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1631**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,619.78

s2231  SOUTH SHORE SPORTSMAN INC
9 LANSDOWNE AVE
MERRICK, NY  11566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1632**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00

s2263  SOUTHEASTERN DOCK & PLATFORM
PO BOX 2666
BLUFFTON, SC  29910

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.   **Amount of Claim**

| | | |
|---|---|---|
| 3.1633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |

**s1937**   SOUTHEASTERN MARINE INC
3819 WILLIAMSBURG RD
RICHMOND, VA  23231-2621

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1634   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $210.31

**s1695**   SOUTHERN GUN WORKS
109 CHERRY ST
SUFFOLK, VA  23434-5306

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1635   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $129.80

**s2650**   SOUTHERN HARDWARE FEED & SEED
126 W CYPRESS ST
LUDOWICI, GA  31316

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1636   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $2.33

**s3005**   SOUTHERN HARDWARE PAWN
PO BOX 864
RICHMOND HILL, GA  31324

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.  **Amount of Claim**

| 3.1637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|
| s1770 | SOUTHERN PAWN & JEWELRY INC<br>PO BOX 1619<br>VERONA, MS 38879-0349 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.01 |
|---|---|---|---|
| s2277 | SOUTHERN SHOOTERS INC<br>51 NEW HUTCHINSON MILL RD<br>LAGRANGE, GA 30240 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|
| s2417 | SOUTHERN TRADING COMPANY<br>400 N SCOTT STREET<br>BAINBRIDGE, GA 39817 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $647.21 |
|---|---|---|---|
| s3130 | SOUTHPORT WATER SPORTS INC<br>4888 COASTAL DR SE<br>SOUTHPORT, NC 28461 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |

s3229   SPAR FIREARMS
6108 CARLISLE PIKE SUITE 100
MECHANICSBURG, PA  17050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1642   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $724.25

s2964   SPARTAN FIREARMS
7101 HWY 2 & 52 W
MINOT, ND  58703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1643   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $72.54

s2659   SPARTANBURG ARMS
2811 REIDVILLE RD STE 25
SPARTANBURG, SC  29301

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1644   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $49.91

s2168   SPECIALITY ARMS INC
7065 HWY 90
GRAND RIDGE, FL  32442

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.95 |

3.1645   Nonpriority creditor's name and mailing address

s2691    **SPEEDY MART**
**6697 WASHINGTON RD**
**APPLING, GA  30802**

As of the petition filing date, the claim is:    $49.95

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1646   Nonpriority creditor's name and mailing address

s2601    **SPEEGLE`S MARINA**
**6786 COUNTY ROAD 813**
**CULLMAN, AL  35057**

As of the petition filing date, the claim is:    $44.47

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1647   Nonpriority creditor's name and mailing address

s2420    **SPENCERS FIREARMS**
**14402 HWY 41 SUITE A**
**MADERA, CA  93636**

As of the petition filing date, the claim is:    $23.99

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1648   Nonpriority creditor's name and mailing address

s1932    **SPLASH BOAT RENTALS**
**916 SANDBAR RD**
**CHAPIN, SC  29036-9490**

As of the petition filing date, the claim is:    $59.03

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.40 |

s3674   **SPORT DIMENSION, INC**
**SPORT DIMENSION - BODY GLOVE**
**DBA BODYGLOVE WETSUITS**
**966 SANDHILL AVE**
**CARSON, CA  90746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,664.75 |

s3701   **SPORT MARINE TECH**
**11552 MASSEY ROAD**
**PILOT POINT, TX  76258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.01 |

s1844   **SPORT WORLD BOAT CENTER**
**11909 NORTH STATE HWY 5**
**SUNRISE BEACH, MO  65079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.24 |

s1881   **SPORTS HUT**
**231 N MAIN ST**
**ALTURAS, CA  96101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.1653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $462.96 |
| s2320 | **SPORTSMAN CORNER LLC**<br>1655 S GREEN ST<br>HENDERSON, KY  42420 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $693.28 |
| s3190 | **SPORTSMANS COVE**<br>13621 FAIRVIEW DR<br>GRABILL, IN  46741 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.96 |
| s2737 | **SPORTSMANS ELITE LLC**<br>4520 DONIPHAN DRIVE<br>EL PASO, TX  79922 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.1656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $269.12 |
| s3017 | **SPORTSMANS GUN & INDOOR RANGE**<br>4276 N JACKSON ST<br>GLASGOW, KY  42141 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.20 |
|---|---|---|---|

s2546

SPORTSMANS SHACK
PO BOX 1423
WAYCROSS, GA  31502

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.12 |
|---|---|---|---|

s1999

SPORTSMANS SHANTY
420 CHANDLER RD
JACKSON, NJ  08527-4324

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.49 |
|---|---|---|---|

s1838

SPORTSMEN`S CENTER
PO BOX L
FORT HOOD, TX  76544-0330

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.00 |
|---|---|---|---|

s1644

SPORTSMENS CENTER
69 US HWY 130
BORDENTOWN, NJ  08505-9999

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |
|---|---|---|---|
| s3122 | SPORTSMENS STOP LLC<br>2733 CH 330<br>NEVADA, OH  44849 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.91 |
|---|---|---|---|
| s2446 | SPOTTED DOG PAWN SHOP<br>PO BOX 696<br>COLUMBIA, LA  71418 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.21 |
|---|---|---|---|
| s3747 | SPOTTERS INC<br>SPOTTERS INC - FLYING FISHERMA<br>FLYING FISHERMAN<br>PO BOX 545<br>ISLAMORADA, FL  33036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.57 |
|---|---|---|---|
| s2948 | SPRING GUNS AND AMMO II<br>26115 NORTH INTERSTATE 45<br>SPRING, TX  77380 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,607.41 |

s3617   **SPRINGFIELD INC.**
**420 W MAIN ST.**
**GENESEO, IL  61254-1524**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1666   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $971.63

s2875   **SPRINGS ARMORY**
**2462 WAYNOKA RD**
**COLORADO SPRINGS, CO  80915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1667   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $31,640.90

s3613   **SPX FLOW US LLC**
**SPX FLOW - JOHNSON PUMP**
**PO BOX 277886**
**ATLANTA, GA  30384-7886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1668   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $12.90

s3121   **SPYDER ARMS LLC**
**8254 ALEXANDRIA PIKE**
**ALEXANDRIA, KY  41001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.75 |
|---|---|---|---|

s2205 ST CROIX OUTDOORS
1298 198TH ST
ST CROIX FALLS, WI 54024

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.58 |
|---|---|---|---|

s3158 ST LUCIE GUNS INC
492 NW CONCOURSE PLACE
PORT ST LUCIE, FL 34986

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.34 |
|---|---|---|---|

s3632 STACK-ON PRODUCTS CO
PO BOX 95021
PALATINE, IL 60095-0021

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |
|---|---|---|---|

s2456 STALLION FIREARMS
813 A FLIGHTLINE BLVD SUITE 10
DELAND, FL 32724

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                      19-11301

Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.57 |
|---|---|---|---|
| s2057 | STANLEY FIREARMS<br>PO BOX 115<br>BLUE RIDGE, GA 30513 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.72 |
|---|---|---|---|
| s1960 | STANLEYS MARINE<br>433 RT 46<br>BELVIDERE, NJ 07823 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,470.48 |
|---|---|---|---|
| s3488 | STAR BRITE<br>4041 S W 47TH AVENUE<br>FT.LAUDERDALE, FL 33314 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |
|---|---|---|---|
| s2063 | STARBOARD CORP-MARINE WORKS<br>199 PANDORA DR<br>HARRODSBURG, KY 40330 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| **3.1677** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.86 |

**3.1677**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $306.86

s2573  STATE LINE PAWN LLC
2229 HWY 17 NORTH
LITTLE RIVER, SC  29566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1678**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $52.35

s1916  STEVES JEWELRY
PO BOX 914
FLATWOODS, KY  41139-0914

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1679**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $2.50

s1652  STEVES PAWN SHOP
1007 BROADWAY ST
MYRTLE BEACH, SC  29577

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1680**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $40.03

s1990  STEWARTS PAWN
421 HWY 12 E
KOSCIUSKO, MS  39090

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-----|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,053.00 |
|--------|--------|--------|--------|

s3743  STICKY HOLSTERS INC
STICKY HOLSTERS INC
NAPLES, FL  34104

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|--------|--------|--------|--------|

s3112  STOCK & BARREL GUN CLUB
18832 LAKE DR E
CHANHASSEN, MN  55317

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.94 |
|--------|--------|--------|--------|

s1086  STOCKDALE GUNS
318 N MAIN ST STE 4
OWENTON, KY  40359

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.38 |
|--------|--------|--------|--------|

s1878  STOCKERS SHOP
5199 MAHONING AVE NW
WARREN, OH  44483-1400

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.45 |
|---|---|---|---|

s3066   **STONEHOUSE GUNS AND AMMO**
247 W STATE ST
QUARRYVILLE, PA  17566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,082.75 |
|---|---|---|---|

s2556   **STOUT GUN & AMMO**
361 DAVIS MILL RD
PARSONS, TN  38363

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.96 |
|---|---|---|---|

s2281   **STOUTS GUN SHOP & REPAIR LLC**
5452 COUNTY ROAD 26
BELLEFONTAINE, OH  43311

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2346   **STRAIGHT SHOOTIN FIREARMS INC**
225 WENDY PL
BENSON, NC  27504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.1689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.75 |
|---|---|---|---|

s2385    STRAIGHTLINE TACTICAL
327 S MAGNOLIA AVE
ANAHEIM, CA 92804

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $124,529.48 |
|---|---|---|---|

s3475    STREAMLIGHT INC.
PO BOX 74007450
CHICAGO, IL 60674-7450

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,512.55 |
|---|---|---|---|

s2685    STRIP GUN CLUB
2235 LAS VEGAS BLVD S
LAS VEGAS, NV 89104

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.20 |
|---|---|---|---|

s1755    STROMBERGS E-FISH-HUNT
1200 FIRST ST.
HAVRE, MT 59501-0608

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.24 |
|---|---|---|---|

s3056   STRYKE RYTE OUTDOORS
        837 WEST ADAMS ST
        PITTSFIELD, IL  62363

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.99 |
|---|---|---|---|

s2518   STURGEON BAY OUTDOORS LLC
        2853 COUNTY RD S
        STURGEON BAY, WI  54235

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,145,043.03 |
|---|---|---|---|

s3556   STURM RUGER & COMPANY INC
        1 LACEY PL
        SOUTHPORT, CT  06890

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,820,790.52 |
|---|---|---|---|

s3618   STURM RUGER RIFLES
        1 LACEY PL
        SOUTHPORT, CT  06890

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

<table>
<tr><td colspan="2">**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.1697 | Nonpriority creditor's name and mailing address |

| | | |
|---|---|---|
| 3.1697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,130.32 |

**3.1697**  Nonpriority creditor's name and mailing address

s3781   STYRKA LLC
2835 COLUMBIA STREET
TORRANCE, CA  90503-3804

As of the petition filing date, the claim is:  **$77,130.32**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1698**  Nonpriority creditor's name and mailing address

s1871   SUBURBAN SPORTING GOODS
2306 W NORTH AVE
MELROSE PARK, IL  60160-1117

As of the petition filing date, the claim is:  **$381.41**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1699**  Nonpriority creditor's name and mailing address

s2031   SUE`S WORLD OF CANVAS
1079 NEWBERRY RD
ADDISON, PA  15411

As of the petition filing date, the claim is:  **$10.03**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1700**  Nonpriority creditor's name and mailing address

s1858   SUMNER OUTDOORS
PO BOX 672
HENDERSONVILLE, TN  37075-0672

As of the petition filing date, the claim is:  **$9.75**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.49 |
|---|---|---|---|
| s2011 | SUNBURST MARINE WEST<br>101 WATER ST<br>BOYNE CITY, MI  49712 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.37 |
|---|---|---|---|
| s3083 | SUNSET BEACH IRON TRADERS LLC<br>5036 MILL BRANCH RD<br>ASH, NC  28420 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.87 |
|---|---|---|---|
| s2035 | SUPER SAVE PAWN<br>2627 N CHURCH STREET<br>BURLINGTON, NC  27217 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.70 |
|---|---|---|---|
| s2326 | SUPERIOR OUTDOORS<br>6235 G 5 RD<br>ESCANABA, MI  49829 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.95 |
|---|---|---|---|

**s1743**    SUPERIOR SHOOTERS SUPPLY LTD
1705 WINTER ST
SUPERIOR, WI  54880-1528

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

**s2397**    SUPERIOR TROLLING MOTOR
116 BANKS AVE
LAFAYETTE, LA  70506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.28 |
|---|---|---|---|

