IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-11299 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 8, 51 and 160** |

**SECOND BRIDGE ORDER AMENDING THE COURT'S INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION LENDERS, (V) MODIFYING AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

Upon the Debtors' *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 8] (the "DIP Motion"), the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 51] entered on June 13, 2019 (the "Interim DIP Order")[2] and the *Bridge Order Amending the Court's Interim Order (I) Authorizing the Debtors*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim DIP Order

*to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 160] entered on July 16, 2019 (the "First Bridge Order"); and upon the agreement of the Debtors' the DIP Agent, the Prepetition Agents, and the Committee; and upon the record established at the Interim Hearing;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the DIP Motion is GRANTED on the terms set forth in this order (the "Second Bridge Order").

2. The Final Hearing to consider entry of the Final Order, final approval of the DIP Facility, and final approval of the Debtors' use of Cash Collateral is adjourned to August 6, 2019 at 10:00 AM (ET) (such adjourned date, the "Adjourned Final Hearing") or such other date as determined by the Court.

3. Notwithstanding Paragraph 11 of the Interim DIP Order or anything in the First Bridge Order, the Debtors are hereby authorized to continue their use of Cash Collateral for the period from the date of this Second Bridge Order through and including the Adjourned Final Hearing (such period, the "Second Bridge Period") on the terms and conditions set forth in the Interim DIP Order, as amended by this Second Bridge Order.

4. During the Second Bridge Period only, the budget attached as Exhibit 1 to the First Bridge Order shall be considered the "Approved Budget" as such term is defined in the Interim DIP Order; *provided* that the Committee's line item in the professional fee Carve Out shall be $531,250 through the week ending August 9, 2019.

5.  The Debtors are not required to file a supplemental or amended motion to obtain approval of the DIP Motion or the Final Order provided that the Debtors shall file a form of Final Order and proposed budget no later than August 1, 2019 at 4:00 PM (ET).

6.  Except as otherwise modified by this Second Bridge Order, the Interim DIP Order shall remain in full force and effect during the Second Bridge Period in accordance with its terms.

7.  The Court has and will retain jurisdiction to enforce the terms of, any and all matters arising from or related to the DIP Facility, the Interim DIP Order, and/or this Second Bridge Order.

**Dated: July 29th, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

3

DM_US 161223629-5.105320.0013