IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-11299 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 8, 51, 160 and 209** |

**NOTICE OF FILING OF REVISED PROPOSED
CLEAN AND BLACKLINE FINAL DIP ORDER**

PLEASE TAKE NOTICE that on June 10, 2019, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 8] (the "**DIP Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on June 13, 2019, the Court entered the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

*Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 51] (the "**Interim Order**").

PLEASE TAKE FURTHER NOTICE that on July 16, 2019, the Court entered the *Bridge Order Amending the Court's Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 160].

PLEASE TAKE FURTHER NOTICE that on July 29, 2019, the Court entered the *Second Bridge Order Amending the Court's Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 209].

PLEASE TAKE FURTHER NOTICE that the Debtors received responses, comments, or objections to the proposed form of final order (the "**Final Order**") approving the DIP Motion from the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and the Second Priority Agent (collectively, the "**Responding Parties**").

PLEASE TAKE FURTHER NOTICE that the Debtors and the DIP Lender have revised the Final Order to resolve most of the issues raised by the Responding Parties.  A copy of the current draft of the Final Order is attached hereto as Exhibit A.   For the convenience of the Court and other interested parties, a blackline comparison of the Final Order against the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that the final hearing on the DIP Motion (the "**Final Hearing**") scheduled for August 6, 2019 at 10:00 a.m. will go forward. The Debtors will continue their good faith efforts to resolve any remaining outstanding issues raised by the Responding Parties in advance of the Final Hearing.

| | |
|---|---|
| Dated: August 1, 2019<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:    cward@polsinelli.com<br>            bdolphin@polsinelli.com<br><br>-and-<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Riley T. Orloff (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email:    twwalsh@mwe.com<br>            dazman@mwe.com<br>            rorloff@mwe.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |