## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 19-11299 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 6, 2019 AT 10:00 A.M. (ET)[2]

**RESOLVED MATTERS**

1. Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 17, 2019 [Docket No. 112; Filed: 7/3/2019]

    Objection Deadline:    July 24, 2019 at 4:00 p.m.

    Related Document(s):

    a) Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 17, 2019 [Docket No. 207; Filed: 7/29/2019]

    b) Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 17, 2019 [Docket No. 218; Entered: 8/1/2019]

    Response(s) Received:    None.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

[2] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

69914277.1

    Status:    An order has been entered. No hearing is necessary.

2. Application for Entry of an Order Authorizing and Approving the Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to June 17, 2019 [Docket No. 113; Filed: 7/3/2019]

    Objection Deadline:    July 24, 2019 at 4:00 p.m.

    Related Document(s):

        a) Certificate of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to June 17, 2019 [Docket No. 208; Filed: 7/29/2019]

        b) Order Granting Application Authorizing and Approving the Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to June 17, 2019 [Docket No. 217; Entered: 7/29/2019]

    Response(s) Received:    None.

    Status:    An order has been entered. No hearing is necessary.

**MATTER WITH CERTIFICATION OF COUNSEL**

3. Debtors' Application for Entry of an Order Authorizing Employment and Retention of BMC Group, Inc. as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 162; Filed: 7/16/2019]

    Objection Deadline:    July 30, 2019 at 4:00 p.m.

    Related Document(s):

        a) Certification of Counsel Regarding Order Authorizing Employment and Retention of BMC Group, Inc. as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 215; Filed: 7/31/2019]

    Response(s) Received:    Informal comments from the United States Trustee

    Status:    A revised proposed form of order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

**MATTER GOING FORWARD**

4. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 8; Filed: 6/10/2019]

 Objection Deadline: July 9, 2019 at 4:00 p.m. (The Official Committee of Unsecured Creditors was granted an extension to respond until July 12, 2019 at 4:00 p.m.)

 Related Document(s):

 a) Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 51; Entered: 6/13/2019]

 b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 53; Filed: 6/13/2019]

 c) Bridge Order Amending the Court's Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 160; Entered: 7/16/2019]

 d) Second Bridge Order Amending the Court's Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 209; Entered: 7/29/2019]

 e) Notice of Filing of Revised Proposed Clean and Blackline Final DIP Order [Docket No. 220; Filed: 8/1/2019]

Response(s) Received:

- a) Omnibus Limited Objection and Reservation of Rights of Second Priority Agent Concerning the Budget and the Debtors' First Day Motions [Docket No. 17; Filed: 6/10/2019]

- b) Debtors' Response to Omnibus Limited Objection and Reservation of Rights of Second Priority Agent [Docket No. 33; Filed: 6/11/2019]

- c) Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 130; Filed: 7/12/2019]

- d) Supplemental Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 146; Filed: 7/15/2019]

- e) Debtors' Response to the Supplemental Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 150; Filed: 7/16/2019]

- f) Informal comments from the United States Trustee

Status:    This matter will go forward. The Debtors will continue their good faith efforts to resolve any remaining outstanding issues raised by the responding parties in advance of the hearing.

| | |
|---|---|
| Dated: August 2, 2019<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Brenna A. Dolphin*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:    cward@polsinelli.com<br>            bdolphin@polsinelli.com<br><br>-and-<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Riley T. Orloff (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>Email:    twwalsh@mwe.com<br>            dazman@mwe.com<br>            rorloff@mwe.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |