# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTCO HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11299 (LSS)<br>(Jointly Administered)<br><br>**Re:  Docket No. 281** |

## NOTICE OF CLOSING OF SALE

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2019, the Court entered the *Order (I) Approving the Asset Purchase Agreement for the Sale of Certain Assets of Evans Sports, Inc. and Authorizing the Sale Contemplated Therein; and (II) Granting Related Relief* (the "Sale Order") [Dkt. No. 281], authorizing and approving, among other things, the sale of certain assets of Evans Sports, Inc. and the assumption and assignment of certain executory contracts and unexpired leases (the "Sale") to Jeffrey Gabel and Jennifer Gabel (the "Buyer").

**PLEASE TAKE FURTHER NOTICE** that on August 19, 2019, the Debtors and the Buyer closed on the Sale in accordance with the terms of that certain Asset Purchase Agreement, dated as of July 24, 2019, as amended, attached to the Sale Order.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

2

| | |
|---|---|
| Dated: August 20, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>           bdolphin@polsinelli.com<br><br>-and-<br><br>**McDERMOTT WILL & EMERY LLP**<br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Riley T. Orloff (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone:    (212) 547-5400<br>Facsimile:     (212) 547-5444<br>Email: twwalsh@mwe.com<br>           rorloff@mwe.com<br>           dazman@mwe.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |