## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re SportCo Holdings, Inc.  
Debtor

Case No. 19-11299 (LSS)  
Reporting Period: July 1 - July 31, 2019

### MONTHLY OPERATING REPORT * (1)

| Required Documents | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|:---:|:---:|:---:|
| Schedule of Cash Receipts and Disbursements - Ellett Brothers, LLC | MOR-1 | ✓ | | |
| Schedule of Cash Receipts and Disbursements - Evans Sports, Inc. | MOR-1 | ✓ | | |
| Schedule of Cash Receipts and Disbursements - Jerry's Sports Inc. | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of Debtors' bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations - Ellett Brothers, LLC | MOR-2 | ✓ | | |
| Statement of Operations - Evans Sports, Inc. | MOR-2 | ✓ | | |
| Statement of Operations - Jerry's Sports Inc. | MOR-2 | ✓ | | |
| Balance Sheet - SportCo Holdings, Inc | MOR-3 | ✓ | | |
| Balance Sheet - Ellett Brothers, LLC | MOR-3 | ✓ | | |
| Balance Sheet - Evans Sports, Inc. | MOR-3 | ✓ | | |
| Balance Sheet - Jerry's Sports Inc. | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

_____  
Date

_____  
Signature of Joint Debtor

_____  
Date

_____  
Signature of Authorized Individual

August 20, 2019  
Date

Dalton Edgecomb  
Printed Name of Authorized Individual

Chief Restructuring Officer  
Title of Authorized Individual

* This Monthly Operating Report has been prepared based on information available to the Debtor as of the ending date in the reporting period shown above, and such information may be incomplete in certain respects. All information contained herein is unaudited and subject to future adjustments, which could be material. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to its Chapter 11 proceedings. The Debtor reserves all rights to amend, modify or supplement this Monthly Operating Report.

1. The following debtors are non-operating and have no assets or liabilities: Bonitz Brothers, Inc., Outdoor Sports Headquarters, Inc., Quality Boxes, Inc., Simmons Gun Specialties, Inc.

Ellett Brothers, LLC
Debtor

Case No. 19-11301
Reporting Period: July 1 - July 31, 2019

**MOR-1**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
$ Amounts are Actual

| ACCOUNT NUMBERS ENDING IN | PAYROLL | OPER - 1342 | COLL - 6652 | CONC - 6759 | WF - 1962 | OTHER | CURRENT PERIOD | | FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH - BEGINNING OF MONTH** | 1,008,319 | 174,769 | 376,308 | 56,578 | 210,870 | - | 1,826,844 | | 966,623 | |
| **RECEIPTS** | | | | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - | | - | |
| ACCOUNTS RECEIVABLE | - | - | 13,667,924 | - | 9,101,243 | - | 22,769,166 | | 40,341,043 | |
| LOANS AND ADVANCES | - | - | - | - | - | - | - | | - | |
| OTHER (ATTACH LIST) | - | - | - | - | - | - | - | | - | |
| TRANSFERS (FROM OTHER ACCTS) | 1,749,161 | 644,892 | - | 18,877,794 | - | - | 21,271,847 | | 23,795,110 | |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | - | - | - | - | | 2,257,897 | |
| | | | | | | | | | | |
| **TOTAL RECEIPTS** | 1,749,161 | 644,892 | 13,667,924 | 18,877,794 | 9,101,243 | - | 44,041,013 | - | 66,394,050 | - |
| **DISBURSEMENTS** | | | | | | | | | | |
| PAYROLL | 2,395,566 | | - | - | - | - | 2,395,566 | | 3,351,476 | |
| UTILITIES | - | 84,935 | - | - | - | - | 84,935 | | 126,659 | |
| SHIPPING | - | - | - | 652,865 | - | - | 652,865 | | 697,400 | |
| INSURANCE | - | 222,729 | - | - | - | - | 222,729 | | 548,682 | |
| EMPLOYEE EXPENSES | - | 36,086 | - | - | - | - | 36,086 | | 45,137 | |
| OPERATING EXPENSES | 628 | 428,861 | - | 502,020 | 28,848 | - | 960,356 | | 1,271,538 | |
| TRANSFER TO ELLETT PAYROLL | - | - | - | 1,749,161 | - | - | 1,749,161 | | 3,564,161 | |
| TRANSFER TO ELLETT OPER - 1342 | - | - | - | 644,892 | - | - | 644,892 | | 1,353,155 | |
| TRANSFER TO EVANS OPER - 1350 | - | - | - | 140,198 | - | - | 140,198 | | 180,449 | |
| TRANSFER TO JSC OPER - 2980 | - | - | - | 148 | - | - | 148 | | 148 | |
| TRANSFER TO JSC OFF - WF 8708 | - | - | - | 11,560 | - | - | 11,560 | | 11,560 | |
| PAYDOWN OF DEBT (DIP ACCTS) | - | - | 4,041,142 | - | - | - | 4,041,142 | | 21,282,090 | |
| TRANSFER TO ELLETT CONC - 6759 | - | - | 9,485,238 | - | 6,725,028 | - | 16,210,266 | | 16,210,266 | |
| | | | | | | | | | | |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | | - | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - | | - | |
| COURT COSTS | - | - | - | - | - | - | - | | - | |
| | | | | | | | - | | - | |
| | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 2,396,194 | 772,612 | 13,526,380 | 3,700,844 | 6,753,876 | - | 27,149,905 | - | 48,642,721 | - |
| **NET CASH FLOW** | (647,033) | (127,720) | 141,543 | 15,176,950 | 2,347,367 | - | 16,891,108 | - | 17,751,329 | - |
| **CASH - END OF MONTH \*** | $ 361,286 | $ 47,049 | $ 517,851 | $ 15,233,528 | $ 2,558,237 | $ - | $ 18,717,952 | $ - | $ 18,717,952 | $ - |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |
|---|---|
| **TOTAL DISBURSEMENTS  (July 1, 2019 through July 31, 2019)** | 27,149,905 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | (18,756,224) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 8,393,681 |

\* Cash at EOM matches EOM bank balances; it doesn't tie to the General Ledger due to the reconciling items.

