# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19-11299 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 27, 2019 AT 2:00 P.M. (ET)[3]

**MATTER GOING FORWARD**

1. Motion of Wellspring for Entry of an Order Extending the Challenge Deadline for the Prepetition Term Lien and Claim Matters and Granting Related Relief [Docket No. 296; Filed: 7/25/2019]

   Objection Deadline:         August 26, 2019 at 12:00 p.m.

   Related Document(s):

   a) Order Shortening Time for Notice of Motion of Wellspring for Entry of an Order Extending the Challenge Deadline for the Prepetition Term Lien and Claim Matters and Granting Related Relief [Docket No. 305; Entered: 8/22/2019]

   b) Notice of Hearing [Docket No. 306; Filed: 8/22/2019]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

[2] **Amended items appear bold.**

[3] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

70208203.1

Response(s) Received:

    a)    **The Official Committee of Unsecured Creditors' Objection to the Motion of Wellspring for Entry of an Order Extending the Challenge Deadline for the Prepetition Term Lien and Claim Matters and Granting Related Relief [Docket No. 315; Filed: 8/26/2019]**

    b)    **Debtors' Response to the Motion of Wellspring for Entry of an Order Extending the Challenge Deadline for the Prepetition Term Lien and Claim Matters and Granting Related Relief [Docket No. 318; Filed: 8/26/2019]**

    c)    **Prospect Capital Corporation's Objection to the Motion of Wellspring for Entry of an Order Extending the Challenge Deadline for the Prepetition Term Lien and Claim Matters and Granting Related Relief [Docket No. 319; Filed: 8/26/2019]**

Status:    This matter will go forward.

Dated: August **26**, 2019
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:    cward@polsinelli.com
            bdolphin@polsinelli.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:    twwalsh@mwe.com
            dazman@mwe.com
            rorloff@mwe.com

*Counsel to the Debtors and
Debtors in Possession*