# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | Case No. 19-11299 (LSS) <br> (Jointly Administered) |
| Debtors. | **Re: Docket No. 464** |

### JOINDER, AND OBJECTION IN ITS OWN RIGHT, OF THE DEBTORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (I) REPLY IN FURTHER SUPPORT OF THE COMMITTEE'S OMNIBUS OBJECTION TO THE CLASSIFICATION OF THE WELLSPRING CLAIMS AND (II) OBJECTION TO WELLSPRING'S MOTION FOR TEMPORARY ALLOWANCE OF THE WELLSPRING CLAIMS FOR VOTING PURPOSES

The above-captioned debtors and debtors in possession (the "**Debtors**") hereby file this joinder, and objection in its own right, to the *Official Committee of Unsecured Creditors' (I) Objection to Wellspring's Motion for Temporary Allowance of the Wellspring Claims for Voting Purposes and (II) Reply in Further Support of the Committee's Omnibus Objection to the Classification of the Wellspring Claims* dated October 15, 2019 [Docket No. 464] (the "**Committee Objection**"). In further support of the Motion, the Debtors, by and through their undersigned counsel, respectfully represent:

Wellspring, an insider, should not be allowed to cast a ballot on the Combined Plan and Disclosure Statement because it is a holder of a claim that is subordinated to the Prepetition Term Loan Lenders general unsecured deficiency claim. Accordingly, Wellspring is not entitled to vote on plan confirmation. As estate fiduciaries, the Debtors feel compelled to advocate

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

70822181.2

against the gerrymandering schematics that Wellspring proposes to foist on the other unsuspecting and less economically influential creditors of the estates.

Alternatively, to the extent the Court temporarily allows the Wellspring Claims for voting purposes, the Debtors agree that the Wellspring Claims should only be allowed to exercise the voting power commensurate with its economic interests in the case as a creditor. Accordingly, the Debtors join, and object in their own right, the Committee Objection.

The Debtors reserve all rights, including the right to make such other and further objections to the relief requested in the Wellspring 3018 Motion and Committee Objection as may be appropriate.

Dated: October 15, 2019  Respectfully submitted,
Wilmington, Delaware

**POLSINELLI PC**

 */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:    cward@polsinelli.com
          bdolphin@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*