## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-11299 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 21, 2019 AT 10:00 A.M. (ET)[2]

## MATTER WITH CERTIFICATE OF NO OBJECTION

1.      Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Between Jerry's Sports Center, Inc. and Upstate Armory Group, Inc. [Docket No. 437; Filed: 9/30/2019]

Objection Deadline:            October 15, 2019 at 4:00 p.m.

Related Document(s):

      a)      Certificate of No Objection Regarding Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Between Jerry's Sports Center, Inc. and Upstate Armory Group, Inc. [Docket No. 469; Filed: 10/16/2019]

      b)      Proposed Order

Response(s) Received:            None.

Status:            A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

[2] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

## MATTERS GOING FORWARD

2.      Debtors' Motion for Entry of an Order (A) Conditionally Approving the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation for Solicitation Purposes Only on Limited Notice (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Liquidation; (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 309; Filed: 8/22/2019]

Objection Deadline:              October 15, 2019 at 4:00 p.m.

Related Document(s):

a)      Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 308; Filed: 8/22/2019]

b)      Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 367; Filed: 9/10/2019]

c)      Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation (Blackline) [Docket No. 368; Filed: 9/10/2019]

d)      Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 394; Filed: 9/13/2019]

e)      Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation (Blackline) [Docket No. 395; Filed: 9/13/2019]

f)      Order (A) Approving on Conditional Basis Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Disclosure Statement and Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 399; Entered: 9/17/2019]

g)      Notice of (I) Deadline for Casting Votes to Accept or Reject the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation, (II) the Hearing to Consider Confirmation of the Combined Plan and Disclosure Statement and (III) Certain Related Matters [Docket No. 408; Filed: 9/19/2019]

2

h)      Notice of Selection of Liquidation Trustee and Appointment of Oversight Board Members [Docket No. 449; Filed: 10/4/2019]

i)      Notice of Filing of Liquidation Trust Agreement [Docket No. 455; Filed: 10/7/2019]

j)      Debtors' Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 471; Filed: 10/17/2019]

k)      Debtors' Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation (Blackline) [Docket No. 472; Filed: 10/17/2019]

l)      Debtors' Memorandum of Law in Support of Entry of an Order Confirming the Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 473; Filed: 10/17/2019]

m)      Declaration of Dalton Edgecomb, Chief Restructuring Officer of SportCo Holdings, Inc., in Support of Confirmation of the Debtors' Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 474; Filed: 10/17/2019]

n)      Declaration of Voting Agent, Bradford Daniel, on Behalf of BMC Group, Inc., Regarding Solicitation and Tabulation of Votes in Connection with the Second Amended Joint Chapter 11 Plan of Liquidation for SportCo Holdings, Inc. [Docket No. 476; Filed: 10/17/2019]

o)      Notice of Filing of Proposed Order Confirming Debtors' Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 478; Filed: 10/17/2019]

Response(s) Received:

a)      United States Trustee's Objection to Confirmation of Debtors' Second Amended Combined Chapter 11 Plan of Liquidation [Docket No. 461; Filed: 10/15/2019]

b)      Objection of the Wellspring Creditors to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 470; Filed: 10/16/2019]

c)      Declaration of John P. Madden, Rule 30(b)(9) Designee of the Official Committee of Unsecured Creditors of SportCo Holdings, Inc., in Support of Confirmation of the Debtors' Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation and in Opposition to the Objection of the Wellspring Creditors [Docket No. 475; Filed: 10/17/2019]

70859853.1

      d)      Prospect Capital Corporation's Statement in Support of Confirmation of the Debtors' Third Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 477; Filed: 10/17/2019]

      e)      Reply of Debtors to Objection of the Wellspring Creditors to the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 479; Filed: 10/17/2019]

Status:      This matter will go forward as a contested evidentiary hearing.

3.      The Official Committee of Unsecured Creditors' Omnibus Substantive Objection to the Classification of Proofs of Claim Nos. 92, 94, 97-123, 125-137, 139-158, 160-214 Filed by Wellspring Capital Management LLC, Wellspring Capital Partners IV, L.P., WCM Genpar IV, L.P. and WCM Genpar IV GP, LLC [Docket No. 365; Filed: 9/10/2019]

Objection Deadline:      September 27, 2019 at 4:00 p.m. (extended for certain parties)

Related Document(s):

      a)      Exhibit C [Docket No. 374; Filed: 9/11/2019]

Response(s) Received:

      a)      The Wellspring Creditors' Response to Committee's Omnibus Substantive Objection to Classification of Wellspring Claims and (II) Rule 3018 Motion for Temporary Allowance of the Wellspring Claims for Voting Purposes [Docket No. 450; Filed: 10/4/2019]

      b)      The Official Committee of Unsecured Creditors' (I) Reply in Further Support of the Committee's Omnibus Objection to the Classification of the Wellspring Claims and (II) Objection to Wellspring's Motion for Temporary Allowance of the Wellspring Claims for Voting Purposes [Docket No. 464; Filed: 10/15/2019]

      c)      Response of Prospect Capital Corporation in Opposition to Wellspring's Rule 3018 Motion and in Support of the Reclassification of Wellspring's Claims [Docket No. 465; Filed: 10/15/2019]

      d)      Joinder of the Debtors to the Official Committee of Unsecured Creditors' (I) Reply in Further Support of the Committee's Omnibus Objection to the Classification of the Wellspring Claims and (II) Objection to Wellspring's Motion for Temporary Allowance of the Wellspring Claims for Voting Purposes [Docket No. 466; Filed: 10/15/2019]

Status:      This matter will go forward.

70859853.1

Dated: October 17, 2019
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:     cward@polsinelli.com
            bdolphin@polsinelli.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:     twwalsh@mwe.com
            dazman@mwe.com
            rorloff@mwe.com

*Counsel to the Debtors and*
*Debtors in Possession*

70859853.1