**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-11299 (LSS) |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re Docket No. 525 |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' FOURTH AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that on November 6, 2019, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 525] (the "Confirmation Order") confirming the *Debtors' Fourth Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 525-1] (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan").[2]

**Effective Date.** Please take notice that on November 21, 2019, the Effective Date of the Plan occurred and the Plan was substantially consummated. All conditions precedent to the effectiveness of the Plan occurred or were waived in accordance with its provisions.

**Binding Effect.** Pursuant to the Confirmation Order and Article XV.D. of the Plan, the provisions of the Plan are binding on the Debtors, the Holders of Claims, and the Holders of Equity Interests, and their respective successors and assigns.

**Administrative Expense Claims Bar Date.** Pursuant to the Confirmation Order, holders of (i) Professional Claims and (ii) Administrative Expense Claims arising after October 9, 2019 (except for claims pursuant to 28 U.S.C. § 1930 and administrative tax claims pursuant to 11 U.S.C. § 503(b)(1)(D), for which no request for payment is required) must file requests for the payment of their respective Administrative Expense Claims on or before **December 21, 2019** or be forever barred from asserting such Administrative Expense Claims against the Debtors or their Estates.

**Plan Injunction**. Pursuant to Article XI.A. of the Plan, except as otherwise provided in the Plan or to the extent necessary to enforce the terms and conditions of the Plan, the Confirmation Order or a separate Order of the Bankruptcy Court, all entities who have held, hold or may hold Claims against, or Equity Interests in, the Debtors are permanently enjoined from

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan and Confirmation Order.

71300432.1

taking any of the following actions against any property that is to be distributed under the terms of the Plan on account of any such Claims or Equity Interests: (a) commencing or continuing, in any manner or in any place, any action or other proceeding; (b) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree or order; (c) creating, perfecting, or enforcing any lien or encumbrance; (d) asserting a setoff, right, or subrogation of any kind against any debt, liability or obligation due to the Debtors, unless such setoff was formally asserted in a timely Filed proof of Claim or in a pleading Filed with the Bankruptcy Court prior to entry of the Confirmation Order; and (e) commencing or continuing, in any manner or in any place, any action that does not comply with or is inconsistent with the provisions of the Plan.

**Copies of the Confirmation Order and the Plan**.  Copies of the Confirmation Order and the Plan, the docket in the Chapter 11 Cases, and other relevant case information are publicly available, free of charge, by accessing the Debtors' case information website at https://www.bmcgroup.com/restructuring/.

Dated: November 21, 2019            Respectfully submitted,
      Wilmington, Delaware

**POLSINELLI PC**
*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email: cward@polsinelli.com
      bdolphin@polsinelli.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:    (212) 547-5400
Facsimile:    (212) 547-5444
Email: twwalsh@mwe.com
      dazman@mwe.com
      mpreusker@mwe.com
      rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*