## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-11299 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 11, 2019 AT 10:00 A.M. (ET)[2]

### MATTERS WITH CERTIFICATION OF COUNSEL

1.      Professionals' First Interim Fee Applications (See Exhibit A)

       Related Document(s):      (See Exhibit A)

       Response(s) Received:      (See Exhibit A)

       Status:      A proposed form of omnibus order has been filed under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

Dated: December 9, 2019       **POLSINELLI PC**
      Wilmington, Delaware

      */s/ Brenna A. Dolphin*
      Christopher A. Ward (Del. Bar No. 3877)
      Brenna A. Dolphin (Del. Bar No. 5604)
      222 Delaware Avenue, Suite 1101
      Wilmington, Delaware 19801
      Telephone: (302) 252-0920
      Facsimile: (302) 252-0921
      Email:    cward@polsinelli.com
               bdolphin@polsinelli.com

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC, 29036.

[2] This hearing will take place before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate telephonically must make arrangements through CourtCall at 1-866-582-6878 in advance of the hearing.

-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:      twwalsh@mwe.com
            dazman@mwe.com
            rorloff@mwe.com

*Counsel to the Debtors and*
*Debtors in Possession*

# **<u>EXHIBIT A</u>**

**POLSINELLI PC**

1.      First Interim Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 10, 2019 Through September 30, 2019 [Docket No. 505; Filed: 10/31/2019]

      a.      First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 10, 2019 Through June 30, 2019 [Docket No. 177; Filed: 7/23/2019]

      b.      *No Order Required* Certificate of No Objection Regarding First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 10, 2019 Through June 30, 2019 [Docket No. 263; Filed: 8/14/2019]

      c.      Second Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 292; Filed: 8/20/2019]

      d.      *No Order Required* Certificate of No Objection Regarding Second Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 380; Filed: 9/11/2019]

      e.      Third Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 410; Filed: 9/20/2019]

      f.      *No Order Required* Certificate of No Objection Regarding Third Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 458; Filed: 10/14/2019]

      g.      Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 489; Filed: 10/22/2019]

      h.      *No Order Required* Certificate of No Objection Regarding Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 532; Filed: 11/13/2019]

i.       Certification of Counsel Regarding Omnibus Order Approving Professionals' First Interim Fee Applications for the Period from June 10, 2019 through September 30, 2019 [Docket No. 553; Filed: 12/4/2019]

**MCDERMOTT WILL & EMERY LLP**

2.       First Interim Fee Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from June 10, 2019 Through September 30, 2019 [Docket No. 506; Filed: 10/31/2019]

a.       First Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from June 10, 2019 Through June 30, 2019 [Docket No. 191; Filed: 7/25/2019]

b.       *No Order Required* Certificate of No Objection Regarding First Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from June 10, 2019 Through June 30, 2019 [Docket No. 284; Filed: 8/16/2019]

c.       Second Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 293; Filed: 8/20/2019]

d.       *No Order Required* Certificate of No Objection Regarding Second Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 381; Filed: 9/11/2019]

e.       Third Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 411; Filed: 9/20/2019]

f.       *No Order Required* Certificate of No Objection Regarding Third Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 459; Filed: 10/14/2019]

71560920.1

g.   Fourth Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 494; Filed: 10/23/2019]

h.   *No Order Required* Certificate of No Objection Regarding Fourth Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 534; Filed: 11/14/2019]

i.   Certification of Counsel Regarding Omnibus Order Approving Professionals' First Interim Fee Applications for the Period from June 10, 2019 through September 30, 2019 [Docket No. 553; Filed: 12/4/2019]

**LOWENSTEIN SANDLER LLP**

3.   First Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from June 17, 2019 through September 30, 2019 [Docket No. 512; Filed: 11/1/2019]

a.   First Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 17, 2019 Through June 30, 2019 [Docket No. 228; Filed: 8/2/2019]

b.   Certificate of No Objection [Docket No. 328; Filed: 8/28/2019]

c.   Second Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 340; Filed: 9/3/2019]

d.   Certificate of No Objection [Docket No. 428; Filed: 9/26/2019]

e.   Third Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 448; Filed: 10/3/2019]

f.      Certificate of No Objection [Docket No. 508; Filed: 10/31/2019]

g.      Fourth Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 509; Filed: 10/31/2019]

h.      Certificate of No Objection [Docket No. 547; Filed: 11/22/2019]

i.      Certification of Counsel Regarding Omnibus Order Approving Professionals' First Interim Fee Applications for the Period from June 10, 2019 through September 30, 2019 [Docket No. 553; Filed: 12/4/2019]

