DocuSign Envelope ID: 5D0807D6-A4BB-4C75-B277-44D81460286F

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

B2100A (Form 210A) (12/15)



# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re **Sportco Holdings, Inc.**  Case No. **19-11307-LSS**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Matthew Sedigh** | **Steven Kortanek** |

Address of Transferor:

**5798 W. Jefferson Blvd Suite 1194**

**Los Angeles, CA, 90016**
**Matthew Sedigh**
**jeremy+matthew_sedigh@x-claim.com**

Address of Transferee:

**5798 W. Jefferson Blvd Suite 1194**

**Los Angeles, CA, 90016**
**Steven Kortanek**
**jeremy+steven_kortanek@x-claim.com**

Scheduled Claim #: **68**
Transferred Claim Amount: **$556.05**
Date Claim Filed: **07/31/2019**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: **04/16/2020**

By: *Matthew Sedigh*
Transferor / Transferor's Agent

By: *Steven Kortanek*
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**