**s1768**    SURGIN MARINE
409 VENDOLA DR
SAN RAFAEL, CA  94903-2932

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.41 |
|---|---|---|---|

**s1776**    SUTTON CO
PO BOX 444
NAPLES, NY  14512-0444

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.10 |
|---|---|---|---|

s2955    **SUTTON LAKE MARINA**
**286 LAUREL HEIGHTS**
**SUTTON, WV 26601**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,105.00 |
|---|---|---|---|

s3788    **SWAGGER LLC**
**208 N WHEELER AVE.**
**GRAND ISLAND, NE 68801**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.43 |
|---|---|---|---|

s2567    **SWAMP FOX ARMORY LLC**
**9331 GARNERS FERRY RD**
**HOPKINS, SC 29061**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.17 |
|---|---|---|---|

s2240    **SWAN LAKE STORE**
**658 42ND STREET**
**ALLEGAN, MI 49010**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.99 |
|---|---|---|---|

s2724

SWAP SHOP
134 ARBOR LANE
GALAX, VA  24333

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.42 |
|---|---|---|---|

s3627

SWIMWAYS
PO BOX 418214
BOSTON, MA  02241

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.00 |
|---|---|---|---|

s2625

SWUB TACTICAL
36 S HWY 17-92
DEBARY, FL  32713

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.05 |
|---|---|---|---|

s3058

SYLVANIA SPORTSMAN
287 WARMOUTH RD
SYLVANIA, GA  30467

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1717**   Nonpriority creditor's name and mailing address

s3195   **SYNERGY FIREARMS LLC**
329 OAK ST STE 201
GAINESVILLE, GA  30501

As of the petition filing date, the claim is:   $5.21

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1718**   Nonpriority creditor's name and mailing address

s1795   **T & K MARINE**
6025 PHILLIPS RICE RD
CORTLAND, OH  44410-9682

As of the petition filing date, the claim is:   $2.95

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1719**   Nonpriority creditor's name and mailing address

s2161   **T & L SALES**
259 SALUDA ISLAND RD
PROSPERITY, SC  29127

As of the petition filing date, the claim is:   $55.18

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1720**   Nonpriority creditor's name and mailing address

s3503   **T & R MARINE CORP**
3309 EAST US HWY 27
PERRY, FL  32347

As of the petition filing date, the claim is:   $3,513.82

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|
| s1710 | T & T GUNNERY<br>3778 MERRICK RD<br>SEAFORD, NY  11783-2817 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.86 |
|---|---|---|---|
| s2244 | T & T GUNWORKS<br>15615 POCOTALIGO RD<br>VARNVILLE, SC  29944 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.83 |
|---|---|---|---|
| s2951 | T & T PAWN LLC<br>15 BAKER RD 4A<br>NEWNAN, GA  30265 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $848.29 |
|---|---|---|---|
| s1914 | T & T TACTICAL<br>2180 JERICHO TURNPIKE<br>GARDEN CITY PARK, NY  11040 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1725** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s2468** | **T 3 OUTDOORS**<br>**1737 GORNTO RD**<br>**VALDOSTA, GA 31601-8408** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Amount: $362.27

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1726** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s2971** | **T LEE`S**<br>**PO BOX 762**<br>**JEFFERSON, GA 31044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Amount: $89.43

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1727** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s2160** | **T M ENTERPRISES INC**<br>**26103 WILSON RD**<br>**HENRYETTA, OK 74437** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Amount: $1,128.50

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1728** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **s3739** | **T R IMPORTS INC**<br>**ADDRESS UNAVAILABLE AT TIME OF FILING**<br>**FT WORTH, TX 76244** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Amount: $219,142.96

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1729**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $156.25

**s2214**    **T&T BOATWRENCH**          Check all that apply.
**6895 HWY 9**          ☐ Contingent
**INMAN, SC  29349**          ☐ Unliquidated
          ☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number          Is the claim subject to offset?
          ☑ No
          ☐ Yes

---

**3.1730**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $2,952.14

**s3742**    **TACKLEWEBS INC**          Check all that apply.
**1019 ALBAMONTE CT**          ☐ Contingent
**OVIEDO, FL  32765**          ☐ Unliquidated
          ☐ Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number          Is the claim subject to offset?
          ☑ No
          ☐ Yes

---

**3.1731**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $9,102.67

**s3630**    **TACO METALS INC**          Check all that apply.
**PO BOX 693840**          ☐ Contingent
**MIAMI, FL  33162**          ☐ Unliquidated
          ☐ Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number          Is the claim subject to offset?
          ☑ No
          ☐ Yes

---

**3.1732**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $6.38

**s3078**    **TACTICAL PERFORMANCE**          Check all that apply.
**4231 PACIFIC ST UNIT 33**          ☐ Contingent
**ROCKLIN, CA  95677**          ☐ Unliquidated
          ☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number          Is the claim subject to offset?
          ☑ No
          ☐ Yes

---

Debtor Name                                               Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**      **Amount of Claim**

| | | |
|---|---|---|
| 3.1733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $17.90 |
| s2748 | **TACTICAL SAFETY INSTITUTE**<br>**18408 NACOGDOCHES FM 2252**<br>**STE 1 & 2**<br>**SAN ANTONIO, TX 78266** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $478.61 |
| s3196 | **TACTICAL SPEED SHOP LLC**<br>**23 E LURAY SHOPPING CENTER**<br>**LURAY, VA 22835** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $20.06 |
| s3174 | **TAILGATES PAWN & GOLD LLC**<br>**116 W 2ND ST**<br>**VENUS, TX 76084** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $5.79 |
| s1808 | **TAKE AIM INC**<br>**1865 61ST ST**<br>**SARASOTA, FL 34243-2232** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.       **Amount of Claim**

---

| | | |
|---|---|---|
| 3.1737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.72 |

**s2251**    **TALESPINNERS OUTDOORS**
**19 EAST REEDS RD**
**LAFAYETTE, GA  30728**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.88 |

**s1679**    **TALKINGTON GUN SHOP**
**22199 ENERGY HWY**
**NEW MARTINSVILLE, WV  26155**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.13 |

**s2943**    **TALLEY`S TACTICAL TT**
**306 N FRANKLIN BLVD**
**NAMPA, ID 83687**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,170.00 |

**s3727**    **TANNERITE**
**36366 VALLEY ROAD**
**PLEASANT HILL, OR  97455**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,051.95 |
|---|---|---|---|

s1907   TARGET MASTERS WEST
122 MINNIS CIR
MILPITAS, CA  95035-3113

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.46 |
|---|---|---|---|

s2603   TARGET OPPORTUNITY
419 PAGE PLACE RD
STATESBORO, GA  30458

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

s1734   TARGETMASTER INDOOR SHOOTING C
1717 S JUPITER RD
GARLAND, TX  75042-7719

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,798.00 |
|---|---|---|---|

s3666   TAYLOR`S & CO
304 LENOIR DRIVE
WINCHESTER, VA  22603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1745** Nonpriority creditor's name and mailing address $119.94

**s1876** TAYLORS TRADING POST
730A UPPER TEMPLE RD
BIGLERVILLE, PA 17307

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1746** Nonpriority creditor's name and mailing address $703.98

**s2891** TC`S GUN SHOP
PO BOX 594
DAVIS, WV 26260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1747** Nonpriority creditor's name and mailing address $25.63

**s2081** TEDS HUNTING & FISHING
5314 UNION RD
GASTONIA, NC 28056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1748** Nonpriority creditor's name and mailing address $7,006.93

**s3649** TEMPRESS PRODUCTS LP
TEMPRESS INC
5052 SHARP ST.
DALLAS, TX 75247-6018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                                 Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2254 | **TEN PERCENT FIREARMS**
**1277 KERN ST**
**TAFT, CA  93268**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,962.00 |
|---|---|---|---|

s3640 | **TEN POINT CROSSBOW TECHNOLOGIES**
**C/O PARNELL & PARNELL, PA**
**CHARLES PARNELL**
**641 SOUTH LAWRENCE ST.**
**PO BOX 2189**
**MONTGOMERY, AL  36104**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

s3053 | **TENNESSE WILDLIFE RESOURCES**
**TWRA PO BOX 40747**
**ATTN GLEN MOATES**
**NASHVILLE, TN  37204**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.55 |
|---|---|---|---|

s2073 | **TERRY WALDEN GUNSMITH**
**1862 16TH MODEL ROAD**
**MANCHESTER, TN  37355**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1753** Nonpriority creditor's name and mailing address $35.90

**s2021** **TERRY`S OUTBOARD REPAIR**
**2328 FORREST AVENUE**
**GADSDEN, AL  35904-2039**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1754** Nonpriority creditor's name and mailing address $24.45

**s2740** **TERRYS GUN & PAWN**
**107 W CLEVELAND**
**GUTHRIE, OK  73044**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1755** Nonpriority creditor's name and mailing address $160.90

**s3209** **TEXAS SAWDUST & GUNS**
**4302 STILLBROOKE DR**
**HOUSTON, TX  77035**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1756** Nonpriority creditor's name and mailing address $405.39

**s2123** **TEXAS SECURITY EQUIP INC**
**600-A S VALLEY MILLS DRIVE**
**WACO, TX  76711**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

**3.1757**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                $75.00

**s2904**   **TEXAS WATERCRAFT & MARINE**                Check all that apply.
**10621 SOUTH PADRE ISLAND DR**
**CORPUS CHRISTI, TX  78418**                □ Contingent
                                             □ Unliquidated
                                             □ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number                Is the claim subject to offset?
                                             ☑ No
                                             □ Yes

---

**3.1758**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                $277,472.93

**s3489**   **T-H MARINE SUPPLIES INC**                Check all that apply.
**200 FINNEY RD SQ**
**HUNTSVILLE, AL  35824-2205**                □ Contingent
                                             □ Unliquidated
                                             □ Disputed

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number                Is the claim subject to offset?
                                             ☑ No
                                             □ Yes

---

**3.1759**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                $520.16

**s1890**   **THE A W PETERSON GUN SHOP INC**                Check all that apply.
**4255 W OLD US HIGHWAY 441**
**MOUNT DORA, FL  32757-3299**                □ Contingent
                                             □ Unliquidated
                                             □ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number                Is the claim subject to offset?
                                             ☑ No
                                             □ Yes

---

**3.1760**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                $14.95

**s2056**   **THE AMMO DUMP INC**                Check all that apply.
**422 SPRING STREET**
**FARMINGTON, NH  03835**                □ Contingent
                                             □ Unliquidated
                                             □ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number                Is the claim subject to offset?
                                             ☑ No
                                             □ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.45 |
|---|---|---|---|

**s1730**

**THE AMMO DUMP**
**4040 EASTON DR #1**
**BAKERSFIELD, CA  93309-9417**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.13 |
|---|---|---|---|

**s1812**

**THE ARCHERY SHOP**
**328 INDUSTRIAL RD**
**SUMMERVILLE, SC  29483-3407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,186.10 |
|---|---|---|---|

**s2477**

**THE ARMORY**
**3001 N NAVARRO ST**
**VICTORIA, TX  77901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.09 |
|---|---|---|---|

**s1628**

**THE ARMORY**
**5313 INDIAN RIVER RD, UNIT 112**
**VIRGINIA BEACH, VA  23464-5366**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                       Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

---

| 3.1765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.79 |
|---|---|---|---|

s1819   **THE ARMS CACHE**
PO BOX 78
COOLIN, ID 83821-0078

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

s2777   **THE BEST OF THE WEST**
PO BOX 1150
CODY, WY 82414

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.59 |
|---|---|---|---|

s2989   **THE BUCKHORN BOAT DOCTOR**
7027 NC HWY 42 W
LUCAMA, NC 27851

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,662.87 |
|---|---|---|---|

s2357   **THE BULLET HOLE INDOOR RANGE**
1642 CALEB DR SE
BROOKHAVEN, MS 39601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                    Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

                                            **Amount of Claim**

| | | |
|---|---|---|
| 3.1769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,161.18 |

s3570    **THE CIT GROUP COMM SERV DAC**
           **DAC TECHNOLOGIES**
           **100 GAMBLE ROAD SUITE ONE**
           **LITTLE ROCK, AR  72211**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  **TRADE PAYABLE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.68 |

s3202    **THE COP SHOP INC**
           **803 E BALTIMORE ST**
           **BALTIMORE, MD  21202**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.16 |

s2379    **THE FOUNDRY**
           **5650 HWY 49 S STE 204**
           **HARRISBURG, NC  28075**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.27 |

s1891    **THE GOLD MINER INC**
           **4351 HANCOCK BRIDGE PKWY**
           **FORT MYERS, FL  33903-4252**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.11 |
|---|---|---|---|

s3098   THE GUN CLEANERS OF CENTRAL OH
11963 GREEN CHAPEL RD
JOHNSTOWN, OH  43031

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.48 |
|---|---|---|---|

s2952   THE GUN CLEANERS-HLYWD PARK
16111 SAN PEDRO AVE STE #103
HOLLYWOOD PARK, TX  78232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

s2594   THE GUN GROVE LLC
708 PATTON ST
MACON, MO  63552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 |
|---|---|---|---|

s2384   THE GUN ROOM INC
705 BRISKIN LANE
LEBANON, TN  37087

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                  Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                       **Amount of Claim**

---

**3.1777**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:       $14.50

**s977**    **THE GUN ROOM**
16369 YALE AVE
KIDDER, MO  64649

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1778**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:       $149.90

**s1835**    **THE GUN ROOM**
2500 GLADIOLA ST
PUEBLO, CO  81005-2825

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1779**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:       $2.11

**s1632**    **THE GUN RUNNER**
PO BOX 31
PLAUCHEVILLE, LA  71362-2000

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1780**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:       $125.62