Evans Sports, Inc.
Debtor

Case No. 19-11302
Reporting Period: July 1 - July 31, 2019

**MOR-1**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
$ Amounts are Actual

| ACCOUNT NUMBERS ENDING IN | BANK ACCOUNTS | | | | | | CURRENT PERIOD | | FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OPER - 1350 | OFF - WF 8973 | TAX | OTHER | OTHER | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH - BEGINNING OF MONTH** | 37,203 | 298 | | | | | 37,501 | | 1,460 | |
| **RECEIPTS** | | | | | | | | | | |
| CASH SALES | - | - | - | - | - | | - | | - | |
| ACCOUNTS RECEIVABLE | - | - | - | - | - | | - | | - | |
| LOANS AND ADVANCES | - | - | - | - | - | | - | | - | |
| OTHER (ATTACH LIST) | - | - | - | - | - | | - | | - | |
| TRANSFERS (FROM OTHER ACCTS) | 140,198 | - | - | - | - | | 140,198 | | 180,449 | |
| | - | - | - | - | - | | - | | | |
| | - | - | - | - | - | | - | | | |
| | - | - | - | - | - | | - | | - | |
| **TOTAL  RECEIPTS** | 140,198 | - | - | - | - | - | 140,198 | - | 180,449 | - |
| **DISBURSEMENTS** | | | | | | | | | | |
| PAYROLL FUNDING | - | - | | | | | - | | | |
| UTILITIES | 2,751 | - | - | - | - | | 2,751 | | 3,113 | |
| SHIPPING | 70,027 | - | - | - | - | | 70,027 | | 70,027 | |
| INSURANCE | - | - | - | - | | | - | | | |
| EMPLOYEE EXPENSES | - | - | - | - | | | - | | | |
| OPERATING EXPENSES | 80,418 | - | - | - | - | | 80,418 | | 84,267 | |
| | - | - | - | - | | | - | | | |
| | - | - | - | - | | | - | | | |
| | - | - | - | - | | | - | | | |
| | - | - | - | - | | | - | | | |
| PROFESSIONAL FEES | - | - | - | - | | | - | | | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | | | - | | | |
| COURT COSTS | - | - | - | - | | | - | | | |
| | - | - | - | - | | | - | | | |
| | - | - | - | - | | | - | | | |
| **TOTAL  DISBURSEMENTS** | 153,196 | - | - | - | - | - | 153,196 | - | 157,407 | - |
| **NET CASH FLOW** | (12,998) | - | - | - | - | - | (12,998) | - | 23,042 | - |
| **CASH - END OF MONTH \*** | $    24,205 | $      298 | $        - | $        - | $        - | $        - | $    24,502 | $        - | $    24,502 | $        - |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |
|---|---|
| TOTAL DISBURSEMENTS  **(July 1, 2019 through July 31, 2019)** | 153,196 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $    153,196 |

\* Cash at EOM matches EOM bank balances; it doesn't tie to the General Ledger due to the reconciling items.

Jerry's Sports Inc.
Debtor

Case No. 19-11303
Reporting Period: July 1 - July 31, 2019

**MOR-1**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
$ Amounts are Actual

| ACCOUNT NUMBERS ENDING IN | BANK ACCOUNTS | | | | | | CURRENT PERIOD | | FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OPER - 2980 | CONC - 4257 | RES - 7948 | RES - WF 8724 | OFF - WF 8708 | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH - BEGINNING OF MONTH** | 11,007 | 9,234 | 39,034 | 4,545 | 6,255 | | 70,075 | | 152,087 | |
| **RECEIPTS** | | | | | | | | | | |
| CASH SALES | - | - | | | - | | - | | - | |
| ACCOUNTS RECEIVABLE | - | - | 3,071,480 | 1,715,404 | - | | 4,786,885 | | 6,973,404 | |
| LOANS AND ADVANCES | - | - | - | - | - | | - | | - | |
| OTHER (ATTACH LIST) | - | - | - | - | - | | - | | - | |
| TRANSFERS (FROM DIP ACCTS) | 2,059 | - | - | - | - | | 2,059 | | 3,022 | |
| TRANSFERS (FROM OTHER ACCTS) | 148 | - | - | - | 11,560 | | 11,708 | | 11,708 | |
| | - | - | - | - | - | | - | | | |
| **TOTAL RECEIPTS** | 2,207 | - | 3,071,480 | 1,715,404 | 11,560 | - | 4,800,652 | - | 6,988,135 | - |
| **DISBURSEMENTS** | | | | | | | | | | |
| PAYROLL FUNDING | - | - | - | - | - | | - | | - | |
| UTILITIES | - | - | - | - | - | | - | | - | |
| SHIPPING | - | - | - | - | - | | - | | - | |
| INSURANCE | - | - | - | - | - | | - | | - | |
| EMPLOYEE EXPENSES | - | - | - | - | - | | - | | - | |
| OPERATING EXPENSES | 2,277 | 2,266 | - | - | 7,278 | | 11,821 | | 16,841 | |
| PAYDOWN OF DEBT (DIP ACCTS) | - | - | 1,280,831 | 671,407 | - | | 1,952,238 | | 4,216,713 | |
| TRANSFER TO ELLETT CONC - 6759 | - | - | 1,809,735 | 857,793 | - | | 2,667,528 | | 2,667,528 | |
| | - | - | - | - | - | | - | | | |
| | - | - | - | - | - | | - | | | |
| PROFESSIONAL FEES | - | - | - | - | - | | - | | - | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | | - | | - | |
| COURT COSTS | - | - | - | - | - | | - | | - | |
| | - | - | - | - | - | | - | | | |
| | - | - | - | - | - | | - | | | |
| **TOTAL DISBURSEMENTS** | 2,277 | 2,266 | 3,090,566 | 1,529,200 | 7,278 | - | 4,631,588 | - | 6,901,082 | - |
| **NET CASH FLOW** | (70) | (2,266) | (19,086) | 186,204 | 4,282 | - | 169,064 | - | 87,052 | - |
| **CASH - END OF MONTH *** | $ 10,937 | $ 6,968 | $ 19,948 | $ 190,749 | $ 10,537 | $ - | $ 239,140 | $ - | $ 239,140 | $ - |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |
|---|---|
| TOTAL DISBURSEMENTS  (July 1, 2019 through July 31, 2019) | 4,631,588 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | (2,667,528) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 1,964,059 |

* Cash at EOM matches EOM bank balances; it doesn't tie to the General Ledger due to the reconciling items.

In re SportCo Holdings, Inc.                                                                                Case No. 19-11299 (LSS)
Debtor                                                                                       Reporting Period: July 1 - July 31, 2019

**MOR-1a**
**BANK ACCOUNTS** [1]
$ Amounts are Actual

| Bank name | Debtor Name | Case No. | Account type | Account number (last four digits) | Period-end bank balance | Reconciling Items | GL Balance |
|---|---|---|---|---|---|---|---|
| Regions | Ellett Brothers, LLC | 19-11301 | Payroll | 3409 | 361,285.69 | 7,266.82 | 368,552.51 |
| Bank of America | Ellett Brothers, LLC | 19-11301 | Operating Account - Ellett | 1342 | 47,049.20 | -47,049.20 | 0.00 |
| Bank of America | Ellett Brothers, LLC | 19-11301 | Collection Account - Ellett | 6652 | 517,851.40 | -17,773.40 | 500,078.00 |
| Bank of America | Ellett Brothers, LLC | 19-11301 | Concentration Account - Ellett | 6759 | 15,233,528.15 | 4,387.67 | 15,237,915.82 |
| Wells Fargo | Ellett Brothers, LLC | 19-11301 | Office Checking Account - Ellett | 1962 | 2,558,237.49 | -184.63 | 2,558,052.86 |
| Bank of America | Evans Sports, Inc. | 19-11302 | Operating Account - Evans | 1350 | 24,204.84 | -24,204.84 | 0.00 |
| Wells Fargo | Evans Sports, Inc. | 19-11302 | Office Checking Account - Evans | 8973 | 297.76 | 0.00 | 297.76 |
| Bank of America | Jerry's Sports Inc. | 19-11303 | Operating Account - JSC | 2980 | 10,936.83 | -10,936.83 | 0.00 |
| Bank of America | Jerry's Sports Inc. | 19-11303 | Concentration Account - JSC | 4257 | 6,968.45 | 0.00 | 6,968.45 |
| Bank of America | Jerry's Sports Inc. | 19-11303 | Restricted Account - JSC | 7948 | 19,948.34 | 0.00 | 19,948.34 |
| Wells Fargo | Jerry's Sports Inc. | 19-11303 | Restricted Account - JSC | 8724 | 190,749.20 | 200.90 | 190,950.10 |
| Wells Fargo | Jerry's Sports Inc. | 19-11303 | Office Checking Account - JSC | 8708 | 10,536.56 | 0.00 | 10,536.56 |
| Other Reconciling Items | | | | | 0.00 | -38,801.95 | -38,801.95 |
| **TOTAL BANK BALANCE** | | | | | **18,981,593.91** | **-127,095.46** | **18,854,498.45** |