**MORRIS JAMES LLP**

4.      First Interim Fee Application of Morris James LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period of June 17, 2019 Through September 30, 2019 [Docket No. 513; Filed: 11/1/2019]

a.      Combined First and Second Monthly Fee Application of Morris James LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period June 17, 2019 Through July 31, 2019 [Docket No. 341; Filed: 9/3/2019]

b.      Certificate of No Objection [Docket No. 429; Filed: 9/26/2019]

c.      Third Monthly Fee Application of Morris James LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2019 Through August 31, 2019 [Docket No. 447; Filed: 10/3/2019]

d.      Fourth Monthly Fee Application of Morris James LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019 [Docket No. 498; Filed: 10/25/2019]

e.      Certificate of No Objection [Docket No. 507; Filed: 10/31/2019]

71560920.1

      f.        Certificate of No Objection [Docket No. 537; Filed: 11/18/2019]

      g.       Certification of Counsel Regarding Omnibus Order Approving Professionals' First Interim Fee Applications for the Period from June 10, 2019 through September 30, 2019 [Docket No. 553; Filed: 12/4/2019]

**EMERALD CAPITAL ADVISORS**

5.      First Interim Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 17, 2019 through September 30, 2019 [Docket No. 517; Filed: 11/5/2019]

      a.       First Monthly Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 17, 2019 Through July 31, 2019 [Docket No. 342; Filed: 9/3/2019]

      b.       Amended First Monthly Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 17, 2019 Through July 31, 2019 [Docket No. 383; Filed: 9/11/2019]

      c.       Certificate of No Objection [Docket No. 430; Filed: 9/26/2019]

      d.       Second Monthly Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 497; Filed: 10/25/2019]

      e.       Third Monthly Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to The Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 516; Filed: 11/5/2019]

      f.       Certificate of No Objection [Docket No. 536; Filed: 11/18/2019]

      g.       Certificate of No Objection [Docket No. 550; Filed: 12/2/2019]

    h.    Certification of Counsel Regarding Omnibus Order Approving Professionals' First Interim Fee Applications for the Period from June 10, 2019 through September 30, 2019 [Docket No. 553; Filed: 12/4/2019]

**BMC GROUP, INC.**

6.    First Interim Fee Application of BMC Group, Inc. for Compensation and Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period July 1, 2019 through September 30, 2019 [Docket No. 520; Filed: 11/5/2019]

    a.    First Monthly Fee Application of BMC Group, Inc. for Compensation and Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period July 1, 2019 Through August 31, 2019 [Docket No. 413; Filed: 9/23/2019]

    b.    *No Order Required* Certificate of No Objection Regarding First Monthly Fee Application of BMC Group, Inc. for Compensation and Reimbursement of Expenses as Administrative Agent to the Debtors for the Period July 1, 2019 Through August 31, 2019 [Docket No. 468; Filed: 10/16/2019]

    c.    Second Monthly Fee Application of BMC Group, Inc. for Compensation and Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Period September 1, 2019 Through September 30, 2019 [Docket No. 495; Filed: 10/23/2019]

    d.    *No Order Required* Certificate of No Objection Regarding Second Monthly Fee Application of BMC Group, Inc. for Compensation and Reimbursement of Expenses as Administrative Agent to the Debtors for the Period September 1, 2019 Through September 30, 2019 [Docket No. 535; Filed: 11/14/2019]

    e.    Certification of Counsel Regarding Omnibus Order Approving Professionals' First Interim Fee Applications for the Period from June 10, 2019 through September 30, 2019 [Docket No. 553; Filed: 12/4/2019]

71560920.1