**s1634**    **THE GUN SHOP**
1614 EASTERN BLVD
BALTIMORE, MD  21221-2103

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.1781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.70 |
| s2638 | THE HUNTERS EDGE LLC<br>407 HWY 11 SOUTH<br>ELLISVILLE, MS 39437 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.97 |
| s2620 | THE HUNTING CORNER LLC<br>1100 HWY 24 & 36 SUITE 14<br>MONROE CITY, MO 63456 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.74 |
| s2568 | THE KAYAK FISHING STORE<br>33 LOLA LN<br>CAPE MAY, NJ 08204 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.08 |
| s2394 | THE MANGY MOOSE MERCANTILE<br>PO BOX 1742<br>PLAINS, MT 59859 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.31 |
|---|---|---|---|

s2483 **THE OLD FISHING HOLE GUN SHOP**
**THE OLD FISHING HOLE LLC**
**81 BRIDGE ST #3**
**MORRISVILLE, VT  05661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.07 |
|---|---|---|---|

s2429 **THE OUTPOST SPORTS & PAWN LLC**
**410 OAK ST EXT**
**FOREST CITY, NC  28043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.00 |
|---|---|---|---|

s2307 **THE OUTPOST**
**1031 RT 32 UNIT 1**
**UNCASVILLE, CT  06382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.19 |
|---|---|---|---|

s2983 **THE PATRIOTS BUNKER**
**119 USHER PLACE**
**RINCON, GA  31326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$511.09

s1626    THE PAWN SHOP
434 W 7TH ST
WALSENBURG, CO  81089-2216

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1790    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $4.95

s2180    THE PAWN SHOP
909 S MADISON ST
WHITEVILLE, NC  28472

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1791    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $56.85

s3070    THE PEACEMAKERS ARMORY
8835 GREAVES LANE UNIT 3
SCHERTZ, TX  78154

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1792    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $189.11

s1732    THE PISTOL PARLOR
2601 E 7TH AVE
FLAGSTAFF, AZ  86004-3952

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.26 |

s2981  THE PISTOL RACK
27836 HWY H
MARSHALL, MO 65340

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1794  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $11.92

s2626  THE RAINBOW TRADING POST
490 WEST GRAND AVE
RAINBOW CITY, AL 35906

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1795  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $647.00

s2405  THE RUNNERS HIGH
11209 S DIXIE HWY
MIAMI, FL 33156

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1796  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $9.49

s2252  THE SHOOTHOUSE
202 DRY OAK RD
BELTON, SC 29627

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1797** Nonpriority creditor's name and mailing address

s2012 **THE SPORTSMAN LTD**
6184 OCEAN GATEWAY STE A
TRAPPE, MD 21673-2005

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$239.90

---

**3.1798** Nonpriority creditor's name and mailing address

s2354 **THE SPORTSMANS DEN**
666 SOUTHERN ARTERY
QUINCY, MA 02169

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$599.12

---

**3.1799** Nonpriority creditor's name and mailing address

s1801 **THE SUBURBAN ARMORY**
1008 MACDADE BLVD
COLLINGDALE, PA 19023-4018

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$395.19

---

**3.1800** Nonpriority creditor's name and mailing address

s3153 **THE TAC SHACK PEORIA**
8919 N UNIVERSITY
PEORIA, IL 61615

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$40.77

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.80 |
|---|---|---|---|

**s2843**    **THE TAC SHACK**
**1100 EAST JACKSON AVENUE**
**960**
**MONMOUTH, IL  61462**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.19 |
|---|---|---|---|

**s2129**    **THE TACKLE BOX**
**210 S GEORGETOWN HWY**
**JOHNSONVILLE, SC  29555**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.30 |
|---|---|---|---|

**s2761**    **THE TRADING POST LLC**
**21429 YORK RD**
**FREELAND, MD  21053**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

**s2745**    **THE TURQUOISE JUNCTION**
**125 N MAIN ST**
**GUNNISON, CO  81230**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.  Amount of Claim

| | | |
|---|---|---|
| 3.1805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,084.94 |

**s3622**

THE WISE COMPANY, INC
WISE COMPANY - BOAT SEATS
79 SOUTH SECOND ST.
MEMPHIS, TN  38103

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,229.57 |

**s3573**

THERMACELL REPELLANTS INC
26 CROSBY DRIVE
BEDFORD, MA  01730

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.94 |

**s2937**

THOMPSON SHOOTING SPORTS
1380 CR 4 SE
ALEXANDRIA, MN  56308

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,036.68 |

**s3633**

TIE DOWN ENGINEERING INC
605 STONEHILL DR SW
ATLANTA, GA  30336-2615

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.10 |
|---|---|---|---|
| s2895 | TIFT COUNTY TRADE AND PAWN LLC<br>PO BOX 249<br>BROOKFIELD, GA  31727 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.22 |
|---|---|---|---|
| s2524 | TIM MERRILL CO INC<br>45 STATE PARK RD<br>DOVER FOXCROFT, ME  04426 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.30 |
|---|---|---|---|
| s2794 | TIM`S SHOOTING ACADEMY OF WEST<br>17777 COMMERCE DR<br>WESTFIELD, IN  46074 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.64 |
|---|---|---|---|
| s388 | TIMBERLINE ARCHERY<br>520 CORTE AMINO<br>FOUTAIN, CO  80817 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1813**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $40.62

**s1751**    **TIMS GUNS & RANGE**
**3761 RECKER HWY**
**WINTER HAVEN, FL  33880**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1814**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $8.99

**s2138**    **TIMS SPORTING GOODS**
**PO BOX 3226**
**SILVER CREEK, MS  39663**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1815**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $234.12

**s2903**    **TIPPECANOE SPORT SHOP**
**145 TEAL RD WEST**
**LAFAYETTE, IN  47909**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1816**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $95.20

**s2313**    **TIPWOOD ENTERPRISES, LC**
**1270 MEADOW LAKE ROAD**
**VIRGINIA BEACH, VA  23451**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s2945   **TITAN TACTICAL SUPPLY**
PO BOX 1777
WINDSOR, CA  95492

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|

s3089   **TL GOLD PAWN & GUN**
921 W LIBERTY AVENUE
LYONS, GA  30436

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.80 |
|---|---|---|---|

s2865   **TL GOLD PAWN & GUN**
PO BOX 1513
REIDSVILLE, GA  30453

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.85 |
|---|---|---|---|

s3124   **TL GOLD PAWN AND GUN**
289 E PARKER ST
BAXLEY, GA  31513

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

**s2419**   TMBC DBA CABELA`S
# 1 BASS PRO DRIVE
FOXBORO, MA  02035

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,228.71 |
|---|---|---|---|

**s2416**   TMBC DBA CABELA`S
5000 BASS PRO BLVD
MACON, GA  31210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.36 |
|---|---|---|---|

**s2586**   TNT OUTFITTERS
147 DOVE LANE
SPOUTSPRING, VA  24593

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.13 |
|---|---|---|---|

**s2295**   TOM CAT SPORTING GOODS LLC
PO BOX 176
KOOSKIA, ID  83539

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.78 |

s2165    TOM`S SERVICE CENTER LLC
216 LOBLOLLY LANE
LEESVILLE, SC  29070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |

s2920    TOMAHUND MARINE
16061 OLD TOMAHUND DR
WILLIAMSBURG, VA  23185

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.25 |

s2162    TOMICK FIREARMS
1198 CR 621 EAST SUITE 1
LAKE PLACID, FL  33852

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.39 |

s1753    TOMS GUN SHOPPE INC
894 S SEMINARY ST
GALESBURG, IL  61401-6055

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 460 of 502

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.68 |
|---|---|---|---|
| s1895 | **TOMS SPORTING GOODS**<br>**2036 BUFFALO TRL**<br>**MORRISTOWN, TN 37814-4334** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.06 |
|---|---|---|---|
| s2261 | **TONY´S GUNS & AMMO**<br>**40924 B HEARNE ROAD**<br>**NEW LONDON, NC 28127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.53 |
|---|---|---|---|
| s3156 | **TOON TIME LLC**<br>**485 WILSON HALL RD**<br>**SUMTER, SC 29150** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|
| s2692 | **TOOTH AND NAIL ENTERPRISES**<br>**133 SOUTH MAIN**<br>**GRAVOIS MILLS, MO 65037** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **CUSTOMER DEPOSIT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

               **Amount of Claim**

| | | |
|---|---|---|
| 3.1833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1903 | **TOP BRASS SPORTS INC**<br>**4788 NAVY RD**<br>**MILLINGTON, TN  38053-1904** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$8.97

| | | |
|---|---|---|
| 3.1834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3003 | **TOP DOLLAR PAWN & GUN LLC**<br>**51 WESTBANK EXPY**<br>**GRETNA, LA  70053** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$140.00

| | | |
|---|---|---|
| 3.1835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1966 | **TOP DOLLAR PAWN SHOP**<br>**3421 WASHINGTON ST**<br>**VICKSBURG, MS  39180-5059** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$8.78

| | | |
|---|---|---|
| 3.1836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3233 | **TOP GUN INDOOR PISTOL RANGE**<br>**1123 HWY 1 SOUTH**<br>**LUGOFF, SC  29078** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

$37.53

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.75 |
|---|---|---|---|
| s2716 | **TOP GUN**<br>**519 FARRAGUT ST SUITE B**<br>**LAREDO, TX  78040** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.01 |
|---|---|---|---|
| s2356 | **TOPLINE**<br>**570 GARFIELD ST**<br>**LANDER, WY  82520** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.91 |
|---|---|---|---|
| s2687 | **TOWN & COUNTRY TRADING CENTER**<br>**1713 MARION AVE**<br>**MATTOON, IL  61938** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $249,000.09 |
|---|---|---|---|
| s3764 | **TOWN OF CHAPIN**<br>**PO BOX 183**<br>**CHAPIN, SC  29036** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $354,995.98 |

s3458   **TR & Z USA TRADING**
**2499 MAIN STREET**
**STRATFORD, CT  06615**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,160.49 |

s3687   **TRAC OUTDOOR PRODUCTS**
**6536 HIDDEN HOLLOW TRL**
**BRENTWOOD, TN  37027-6302**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |

s2374   **TRACTOR & AUTO SUPPLY CO INC**
**PO BOX 642**
**DUNN, NC  28335**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.90 |

s2121   **TRADING PLACE PAWN & SALES INC**
**1412 S BROAD STREET**
**MONROE, GA  30655**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1845** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.59

s2679 | TRADING POST LLC
264 WEST GRAND AVE
WISCONSIN RAPIDS, WI 54495

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1846** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.97

s2893 | TRAIL BOSS GUNS AND GEAR/TBG
124 W FRY BLVD
SIERRA VISTA, AZ 85635

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1847** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.39

s3740 | TRANE U S INC.
PO BOX 406469
ATLANTA, GA 30384-6469

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1848** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.87

s2464 | TRAVERSE BAY MARINE
228 US 31 SOUTH
TRAVERSE CITY, MI 49685

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

19-11301

Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,623.50 |

s3537    **TRC RECREATION, LP**
PO BOX 539
WICHITA, TX  76307

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   TRADE PAYABLE

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.00 |

s2540    **TREELINE SPORTS INC**
1447 W MAIN ST
NORRISTOWN, PA  19403

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.00 |

s2730    **TRIBAL PAWN SHOP**
PO BOX 1985
CHEROKEE, NC  28719

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.93 |

s3149    **TRIGGER TIME LLC**
PO BOX 652
SPENCER, WV  25276

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

s3230   TRIHUNT ENTERPRISES LLC
1114 NORTHWAY
DARIEN, GA  31305

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$206.66

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1854   Nonpriority creditor's name and mailing address

s2846   TRIHUNT ENTERPRISES LLC
4334 SMITH RD SE
TOWNSEND, GA  31331

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.77

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1855   Nonpriority creditor's name and mailing address

s2048   TRIPLE G GUN GALLERY INC
9351 HWY 150
GREENVILLE, IN  47124

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$356.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1856   Nonpriority creditor's name and mailing address

s2266   TRIPLE H OUTFITTERS LLC
225 W 500 S
ORANGEVILLE, UT  84537

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$17.90

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.49

**s3538** | **TRI-STAR**
**1816 LINN STREET**
**N KANSAS CITY, MO  64116-3627**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.00

**s2822** | **TRITAC SHOOTING SOLUTIONS**
**1400 SUNNYVIEW RD NE**
**SALEM, OR  97301**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1859** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.95

**s2666** | **TRIVETTES GUNSMITHING**
**2476 SPRING MEADOW RD**
**LENOIR, NC  28645**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00

**s2434** | **TROJAN ARMS & GUNSMITHING**
**112 W MARKET ST**
**TROY, IL  62294**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |

**s2706**  TROJAN ARMS & TACTICAL INC
10981 NOKESVILLE RD
MANASSAS, VA  20110

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1862   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $45.10

**s2900**  TROPHY ROOM TAXIDERMY & FUR
PO BOX 24
SARATOGA, WY  82331

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1863   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $5,833.99

**s3697**  TROY INDUSTRIES INC
151 CAPITAL DRIVE
WEST SPRINGFIELD, MA  01089

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1864   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $4.00

**s2924**  TROY PARSONS/FREEDOM FIREARMS
PO BOX 179
EAST MACHIAS, ME  04630

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

**3.1865** Nonpriority creditor's name and mailing address

**s3647**  TRUGLO INC
525 INTERNATIONAL PARKWAY
RICHARDSON, TX  75081-4413

**As of the petition filing date, the claim is:**    $279,399.01

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1866** Nonpriority creditor's name and mailing address

**s1023**  TUCKAHOE SPORTSMAN
22145 SHORE HWY
DENTON, MD  21629

**As of the petition filing date, the claim is:**    $31.18

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1867** Nonpriority creditor's name and mailing address

**s1759**  TWIN CITIES MARINE
PO BOX 126
TWO RIVERS, WI  54241-0126

**As of the petition filing date, the claim is:**    $50.69

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1868** Nonpriority creditor's name and mailing address