1. An attestation regarding the Debtors' bank statements and bank-account reconciliations follows this schedule.

In re SportCo Holdings, Inc.                                            Case No. 19-11299 (LSS)
Ellett Brothers, LLC                                          Case No. 19-11301
Evans Sports, Inc.                                          Case No. 19-11302
Jerry's Sports Inc.                                        Case No. 19-11303
Debtor                            Reporting Period: July 1 - July 31, 2019

## MOR-1a
## ATTESTATION REGARDING BANK ACCOUNTS

The above-captioned Debtors hereby submit this attestation regarding disbursement journals and bank-account reconciliations in lieu of providing copies of bank statements and account reconciliations.

I attest that each of the bank accounts listed in the preceding schedule is reconciled to monthly bank statements. The Debtors' standard practice is to ensure that each bank account is reconciled to monthly bank statements for each calendar month within 20 days after month end.

_____           August 20, 2019
Signature of Authorized Individual          Date

Dalton Edgecomb          Chief Restructuring Officer
Printed Name of Authorized Individual          Title of Authorized Individual

In re SportCo Holdings, Inc.
Debtor

Case No. 19-11299 (LSS)
Reporting Period: July 1 - July 31, 2019

**MOR-1b**
**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.
$ Amounts are Actual

| Payee | Period covered | Amount approved | Payor | Check #/EFT | Check Date paid | Period amount paid Fees | Expenses | Case-to-date amount paid Fees | Expenses |
|-------|----------------|-----------------|-------|-------------|-----------------|-------------------------|----------|-------------------------------|----------|
| Winter Harbor LLC | 6/10/19 - 6/16/19 | 82,643.00 | SportCo Holdings, Inc. | EFT | 7/16/2019 | 75,317.50 | 7,325.50 | | |
| Winter Harbor LLC | 6/17/19 - 6/23/19 | 74,810.19 | SportCo Holdings, Inc. | EFT | 7/16/2019 | 71,046.00 | 3,764.19 | | |
| Winter Harbor LLC | 6/24/19 - 6/30/19 | 75,645.90 | SportCo Holdings, Inc. | EFT | 7/16/2019 | 70,914.00 | 4,731.90 | | |
| Winter Harbor LLC | 7/1/19 - 7/7/19 | 35,826.00 | SportCo Holdings, Inc. | EFT | 7/16/2019 | 33,047.50 | 2,778.50 | | |
| Winter Harbor LLC | 7/8/19 - 7/14/19 | 78,898.04 | SportCo Holdings, Inc. | EFT | 7/16/2019 | 72,161.00 | 6,737.04 | | |
| Winter Harbor LLC | 7/15/19 - 7/21/19 | 73,501.46 | SportCo Holdings, Inc. | EFT | 7/25/2019 | 68,133.50 | 5,367.96 | | |
| Winter Harbor LLC | | - | SportCo Holdings, Inc. | EFT | | - | - | | |
| | | 421,324.59 | | | | 390,619.50 | 30,705.09 | 390,619.50 | 30,705.09 |
| McDermott Will & Emery LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Polsinelli | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Dixon Hughes Goodman LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| BMC Group | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Emerald Capital Advisors | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Lowenstein Sandler LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Blank Rome LLP | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| Olshan Frome Wolosky | | - | SportCo Holdings, Inc. | EFT | | - | - | - | - |
| | | 421,324.59 | | | | 390,619.50 | 30,705.09 | 390,619.50 | 30,705.09 |

| Professional | Role | Notes |
|--------------|------|-------|
| Winter Harbor LLC | Debtors' Chief Restructuring Officer and additional personnel | |
| McDermott Will & Emery LLP | Debtors' counsel, lead | |
| Polsinelli | Debtors' counsel, local | |
| Dixon Hughes Goodman LLP | Debtors' tax accountants | |
| BMC Group | Debtors' noticing, claims and balloting agent | |
| Emerald Capital Advisors | Financial Advisor to the Official Committee of Unsecured Creditors | |
| Lowenstein Sandler LLP | Counsel to the Official Committee of Unsecured Creditors | |
| Blank Rome LLP | DIP Lender's counsel, lead and local | |
| Olshan Frome Wolosky | DIP Lender's counsel, lead and local | |

Ellett Brothers, LLC
Debtor

Case No. 19-11301
Reporting Period: July 1 - July 31, 2019

**MOR-2**
**STATEMENT OF OPERATIONS (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | Filing to date |
|---|---|---|
| **Sales** | | |
| Gross Merchandise Sales | 14,611,946 | 33,892,242 |
| Sales Return & Allowance | (31,087) | (101,377) |
| Net Discounts | 32,974 | 37,515 |
| **Net Sales** | **14,613,833** | **33,828,381** |
| **Cost of Goods Sold** | | |
| Cost of Product Sold | 18,575,287 | 41,007,090 |
| Purchase Discounts | (314,971) | (749,880) |
| Freight In | 7,518 | 46,089 |
| Rebates | - | - |
| Discounts Anticipation | (30,814) | (30,814) |
| Reserve changes/Other costs | - | (1,479,013) |
| **Total Cost of Goods Sold** | **18,237,020** | **38,793,473** |
| **Net Gross Margin** | **(3,623,187)** | **(4,965,092)** |
| **Operating Expenses** | | |
| Total Variable Expense [1] | 897,520 | 2,239,493 |
| Total Fixed Expense [2] | 2,497,929 | 3,924,086 |
| **Total Operating Expenses** | **3,395,449** | **6,163,579** |
| **Operating Income** | **(7,018,637)** | **(11,128,671)** |
| **Non-Operating Expenses** | | |
| Other Income/Expense | 63,163 | 73,441 |
| Interest Income | (74,828) | (130,380) |
| Interest Expense | 568,125 | 3,875,727 |
| Income Tax Expense | - | - |
| **Total Non-Operating Expenses** | **556,459** | **3,818,787** |
| **NET INCOME** | **(7,575,096)** | **(14,947,458)** |