**s2800**  TWIN COUNTY MOTORSPORTS
2800 N WESLEYAN BLVD
ROCKY MOUNT, NC  27804

**As of the petition filing date, the claim is:**    $149.99

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name                                                                    Case Number (if known)

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.1869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.23 |

s2922    TWIN LAKE OUTFITTERS LLC
29245 HWY 58
SOUTH HILL, VA  23970

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1870    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $10.41

s2543    TWIN RIVER TACKLE
1637 HWY 43 SOUTH
DEMOPOLIS, AL  36732

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1871    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $255.27

s2155    TWO BADGE GUN SHOP
1835 OREGON AVE
KLAMATH, OR  97601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1872    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $17.90

s2038    TWO JACKS PAWN SHOP
5407 HWY 62 W
EUREKA SPRINGS, AR  72632

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

**3.1873**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $12.90

s3119    **U BUILD RIFLE COMPANY**
**7075 E PANORAMA DR**
**CAVE CREEK, AZ 85331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1874**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $30,519.33

s3585    **UMAREX USA INC**
**UMAREX USA**
**FORT SMITH, AR 72916**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1875**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $37.59

s2840    **UNCLE SAMS FIREARMS**
**4702 N BLACKSTONE AVE**
**FRESNO, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1876**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $3,667.19

s3683    **UNICORD**
**12010 S PAULINA STREET**
**CALUMET PARK, IL 60827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1877** Nonpriority creditor's name and mailing address

**s2368** UNIQUE BOAT PRODUCTS
7651 BAGDAD RD
BAGDAD, KY  40003

As of the petition filing date, the claim is:            $6.22

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1878** Nonpriority creditor's name and mailing address

**s3544** UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA  19170

As of the petition filing date, the claim is:            $77,157.89

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1879** Nonpriority creditor's name and mailing address

**s2488** UNITED STATES SHOOTING ACADEMY
6500 EAST 66TH ST NORTH
TULSA, OK  74117

As of the petition filing date, the claim is:            $2.15

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1880** Nonpriority creditor's name and mailing address

**s1845** UNIVERSAL JEWELRY PAWN & GUN I
990 W BRANDON BLVD
BRANDON, FL  33511-4906

As of the petition filing date, the claim is:            $574.75

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                         Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.1881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.46 |
|---|---|---|---|

s2616      **UP IN ARMS**
           PO BOX 1047
           CALIENTE, NV  89008

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 |
|---|---|---|---|

s2894      **UPLAND OUTFITTERS**
           11880 OLD 2243 W STE 202
           LEANDER, TX  78641

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 |
|---|---|---|---|

s3762      **UPS SLC**
           LOCKBOX 577
           CAROL STREAM, IL  60132-0577

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

s2469      **US FIREARMS COMPANY LLC**
           590 S MARY AVE
           SUNNYVALE, CA  94087

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.73

**s1773** | US PROP SERVICE
844 S MAIN ST
TROUTMAN, NC  28166-8514

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.91

**s2781** | USA GUNS AND PAWN INC
6345 HWY 92
ACWORTH, GA  30102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.66

**s1748** | USA MARINE INC
200 SW CUTOFF RTE 20
WORCESTER, MA  01604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.46

**s1996** | USA SUPER PAWN LLC
401 S WASHINGTON ST
MARYVILLE, TN  37804-5812

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

---

| 3.1889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.50 |
|--------|-------------------------------------------------|-----------------------------------------------|-------|

s2140    UTRAMATIC FEEDERS
PO BOX 550
HOCKLEY, TX 77447

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.99 |
|--------|-------------------------------------------------|-----------------------------------------------|-------|

s1879    VALLEY GUN INC
2728 CHESTER AVE
BAKERSFIELD, CA 93301-2017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.55 |
|--------|-------------------------------------------------|-----------------------------------------------|--------|

s2628    VALLEY GUN WORKS
10657 W MAIN RD
NORTH EAST, PA 16428

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.96 |
|--------|-------------------------------------------------|-----------------------------------------------|---------|

s2699    VALUE TRADE LLC
246 MAIN ST
HINTON, WV 25951

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1893**    Nonpriority creditor's name and mailing address

s2637    **VAN DYKES STORE**
**PO BOX 122**
**ELLSINORE, MO  63937**

As of the petition filing date, the claim is:    $2,764.84

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1894**    Nonpriority creditor's name and mailing address

s3224    **VANDALIA TACTICAL SUPPLY LLC**
**312 N DIXIE DRIVE**
**VANDALIA, OH  45377**

As of the petition filing date, the claim is:    $9.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1895**    Nonpriority creditor's name and mailing address

s1638    **VANNS GUNS & RELOADS**
**246 BRADFORD RD**
**PLATTSBURGH, NY  12901-9739**

As of the petition filing date, the claim is:    $6.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1896**    Nonpriority creditor's name and mailing address

s2652    **VELOCITY POWERBOATS**
**3401 DAWN COURT**
**LAKE MARY, FL  32746**

As of the petition filing date, the claim is:    $35.15

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.78 |
|---|---|---|---|

**s2996**

VETERANS GUN CO
304 MARY ST
WAYCROSS, GA  31501

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.15 |
|---|---|---|---|

**s2116**

VILLAGE TRADING POST CO LLC
3115 SUTTON AVE
MAPLEWOOD, MO  63143

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,168.79 |
|---|---|---|---|

**s2667**

VINEYARDMART
687 BETHEL RD
CHESAPEAKE CITY, MD  21915

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**s2315**

VINNIES GUNS
1344 MAGNOLIA AVE
ROHNERT PARK, CA  94928

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|
| s1897 | W M CASTLEBERRY JR<br>PO BOX 2005<br>VALDOSTA, GA 31604-2005 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,308.99 |
|---|---|---|---|
| s3596 | W R CASE & SONS CUTLERY CO.<br>PO BOX 536494<br>PITTSBURGH, PA 15253-5906 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.55 |
|---|---|---|---|
| s2772 | WACKY RIGGERS<br>1315 KEPLEY RD<br>SALISBURY, NC 28147 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 |
|---|---|---|---|
| s2389 | WACKY WORM INC<br>1222 INTERCHANGE ROAD<br>GILBERT, PA 18331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.56 |

s2154   WADES EASTSIDE GUN SHOP INC
13570 BELRED RD
BELLEVUE, WA  98005

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1906   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $42.22

s1766   WAILEA SUPPLY
PO BOX 1916
KIHEI, HI  96753-1916

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1907   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $975.55

s3169   WAKE ZONE MARINE LIMITED
2466 RICH HILL ROAD
CENTERBURG, OH  43011

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1908   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $344.82

s1809   WALKER MARINE
9700 COUNTY RD 33
ASHVILLE, AL  35953-4306

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399,000.00 |
|---|---|---|---|

s3705      WALTHER ARMS INC
           DEPT. #5566
           PO BOX 11407
           BIRMINGHAM, AL  35246-5566

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.39 |
|---|---|---|---|

s3216      WARRIOR MANUFACTURING LLC
           12274 PANOLA RD
           SUMMERTON, SC  29148

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.99 |
|---|---|---|---|

s2848      WAR-STORE
           9702 GAYTON RD STE 500
           HENRICO, VA  23238

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.10 |
|---|---|---|---|

s2630      WATERCRAFT PLUS LLC
           5990 COLLEGE STREET
           BEAUMONT, TX  77707

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.92 |
|---|---|---|---|

s1757  **WAYNE BERGQUIST GUNS/GUNSMITH**
**5760 SHIRLEY ST STE 21**
**NAPLES, FL  34109-1821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.15 |
|---|---|---|---|

s3007  **WAYNE WHITE PROPANE**
**PO BOX 668**
**FAIRFIELD, IL  62837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.90 |
|---|---|---|---|

s2717  **WE PAWN SC**
**82 CLOVERLEAF DR STE 104**
**LONGS, SC  29568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.49 |
|---|---|---|---|

s3040  **WEAPONS INC**
**13161 S MEMORIAL DRIVE STE B**
**BIXBY, OK  74008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,100.00 |
|---|---|---|---|

s3602    WEATHERBY INC AMMO
13183 COLLECTIONS CENTER DR
CHICAG0, IL 60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239,141.95 |
|---|---|---|---|

s3481    WEATHERBY INC
13183 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.95 |
|---|---|---|---|

s1707    WEAVERS GUN SHOP
300 SALEM ST
BLOOMFIELD, MO 63825-8539

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.36 |
|---|---|---|---|

s3144    WEBB ARMS LLC
60 MILITARY ROAD STE B
MARION, AR 72364

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1921** Nonpriority creditor's name and mailing address

s2480   **WEDO PAWN**
**5115-D N TRYON ST**
**CHARLOTTE, NC  28213**

As of the petition filing date, the claim is:                                   $126.20

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1922** Nonpriority creditor's name and mailing address

s3768   **WELLS FARGO FINANCIAL LEASING**
**PO BOX 10306**
**DES MOINES, IA  50306-0306**

As of the petition filing date, the claim is:                                   $981.22

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1923** Nonpriority creditor's name and mailing address

s1967   **WELLS HARDWARE & SUPPLY**
**PO BOX 996**
**CORDELE, GA  31010**

As of the petition filing date, the claim is:                                   $697.78

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1924** Nonpriority creditor's name and mailing address

s1892   **WELSH PAWN SHOP INC**
**32 E DERENNE AVE**
**SAVANNAH, GA  31405**

As of the petition filing date, the claim is:                                   $230.96

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name                                                                          19-11301

                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1925** Nonpriority creditor's name and mailing address

s1614  WENAHA CUSTOM FIREARMS
5689 RIVERVIEW LANE
DEER PARK, WA  99006

As of the petition filing date, the claim is:                          $10.51

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1926** Nonpriority creditor's name and mailing address

s1833  WESLEY K LEWIS
5060 ROSEVILLE ROAD
NORTH HIGHLANDS, CA  95660

As of the petition filing date, the claim is:                          $7.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1927** Nonpriority creditor's name and mailing address

s2867  WEST HOUSTON FIREARMS
1439 BLALOCK RD
HOUSTON, TX  77055

As of the petition filing date, the claim is:                          $18.28

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1928** Nonpriority creditor's name and mailing address

s3760  WEST RIVER BUSINESS PARK PARTNERSHIP
1685 50TH AVE. NE
SAUK RAPIDS, MN  56379

As of the petition filing date, the claim is:                          $10,298.24

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1929** Nonpriority creditor's name and mailing address

s3809   WEST RIVER BUSINESS PARK PARTNERSHIP, LLP
C/O REVERMANN LAW
CLAUDIA M REVERMANN
1623 DIVISION STREET
WAITE PARK, MN 56387

Date or dates debt was incurred   4/1/2019; 5/1/2019; 6/1/2

Last 4 digts of account number   5248

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MINNESOTA LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$11,842.98

---

**3.1930** Nonpriority creditor's name and mailing address

s3185   WESTBORN GUN SHOP INC
21721 ECORSE ROAD
TAYLOR, MI 48180

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$207.39

---

**3.1931** Nonpriority creditor's name and mailing address

s2066   WESTERN FIREARMS INC
6621 ATLANTIC AVE
BELL, CA 90201

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$311.62

---

**3.1932** Nonpriority creditor's name and mailing address

s2304   WET N WILD RENTALS
344 CROCKETT RD
COLUMBIA, SC 29212

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$8.82

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s3128 | **WHEELER ACE HARDWARE**<br>**153 LEGION DR**<br>**WARRENTON, GA  30828** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $405.95

| | | |
|---|---|---|
| 3.1934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s2665 | **WHERRELL MACHINE LLC**<br>**107 SW 2ND ST**<br>**OKEECHOBEE, FL  34974** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $44.09

| | | |
|---|---|---|
| 3.1935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s1900 | **WHISPERING PINES OUTPOST**<br>**N 4200 M 95**<br>**IRON MOUNTAIN, MI  49801-9999** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $3.54

| | | |
|---|---|---|
| 3.1936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s2457 | **WHITE KNOLL GOLD & PAWN**<br>**5520 A PLATT SPRINGS RD**<br>**LEXINGTON, SC  29073** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | Basis for the claim:   CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $136.78

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|

s1631  WHITE MARSH ARMS INC
9603 DEERECO RD SUITE 400
TIMONIUM, MD 21093

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.99 |
|---|---|---|---|

s2040  WHITE PINE MARINE
519 HIGHWAY 25-32
WHITE PINE, TN 37890

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

s1624  WHITE SAND`S GUN AND AMMO
1280 B PINEY GROVE RD
GREENEVILLE, TN 37743-5306

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.35 |
|---|---|---|---|

s1647  WHITETAIL GUNSHOP
2964 S MECHANICSBURG RD
SHIRLEY, IN 47384-9630

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2775  WHITLEYS GUN AND AMMO LLC
       11466 HWY 109
       PARIS, AR  72855

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2844  WIDE EURPS GUNS
       312 W ASHMORE ST
       ASHMORE, IL  61912