1. Detail on MOR-2 Statement of Ops Cont
2. Detail on MOR-2 Statement of Ops Cont

Ellett Brothers, LLC

Case No. 19-11301

Debtor

Reporting Period: July 1 - July 31, 2019

## MOR-2 CONTINUATION SHEET
## STATEMENT OF OPERATIONS (UNAUDITED)
$ Amounts are Actual

| Line item | Current period | Filing to date |
|---|---:|---:|
| **Total Variable Expense** [1] | | |
| Bad Debt Expense | 14,810 | 34,125 |
| Spiff | - | - |
| Sales Bonus & Commissions | 398,464 | 1,420,542 |
| Royalty Expense | - | - |
| Tools & Distribution Supplies | 42,501 | 56,693 |
| Shipping Charges | (83,444) | (157,568) |
| Small Order Charges | - | - |
| Truck Depreciation | - | - |
| Freight Out | 525,190 | 885,700 |
| **Total Variable Expenses** | **897,520** | **2,239,493** |
| **Total Fixed Expense** [2] | | |
| Audit Fees | - | - |
| Web Site Exp | 11,197 | 22,358 |
| Associations & Subscriptions | 2,382 | 4,211 |
| Catalog Flyers & Advertising | 75 | 150 |
| Directors Expenses | - | - |
| Stock Related Costs | - | - |
| Consulting Fees | 353,413 | 428,862 |
| Collection Expense | - | (1,890) |
| Contributions | (1,990) | (1,990) |
| Depreciation and Amortization | 440,370 | 680,932 |
| 401K-Plan Company Match | 445 | 11,955 |
| 401K Plan Expense | - | - |
| Stock-based compensation | - | - |
| Insurance Associates | 105,744 | 199,915 |
| Insurance General | 87,566 | 141,565 |
| Postage | 4,715 | 3,301 |
| Professional Fees | 41,188 | 74,297 |
| Promotion & Entertainment | 67 | 338 |
| Licenses | 20,750 | 35,083 |
| Maintenance - Equip & Vehicles | 103,023 | 137,106 |
| Maintenance Buildings | 11,738 | 10,443 |
| Management Bonus | - | - |
| Personnel Search & Relocation | - | - |
| Rent Building & Equipment | 10,878 | 12,424 |
| Handling Fees 3PL | - | - |
| Wages & Salaries | 1,018,299 | 1,724,366 |
| Temporary Contract Labor | - | 407 |
| Security Expense | 4,319 | (6,437) |
| Gifts | - | 279 |
| Supplies Office & Copier | 8,904 | 16,023 |
| Sample Merchandise | - | - |
| Taxes - Payroll | 122,112 | 216,958 |
| Taxes - Property & Other | 35,516 | 55,414 |
| Telephone Expense | 58,900 | 71,861 |
| Training - Associates | - | - |
| Internal Shows | - | - |
| Trade Show & Meals | - | (928) |
| Travel & Meals | 17,001 | 25,907 |
| Utilities | 41,318 | 61,176 |
| Other expenses/Corp allocation | - | - |
| **Total Fixed Expenses** | **2,497,929** | **3,924,086** |

1. Detail of Total Variance Expenses from MOR-2 Statement of Operations
2. Detail of Total Fixed Expenses from MOR-2 Statement of Operations

Evans Sports, Inc.                                                Case No. 19-11302
Debtor                                          Reporting Period: July 1 - July 31, 2019

**MOR-2**
**STATEMENT OF OPERATIONS (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | Filing to date |
|---|---|---|
| **Sales** | | |
| Gross Merchandise Sales | 195,877 | 301,748 |
| Sales Return & Allowance | - | - |
| Net Discounts | (124) | (293) |
| **Net Sales** | **195,752** | **301,455** |
| **Cost of Goods Sold** | | |
| Cost of Product Sold | 160,873 | 258,641 |
| Purchase Discounts | (73) | (73) |
| Freight In | 2,355 | 3,783 |
| Rebates | - | - |
| Discounts Anticipation | - | - |
| Reserve changes/Other costs | - | - |
| **Total Cost of Goods Sold** | **163,154** | **262,351** |
| **Net Gross Margin** | **32,598** | **39,104** |
| **Operating Expenses** | | |
| Total Variable Expense [1] | 5,767 | 16,003 |
| Total Fixed Expense [2] | 29,771 | 58,953 |
| **Total Operating Expenses** | **35,538** | **74,956** |
| **Operating Income** | **(2,940)** | **(35,852)** |
| **Non-Operating Expenses** | | |
| Other Income/Expense | - | - |
| Interest Income | - | - |
| Interest Expense | - | - |
| Income Tax Expense | - | - |
| **Total Non-Operating Expenses** | **-** | **-** |
| **NET INCOME** | **(2,940)** | **(35,852)** |

1. Detail on MOR-2 Statement of Ops Cont
2. Detail on MOR-2 Statement of Ops Cont

Evans Sports, Inc.                                                                                                    Case No. 19-11302
Debtor                                                                                             Reporting Period: July 1 - July 31, 2019

**MOR-2 CONTINUATION SHEET**
**STATEMENT OF OPERATIONS (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | Filing to date |
|---|---|---|
| **Total Variable Expense** [1] | | |
| Bad Debt Expense | - | - |
| Spiff | - | - |
| Sales Bonus & Commissions | 3,315 | 5,147 |
| Royalty Expense | 268 | 373 |
| Tools & Distribution Supplies | 540 | 4,196 |
| Shipping Charges | - | - |
| Small Order Charges | - | - |
| Truck Depreciation | - | - |
| Freight Out | 1,643 | 6,287 |
| **Total Variable Expenses** | **5,767** | **16,003** |
| **Total Fixed Expense** [2] | | |
| Audit Fees | - | - |
| Web Site Exp | - | - |
| Associations & Subscriptions | - | - |
| Catalog Flyers & Advertising | - | - |
| Directors Expenses | - | - |
| Stock Related Costs | - | - |
| Consulting Fees | - | - |
| Collection Expense | - | - |
| Contributions | - | - |
| Depreciation and Amortization | - | - |
| 401K-Plan Company Match | - | 504 |
| 401K Plan Expense | - | - |
| Stock-based compensation | - | - |
| Insurance Associates | 2,176 | 4,666 |
| Insurance General | 617 | 1,235 |
| Postage | - | - |
| Professional Fees | 1,264 | 1,264 |
| Promotion & Entertainment | - | - |
| Licenses | - | - |
| Maintenance - Equip & Vehicles | 1,111 | 1,469 |
| Maintenance Buildings | - | - |
| Management Bonus | - | - |
| Personnel Search & Relocation | - | - |
| Rent Building & Equipment | 6,333 | 11,667 |
| Handling Fees 3PL | - | - |
| Wages & Salaries | 9,644 | 20,249 |
| Temporary Contract Labor | - | - |
| Security Expense | - | - |
| Gifts | - | - |
| Supplies Office & Copier | 846 | 4,150 |
| Sample Merchandise | - | - |
| Taxes - Payroll | 904 | 1,675 |
| Taxes - Property & Other | 1,143 | 2,027 |
| Telephone Expense | 387 | 762 |
| Training - Associates | - | - |
| Internal Shows | - | - |
| Trade Show & Meals | 2,375 | 3,563 |
| Travel & Meals | 384 | 384 |
| Utilities | 2,587 | 5,338 |
| Other expenses/Corp allocation | - | - |
| **Total Fixed Expenses** | **29,771** | **58,953** |