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.40 |
|---|---|---|---|

s1671  WIEBKE FUR CO INC
       110 ROSE ST
       LA CROSSE, WI  54603

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.59 |
|---|---|---|---|

s2003  WILBORN GUNS
       505 MAIN AVE NW
       CULLMAN, AL  35055-2848

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.97 |
|---|---|---|---|

s1986   WILD INDIAN GUN CO INC
2305 US HIGHWAY 13 N
GOLDSBORO, NC  27534-7315

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.23 |
|---|---|---|---|

s3227   WILD SIDE PAWN AND GUN
4260 SE FEDERAL HWY
STUART, FL  34997

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.79 |
|---|---|---|---|

s2448   WILD WILL`S GUNS LLC
1709 WEST ANDREW JOHNSON HWY
MORRISTOWN, TN  37814

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.99 |
|---|---|---|---|

s2377   WILDER CITI PAWN & GUN
PO BOX 2192
GLENWOOD, AR  71943

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1949** Nonpriority creditor's name and mailing address

**s1998** WILDERNESS SPORTS INC
107 E DIVISION ST
ISHPEMING, MI  49849-2008

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.54

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1950** Nonpriority creditor's name and mailing address

**s3527** WILDLIFE RESEARCH CENTER INC
14485 AZURITE ST. NW
RAMSEY, MN  55303

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,094.94

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1951** Nonpriority creditor's name and mailing address

**s2609** WILDMAN ARMS
25502 INTERSTATE N 30
BRYANT, AR  72022

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.95

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1952** Nonpriority creditor's name and mailing address

**s2089** WILDWOOD SAW & WORK WEAR
908 S FORTUNA BLVD
FORTUNA, CA  95540

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$183.09

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,770.00 |
|---|---|---|---|

s3675  WILEY X INC
DEPT 34574
PO BOX 39000
SAN FRANCISCO, CA  94139

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.41 |
|---|---|---|---|

s2801  WILLIAMS GUN GEAR
7000 US HWY 271 NORTH
POWDERLY, TX  75473

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,078.00 |
|---|---|---|---|

s3694  WINDHAM WEAPONRY INC
PO BOX 1900
WINDHAM, ME  04062

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.50 |
|---|---|---|---|

s3164  WINDING BROOK INDOOR SHOOTING
11547 LAKERIDGE PKWY
ASHLAND, VA  23005

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1957** Nonpriority creditor's name and mailing address

s2854   **WING PAWN LLC**
**5715 MENAUL BLVD NE**
**ALBUQUERQUE, NM 87110**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$46.40

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1958** Nonpriority creditor's name and mailing address

s3023   **WISE MARINE SERVICE**
**650 PATTERSON RD**
**SALISBURY, NC 28147**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$923.91

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1959** Nonpriority creditor's name and mailing address

s2149   **WITHERS SPORTS SUPPLY**
**7122 S SIWELL RD**
**BYRAM, MS 39272**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$12.90

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1960** Nonpriority creditor's name and mailing address

s2319   **WOLFE MARINE**
**215 FRANCES MILL RD**
**WINDSOR, NC 27983**

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$7.07

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                      Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | |
|---|---|---|
| 3.1961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $71.22 |

s2731    **WOODLAND PARK RANGE II LLC**
         **163 E MAIN ST**
         **SUITE 264**
         **LITTLE FALLS, NJ  07424**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.1962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $29.95 |

s2792    **WOODMOUSE**
         **265 S COLLEGE ST**
         **CARLISLE, PA  17013**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.1963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $478.42 |

s3077    **WOODS BOATHOUSE & POWERSPORTS**
         **2107 WHITE HALL BLVD**
         **FAIRMONT, WV  26554**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| 3.1964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $85.80 |

s1488    **WOODS FORK OUTDOORS LLC**
         **3425 WOODS FORK RD**
         **HIGHLANDVILLE, MO  65669**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="3"><strong>Part 2:</strong> All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.39 |
|---|---|---|---|
| s1943 | WOOTENS MARINE<br>3249 N CHURCH ST.<br>ROCKY MOUNT, NC  27804 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,216.00 |
|---|---|---|---|
| s3487 | WORTH COMPANY<br>PO BOX 88<br>STEVENS POINT, WI  54481 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,511.90 |
|---|---|---|---|
| s3226 | WORTH-A-SHOT INC<br>8424 VETERANS HWY SUITES 10-12<br>MILLERSVILLE, MD  21108 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,845.56 |
|---|---|---|---|
| s3723 | WOW WORLD OF WATERSPORTS WIRE<br>PO BOX 30052<br>OMAHA, NE  68197-1152 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.67 |
|---|---|---|---|

s2815   WRIGHTS GUN REPAIR
1404 POINT WINDY DR
JACKSON GAP, AL  36861

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.05 |
|---|---|---|---|

s2303   WV WILD OUTDOORS LLC
506 FIREHOUSE RD
BIRCH RIVER, WV  26610

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.52 |
|---|---|---|---|

s3042   X 3 FIREARMS
3981 ATLANTA HWY STE 7
LOGANVILLE, GA  30052

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,586.36 |
|---|---|---|---|

s3745   XPRODUCTS,LLC
1110 WEST 17TH STREET
VANCOUVER, WA  98660

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

---

**3.1973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.60

s2243 | **X-RING SUPPLY LLC**
**2201 OGLETOWN RD**
**NEWARK, DE  19711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1974** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.01

s3571 | **XS SIGHT SYSTEMS INC**
**2401 LUDELLE STREET**
**FORT WORTH, TX  76105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1975** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.88

s2585 | **XTREME RANCHES INC**
**711 N SMITH**
**HEBBRONVILLE, TX  78361**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1976** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,821.28

s3616 | **XYLEM**
**26717 NETWORK PLACE**
**CHICAGO, IL  60673-1267**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

---

| 3.1977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.39 |
|---|---|---|---|
| s2292 | YANKEE TRADERS GUN & PAWN LLC<br>11005 A ALABAMA HWY 157<br>CULLMAN, AL  35057 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.54 |
|---|---|---|---|
| s1691 | YARDARM MARINE PROD INC<br>2100 HANCEL PARKWAY<br>MOORESVILLE, IN  46158 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.56 |
|---|---|---|---|
| s2297 | YATESVILLE BAIT & TACKLE<br>62 ROLLINGHILLS<br>LOUISA, KY  41230 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.31 |
|---|---|---|---|
| s1633 | YOUNG HARDWARE<br>112 E 6TH ST<br>HOPKINSVILLE, KY  42240-3402 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.74 |
|---|---|---|---|

s3486    **YOUNGS MFG**
PO BOX 30
MOUNTAIN GROVE, MO  65711-0030

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,641.49 |
|---|---|---|---|

s3031    **ZAPPYSALES DBA SPORTS FAN DEPO**
3621 W BELMONT AVE UNIT 4
CHICAGO, IL  60618

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.35 |
|---|---|---|---|

s1648    **ZEPHYR COVE MARINA**
PO BOX 12309
ZEPHYR COVE, NV  89448-4309

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,370.28 |
|---|---|---|---|

s3767    **ZEV TECHNOLOGLES**
1051 YARNELL PLACE
OXNARD, CA  93033

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

19-11301

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.80 |

s3737    **ZOOM VIDEO COMMUNICATIONS,INC.**
PO BOX 398843
SAN FRANCISCO, CA  94139-8843

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   **TRADE PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

<table>
<tr><td>Part 3:</td><td colspan="3"><strong>List Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP** <br> **711 THIRD AVENUE** <br> **ATTN: JONATHAN L. FLAXER, ESQ.** <br> **MICHAEL S. WEINSTEIN, ESQ.** <br> **NEW YORK, NY 10017** | s3651 | |
| **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP** <br> **711 THIRD AVENUE** <br> **ATTN: JONATHAN L. FLAXER, ESQ.** <br> **MICHAEL S. WEINSTEIN, ESQ.** <br> **NEW YORK, NY 10017** | s3483 | |
| **HOLLAND & HART LLP** <br> **MATTHEW J. OCHS** <br> **555 SEVENTEENTH STREET, SUITE 3200** <br> **P.O. BOX 8749** <br> **DENVER, CO 80201-8749** | s3695 | |
| **MCGUIRE, CRADDOCK & STROTHER, P.C.** <br> **J. MARK CHEVALLIER** <br> **2501 N. HARWOOD, SUITE 1800** <br> **DALLAS, TX 75201** | s3553 | |
| **MONTGOMERY MCCRACKEN WALKER & RHOADS LLP** <br> **MARC J. PHILLIPS, ESQ.** <br> **1105 NORTH MARKET STREET,** <br> **SUITE 1500** <br> **WILMINGTON, DE 19801** | s3695 | |
| **PARKER BOWS** <br> **PO BOX 105** <br> **MINT SPRING, VA 24463-0105** | s3784 | |
| **PAUL WEISS RIFKIND WHARTON & GARRISON LLP** <br> **JACOB A. ADLERSTEIN; ELIZABETH R. MCCOLM** <br> **JACQUELINE P. RUBIN** <br> **1285 AVENUE OF THE AMERICAS** <br> **NEW YORK, NY 10019-6064** | s2702 | |
| **RILEY DEFENSE** <br> **2975 INTERSTATE ST** <br> **CHARLOTTE, NC 28208** | s3777 | |
| **SANDBERG PHOENIX & VON GONTARD P.C.** <br> **SHARON L. STOLTE** <br> **4600 MADISON AVENUE, SUITE 1000** <br> **KANSAS CITY, MO 64112** | s3536 | |
| **TENPOINT CROSSBOW TECHNOLOGIES** <br> **PO BOX 1391** <br> **INDIANA, PA 15701** | s3640 | |
| **WEST RIVER BUSINESS PARK PARTNERSHIP** <br> **1685 50TH AVE. NE** <br> **SAUK RAPIDS, MN 56379** | s3809 | |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> **PAULINE K. MORGAN, ESQ.; M. BLAKE CLEARY, ESQ.** <br> **MICHAEL S. NEIBURG, ESQ.; IAN J. BAMBRICK, ESQ.** <br> **1000 NORTH KING STREET, RODNEY SQUARE** <br> **WILMINGTON, DE 19801** | s2702 | |

**Ellett Brothers, LLC**                                                      19-11301

Debtor Name                                                        Case Number (if known)

<table>
<tr><td style="background:black; color:white"><b>Part 4:</b></td><td><b>Total Amounts of the Priority and Nonpriority Unsecured Claims</b></td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of Claim Amounts** |
|---|---|---|

**5a. Total Claims from Part 1**              5a.                 $454,034.55

**5b. Total Claims from Part 2**              5b.    +            $31,063,298.33
                                                                  **PLUS UNKNOWN**

**5c. Total of Parts 1 and 2**                5c.                 $31,517,332.88
  Lines 5a + 5b = 5c.                                             **PLUS UNKNOWN**

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | Ellett Brothers, LLC | | |
| United States Bankruptcy Court for the: | | District of | **Delaware** |
| | | | (State of) |
| Case Number (if known): | 19-11301 | Chapter | 11 |

☐ Check if this is an amended filing

## Official Form 206G

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>FIRE ALARMS & SPRINKLERS | A1 SPRINKLER SYSTEMS & INTERGRATION<br>2383 NORTHPOINT DRIVE<br>MIAMISBURG, OH  45342 |
| | State the term remaining | EXPIRES: 7/1/2024 | |
| | List the contract number of any government contract | | |
| 2. 2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SECURITY SERVICES | AMERICAN SECURITY OF GREENVILLE, LLC<br>PO BOX 486<br>GREENVILLE, SC  29602 |
| | State the term remaining | EXPIRES: 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2. 3 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS BROKER | AON RISK SOLUTIONS<br>40 WEST BROAD STREET, SUITE 210<br>GREENVILLE, SC  29601 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>PREVENTATIVE MAINENANCE | APPLIED MECHANICAL SYSTEMS, INC.<br>ACCOUNTS RECEIVABLE<br>5598 WOLF CREEK PIKE<br>DAYTON, OH  45426 |
| | State the term remaining | EXPIRES: 7/31/2019 | |
| | List the contract number of any government contract | | |
| 2. 5 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS EXECUTIVE SUPPLEMENTAL DISABILITY INSURANCE | ARMADACARE<br>230 SCHILLING CIRCLE, SUITE 140<br>HUNT VALLEY, MD  21031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
|--------|---------------------|------------------------|----------|
| | Name | | |

**■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS EXECUTIVE SUPPLEMENTAL INSURANCE | ARMADACARE 230 SCHILLING CIRCLE, SUITE 140 HUNT VALLEY, MD 21031 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT WIRELESS SERVICE ACCT: 287022832459 | ATT ATT MOBILITY PO BOX 6463 CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ALARM/FIRE FOR NEWBERRY, SC WAREHOUSE ACCT:803 M67-7657 657 | ATT PO BOX 105503 ATLANTA, GA 30348 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT INTERNET SERVICE IN CHAPIN, SC ACCT: 126460744 | ATT PO BOX 5014 CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT PASSWORD RESET SOFTWARE FOR NETWORK | AVATIER CORP 4733 CHABOT DRIVE, SUITE 201 PLEASANTON, CA 94588 |
| | State the term remaining | EXPIRES: SEPTEMBER 28, 2019 | |
| | List the contract number of any government contract | | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS HRA/HAS/FSA ADMINISTRATION | BENEFIT COORDINATORS, INC. PO BOX 197 IRMO, SC 29063 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | | Case Number (if known): | 19-11301 |
|---|---|---|---|---|