1. Detail of Total Variance Expenses from MOR-2 Statement of Operations
2. Detail of Total Fixed Expenses from MOR-2 Statement of Operations

Jerry's Sports Inc.                                                              Case No. 19-11303
Debtor                                                  Reporting Period: July 1 - July 31, 2019

**MOR-2**
**STATEMENT OF OPERATIONS (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | Filing to date |
|---|---|---|
| **Sales** | | |
| Gross Merchandise Sales | 3,994,938 | 9,898,303 |
| Sales Return & Allowance | (31,722) | (52,923) |
| Net Discounts | 3,382 | 6,613 |
| **Net Sales** | **3,966,599** | **9,851,993** |
| **Cost of Goods Sold** | | |
| Cost of Product Sold | 4,890,956 | 11,862,723 |
| Purchase Discounts | - | - |
| Freight In | - | - |
| Rebates | - | - |
| Discounts Anticipation | - | - |
| Reserve changes/Other costs | - | - |
| **Total Cost of Goods Sold** | **4,890,956** | **11,862,723** |
| **Net Gross Margin** | **(924,357)** | **(2,010,730)** |
| **Operating Expenses** | | |
| Total Variable Expense [1] | 334,134 | 290,215 |
| Total Fixed Expense [2] | 211,186 | 580,207 |
| **Total Operating Expenses** | **545,320** | **870,422** |
| **Operating Income** | **(1,469,677)** | **(2,881,153)** |
| **Non-Operating Expenses** | | |
| Other Income/Expense | (1,000) | (1,000) |
| Interest Income | (17,916) | (29,083) |
| Interest Expense | 6,037 | 12,075 |
| Income Tax Expense | (389) | (389) |
| **Total Non-Operating Expenses** | **(13,268)** | **(18,397)** |
| **NET INCOME** | **(1,456,410)** | **(2,862,755)** |

1. Detail on MOR-2 Statement of Ops Cont
2. Detail on MOR-2 Statement of Ops Cont

Jerry's Sports Inc.                                                                                          Case No. 19-11303
Debtor                                                                                         Reporting Period: July 1 - July 31, 2019

## MOR-2 CONTINUATION SHEET
## STATEMENT OF OPERATIONS (UNAUDITED)
$ Amounts are Actual

| Line item | Current period | Filing to date |
|---|---|---|
| **Total Variable Expense** [1] | | |
| Bad Debt Expense | 3,966 | 9,789 |
| Spiff | - | - |
| Sales Bonus & Commissions | 356,944 | 332,404 |
| Royalty Expense | - | - |
| Tools & Distribution Supplies | - | - |
| Shipping Charges | (26,617) | (51,819) |
| Small Order Charges | - | - |
| Truck Depreciation | - | - |
| Freight Out | (159) | (159) |
| **Total Variable Expenses** | **334,134** | **290,215** |
| **Total Fixed Expense** [2] | | |
| Audit Fees | - | - |
| Web Site Exp | - | - |
| Associations & Subscriptions | - | - |
| Catalog Flyers & Advertising | - | - |
| Directors Expenses | - | - |
| Stock Related Costs | - | - |
| Consulting Fees | - | - |
| Collection Expense | - | - |
| Contributions | - | - |
| Depreciation and Amortization | 163,846 | 327,691 |
| 401K-Plan Company Match | - | 4,060 |
| 401K Plan Expense | - | - |
| Stock-based compensation | - | - |
| Insurance Associates | 14,308 | 26,153 |
| Insurance General | (23,445) | (23,445) |
| Postage | - | 150 |
| Professional Fees | 6,440 | 11,196 |
| Promotion & Entertainment | - | - |
| Licenses | - | - |
| Maintenance - Equip & Vehicles | - | - |
| Maintenance Buildings | - | - |
| Management Bonus | - | - |
| Personnel Search & Relocation | - | - |
| Rent Building & Equipment | (5,406) | 73,962 |
| Handling Fees 3PL | - | - |
| Wages & Salaries | 33,041 | 118,942 |
| Temporary Contract Labor | - | - |
| Security Expense | 578 | 578 |
| Gifts | - | - |
| Supplies Office & Copier | - | 50 |
| Sample Merchandise | - | - |
| Taxes - Payroll | 18,155 | 36,606 |
| Taxes - Property & Other | - | 319 |
| Telephone Expense | 147 | 352 |
| Training - Associates | - | - |
| Internal Shows | - | - |
| Trade Show & Meals | - | - |
| Travel & Meals | 168 | 238 |
| Utilities | 3,355 | 3,355 |
| Other expenses/Corp allocation | - | - |
| **Total Fixed Expenses** | **211,186** | **580,207** |

1. Detail of Total Variance Expenses from MOR-2 Statement of Operations
2. Detail of Total Fixed Expenses from MOR-2 Statement of Operations

In re SportCo Holdings, Inc.                                                 Case No. 19-11299 (LSS)
Debtor                                                          Reporting Period: July 1 - July 31, 2019

**MOR-3**
**BALANCE SHEET (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | As of petition date |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | 18,854,498 | 1,821,308 |
| Trade Accounts Receivable | 20,408,993 | 23,194,100 |
| Allowance for Bad Debt | (1,363,373) | (1,335,330) |
| Other Receivables | 1,883,500 | 1,669,570 |
| Inventories | 6,279,744 | 58,176,511 |
| Inventory Reserve | - | (1,479,013) |
| Current Deferred Tax | - | - |
| Prepaid Expenses | 274,407 | 1,437,167 |
| **Total Current Assets** | **46,337,769** | **83,484,313** |
| **Fixed Assets** | | |
| Land | 2,448,252 | 2,448,252 |
| Building and Improvements | 9,539,728 | 9,561,728 |
| Vehicles | 6,500 | 6,500 |
| Furniture, Fixtures and Equipment | 12,117,783 | 12,117,783 |
| Accumulated Depreciation | (10,472,457) | (10,198,806) |
| **Total Fixed Assets** | **13,639,806** | **13,935,457** |
| **Other Assets** | | |
| Security Deposits | 75,000 | 4,000 |
| Investment in Sub | 90,652,104 | 90,652,104 |
| Non Current Deferred Tax | 6,761,509 | 6,761,509 |
| Intangibles | 101,331,877 | 101,336,032 |
| Amortization of Intangibles | (60,464,477) | (59,489,415) |
| **Total Other Assets** | **138,356,014** | **139,264,230** |
| **TOTAL ASSETS** | **198,333,589** | **236,684,001** |
| | | |
| **LIABILITIES AND SHAREHOLDER EQUITY** | | |
| **Liabilities Not Subject to Compromise** | | |
| Cash EB/JSC - BOA Operating Accounts | - | 336,389 |
| Cash EB - CC/ACH/Wire Pmts | - | 461,390 |
| A/P Trade | 346,048 | 449,427 |
| Accrued Expenses | 1,494,658 | 433,590 |
| **Total Liabilities Not Subject to Compromise** | **1,840,706** | **1,680,796** |
| | | |
| **Current Liabilities Subject to Compromise** | | |
| A/P Trade [1] | 40,685,589 | 40,256,263 |
| A/P American Express | 110,937 | 110,937 |
| A/P Sierra Consignment | - | - |
| A/P Legacy Consignment | - | - |
| A/P Misc Consignments | - | - |
| A/P Other | - | - |
| Purchases Clearing [1] | 4,713 | 306,474 |
| Accrual for Inventory in Transit [1] | - | 127,565 |
| Accrued Expenses | 1,142,322 | 1,142,323 |
| Current Portion of IRB | - | - |
| Lease Obligations for Vacated Facilities | 13,757 | 13,757 |
| Current Portion of Notes Payable | - | - |
| Current Portion Purchase Payout [2] | 33,951 | 535,152 |
| Current Deferred IncomeTax | - | - |
| Revolving Line of Credit | - | 23,071,263 |
| Other | 0 | 0 |
| **Total Current Liabilities Subject to Compromise** | **41,991,270** | **65,563,734** |
| **Long Term Liabilities Subject to Compromise** | | |
| Industrial Revenue Bond | - | - |
| Due To/(From) JSC | | |
| Lease Obligations for Vacated Facilities | 28,765 | 28,765 |
| Long Term Notes Payable | 243,125,681 | 240,216,005 |
| Noncurrent Purchase Payout [2] | 322,458 | 323,927 |
| Long Term Purchase Payout | - | - |
| Noncurrent Deferred IncomeTax | 7,170,405 | 7,170,405 |
| **Total Long Term Liabilities Subject to Compromise** | **250,647,308** | **247,739,101** |
| **Shareholder Equity** | | |
| Capital Stock | 159,100,144 | 159,100,144 |
| Intercompany | 0 | 0 |
| Treasury Stock | 1,426,603 | 1,426,603 |
| Prior Year Retained Earnings | (206,311,874) | (206,311,874) |
| Current Year Earnings | (50,360,569) | (32,514,503) |
| **Total Shareholder Equity** | **(96,145,695)** | **(78,299,630)** |
| **TOTAL LIABILITIES AND SHAREHOLDER EQUITY** | **198,333,589** | **236,684,001** |