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS MEDICAL INSURANCE | BLUECROSS BLUESHIELD MAILING CODE AX-G50 4101 PERCIVAL ROAD COLUMBIA, SC 29229 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN7844-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC 29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN7866-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC 29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN7958-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC 29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN8102-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC 29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN1337-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC 29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 18 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CN7840-01 | CAROLINA OFFICE<br>820 GRACERN ROAD<br>COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 19 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CN8756-01 | CAROLINA OFFICE<br>820 GRACERN ROAD<br>COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 20 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CN7842-01 | CAROLINA OFFICE<br>820 GRACERN ROAD<br>COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 21 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>TECHNICAL KNOWLEDGE BASE TRAINING | CBT NUGGETS<br>CBT NUGGETS LLC<br>1550 VALLEY RIVER DRIVE<br>EUGENE, OR  97401 |
| | State the term remaining | EXPIRES: FEBRUARY 9, 2020 | |
| | List the contract number of any government contract | | |
| 2. 22 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>TEGILE DR STORAGE SYSTEM | CDW<br>120 S RIVERSIDE PLAZA<br>CHICAGO, IL  60606 |
| | State the term remaining | EXPIRES: DECEMBER 9, 2019 | |
| | List the contract number of any government contract | | |
| 2. 23 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>INTERNET SERVICES BELLEFONTAINE | CENTURY LINK<br>931 14TH STREET<br>#900<br>DENVER, CO  80202 |
| | State the term remaining | EXPIRES: JULY 16, 2021 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2. 24 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>INTERNET SERVICE IN BELLEFONTAINE, OH ACCT: 89250058 | CENTURYLINK<br>PO BOX 2961<br>PHOENIX, AZ 85062 |
| | State the term remaining | EXPIRES: JULY 18, 2021 | |
| | List the contract number of any government contract | | |

| 2. 25 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>LANDSCAPE SERVICES | CHAPMAN LANDSCAPE SC, LLC<br>PO BOX 933<br>CHAPIN, SC 29036 |
| | State the term remaining | EXPIRES: 12/31/2019 | |
| | List the contract number of any government contract | | |

| 2. 26 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS EMPLOYEE ASSISTANCE PROGRAM, COMPANY PAID LIFE, AD&D AND DISBILITY, AND VOLUNTARY LIFE, AD&D, AND DISABILITY INSURANCES | CIGNA GROUP INSURANCE<br>11016 RUSHMORE DR SUITE 300<br>CHARLOTTE, NC 28277 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |

| 2. 27 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>BUILDING MAINTENANCE | CINTAS<br>PO BOX 63083<br>CINNANATI, OH 45263 |
| | State the term remaining | EXPIRES: 6/18/2020 | |
| | List the contract number of any government contract | | |

| 2. 28 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE<br>WIRELESS NEWTORK EQUIPMENT SOUTH CAROLINA LOCATIONS | CISCO SYSTEMS CAPITAL CORP<br>LEASE PROCESSING CENTER<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 |
| | State the term remaining | EXPIRES: 12/20/2021 | |
| | List the contract number of any government contract | | |

| 2. 29 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CISCO LEASE FOR WIRELESS ACCESS POINTS (RF) FOR ALL LOCATIONS | CISCO SYSTEMS CAPITAL CORPORATION<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 |
| | State the term remaining | EXPIRES: DECEMBER 20, 2021 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 30 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MERAKI ACCESS POINTS (WIRELESS NETWORK) ALL SITES 5 YEAR LEASE WITH 10 YEAR SUPPORT | CISCO SYSTEMS CAPITAL CORPORATION<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 |
|---|---|---|---|
| | State the term remaining | EXPIRES: MARCH 20, 2020 | |
| | List the contract number of any government contract | | |

| 2. 31 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CITRIX DESKTOP SOFTWARE FOR THIN CLIENTS | CITRIX<br>CITRIX SYSTEMS, INC.<br>851 WEST CYPRESS CREEK ROAD<br>FT LAUDERDALE, FL 33309 |
|---|---|---|---|
| | State the term remaining | EXPIRES: MAY 16, 2020 | |
| | List the contract number of any government contract | | |

| 2. 32 | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL REAL PROPERTY LEASE<br>PROPERTY ADDRESS: 3015 SOUTH 1030 WEST, SALT LAKE CITY, UT 84119; DEPT #542 | COLFIN 2017-10 INDUSTRIAL OWNER, LLC<br>C/O COLFIN COBALT I-II OWNER, LLC<br>13727 NOEL ROAD, SUITE 750<br>DALLAS, TX 75240 |
|---|---|---|---|
| | State the term remaining | EXPIRES: APRIL 30, 2023 | |
| | List the contract number of any government contract | | |

| 2. 33 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MOTOROLA PSION RF SCANNERS FOR DISTRIBUTION | DATACOM SYSTEMS<br>DATA COM<br>PO BOX 692<br>IRMO, SC 29063 |
|---|---|---|---|
| | State the term remaining | EXPIRES: DECEMBER 20, 2019 | |
| | List the contract number of any government contract | | |

| 2. 34 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS DENTAL INSURANCE | DELTA DENTAL OF SOUTH CAROLINA<br>REGIONAL CLIENT SERVICES ASSOCIATE<br>1320 MAIN STREET, SUITE 650<br>COLUMBIA, SC 29201 |
|---|---|---|---|
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |

| 2. 35 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>DEMATIC MANAGED SERVICES FOR SOFTWARE | DEMATIC CORP<br>507 PLYMOUTH AVE NE<br>GRAND RAPIDS, MI 49505 |
|---|---|---|---|
| | State the term remaining | EXPIRES: JANUARY 30, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 36 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT *.ELLETTBROTHERS.COM | DIGICERT 2801 NORTH THANKSGIVING WAY #500 LEHI, UT 84043 |
| | **State the term remaining** | EXPIRES: SEPTEMBER 11, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 37 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT *.MARINEFLY.COM | DIGICERT 2802 NORTH THANKSGIVING WAY #500 LEHI, UT 84044 |
| | **State the term remaining** | EXPIRES: FEBRUARY 26, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 38 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT DIGITAL CERTIFICATE | DIGICERT 2803 NORTH THANKSGIVING WAY #500 LEHI, UT 84045 |
| | **State the term remaining** | EXPIRES: MARCH 8, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 39 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT *.JERRYSSPORTSCENTER.COM | DIGICERT 2804 NORTH THANKSGIVING WAY #500 LEHI, UT 84046 |
| | **State the term remaining** | EXPIRES: MARCH 9, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 40 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT *.ELLETT.COM | DIGICERT 2805 NORTH THANKSGIVING WAY #500 LEHI, UT 84047 |
| | **State the term remaining** | EXPIRES: MAY 12, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 41 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT DIGITAL CERTIFICATE FOR SERVERS | DIGICERT 2806 NORTH THANKSGIVING WAY #500 LEHI, UT 84048 |
| | **State the term remaining** | EXPIRES: JUNE 12, 2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |



■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 42 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>*.UNITEDSPORTINGCO.COM | DIGICERT<br>2807 NORTH THANKSGIVING WAY #500<br>LEHI, UT  84049 |
| | State the term remaining | EXPIRES: JUNE 17, 2020 | |
| | List the contract number of any government contract | | |
| 2. 43 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>*.UNITEDSPORTINGCOMPANIES.COM | DIGICERT<br>2808 NORTH THANKSGIVING WAY #500<br>LEHI, UT  84050 |
| | State the term remaining | EXPIRES: JUNE 26, 2020 | |
| | List the contract number of any government contract | | |
| 2. 44 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>*.UNITEDSPORTING.COM | DIGICERT<br>2809 NORTH THANKSGIVING WAY #500<br>LEHI, UT  84051 |
| | State the term remaining | EXPIRES: JULY 6, 2020 | |
| | List the contract number of any government contract | | |
| 2. 45 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>DOCUSIGN SUBSCRIPTION FOR PURCHASING | DOCUSIGN<br>2810 NORTH THANKSGIVING WAY #500<br>LEHI, UT  84052 |
| | State the term remaining | EXPIRES: NOVEMBER 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 46 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>DUO TWO FACTOR AUTHENTICATION SOFTWARE | DUO SECURITY<br>123 N ASHLEY ST #100<br>ANN ARBOR, MI  48104 |
| | State the term remaining | EXPIRES: DECEMBER 22, 2019 | |
| | List the contract number of any government contract | | |
| 2. 47 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>IBM MAINTENANCE AS/400 HARDWARE (CHAPIN AND ASHEVILLE) | DYNAMIX<br>1905 WOODSTOCK ROAD, SUITE 4150<br>ROSWELL, GA  30075 |
| | State the term remaining | EXPIRES: SEPTEMBER 30, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 48 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>INFORMATION BUILDERS SOFTWARE SUPPORT | EAE GLOBAL TECHNOLOGIES<br>4218 SCENIC VALLEY LN<br>SUGAR LAND, TX  77479 |
| | **State the term remaining** | EXPIRES: 3 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 49 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>SALES DATA COLLECTION | ECOMSYSTEMS, INC<br>PO BOX 112575<br>NAPLES, FL  34108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 50 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>IT NETWORKS | EMERSON NETWORK POWER<br>1630 AUGUSTA ROAD<br>WEST COLUMBIA, SC  29169 |
| | **State the term remaining** | EXPIRES: 5/11/2020 | |
| | **List the contract number of any government contract** | | |
| 2. 51 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE INSURANCE BENEFITS<br>VISION INSURANCE | EYEMED VISION CARE<br>4000 LUXOTTICA PLACE<br>MASON, OH  45040 |
| | **State the term remaining** | EXPIRES: DECEMBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 52 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>IT PROTECTION OF SERVERS | FIRE SYSTEMS INC.<br>PO BOX 38720<br>CHARLOTTE, NC  28278 |
| | **State the term remaining** | EXPIRES: 11/27/2019 | |
| | **List the contract number of any government contract** | | |
| 2. 53 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>SECURITY SERVICES | GENRIC, INC.<br>433 ALLENBY DR<br>MARYSVILLE, OH  43040 |
| | **State the term remaining** | EXPIRES: 3/4/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 54 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ELLETT.BIZ | GODADDY<br>14455 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ  85260 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |
| 2. 55 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ELLETTBROTHERS.BIZ | GODADDY<br>14456 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ  85261 |
| | State the term remaining | EXPIRES: NOVEMBER 21, 2020 | |
| | List the contract number of any government contract | | |
| 2. 56 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ELLETTBROTHERS.INFO | GODADDY<br>14457 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ  85262 |
| | State the term remaining | EXPIRES: NOVEMBER 22, 2020 | |
| | List the contract number of any government contract | | |
| 2. 57 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ELLETTBROTHERS.US | GODADDY<br>14458 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ  85263 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |
| 2. 58 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ELLETTMARINE.US | GODADDY<br>14459 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ  85264 |
| | State the term remaining | EXPIRES: FEBRUARY 24, 2020 | |
| | List the contract number of any government contract | | |
| 2. 59 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>JERRYSSPORTCENTER.BIZ | GODADDY<br>14460 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ  85265 |
| | State the term remaining | EXPIRES: SEPTEMBER 13, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2. 60 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.COM | GODADDY 14461 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85266 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 61 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.INFO | GODADDY 14462 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85267 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2020 | |
| | List the contract number of any government contract | | |
| 2. 62 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.NET | GODADDY 14463 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85268 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 63 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.ORG | GODADDY 14464 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85269 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2020 | |
| | List the contract number of any government contract | | |
| 2. 64 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.US | GODADDY 14465 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85270 |
| | State the term remaining | EXPIRES: SEPTEMBER 13, 2020 | |
| | List the contract number of any government contract | | |
| 2. 65 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.BIZ | GODADDY 14466 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85271 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