1. Trade A/P, Purchases Clearing & Inventory Transit current period equals the sum of these account at petition date.
2. The decrease in these accounts post-petition are entries taken against the reserve, and are non-cash transactions.

Ellett Brothers, LLC
Debtor

Case No. 19-11301
Reporting Period: July 1 - July 31, 2019

**MOR-3**
**BALANCE SHEET (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | As of petition date |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | 18,691,733 | 1,656,873 |
| Trade Accounts Receivable | 15,532,234 | 17,791,234 |
| Allowance for Bad Debt | (1,116,871) | (1,096,993) |
| Other Receivables | 1,416,030 | 1,302,107 |
| Inventories | 6,044,855 | 57,924,120 |
| Inventory Reserve | - | (1,479,013) |
| Current Deferred Tax | - | - |
| Prepaid Expenses | 284,390 | 1,090,228 |
| **Total Current Assets** | **40,852,371** | **77,188,556** |
| **Fixed Assets** | | |
| Land | 2,448,252 | 2,448,252 |
| Building and Improvements | 9,539,728 | 9,561,728 |
| Vehicles | 5,800 | 5,800 |
| Furniture, Fixtures and Equipment | 12,145,287 | 12,145,287 |
| Accumulated Depreciation | (10,409,261) | (10,135,610) |
| **Total Fixed Assets** | **13,729,806** | **14,025,457** |
| **Other Assets** | | |
| Security Deposits | 75,000 | 3,000 |
| Investment in Sub | 90,652,104 | 90,652,104 |
| Non Current Deferred Tax | 6,761,509 | 6,761,509 |
| Intangibles | 72,484,722 | 72,488,877 |
| Amortization of Intangibles | (42,868,703) | (42,233,407) |
| **Total Other Assets** | **127,104,632** | **127,672,083** |
| **TOTAL ASSETS** | **181,686,809** | **218,886,097** |
| **LIABILITIES AND SHAREHOLDER EQUITY** | | |
| **Liabilities Not Subject to Compromise** | | |
| Cash EB/JSC - BOA Operating Accounts | - | 321,775 |
| Cash EB - CC/ACH/Wire Pmts | - | 461,390 |
| A/P Trade | 281,882 | 432,693 |
| Accrued Expenses | 1,407,562 | 369,345 |
| **Total Liabilities Not Subject to Compromise** | **1,689,444** | **1,585,203** |
| **Current Liabilities Subject to Compromise** | | |
| A/P Trade [1] | 30,081,487 | 29,652,161 |
| A/P American Express | 110,937 | 110,937 |
| A/P Sierra Consignment | - | - |
| A/P Legacy Consignment | - | - |
| A/P Misc Consignments | - | - |
| A/P Other | - | - |
| Purchases Clearing [1] | 4,713 | 306,474 |
| Accrual for Inventory in Transit [1] | - | 127,565 |
| Accrued Expenses | 4,759,118 | 4,759,118 |
| Current Portion of IRB | - | - |
| Lease Obligations for Vacated Facilities | 13,757 | 13,757 |
| Current Portion of Notes Payable | - | - |
| Current Portion Purchase Payout [2] | 33,951 | 535,152 |
| Current Deferred IncomeTax | - | - |
| Revolving Line of Credit | (364,099,969) | (348,406,681) |
| Other | (0) | 0 |
| **Total Current Liabilities Subject to Compromise** | **(329,096,006)** | **(312,901,517)** |
| **Long Term Liabilities Subject to Compromise** | | |
| Industrial Revenue Bond | - | - |
| Due To/(From) JSC | 350,912,220 | 359,823,166 |
| Lease Obligations for Vacated Facilities | 28,765 | 28,765 |
| Long Term Notes Payable | 243,125,681 | 240,216,005 |
| Noncurrent Purchase Payout [2] | 322,458 | 323,927 |
| Long Term Purchase Payout | - | - |
| Noncurrent Deferred IncomeTax | 7,170,405 | 7,170,405 |
| **Total Long Term Liabilities Subject to Compromise** | **601,559,528** | **607,562,267** |
| **Shareholder Equity** | | |
| Capital Stock | 68,448,040 | 68,448,040 |
| Intercompany | (387,857) | (229,015) |
| Treasury Stock | 1,426,603 | 1,426,603 |
| Prior Year Retained Earnings | (115,814,659) | (115,814,659) |
| Current Year Earnings | (46,138,283) | (31,190,825) |
| **Total Shareholder Equity** | **(92,466,156)** | **(77,359,856)** |
| **TOTAL LIABILITIES AND SHAREHOLDER EQUITY** | **181,686,810** | **218,886,097** |

1. Trade A/P, Purchases Clearing & Inventory Transit current period equals the sum of these account at petition date.
2. The decrease in these accounts post-petition are entries taken against the reserve, and are non-cash transactions.