**■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2. 66 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.INFO | GODADDY 14467 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85272 |
| | State the term remaining | EXPIRES: SEPTEMBER 12, 2020 | |
| | List the contract number of any government contract | | |
| 2. 67 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.NET | GODADDY 14468 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85273 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 68 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.US | GODADDY 14469 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85274 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |
| 2. 69 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MARINEFLY.COM | GODADDY 14470 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85275 |
| | State the term remaining | EXPIRES: DECEMBER 19, 2019 | |
| | List the contract number of any government contract | | |
| 2. 70 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINC.COM | GODADDY 14471 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85276 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 71 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINC.NET | GODADDY 14472 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85277 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 72 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> UNITEDSPORTING.COM <br><br> **State the term remaining** <br> EXPIRES: NOVEMBER 29, 2020 <br><br> **List the contract number of any government contract** | GODADDY <br> 14473 NORTH HAYDEN ROAD, SUITE 100 <br> SCOTTSDALE, AZ  85278 |
| 2. 73 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> UNITEDSPORTINGCOMPANIES.COM <br><br> **State the term remaining** <br> EXPIRES: SEPTEMBER 14, 2020 <br><br> **List the contract number of any government contract** | GODADDY <br> 14474 NORTH HAYDEN ROAD, SUITE 100 <br> SCOTTSDALE, AZ  85279 |
| 2. 74 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> UNITEDSPORTINGCOMPANIES.NET <br><br> **State the term remaining** <br> EXPIRES: NOVEMBER 29, 2020 <br><br> **List the contract number of any government contract** | GODADDY <br> 14475 NORTH HAYDEN ROAD, SUITE 100 <br> SCOTTSDALE, AZ  85280 |
| 2. 75 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> UNITEDSPORTINGCOMPANIES.ORG <br><br> **State the term remaining** <br> EXPIRES: SEPTEMBER 14, 2020 <br><br> **List the contract number of any government contract** | GODADDY <br> 14476 NORTH HAYDEN ROAD, SUITE 100 <br> SCOTTSDALE, AZ  85281 |
| 2. 76 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> UNITEDSPORTINGCOMPANIES.INFO <br><br> **State the term remaining** <br> EXPIRES: SEPTEMBER 13, 2020 <br><br> **List the contract number of any government contract** | GODADDY <br> 14477 NORTH HAYDEN ROAD, SUITE 100 <br> SCOTTSDALE, AZ  85282 |
| 2. 77 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> UNITEDSPORTINGINC.NET <br><br> **State the term remaining** <br> EXPIRES: NOVEMBER 29, 2020 <br><br> **List the contract number of any government contract** | GODADDY <br> 14478 NORTH HAYDEN ROAD, SUITE 100 <br> SCOTTSDALE, AZ  85283 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 78 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>UNITEDSPORTINGINC.COM | GODADDY<br>14479 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ 85284 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 79 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>USCDEALS.DEALS | GODADDY<br>14480 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ 85285 |
| | State the term remaining | EXPIRES: JANUARY 21, 2020 | |
| | List the contract number of any government contract | | |
| 2. 80 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>USCHOTDEALS.COM | GODADDY<br>14481 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ 85286 |
| | State the term remaining | EXPIRES: JANUARY 19, 2020 | |
| | List the contract number of any government contract | | |
| 2. 81 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>USCHOTSHOW.COM | GODADDY<br>14482 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ 85287 |
| | State the term remaining | EXPIRES: AUGUST 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 82 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>USCSHO.COM | GODADDY<br>14483 NORTH HAYDEN ROAD, SUITE 100<br>SCOTTSDALE, AZ 85288 |
| | State the term remaining | EXPIRES: JANUARY 19, 2020 | |
| | List the contract number of any government contract | | |
| 2. 83 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>EDI VAN | GRACEBLOOD LLC<br>417 E CAPE SHORES DR<br>LEWES, DE 19958 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2. 84** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>DBU AS/400 SOFTWARE MAINTENANCE | HELPSYSTEMS / PRODATA<br>6455 CITY WEST PARKWAY<br>EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | EXPIRES: DECEMBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| **2. 85** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>DBU AS/400 SOFTWARE MAINTENANCE | HELPSYSTEMS / PRODATA<br>6455 CITY WEST PARKWAY<br>EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | EXPIRES: OCTOBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| **2. 86** | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH INSURANCE | HEWITT GRANT<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2. 87** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT | IMMEDION<br>1000 CATAWBA ST<br>SUITE 180<br>COLUMBIA, SC  29201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2. 88** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>A+, STOREFRONT, CORVU, OPTIO, PM10 | INFOR<br>641 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10011 |
| | **State the term remaining** | EXPIRES: AUGUST 31, 2019 | |
| | **List the contract number of any government contract** | | |
| **2. 89** | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>MIDDLEWARE | INFORMATION BUILDERS<br>2 PENN PLAZA<br>NEW YORK, NY  10121 |
| | **State the term remaining** | EXPIRES: MARCH 12, 2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2. 90 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT<br>AT WILL EMPLOYMENT OFFER | JIM MCCRUDDEN<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2. 91 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | JOHN MCCARTHY<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2. 92 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>LANSA COMPOSER SOFTWARE<br>(AS400) | LANSA<br>2001 BUTTERFIELD RD<br>SUITE 102<br>DOWNERS GROVE, IL  60515 |
| | **State the term remaining** | EXPIRES: DECEMBER 15, 2019 | |
| | **List the contract number of any government contract** | | |

| 2. 93 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>LANSA INTEGRATOR AND<br>MIDDLEWARE (AS400) | LANSA<br>2001 BUTTERFIELD RD<br>SUITE 102<br>DOWNERS GROVE, IL  60515 |
| | **State the term remaining** | EXPIRES: APRIL 29, 2020 | |
| | **List the contract number of any government contract** | | |

| 2. 94 | **State what the contract or lease is for and the nature of the debtor's interest** | CHAPIN HVAC AGREEMENT | LINC SERVICE FOR TOTAL COMFORT SOLUTIONS<br>346 ORCHARD DRIVE<br>COLUMBIA, SC  29170 |
| | **State the term remaining** | EXPIRES: 4/2/2020 | |
| | **List the contract number of any government contract** | | |

| 2. 95 | **State what the contract or lease is for and the nature of the debtor's interest** | NEWBERRY HVAC AGREEMENT | LINC SERVICE FOR TOTAL COMFORT SOLUTIONS<br>346 ORCHARD DRIVE<br>COLUMBIA, SC  29170 |
| | **State the term remaining** | EXPIRES: 4/2/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 96 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT WAREHOUSE SOFTWARE BELLEFONTAINE | MANHATTAN ASSOCIATES 2300 WINDY RIDGE PARKWAY 10TH FLOOR ATLANTA, GA  30339 |
| | State the term remaining | EXPIRES: AUGUST 27, 2019 | |
| | List the contract number of any government contract | | |

| 2. 97 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT JANITORIAL SERVICES | MASTERCLEAN JANITORIAL-BRAVO 1140 RT 22 E 2ND FLOOR STE 202 BRIDGEWATER, NJ  08807 |
| | State the term remaining | EXPIRES: 12/31/2019 | |
| | List the contract number of any government contract | | |

| 2. 98 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE 401K PLAN BROKER | MAUNEY-PITT FINANCIAL MANAGEMENT, INC. 310-2 E GRAHAM ST. SHELBY, NC  28150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 99 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MEDIA AUTOPRICE SOFTWARE FOR ADOBE | MEADOWS PUBLISHING SOLUTIONS 1305 REMINGTON ROAD SUITE G SCHAUMBURG, IL  60173 |
| | State the term remaining | EXPIRES: APRIL 4, 2020 | |
| | List the contract number of any government contract | | |

| 2. 100 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT WATER WATER DISPENSER | MERUS WATER SYSTEMS 108-A PARK PLACE COURT GREENVILLE, SC  29607 |
| | State the term remaining | EXPIRES: 3/12/2020 | |
| | List the contract number of any government contract | | |

| 2. 101 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS | METLIFE TERRY MCLEMORE, SR BILLING ACCOUNT REP II US GROUP OPERATIONS, BILLING & REMITTANCE 18210 CRANE NEST DRIVE TAMPA, FL  33647 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

**■ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 102 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>CLOUD SERVICES FOR WWW SITES<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROSOFT AZURE<br>MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 |
| 2. 103 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>MICROSOFT ENTERPRISE AGREEMENT<br><br>**State the term remaining**<br>EXPIRES: NOVEMBER 30, 2019<br><br>**List the contract number of any government contract** | MICROSOFT<br>SHI<br>1501 S MOPC EXPRESSWAY, SUITE 400<br>AUSTIN, TX 78746 |
| 2. 104 | **State what the contract or lease is for and the nature of the debtor's interest**<br>NON-RESIDENTIAL REAL PROPERTY LEASE<br>PROPERTY ADDRESS: MILL TOWN SQUARE, 150 EAST PENNSYLVANIA AVENUE, SUITE 530, DOWNINGTOWN, PA 19335; DEPT #401<br><br>**State the term remaining**<br>EXPIRES: SEPTEMBER 30, 2021<br><br>**List the contract number of any government contract** | MILL TOWN PARTNERS, L P<br>C/O TRIPOINT PROPERTIES, INC.<br>150 E PENNSYLVANIA AVE, SUITE 510<br>DOWNINGTOWN, PA 19335 |
| 2. 105 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>REMOTE CONTROL OF RFS<br><br>**State the term remaining**<br>EXPIRES: FEBRUARY 27, 2020<br><br>**List the contract number of any government contract** | MOBI CONTROL<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| 2. 106 | **State what the contract or lease is for and the nature of the debtor's interest**<br>CONTRACT<br>EXTERMINATING SERVICES<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MODERN EXTERMINATING CO<br>PO BOX 622<br>COLUMBIA, SC 29202-0622 |
| 2. 107 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>MAINTENANCE ON COPIERS IN BELLEFONTAINE<br><br>**State the term remaining**<br>EXPIRES: APRIL 14, 2020<br><br>**List the contract number of any government contract** | MODERN OFFICE METHODS<br>7965 N HIGH ST<br>COLUMBUS, OH 42235 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|---------------------|------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 108 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKSOLUTIONS.US | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |

| 2. 109 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKSOLUTIONS.US.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |

| 2. 110 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: JANUARY 13, 2022 | |
| | **List the contract number of any government contract** | | |

| 2. 111 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.XXX | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: JANUARY 13, 2022 | |
| | **List the contract number of any government contract** | | |

| 2. 112 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.CC | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |

| 2. 113 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUPRIV.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: JANUARY 13, 2032 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |

| 2. 114 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ACUSPORT.NET | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: MAY 25, 2022 | |
| | List the contract number of any government contract | | |

| 2. 115 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>ELLETTBROTHERSARCHERY.COM | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: OCTOBER 9, 2019 | |
| | List the contract number of any government contract | | |

| 2. 116 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CUSTOMERLINKEXCHANGE.XXX | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: JANUARY 13, 2022 | |
| | List the contract number of any government contract | | |

| 2. 117 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>AXISNEXUS.US.COM | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: FEBRUARY 25, 2023 | |
| | List the contract number of any government contract | | |

| 2. 118 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>OFFDUTYARMORY.COM | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: APRIL 4, 2022 | |
| | List the contract number of any government contract | | |

| 2. 119 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>AXISNEXUS.US | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: FEBRUARY 25, 2023 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 120 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.BIZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 121 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: MAY 24, 2030 | |
| | **List the contract number of any government contract** | | |
| 2. 122 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT AXISNEXUS.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 25, 2023 | |
| | **List the contract number of any government contract** | | |
| 2. 123 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.TV | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 124 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.TC | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 125 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|----------------------|------------------------|----------|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 126 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINK.XXX | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: JANUARY 13, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 127 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.WS | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 128 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT AXISNEXUS.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 25, 2023 | |
| | **List the contract number of any government contract** | | |
| 2. 129 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT AXISNEXUS.BIZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 25, 2023 | |
| | **List the contract number of any government contract** | | |
| 2. 130 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.BZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 131 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT JERRYSSPORTSCENTER.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: SEPTEMBER 17, 2019 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 132 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT AXISNEXUS.INFO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: FEBRUARY 25, 2023 | |
| | List the contract number of any government contract | | |
| 2. 133 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT AXISNEXUS.NET | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: FEBRUARY 25, 2023 | |
| | List the contract number of any government contract | | |
| 2. 134 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.INFO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: MAY 25, 2022 | |
| | List the contract number of any government contract | | |
| 2. 135 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTS.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: SEPTEMBER 17, 2019 | |
| | List the contract number of any government contract | | |
| 2. 136 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.US | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: MAY 25, 2022 | |
| | List the contract number of any government contract | | |
| 2. 137 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | | Case Number (if known): | 19-11301 |
|---|---|---|---|---|
| | Name | | | |

**▮** **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 138 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETTBROTHERSGUNS.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 9, 2019 | |
| | List the contract number of any government contract | | |
| 2. 139 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |
| 2. 140 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.MOBI | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |
| 2. 141 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |
| 2. 142 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.NET | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |
| 2. 143 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.NET | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2. 144 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| 2. 145 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.US | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| 2. 146 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.US.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| 2. 147 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.XXX | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: JANUARY 13, 2022 | |
| | List the contract number of any government contract | | |

| 2. 148 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKEXCHANGE.BIZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| 2. 149 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETTBROTHERSMARINE.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 9, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 150 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKSOLUTIONS.BIZ **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| 2. 151 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKSOLUTIONS.COM **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| 2. 152 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKEXCHANGE.INFO **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| 2. 153 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT ELLETT.COM **State the term remaining** EXPIRES: JUNE 27, 2020 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| 2. 154 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT UNITEDSPORTINGCO.COM **State the term remaining** EXPIRES: FEBRUARY 21, 2020 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| 2. 155 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT BONITZ-JSC.COM **State the term remaining** EXPIRES: JUNE 18, 2020 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 156 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT OSHI-JSC.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: JUNE 18, 2020 | |
| | List the contract number of any government contract | | |

| 2. 157 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT SIMMONS-JSC.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: JUNE 18, 2020 | |
| | List the contract number of any government contract | | |

| 2. 158 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| 2. 159 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.MOBI | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |

| 2. 160 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINK.US.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: NOVEMBER 3, 2020 | |
| | List the contract number of any government contract | | |

| 2. 161 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINK.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: NOVEMBER 3, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|----------------------|-------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 162 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>CUSTOMERLINKSOLUTIONS.INFO | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 163 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>ELLETTBROTHERS.COM | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12809 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: NOVEMBER 6, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 164 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>PALO ALTO FIREWALL MANAGEMENT AND SECURITY MONITORING | NTT SECURITY<br>DIMENSION DATA NORTH AMERICA, INC.<br>PO BOX 392387<br>PITTSBURGH, PA  15251 |
| | **State the term remaining** | EXPIRES: MARCH 10, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 165 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE<br>MAILSTREAM MONO PRINTER MODULE & RELATED EQUIPMENT; LOCATION: CHAPIN, SC | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>PO BOX 371887<br>PITTSBURGH, PA  15250-7887 |
| | **State the term remaining** | EXPIRES: JANUARY 19, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 166 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>QLIKVIEW BI | QLIKTECH INC<br>150 N RADNOR CHESTER RD<br>STE E120<br>RADNOR, PA  19067 |
| | **State the term remaining** | EXPIRES: DECEMBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 167 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>CONTACT CENTER SOLUTION | RING CENTRAL CONTACT CENTER<br>RINGCENTRAL INC.<br>DEPT. CH 19585<br>PALATINE, IL  60055 |
| | **State the term remaining** | EXPIRES: JULY 1, 2021 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 168 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>TELEPHONE SERVICE | RING CENTRAL OFFICE<br>RINGCENTRAL INC.<br>DEPT. CH 19585<br>PALATINE, IL  60055 |
| | **State the term remaining** | EXPIRES: JULY 1, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 169 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT<br>AT WILL EMPLOYMENT OFFER | ROBERT GEORGE<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 170 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>ALDON LMI CHANGE MANAGEMENT<br>AS400 | ROCKET SOFTWARE<br>77 4TH AVE.<br>WALTHAM, MA  02451 |
| | **State the term remaining** | EXPIRES: AUGUST 25, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 171 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>ICE MAKER PREVENTATIVE<br>MAINTENANCE | RUFUS ORNDUFF REFRIGERATION<br>3820 AUGUSTA ROAD<br>WEST COLUMBIA, SC  29170 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 172 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-RESIDENTIAL REAL PROPERTY LEASE<br>PROPERTY ADDRESS: 8432 STERLING ST, SUITE 100, IRVING, TX 75063; DEPT #701 | SAVLAN DFW COMMERCE PARK, LLC<br>C/O SAVLAN CAPITAL LLC<br>ATTN: ZUSHA TENENBAUM<br>400 ANSIN BOULEVARD, SUITE A<br>HALLANDALE, FL  33009 |
| | **State the term remaining** | EXPIRES: JULY 31, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 173 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>VOICE/DATA CIRCUITS | SEGRA<br>SPIRIT COMMUNICATION<br>PO BOX 603030<br>CHARLOTTE, NC  28260 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
|---|---|---|---|