Evans Sports, Inc.                                                                  Case No. 19-11302
Debtor                                                             Reporting Period: July 1 - July 31, 2019

**MOR-3**
**BALANCE SHEET (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | As of petition date |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | 298 | 298 |
| Trade Accounts Receivable | 230,791 | 63,403 |
| Allowance for Bad Debt | 22,562 | 22,118 |
| Other Receivables | (4,958) | (3,532) |
| Inventories | 265,360 | 282,863 |
| Inventory Reserve | - | - |
| Current Deferred Tax | - | - |
| Prepaid Expenses | (4,438) | 2,396 |
| **Total Current Assets** | **509,614** | **367,546** |
| **Fixed Assets** | | |
| Land | - | - |
| Building and Improvements | - | - |
| Vehicles | 700 | 700 |
| Furniture, Fixtures and Equipment | 62,496 | 62,496 |
| Accumulated Depreciation | (63,196) | (63,196) |
| **Total Fixed Assets** | **-** | **-** |
| **Other Assets** | | |
| Security Deposits | - | 1,000 |
| Investment in Sub | - | - |
| Non Current Deferred Tax | - | - |
| Intangibles | - | - |
| Amortization of Intangibles | - | - |
| **Total Other Assets** | **-** | **1,000** |
| **TOTAL ASSETS** | **509,614** | **368,546** |
| **LIABILITIES AND SHAREHOLDER EQUITY** | | |
| **Liabilities Not Subject to Compromise** | | |
| Cash EB/JSC - BOA Operating Accounts | - | 3,127 |
| Cash EB - CC/ACH/Wire Pmts | - | - |
| A/P Trade | 32,509 | 7,323 |
| Accrued Expenses | (1,004) | 2,972 |
| **Total Liabilities Not Subject to Compromise** | **31,505** | **13,422** |
| **Current Liabilities Subject to Compromise** | | |
| A/P Trade [1] | 11,160 | 11,160 |
| A/P American Express | - | - |
| A/P Sierra Consignment | - | - |
| A/P Legacy Consignment | - | - |
| A/P Misc Consignments | - | - |
| A/P Other | - | - |
| Purchases Clearing [1] | - | - |
| Accrual for Inventory in Transit [1] | - | - |
| Accrued Expenses | 27,805 | 27,805 |
| Current Portion of IRB | - | - |
| Lease Obligations for Vacated Facilities | - | - |
| Current Portion of Notes Payable | - | - |
| Current Portion Purchase Payout [2] | - | - |
| Current Deferred IncomeTax | - | - |
| Revolving Line of Credit | - | - |
| Other | 0 | 0 |
| **Total Current Liabilities Subject to Compromise** | **38,965** | **38,965** |
| **Long Term Liabilities Subject to Compromise** | | |
| Industral Revenue Bond | - | - |
| Due To/(From) JSC | - | - |
| Lease Obligations for Vacated Facilities | - | - |
| Long Term Notes Payable | - | - |
| Noncurrent Purchase Payout [2] | - | - |
| Long Term Purchase Payout | - | - |
| Noncurrent Deferred IncomeTax | - | - |
| **Total Long Term Liabilities Subject to Compromise** | **-** | **-** |
| **Shareholder Equity** | | |
| Capital Stock | - | - |
| Intercompany | 393,235 | 234,398 |
| Treasury Stock | - | - |
| Prior Year Retained Earnings | 281,345 | 281,345 |
| Current Year Earnings | (235,437) | (199,585) |
| **Total Shareholder Equity** | **439,144** | **316,159** |
| **TOTAL LIABILITIES AND SHAREHOLDER EQUITY** | **509,614** | **368,546** |

1. Trade A/P, Purchases Clearing & Inventory Transit current period equals the sum of these account at petition date.
2. The decrease in these accounts post-petition are entries taken against the reserve, and are non-cash transactions.

Jerry's Sports Inc.                                                                          Case No. 19-11303
Debtor                                                                Reporting Period: July 1 - July 31, 2019

**MOR-3**
**BALANCE SHEET (UNAUDITED)**
$ Amounts are Actual

| Line item | Current period | As of petition date |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | 162,467 | 164,137 |
| Trade Accounts Receivable | 4,645,968 | 5,339,463 |
| Allowance for Bad Debt | (269,455) | (260,455) |
| Other Receivables | 472,428 | 370,995 |
| Inventories | (30,472) | (30,472) |
| Inventory Reserve | - | - |
| Current Deferred Tax | - | - |
| Prepaid Expenses | (5,545) | 344,543 |
| **Total Current Assets** | **4,975,784** | **5,928,211** |
| **Fixed Assets** | | |
| Land | - | - |
| Building and Improvements | - | - |
| Vehicles | - | - |
| Furniture, Fixtures and Equipment | (90,000) | (90,000) |
| Accumulated Depreciation | (0) | (0) |
| **Total Fixed Assets** | **(90,000)** | **(90,000)** |
| **Other Assets** | | |
| Security Deposits | - | - |
| Investment in Sub | - | - |
| Non Current Deferred Tax | - | - |
| Intangibles | 28,847,155 | 28,847,155 |
| Amortization of Intangibles | (17,595,774) | (17,256,008) |
| **Total Other Assets** | **11,251,381** | **11,591,147** |
| **TOTAL ASSETS** | **16,137,165** | **17,429,358** |
| | | |
| **LIABILITIES AND SHAREHOLDER EQUITY** | | |
| **Liabilities Not Subject to Compromise** | | |
| Cash EB/JSC - BOA Operating Accounts | - | 11,487 |
| Cash EB - CC/ACH/Wire Pmts | - | - |
| A/P Trade | 31,657 | 9,411 |
| Accrued Expenses | 88,100 | 61,273 |
| **Total Liabilities Not Subject to Compromise** | **119,757** | **82,171** |
| | | |
| **Current Liabilities Subject to Compromise** | | |
| A/P Trade [1] | 10,592,942 | 10,592,942 |
| A/P American Express | - | - |
| A/P Sierra Consignment | - | - |
| A/P Legacy Consignment | - | - |
| A/P Misc Consignments | - | - |
| A/P Other | - | - |
| Purchases Clearing [1] | - | - |
| Accrual for Inventory in Transit [1] | - | - |
| Accrued Expenses | (3,644,601) | (3,644,601) |
| Current Portion of IRB | - | - |
| Lease Obligations for Vacated Facilities | - | - |
| Current Portion of Notes Payable | - | - |
| Current Portion Purchase Payout [2] | - | - |
| Current Deferred IncomeTax | - | - |
| Revolving Line of Credit | 364,099,969 | 371,477,944 |
| Other | | |
| **Total Current Liabilities Subject to Compromise** | **371,048,310** | **378,426,285** |
| **Long Term Liabilities Subject to Compromise** | | |
| Industral Revenue Bond | - | - |
| Due To/(From) JSC | (350,912,220) | (359,823,166) |
| Lease Obligations for Vacated Facilities | - | - |
| Long Term Notes Payable | - | - |
| Noncurrent Purchase Payout [2] | - | - |
| Long Term Purchase Payout | - | - |
| Noncurrent Deferred IncomeTax | - | - |
| **Total Long Term Liabilities Subject to Compromise** | **(350,912,220)** | **(359,823,166)** |
| **Shareholder Equity** | | |
| Capital Stock | 90,652,104 | 90,652,104 |
| Intercompany | (5,378) | (5,383) |
| Treasury Stock | - | - |
| Prior Year Retained Earnings | (90,778,561) | (90,778,561) |
| Current Year Earnings | (3,986,849) | (1,124,093) |
| **Total Shareholder Equity** | **(4,118,683)** | **(1,255,933)** |
| **TOTAL LIABILITIES AND SHAREHOLDER EQUITY** | **16,137,165** | **17,429,358** |

1. Trade A/P, Purchases Clearing & Inventory Transit current period equals the sum of these account at petition date.
2. The decrease in these accounts post-petition are entries taken against the reserve, and are non-cash transactions.