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 174 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MAINTENANCE ON SERVERS | SERVICE EXPRESS, INC 3854 BROADMOOR AVE GRAND RAPIDS, MI 49512 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 175 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ADOBE CREATIVE CLOUD / ACROBAT PRO | SHI / ADOBE SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: JULY 18, 2019 | |
| | List the contract number of any government contract | | |
| 2. 176 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ARC SERVE BACKUP SOFTWARE FOR WINDOW SERVERS | SHI / ARCSERVE SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: JANUARY 24, 2020 | |
| | List the contract number of any government contract | | |
| 2. 177 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT HELPDESK SOFTWARE MAINTENANCE | SHI / BMC SOFTWARE SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: MARCH 18, 2020 | |
| | List the contract number of any government contract | | |
| 2. 178 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MIMECAST EMAIL VIRUS AND SPAM FILTER | SHI / MIMECAST SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: MARCH 30, 2020 | |
| | List the contract number of any government contract | | |
| 2. 179 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT PALO ALTO FIREWALLS FOR SITES | SHI / PALO ALTO SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: MARCH 15, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 180 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT NETWORK MANAGEMENT SOFTWARE SOLARWINDS / KIWI / NETFLOW | SHI / SOLARWINDS SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX  78746 |
| | **State the term remaining** | EXPIRES: FEBRUARY 26, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 181 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT WS FTP PRO SOFTWARE FOR CUSTOMER DOWNLOADS AND INTEGRATION | SHI / WS_FTP PRO SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX  78746 |
| | **State the term remaining** | EXPIRES: JUNE 9, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 182 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT VSPHERE VCENTER PRODUCT SUPPORT (DR) | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX  78216 |
| | **State the term remaining** | EXPIRES: JANUARY 29, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 183 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT PALO ALTO FIREWALL | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX  78216 |
| | **State the term remaining** | EXPIRES: MARCH 26, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 184 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CISCO SMARTNET (CORE, NEXUS, UCS) | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX  78216 |
| | **State the term remaining** | EXPIRES: MAY 20, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 185 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT EMC STORAGE EXPANSION CER | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX  78216 |
| | **State the term remaining** | EXPIRES: DECEMBER 14, 2019 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 186 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>EMC STORAGE | SIRIUS<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX  78216 |
| | State the term remaining | EXPIRES: DECEMBER 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 187 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>EXAGRID BACKUP DISK SERVER | SIRIUS<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX  78216 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 188 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>BROCADE SWITCH MAINTENANCE | SIRIUS<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX  78216 |
| | State the term remaining | EXPIRES: OCTOBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 189 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SECURITY LIGHTING | SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | State the term remaining | EXPIRES: 12/3/2019 | |
| | List the contract number of any government contract | | |
| 2. 190 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>CHAPIN SECURITY MONITORING -<br>AFTER HOURS | SOUTH CAROLINA SECURITY SYSTEM<br>170 LAURELHURST AVE.<br>COLUMBIA, SC  29210-3824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 191 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>NEWBERRY SECURITY MONITORING -<br>AFTER HOURS | SOUTH CAROLINA SECURITY SYSTEM<br>170 LAURELHURST AVE.<br>COLUMBIA, SC  29210-3824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**



| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 192 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE WALK BEHIND SCRUBBER; LOCATION: CHAPIN, SC - WAREHOUSE | SOUTHEASTERN EQUIPMENT & SUPPLY 1919 OLD DUNBAR ROAD WEST COLUMBIA, SC  29172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 193 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT INTERNET SERVICE IN CHAPIN, SC ACCT: 202-001789301-001 | SPECTRUM TIME WARNER CABLE PO BOX 70872 CHARLOTTE, NC  28272 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 194 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT INTERNET SERVICE FOR CAFETERIA IN CHAPIN, SC ACCT: 202-911016001-001 | SPECTRUM TIME WARNER CABLE PO BOX 70872 CHARLOTTE, NC  28272 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 195 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT VENDOR EDI OUTSOURCING | SPS COMMERCE PO BOX 205782 DALLAS, TX  75320 |
| | State the term remaining | EXPIRES: 3 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 196 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT TOOLBOX SOFTWARE | SPS COMMERCE PO BOX 205782 DALLAS, TX  75320 |
| | State the term remaining | EXPIRES: APRIL 1, 2019 | |
| | List the contract number of any government contract | | |
| 2. 197 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT DATA MANAGEMENT SOFTWARE | STIBOSYSTEMS 3550 GEORGE BUSBEE PARKWAY SUITE 350 KENNESAW, GA  30144 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|----------------------|-------------------------|----------|

Name

⬛ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 198 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>NEXT-GEN ANTIVIRUS | STIGROUP/ENSILO<br>STIGROUP, LTD<br>201 ROCK ROADD, SUITE 2X<br>GLEN ROCK, NJ 07452 |
| | State the term remaining | EXPIRES: JUNE 27, 2020 | |
| | List the contract number of any government contract | | |
| 2. 199 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT<br>AT WILL EMPLOYMENT OFFER | THEODORE RAIMAN<br>267 COLUMBIA AVENUE<br>CHAPIN, SC 29036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 200 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>ELEVATOR MAINTENANCE | THYSSENKRUPP ELEVATOR<br>145 WINDHILL ROAD STE 300<br>COLUMBIA, SC 29203 |
| | State the term remaining | EXPIRES: 9/2/2023 | |
| | List the contract number of any government contract | | |
| 2. 201 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>TL ASHFORD LABEL SOFTWARE<br>(AS400) | TL ASHFORD<br>334 BEECHWOOD ROAD<br>SUITE 302<br>FORT MITCHELL, KY 41017 |
| | State the term remaining | EXPIRES: MARCH 31, 2020 | |
| | List the contract number of any government contract | | |
| 2. 202 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>HRIS SOFTWARE AND PAYROLL | ULTIMATE SOFTWARE GROUP, INC<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 203 | State what the contract or lease is for and the nature of the debtor's interest | HUMAN RESOURCES AND PAYROLL SYSTEM | ULTIMATE SOFTWARE<br>400 GALLERIA PARKWAY SE, SUITE 800<br>ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|

Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 204 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>DOCUMENT IMAGING SOFTWARE | VANGUARD SYSTEMS, INC<br>2901 DUTTON MILL RD<br>SUITE 220<br>ASTON, PA  19014 |
| | State the term remaining | EXPIRES: AUGUST 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 205 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>VARSITY SHIPPING SOFTWARE MAINTENANCE | VARSITY LOGISTICS<br>1 PARKWAY NORTH<br>SUITE 400S<br>DEERFIELD, IL  60015 |
| | State the term remaining | EXPIRES: MAY 31, 2020 | |
| | List the contract number of any government contract | | |
| 2. 206 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>WIRELESS SERVICE ACCT: 58842067-00002 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX  75266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 207 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>WIRELESS SERVICE ACCT: 58842067-00001 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX  75266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 208 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CHAPIN BUILDING UPS POWER BACKUP | VERTIV / EMERSON POWER<br>1630 AUGUSTA ROAD<br>WEST COLUMBIA, SC  29169 |
| | State the term remaining | EXPIRES: AUGUST 30, 2019 | |
| | List the contract number of any government contract | | |
| 2. 209 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MIMIX DISASTER RECOVERY AS/400 SUPPORT | VISION SOLUTIONS/SYNCSORT<br>VISION SOLUTIONS<br>2 BLUE HILL PLAZA, @1563<br>PEARL RIVER, NY  10965 |
| | State the term remaining | EXPIRES: SEPTEMBER 30, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
|--------|----------------------|------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT CONTRACT<br>MIMIX DISASTER RECOVERY AS/400 SUPPORT | VISION SOLUTIONS/SYNCSORT<br>VISION SOLUTIONS<br>2 BLUE HILL PLAZA, @1563<br>PEARL RIVER, NY 10965 |
| | **State the term remaining**<br>EXPIRES: OCTOBER 31, 2019 | |
| | **List the contract number of any government contract** | |
| 2. 211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT CONTRACT<br>REMOTE CONTROL | VNC<br>SHI<br>1501 S MOPC EXPRESSWAY, SUITE 400<br>AUSTIN, TX 78746 |
| | **State the term remaining**<br>EXPIRES: NOVEMBER 13, 2019 | |
| | **List the contract number of any government contract** | |
| 2. 212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT CONTRACT<br>SSH & FTP FOR ECOMMERCE SITE | WEBCENTER<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT CONTRACT<br>CRM | WEBPRESENTED<br>1275 KINNEAR RD<br>COLUMBUS, OH 43212 |
| | **State the term remaining**<br>EXPIRES: AUGUST 16, 2019 | |
| | **List the contract number of any government contract** | |
| 2. 214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>EQUIPMENT LEASE<br>COPIER; LOCATION: BELLEFONTAINE, OH | WELLS FARGO FINANCIAL LEASING<br>LEASING CUSTOMER SERVICE<br>MAC F0005-055<br>800 WALNUT STREET<br>DES MOINES, IA 50309-3605 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT CONTRACT<br>BELLEFONTAINE COPIERS | WELLS FARGO FINANCIAL LEASING, INC<br>800 WALNUT<br>4TH FLOOR<br>DES MOINES, IA 50309 |
| | **State the term remaining**<br>EXPIRES: APRIL 14, 2022 | |
| | **List the contract number of any government contract** | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|---------------------|------------------------|----------|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 216 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE 401K PLAN RECORD KEEPER | WELLS FARGO INSTITUTIONAL RETIREMENT AND TRUST MAC D1050-140 401 SOUTH TYRON STREET, TH-14 CHARLOTTE, NC  28202 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 217 | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL REAL PROPERTY LEASE PROPERTY ADDRESS: 417 GREAT OAK DRIVE, WAITE PARK, MN 56387; DEPT #801 | WEST RIVER BUSINESS PARK PARTNERSHIP 1685 50TH AVE. NE SAUK RAPIDS, MN  56379 |
| | State the term remaining | EXPIRES: AUGUST 31, 2020 | |
| | List the contract number of any government contract | | |
| 2. 218 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT VIDEO CONFERENCING | ZOOM VIDEO COMMUNICATIONS, INC. 55 ALMADEN BLVD 6TH FLOOR SAN JOSE, CA  95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="3">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td colspan="2">Ellett Brothers, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of</td><td>Delaware</td></tr>
<tr><td></td><td></td><td>(State of)</td></tr>
<tr><td>Case Number (if known):  19-11301</td><td>Chapter</td><td>11</td></tr>
</table>

☐ **Check if this is an amended filing**

## Official Form 206H

## SCHEDULE H - CODEBTORS                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | BONITZ BROTHERS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.2 | BONITZ BROTHERS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.3 | EVANS SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.4 | EVANS SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.5 | JERRY`S SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.6 | JERRY`S SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

## Additional Page to List More Codebtors

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.7 | OUTDOOR SPORTS HEADQUARTERS, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265)<br>☐ E/F<br>☐ G |
| 2.8 | OUTDOOR SPORTS HEADQUARTERS, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274)<br>☐ E/F<br>☐ G |
| 2.9 | SIMMONS GUN SPECIALTIES, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265)<br>☐ E/F<br>☐ G |
| 2.10 | SIMMONS GUN SPECIALTIES, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274)<br>☐ E/F<br>☐ G |
| 2.11 | SPORTCO HOLDINGS, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265)<br>☐ E/F<br>☐ G |
| 2.12 | SPORTCO HOLDINGS, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274)<br>☐ E/F<br>☐ G |
| 2.13 | UNITED SPORTING COMPANIES, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265)<br>☐ E/F<br>☐ G |
| 2.14 | UNITED SPORTING COMPANIES, INC.<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274)<br>☐ E/F<br>☐ G |