In re SportCo Holdings, Inc.                                                                                          Case No. 19-11299 (LSS)
Debtor                                                                                              Reporting Period: July 1 - July 31, 2019

**MOR-4**
**STATUS OF POST-PETITION TAXES** [1]
$ Amounts are Actual

| Line item | Beginning liability | Amount withheld, accrued, and expensed | Amount paid | Date paid | Check #, EFT, or Other | Ending liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | 278,601 | (278,601) | 07/19/2019,08/02/2019 | EFT | - |
| FICA-Employee | - | 130,942 | (130,942) | 07/19/2019,08/02/2019 | EFT | - |
| FICA-Employer | - | 130,236 | (130,236) | 07/19/2019,08/02/2019 | EFT | - |
| Unemployment | - | 159 | (159) | 07/19/2019,08/02/2019 | EFT | - |
| Income | - | - | - | N/A | N/A | - |
| Other | - | - | - | N/A | N/A | - |
| **Subtotal, federal** | **-** | **539,938** | **(539,938)** | | | **-** |
| **State and Local** | | | | | | |
| Withholding | - | 84,260 | (84,260) | 07/19/2019,08/02/2019 | EFT | - |
| Sales | 4,588 | 3,371 | - | N/A | N/A | 7,959 |
| Excise | 3,378 | 1,348 | - | N/A | N/A | 4,726 |
| Unemployment | - | 2,732 | (2,732) | 07/19/2019,08/02/2019 | EFT | - |
| Real Property | 17,179 | 17,179 | - | N/A | N/A | 34,358 |
| Personal Property | - | - | - | N/A | N/A | - |
| All other taxes | 7,946 | 6,219 | - | N/A | N/A | 14,165 |
| **Subtotal, state and local** | **33,091** | **115,109** | **(86,992)** | | | **61,209** |
| **Taxes included in accounts payable** | - | - | - | N/A | N/A | - |
| **TOTAL TAXES** | **33,091** | **655,047** | **(626,930)** | | | **61,209** |

1. All debtors being jointly administered under lead case SportCo Holdings, Inc. *et al,* # 19-11299

In re SportCo Holdings, Inc.                                                                                           Case No. 19-11299 (LSS)
Debtor                                                                                           Reporting Period: July 1 - July 31, 2019

**MOR-4**
**ATTESTATION REGARDING STATUS OF POST-PETITION TAXES**

The above-captioned Debtor hereby submits this attestation regarding the status of post-petition taxes in lieu of providing tax returns and detailed records of paid or unpaid taxes by type and entity.

I hereby certify, to the best of my knowledge, that: (1) all federal, state and local post-petition taxes and estimates due and owing for the period indicated above for the Debtor have been paid or that any remaining balance dues are *de minimis*; and (2) to the extent that tax returns have not been submitted, an extension has been either obtained or requested from the appropriate state or federal agency, or the Debtor is in the process of obtaining or requesting such extension from the appropriate state or federal agency.

_____                                    August 20, 2019
_____
Signature of Authorized Individual                                    Date

Dalton Edgecomb                                                    Chief Restructuring Officer
_____                                    _____
Printed Name of Authorized Individual                                    Title of Authorized Individual

In re SportCo Holdings, Inc.                                                                              Case No. 19-11299 (LSS)
Debtor                                                                                          Reporting Period: July 1 - July 31, 2019

**MOR-4**
**STATUS OF UNPAID POST-PETITION DEBTS** [1, 2]
$ Amounts are Actual

| Line item | Days Outstanding | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Current* | *1-30* | *31-60* | *61-90* | *91-120* | *Over 120* | *Totals* |
| Rent/Leases-Building | - | 5,333 | 2,901 | - | - | - | 8,234 |
| Rent/Leases-Equipment | - | - | - | - | - | - | - |
| Supplies | 20,052 | 17,032 | - | - | - | - | 37,084 |
| Freight | 32,704 | 97,031 | 55,210 | - | - | - | 184,945 |
| Services | 9,851 | 17,235 | 15,446 | - | - | - | 42,532 |
| Professional Fees | - | 69,752 | - | - | - | - | 69,752 |
| Amounts Due to Insiders | - | - | - | - | - | - | - |
| EE Expense | 2,780 | 722 | - | - | - | - | 3,501 |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Totals** | **65,387** | **207,105** | **73,557** | **-** | **-** | **-** | **346,048** |

1. All information contained herein is unaudited and subject to future adjustments. Certain debts payable pursuant to orders of the Bankruptcy Court are reflected as current for the purposes of this schedule.

2. All debtors being jointly administered under lead case SportCo Holdings, Inc. et al, # 19-11299

## MOR-5
### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING [1]

$ Amounts are Actual

| Line item | Days Outstanding | | | | | |
|---|---|---|---|---|---|---|
| | *Current* | *1-30* | *31-60* | *61-90* | *Over 90* | *Totals* |
| Trade Accounts Receivable | 10,763,919 | 5,110,437 | 1,396,108 | 941,685 | 2,389,899 | 20,602,048 |
| Less: Allowance for doubtful accounts | - | - | - | (251,854) | (1,007,418) | (1,259,272) |
| **Totals** | **10,763,919** | **5,110,437** | **1,396,108** | **689,831** | **1,382,481** | **19,342,776** |
| | 55.6% | 26.4% | 7.2% | 3.6% | 7.1% | 100.0% |

**Reconciliation of accounts receivable, trade**

| | |
|---|---|
| Accounts receivable, net at the beginning of the reporting period | 27,795,610 |
| Add: Amounts billed during the period | 18,776,184 |
| Subtract: Amounts collected during the period | (26,465,088) |
| Subtract: Change in allowance for doubtful accounts | (13,140) |
| Adjustment: Deferred revenue applied to accounts receivable | 0 |
| Other adjustments | (1,047,945) |
| **Accounts receivable at the end of the reporting period - Per Balance Sheet** | **19,045,621** |

1. All debtors being jointly administered under lead case SportCo Holdings, Inc. et al, # 19-11299

In re SportCo Holdings, Inc.                                    Case No. 19-11299 (LSS)
Debtor                                          Reporting Period: July 1 - July 31, 2019

**MOR-5a**
**DEBTOR QUESTIONNAIRE**

| # | Line item | Yes | No |
|---|-----------|-----|-----|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3 | Have all post-petition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4 | Are workers' compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

**Explanations**

| | |
|---|---|
| 1 | None required |
| 2 | The debtor in possession account was paid off; as a result, we began disbursing out of our operating accounts. |
| 3 | None required |
| 4 | None required |
| 5 | None required |